UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No: 1:19-cv-01610 |
| v. | ) ) | Judge Andrea Wood |
| | ) | Magistrate Judge M. David Weisman |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants the National Association of Realtors®, Realogy Holdings Corp.,

HomeServices of America, RE/MAX Holdings, Inc., and Keller Williams Realty, Inc. move for

an extension of time, through and including May 17, 2019, to respond to Plaintiff's Complaint.

In support of this motion, Defendants state as follows:

1.      Plaintiff Moehrl filed his Complaint on March 6.

2.      The last of the Defendants to be served with the Complaint was served on March

17.

3.      It took some Defendants time to retain counsel for this matter.

4.      Defendants' counsel need time to review and evaluate the allegations of the

Complaint.

5.      It would be most efficient to have all responses to the Complaint due on the same

day.

1

6.      The requested extension would give Defendants time to investigate the allegations and reduce duplication in their responses to the Complaint.

7.      Defendants have not made any prior requests for an extension of time.

8.      The undersigned counsel are authorized to state that Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the deadline for Defendants to respond to Plaintiff's Complaint until May 17, 2019.

Dated:  March 29, 2019

Respectfully submitted,

Schiff Hardin LLP

*/s/ Jack R. Bierig*
Jack R. Bierig
Adam J. Diederich
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)
jbierig@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendant National*
*Association of Realtors®*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 29, 2019, the foregoing Unopposed Motion for Extension of Time to Respond to Complaint was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record:


/s/ *Jack R. Bierig*
Jack R. Bierig