UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. ) ) ) ) ) ) ) Defendants. ) ) | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood<br>Magistrate Judge M. David Weisman |

**NOTIFICATION AS TO AFFILIATES OF**
**<u>DEFENDANT NATIONAL ASSOCIATION OF REALTORS®</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2,

Defendant the National Association of Realtors® states that is has no publicly held affiliates.

Dated: March 29, 2019

Respectfully submitted,

Schiff Hardin LLP

*/s/ Jack R. Bierig*
Jack R. Bierig
Adam J. Diederich
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)
jbierig@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendant*
*National Association of Realtors®*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on March 29, 2019, the foregoing Notification as to Affiliates of Defendant the National Association of Realtors® was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record:

                                  /s/ *Jack R. Bierig*
                                  Jack R. Bierig