UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, )<br>)<br>) <br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>THE NATIONAL ASSOCIATION OF )<br>REALTORS, REALOGY HOLDINGS )<br>CORP., HOMESERVICES OF AMERICA, )<br>RE/MAX HOLDINGS, INC. and KELLER )<br>WILLIAMS REALTY, INC. )<br>)<br>Defendants. )<br>_____) | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood<br>Magistrate Judge M. David Weisman |

## NOTICE OF UNOPPOSED MOTION

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on **Wednesday, April 3, 2019 at 9:00 a.m.**, or as soon thereafter as I may be heard, I or another attorney for Defendant the National Association of Realtors® shall appear before the Honorable Judge Andrea Wood, or any judge sitting in her stead, in Room 1925 in the United States District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois and present **Defendants' Unopposed Motion for Extension of Time to Respond to Complaint**, which was filed on March 29, 2019.

Dated: March 29, 2019

Respectfully submitted,

*/s/ Jack R. Bierig*
Jack R. Bierig
Adam J. Diederich
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)
jbierig@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendant*
*National Association of Realtors®*

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on March 29, 2019, the foregoing Notice of Motion was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record:

                        /s/ *Jack R. Bierig*
                         Jack R. Bierig