UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Christopher Moehrl

                               Plaintiff,

v.                                                         Case No.: 1:19–cv–01610

                                                              Honorable Andrea R. Wood

The National Association of Realtors, et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Attorney applications to appear pro hac vice [7], [8], [9], [10], [11], [12], [13], [14] and [15] are granted. Defendants' Unopposed Motion for extension of time to answer [20] is granted Defendants shall answer or otherwise plead by 5/17/2019. The motion presentment date of 4/3/2019 is stricken; parties need not appear. Initial Status hearing set for 5/8/2019 is stricken and reset for 5/29/2019 at 09:00 AM. At least seven days before the initial status hearing, the parties shall file a joint written status report, not to exceed five pages in length. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.