## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Christopher Moehrl, on behalf of himself and all others similarly situated

**Plaintiff**

vs.   Case No.: 1:19-cv-01610

The National Association of Realtors, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, William Jensen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/14/2019 at 8:52 AM, I served HomeServices of America, Inc. with the Summons, Class Action Complaint, and Civil Cover Sheet at 333 South 7th Street, 27th Floor, Minneapolis, Minnesota 55402 by serving Michael Warmka, Senior Vice President and Chief Financial Officer, authorized to accept service.

Michael Warmka is described herein as:

Gender: Male   Race/Skin: White   Age: 55   Weight: 190   Height: 6'0"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/22/19
Executed On



William Jensen

Client Ref Number:22140-001
Job #: 1558875

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050