UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Christopher Moehrl, on behalf of himself and all others similarly situated

Plaintiff

vs.   Case No.: 1:19-cv-01610

The National Association of Realtors, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Chad Goldreyer, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/13/2019 at 12:15 PM, I served Keller Williams Realty, Inc. with the Summons, Class Action Complaint, and Civil Cover Sheet at 1221 South Mopac Expressway, Suite 400, Austin, Texas 78746 by serving Savannah Shuman, Designated Agent, authorized to accept service.

Savannah Shuman is described herein as:

Gender: Female   Race/Skin: White   Age: 30   Weight: 160   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

03/28/2019
Executed On

Chad Goldreyer

Client Ref Number: 22140-001
Job #: 1558876

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050