## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Christopher Moehrl, on behalf of himself and all others similarly situated**

Plaintiff

vs.   Case No.: 1:19-cv-01610

**The National Association of Realtors, et al.**

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Paul Gizel, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/13/2019 at 1:56 PM, I served The National Association of Realtors with the Summons, Class Action Complaint, and Civil Cover Sheet at 430 North Michigan Avenue, Chicago, Illinois 60611 by serving Lesley Muchow, Deputy General Counsel, authorized to accept service.

Lesley Muchow is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 170   Height: 6'0"   Hair: Red   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3-14-19
Executed On

Paul Gizel

Client Ref Number: 22140-001
Job #: 1558878

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Moehrl, on behalf of himself and all others similarly situated,

V.

The National Association of Realtors, Realogy Holdings Corp., Homeservices of America, Inc., Re/Max Holdings, Inc., Keller Williams Realty, Inc.

CASE NUMBER: 19-cv-1610

ASSIGNED JUDGE: Hon. Andrea R. Wood.

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

The National Association of Realtors
430 N. Michigan Avenue
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol V. Gilden
Cohen Milstein Sellers & Toll, PLLC
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*
(By) DEPUTY CLERK



March 12, 2019

DATE