# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Christopher Moehrl, on behalf of himself and all others similarly situated

Plaintiff

vs.   Case No.: 1:19-cv-01610

The National Association of Realtors, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Kenneth Eberle, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/21/2019 at 12:01 PM, I served Realogy Holdings Corp. c/o Corporate Creations Network, Inc., Registered Agent with the Summons, Class Action Complaint, and Civil Cover Sheet at 12 Christopher Way, Suite 200, Eatontown, New Jersey 07724 by serving Diane LaCorte, Intake Specialist, authorized to accept service.

Diane LaCorte is described herein as:

Gender: Female   Race/Skin: White   Age: 60   Weight: 135   Height: 5'1"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

4/2/19
Executed On



Kenneth Eberle

Client Ref Number: 22140-001
Job #: 1558879

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050