# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Christopher Moehrl, on behalf of himself and all others similarly situated

**Plaintiff**

vs.   Case No.: 1:19-cv-01610

The National Association of Realtors, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Robert Johnson, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/14/2019 at 1:20 PM, I served RE/MAX Holdings, Inc. with the Summons, Class Action Complaint, and Civil Cover Sheet at 5075 South Syracuse Street, Denver, Colorado 80237 by serving Tamara Schulte, Senior Corporate Counsel, authorized to accept service.

Tamara Schulte is described herein as:

Gender: Female   Race/Skin: White   Age: 45   Weight: 170   Height: 5'6"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/19/19
Executed On

Robert Johnson

Client Ref Number: 22140-001
Job #: 1558880

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050