## **ATTACHMENT**

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| New York Supreme Court | 7/11/1995 |
| U.S. Supreme Court | 5/172010 |
| U.S. Appellate Court for the Second Circuit | 3/9/2005 |
| U.S. District Court for the Eastern District of New York | 4/29/1997 |
| U.S. District Court for the Southern District of New York | 4/29/1997 |
| U.S. District Court for the Eastern District of Michigan | 5/31/2006 |