UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, <br><br> Plaintiff, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., KELLER WILLIAMS REALTY, INC., REALOGY HOLDINGS CORP., and RE/MAX HOLDINGS, INC., <br><br> Defendants. | No 19-cv-1610 <br><br> The Honorable Andrea R. Wood |

**MOTION FOR REASSIGNMENT
OF A RELATED CASE**

Pursuant to Rule 40.4 of the Local Rules of the United States District Court for the Northern District of Illinois, Counsel for Sawbill Strategic Inc. requests reassignment of a Related Case, and states as follows:

1. On April 15, 2019, Sawbill Strategic filed a class action complaint against The National Association of Realtors (and other defendants) to recover for damages incurred in real estate transactions, alleging that the defendants had violated the antitrust laws by conspiring to require property sellers to pay the broker representing the buyer of their properties and to pay an inflated amount. The Sawbill Strategic case was filed in this District and is proceeding under docket number 19-cv-2544, currently assigned to the Honorable Edmond Chang.

2. A copy of the Complaint from the Sawbill Strategic case is attached hereto.

3. Because the Sawbill Strategic case involves an antitrust claim involving real estate brokers fees, it involves the same issues of fact and law as this case. The Sawbill Strategic case challenges the same practices that are being challenged in this case. And, most

importantly, the Sawbill Strategic case alleges the same class-wide claims and the same class action allegations that are involved in this case. Accordingly, under Local Rule 40.4(a), this case and the Sawbill Strategic case are Related Cases.

    4. Additionally, the conditions of Local Rules 40.4(b) are met for these Related Cases. Specifically:

- Both cases are pending in this Court;
- If both cases are handled by the same Judge, there will be a substantial savings in judicial time and energy;
- This case has not progressed to the point that there would be any delay in this case from a reassignment of the Sawbill Strategic case as a Related Case; and
- This case and the Sawbill Strategic case are susceptible of disposition in a single proceeding.

WHEREFORE, Counsel for Sawbill Strategic requests that the Court make all findings and recommendations necessary under Local Rule 40.4 to effectuate a reassignment of the Sawbill Strategic case as a Related Case, so that it may proceed with this case.

Dated: April 16, 2019               Respectfully submitted,

                                    <u>*s/*     Thomas A. Doyle               </u>

                                    Kenneth A. Wexler
                                    Mark R. Miller
                                    Thomas A. Doyle
                                    **WEXLER WALLACE LLP**
                                    55 W. Monroe Street, Suite 3300
                                    Chicago, IL 60603
                                    Telephone: (312) 346-222
                                    Facsimile: (312) 346-0022
                                    Email:  kaw@wexlerallace.com
                                            mrm@wexlerwallace.com
                                            tad@wexlerwallace.com

                                    Daniel E. Gustafson
                                    Daniel C. Hedlund
                                    Daniel J. Nordin
                                    Kaitlyn L. Dennis
                                    **GUSTAFSON GLUEK PLLC**
                                    Canadian Pacific Plaza
                                    120 South Sixth Street, Suite 2600
                                    Minneapolis, MN 55402
                                    Telephone: (612) 333-8844
                                    Facsimile: (612) 339-6622
                                    Email:  dgustafson@gustafsongluek.com
                                            dhedlund@gustafsongluek.com
                                            dnordin@gustafsongluek.com
                                            kdennis@gustafsongluek.com

                                    *ATTORNEYS FOR PLAINTIFF*
                                    *SAWBILL STRATEGIC INC.*