**CERTIFICATE OF SERVICE**

      I certify that, on April 16, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

      /s/Thomas A. Doyle