# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, <br><br> Plaintiff, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., KELLER WILLIAMS REALTY, INC., REALOGY HOLDINGS CORP., and RE/MAX HOLDINGS, INC., <br><br> Defendants. | No 19-cv-1610 <br><br> The Honorable Andrea R. Wood |

To:     Counsel of Record

     PLEASE TAKE NOTICE that on Tuesday, April 23, 2019, at 9:00 a.m., or at such other time as the Court shall direct, we shall appear before the Honorable Andrea Wood, in the Courtroom usually occupied by her on the 19th Floor of the Dirksen Federal Building (219 South Dearborn Street) in Chicago, and we shall then and there present **MOTION FOR REASSIGNMENT OF A RELATED CASE**. A copy of the Motion was served on you.

Dated: April 16, 2019            /s/    Thomas A. Doyle

                                          Kenneth A. Wexler
                                          Mark R. Miller
                                          Thomas A. Doyle
                                          **WEXLER WALLACE LLP**
                                          55 W. Monroe Street, Suite 3300
                                          Chicago, IL 60603
                                          Telephone: (312) 346-2222

                                          Daniel E. Gustafson
                                          Daniel C. Hedlund
                                          **GUSTAFSON GLUEK PLLC**
                                          220 South Sixth Street #2600
                                          Minneapolis, MN 55402
                                          Telephone: (612) 333-8844

                                          **Counsel for Movant Sawbill Strategic Inc.**

## **CERTIFICATE OF SERVICE**

I certify that, on April 16, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/Thomas A. Doyle