## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Moehrl v. National Association of Realtors, et al

Case Number: 19-cv-1610

An appearance is hereby filed by the undersigned as attorney for:

Movant Sawbill Strategic Inc.

Attorney name (type or print): Thomas A. Doyle

Firm: Wexler Wallace LLP

Street address: 55 W Monroe Street, Suite 3300

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6204138
(See item 3 in instructions)

Telephone Number: 312.346.2222

Email Address: tad@wexlerwallace.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 17, 2019

Attorney signature: S/ Thomas A. Doyle
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

I certify that, on April 17, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/Thomas A. Doyle