Hon. Andrea R. Wood

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Civil Action No.: 1:19-cv-01610<br><br>DECLARATION OF MARC M. SELTZER IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT PLAINTIFF'S INTERIM CO-LEAD CLASS COUNSEL |

I, Marc M. Seltzer, hereby declare as follows:

1. I am a partner in the law firm of Susman Godfrey L.L.P. and one of the attorneys of record for the plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of plaintiff's motion to appoint interim co-lead class counsel.

3. Attached hereto are true and correct copies of the following documents:

Exhibit A:   Susman Godfrey L.L.P.'s firm resume;

Exhibit B:   Marc M. Seltzer's profile;

Exhibit C:   Steven G. Sklaver's profile;

Exhibit D:   Matthew R. Berry's profile; and

Exhibit E:   Beatrice Franklin's profile.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of April 2019, at Los Angeles, California.

*s/ Marc M. Seltzer*
MARC M. SELTZER

*Attorney for Plaintiff Christopher Moehrl*

-4-

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on April 18, 2019, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                                              s/ Steve W. Berman
                                                              STEVE W. BERMAN