# Exhibit E

# SUSMAN GODFREY L.L.P.



# Beatrice Franklin
## Associate

New York
(212) 729-2021
bfranklin@susmangodfrey.com

## Overview

Beatrice Franklin represents plaintiffs and defendants in all types and stages of commercial litigation. Ms. Franklin joined Susman Godfrey after clerking for Justice Ruth Bader Ginsburg on the United States Supreme Court, Judge Susan Carney on the U.S. Court of Appeals for the Second Circuit, and Judge Jesse Furman on the U.S. District Court for the Southern District of New York. Ms. Franklin graduated *magna cum laude* from Harvard University and received her J.D. from Columbia Law School, where she won Best Oralist and Best Brief in the Harlan Fiske Stone Honors Moot Court competition.

## Education

Columbia Law School

Harvard University (B.A., *magna cum laude*)

## Judicial Clerkship

Law Clerk to the Honorable Ruth Bader Ginsburg, Supreme Court of the United States

Law Clerk to the Honorable Susan Carney, United States Court of Appeals for the Second Circuit

Law Clerk to the Honorable Jesse Furman, United States District Court for the Southern District of New York

## Honors and Distinctions

Ruth Bader Ginsburg Prize

James Kent Scholar

Best Oralist and Best Brief, Harlan Fiske Stone Moot Court Competition

National Association of Women Lawyers, Outstanding Law Student

## Professional Associations and Memberships

New York State Bar

U.S. District Court for the Southern District of New York