Hon. Andrea R. Wood

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.<br><br>       Defendant(s). | Civil Action No.: 1:19-cv-01610<br><br>**DECLARATION OF DANIEL A. SMALL IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT PLAINTIFF'S INTERIM CO-LEAD CLASS COUNSEL** |

I, Daniel A. Small, hereby declare as follows:

1.      I am a partner in the law firm of Cohen Milstein Sellers & Toll P.L.L.C. and one of the attorneys of record for the plaintiff in the above-captioned action.  I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.      I make this declaration in support of plaintiff's motion to appoint interim co-lead class counsel.

3.      A copy of Cohen Milstein Sellers & Toll P.L.L.C.'s firm resume is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of April, 2019, at Washington, D.C.

                                        /s/ Daniel A. Small
                                         Daniel A. Small

                                        Attorney for Plaintiff Christopher Moehrl

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on April 18, 2019, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

s/ Steve W. Berman
STEVE W. BERMAN
