# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Christopher Moehrl v. National Association of Realtors

Case Number: 1:19-cv-01610

An appearance is hereby filed by the undersigned as attorney for:
Homeservices of America, Inc.

Attorney name (type or print): Karoline E. Jackson

Firm: BARNES & THORNBURG LLP

Street address: 11 S. Meridian Street, Suite 1313

City/State/Zip: Indianapolis, IN 46204

Bar ID Number: 6256136
(See item 3 in instructions)

Telephone Number: 317-231-7492

Email Address: kjackson@btlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 23, 2019

Attorney signature: S/ Karoline E. Jackson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015