**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

*Christopher Moehrl v. The National Association of Realtors, et al.*
Case No. 19-cv-1610
Attachment to Motion for Leave to Appear Pro Hac Vice for Matthew R. Berry

**I am a member in good standing and eligible to practice before the following courts:**

Washington State Bar – (Admitted 5/4/06) Bar #37364

United States District Courts:

    Western District of WA (Admitted 03/07/07)

    Eastern District of WA (Admitted 12/21/06)

    Eastern District of TX (Admitted 10/18/06)

United States Courts of Appeals:

    5th Circuit Court of Appeals (Admitted 10/18/10)

    9th Circuit Court of Appeals (Admitted 6/16/06)

    Federal Circuit Court of Appeals (Admitted 4/23/18)

Supreme Court of the United States (Admitted 8/31/12)