UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Christopher Moehrl

Plaintiff,

v.

Case No.: 1:19−cv−01610
Honorable Andrea R. Wood

The National Association of Realtors, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Attorney applications to appear pro hac vice [45], [46], [52] are granted. As stated on the record, any responses to Movant's motion for reassignment of a related case [42] shall be filed by 5/17/2019. Motion hearing set for 4/25/2019 [51] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.