UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Christopher Moehrl

                                           Plaintiff,

v.                                                                         Case No.: 1:19−cv−01610
                                                                        Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 25, 2019:

       MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Attorney application to appear pro hac vice [54] is granted. Pursuant to the discussions held in open court, Plaintiff's motion to appoint interim co−lead counsel [50] is entered and continued. Responses to Movant's motion for reassignment of a related case [42] are due by 5/17/2019 [56]. As stated on the record, any motion for leave to file excess pages shall be filed by 5/13/2019. The parties obligation to file a joint written status report is stayed until further order of Court. Status hearing set for 5/29/2019 [23] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.