IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>     v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.<br><br>      Defendants. | Civil Action No.: 1:19-cv-01610<br><br>Honorable Andrea R. Wood |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the declaration of Courtney A. Elgart below, Plaintiff Christopher Moehrl. hereby moves this Court for an Order allowing Courtney A. Elgart to withdraw as counsel and requests that she be removed from the docket and all service lists and no longer receive electronic notices. In support of such motion, undersigned counsel states the following:

    1. I have accepted a position at a different law firm and, after May 3, 2019, I will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC.

    2. Daniel A. Small, Benjamin D. Brown, and Kit A. Pierson of Cohen Milstein Sellers & Toll PLLC, 1100 New York Avenue NW, 5th Floor, Washington, DC 20005, (202) 408-4600 will continue to serve as counsel for Plaintiff.

    3. My withdrawal will not affect any deadlines or cause any delay in this matter.

May 3, 2019	Respectfully submitted,


                                          Courtney A. Elgart (*pro hac vice*)
                                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                        1100 New York Avenue NW, 5th Floor
                                        Washington, DC 20005
                                        Telephone: (202) 408-4600
                                        Facsimile: (202) 408-4699
                                        celgart@cohenmilstein.com

                                        *Counsel for Plaintiff Christopher Moehrl*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

                              */s/ Courtney A. Elgart*
                              Courtney A. Elgart (*pro hac vice*)
                              COHEN MILSTEIN SELLERS & TOLL PLLC
                              1100 New York Avenue NW, 5th Floor
                              Washington, DC 20005
                              Telephone: (202) 408-4600
                              Facsimile: (202) 408-4699
                              celgart@cohenmilstein.com