UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No: 1:19-cv-01610 |
| v. | )<br>) Judge Andrea R. Wood |
| | ) |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. | ) Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION FOR LEAVE TO FILE BRIEFS
IN EXCESS OF 15 PAGES AND FOR ENTRY OF BRIEFING SCHEDULE
RELATING TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule 7.1 and this Court's direction at the April 25 status hearing in this matter, the parties move to file briefs in excess of fifteen pages supporting or opposing Defendants' motions to dismiss the Complaint in this action. In support of this motion, the parties state as follows:

1. Plaintiff filed his Complaint on March 6. (Dkt. 1.)

2. Defendants' responses to the Complaint are due on May 17. (Dkt. 23). On that day, Defendants will be filing two motions to dismiss the Complaint.

3. Pursuant to Local Rule 7.1, briefs in support of a motion are limited to 15 pages absent leave of Court.

4. Defendants are striving to minimize duplicative briefing, and will file only two briefs rather than one per each of the five Defendants. However, the allegations of the Complaint in this case cannot adequately be addressed in briefs limited to 15 pages.

5. Accordingly, Defendants will be filing two separate briefs in support of their motions to dismiss. Those briefs, and the requested page numbers for each, are as follows:

 a) The National Association of Realtors® ("NAR") proposes to file a brief, not to exceed twenty (20) pages, in support of its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

 b) Defendants Realogy Holdings Corp., HomeServices of America, Inc., RE/MAX Holdings, Inc., and Keller Williams Realty, Inc. (collectively, "Corporate Defendants") propose to file a brief, not to exceed twenty-eight (28) pages, in support of their Joint Motion to Dismiss pursuant to Rule 12(b)(6).

6. Plaintiff does not oppose the page limits requested above.

7. Plaintiff requests leave to file a response to Defendants' Motions to Dismiss that may have up to the same number of pages as the total number of pages in the briefs supporting the Motion to Dismiss. Defendants do not oppose that request. Subject to the Court's approval, the parties have agreed that Plaintiffs may file their response on or before June 21, 2019.

8. Defendants understand that Plaintiff will not object to the filing of reply briefs in support of the Motions to Dismiss that do not exceed, in total, one half of the pages to which Plaintiff is entitled under paragraph 7 above. Subject to the Court's approval, the parties have agreed that Defendants may file their replies on or before July 26, 2019.

For the foregoing reasons, Defendants respectfully request leave of this Court to file the briefs in support of their Motions to Dismiss the Complaint as set forth above.

Dated: May 13, 2019

Respectfully submitted,

*/s/ Paula W. Render*

Paula W. Render
Erin L. Shencopp
Eddie Hasdoo
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Telephone:     (312) 269-1555
Facsimile:     (312) 782-8585
prender@jonesday.com

*Counsel for Defendant RE/MAX Holdings, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2019, I electronically filed the foregoing using the CM/ECF system, which will electronically send notice to counsel for all parties that have appeared in this case.

                                                */s/ Eddie Hasdoo*
                                             Counsel for Defendant RE/MAX Holdings, Inc.