**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

CHRISTOPHER MOEHRL, on behalf of
himself and all others similarly situated

      Plaintiff,

v.

THE NATIONAL ASSOCIATION OF
REALTORS, REALOGY HOLDINGS
CORP., HOMESERVICES OF
AMERICA, INC., RE/MAX
HOLDINGS, INC., and KELLER
WILLIAMS REALTY, INC.,

      Defendants.

Case No.  1:19-cv-01610

Judge Andrea R. Wood

Magistrate Judge M. David Weisman

**DEFENDANT RE/MAX HOLDINGS, INC.'S**
**LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant RE/MAX Holdings, Inc., through the undersigned counsel and pursuant to

Fed. R. Civ. P. 7.1 and Local Rule 3.2, hereby discloses the following:

RE/MAX Holdings, Inc. is a publicly traded company on the New York Stock Exchange.

It has no parent corporation.  Based on filings with the Securities and Exchange Commission, the

following entities own 5% or more of RE/MAX Holdings, Inc.'s voting securities:

1.  RIHI, Inc.

2.  BlackRock, Inc.

3.  The Vanguard Group

4.  Kayne Anderson Rudnick Investment Management LLC

5.  Van Berkom & Associates Inc.

6.  Burgundy Asset Management Ltd.

7.  Renaissance Technologies LLC

Dated: May 13, 2019.                    Respectfully submitted,

                                        /s/ Paula W. Render
                                        Paula W. Render (IL Bar No. 6237954)
                                        Erin L. Shencopp (IL Bar No. 6297614)
                                        Eddie Hasdoo (IL Bar No. 6317518)
                                        JONES DAY
                                        77 West Wacker Drive, Suite 3500
                                        Chicago, IL  60601-1692
                                        Telephone:    (312) 782-3939
                                        Facsimile:    (312) 782-8585
                                        prender@jonesday.com
                                        eshencopp@jonesday.com
                                        ehasdoo@jonesday.com

                                        *Counsel for Defendant*
                                        *RE/MAX Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2019, I electronically filed the foregoing DEFENDANT RE/MAX HOLDINGS, INC.'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.


*/s/ Eddie Hasdoo*
Eddie Hasdoo

Counsel for Defendant
RE/MAX Holdings, Inc.