# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No: 1:19-cv-01610 |
| v. ) ) | Judge Andrea R. Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. ) ) ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. ) ) | |

## NOTICE OF JOINT MOTION

TO: Counsel of Record (via email)

PLEASE TAKE NOTICE that on Thursday, May 16, 2019, at 9:00 a.m., the undersigned counsel shall appear before the Honorable Judge Andrea R. Wood, or any judge appearing in her stead, at Courtroom 1925 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present their Joint Motion for Leave to File Briefs in Excess of 15 Pages and for Entry of Briefing Schedule Relating to Defendants' Motions to Dismiss, which has been filed in conjunction with this Notice and is hereby served on you.

Dated: May 13, 2019                                Respectfully submitted,

                                                         */s/ Paula W. Render*
                                                         Paula W. Render
                                                         Erin L. Shencopp
                                                         Eddie Hasdoo
                                                         JONES DAY
                                                         77 West Wacker Drive, Suite 3500
                                                         Chicago, IL  60601-1692
                                                         Telephone:     (312) 269-1555
                                                         Facsimile:     (312) 782-8585
                                                         prender@jonesday.com

                                                         *Counsel for Defendant RE/MAX Holdings, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2019, I electronically filed the foregoing NOTICE OF JOINT MOTION using the CM/ECF system, which will electronically send notice to counsel for all parties who have appeared in this case.

                                                    */s/ Eddie Hasdoo*
                                                Counsel for Defendant RE/MAX Holdings, Inc.