UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,    )<br>)<br>)<br>Plaintiff,    )<br>)<br>)<br>v.    )<br>)<br>THE NATIONAL ASSOCIATION OF    )<br>REALTORS, REALOGY HOLDINGS    )<br>CORP., HOMESERVICES OF AMERICA,    )<br>INC., RE/MAX HOLDINGS, INC. and    )<br>KELLER WILLIAMS REALTY, INC.    )<br>)<br>Defendants.    )<br>_____) | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood<br><br>Magistrate Judge M. David Weisman |

**DEFENDANTS' NOTICE OF NO OBJECTION OR RESPONSE
TO SAWBILL'S MOTION TO REASSIGN [DOCKET 42]**

On behalf of all defendants, Homeservices of America, Inc. provides the Court with this notice. The defendants in this case are not objecting to Sawbill Strategic Inc.'s motion to reassign case number 1:19-cv-2544 [Docket 42] and therefore will not be filing responses due on or before May 17, 2019. [Docket 56 and 57]

Date: May 16, 2019

*/s/ Denise A. Lazar*
Denise A. Lazar #6256147
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Phone: (312) 214-4816
E-Mail: denise.lazar@btlaw.com

Robert D. MacGill pro hac vice
Karoline E. Jackson #6256136
Matthew B. Barr pro hac vice

1

Matthew T. Ciulla pro hac vice
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
E-Mail: robert.macgill@btlaw.com
karoline.jackson@btlaw.com
matthew.barr@btlaw.com
matthew.ciulla@btlaw.com

*Counsel for Defendant, Homeservices of America, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on May 16, 2019, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

                                                            */s/ Denise A. Lazar*
                                                            Denise A. Lazar