# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Christopher Moehrl v National Association of Realtors

Case Number: 1:19-cv-01610

An appearance is hereby filed by the undersigned as attorney for:

National Association of Realtors®

Attorney name (type or print): Robert J. Wierenga

Firm: Schiff Hardin LLP

Street address: 350 S. Main Street, Suite 210

City/State/Zip: Ann Arbor, Michigan 48104

Bar ID Number: P59785
(See item 3 in instructions)

Telephone Number: 734-222-1507

Email Address: rwierenga@schiffhardin.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 17, 2019

Attorney signature: S/ Robert J. Wierenga

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015