**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No: 1:19-cv-01610<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

**CORPORATE DEFENDANTS' MOTION TO DISMISS**

Defendants Realogy Holdings Corp., HomeServices of America, Inc., RE/MAX Holdings, Inc., and Keller Williams Realty, Inc. (collectively, the "Corporate Defendants") respectfully move the Court to dismiss the claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of their Motion, the Corporate Defendants state as follows:

1. Plaintiff's putative class action Complaint alleges that the Corporate Defendants and Defendant The National Association of Realtors ("NAR") violated Section 1 of the Sherman Act in connection with NAR rules related to the Multiple Listing Service.

2. For the reasons set forth in the accompanying Memorandum of Law in Support of Corporate Defendants' Motion to Dismiss, and those in the separately filed Brief in Support of the National Association of Realtors® to Dismiss the Complaint, in which the Corporate Defendants join, the Complaint fails to state a claim upon which relief can be granted as to the Corporate Defendants.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in Support of Corporate Defendants' Motion to Dismiss, and those in the Brief in Support of the National Association of Realtors® to Dismiss the Complaint, the Corporate Defendants respectfully request the Court enter an Order granting this Motion and dismissing all claims pled in the Complaint against the Corporate Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: May 17, 2019

Respectfully submitted,

*Counsel for Homeservices of America, Inc.*

/s/ Karoline E. Jackson

Karoline E. Jackson
kjackson@btlaw.com
Matthew B. Barr
matthew.barr@btlaw.com
Matthew T. Ciulla
matthew.ciulla@btlaw.com
Robert D. Macgill
robert.macgill@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-6498

Denise A. Lazar
denise.lazar@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214-4816

Jay N. Varon
jvaron@foley.com
Jennifer M. Keas
jkeas@foley.com
FOLEY AND LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

*Counsel for Keller Williams Realty, Inc.*

/s/Timothy Ray

Timothy Ray
Timothy.Ray@hklaw.com
Martin G. Durkin
martin.durkin@hklaw.com
William F. Farley
william.farley@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

David C. Kully
david.kully@hklaw.com
Anna P. Hayes
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Erik Kennelly
ekennelly@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for Realogy Holdings Corp.*

/s/ Kenneth M. Kliebard

Kenneth Michael Kliebard
kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney
stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Counsel for RE/MAX Holdings, Inc.*

/s/ Paula W. Render

Paula W. Render
prender@jonesday.com
Erin L. Shencopp
eshencopp@jonesday.com
Odeshoo Hasdoo
ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

**CERTIFICATE OF SERVICE**

I, Kenneth M. Kliebard, an attorney, certify that on May 17, 2019, I caused the foregoing document to be served electronically on all parties of record via this Court's CM/ECF system.

Dated: May 17, 2019

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard