# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No: 1:19-cv-01610<br>) |
| v. | ) Judge Andrea R. Wood<br>) |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. | ) Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, May 29, 2019, at 9:00 AM**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Andrea R. Wood or any judge in her stead in the courtroom usually occupied by her, room 1925 of the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and present **Corporate Defendants' Motion to Dismiss**.

Dated: May 17, 2019

Respectfully submitted,

*Counsel for Homeservices of America, Inc.*

*Counsel for Keller Williams Realty, Inc.*

/s/ Karoline E. Jackson

Karoline E. Jackson
 kjackson@btlaw.com
Matthew B. Barr
 matthew.barr@btlaw.com
Matthew T. Ciulla
 matthew.ciulla@btlaw.com
Robert D. Macgill
 robert.macgill@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-6498

Denise A. Lazar
 denise.lazar@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214-4816

Jay N. Varon
 jvaron@foley.com
Jennifer M. Keas
 jkeas@foley.com
FOLEY AND LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

Erik Kennelly
 ekennelly@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

/s/Timothy Ray

Timothy Ray
 Timothy.Ray@hklaw.com
Martin G. Durkin
 martin.durkin@hklaw.com
William F. Farley
 william.farley@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

David C. Kully
 david.kully@hklaw.com
Anna P. Hayes
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

| *Counsel for Realogy Holdings Corp.* | *Counsel for RE/MAX Holdings, Inc.* |
|---|---|
| /s/ Kenneth M. Kliebard | /s/ Paula W. Render |
| Kenneth Michael Kliebard | Paula W. Render |
| kenneth.kliebard@morganlewis.com | prender@jonesday.com |
| MORGAN LEWIS & BOCKIUS LLP | Erin L. Shencopp |
| 77 West Wacker Drive | eshencopp@jonesday.com |
| Chicago, IL 60601-5094 | Odeshoo Hasdoo |
| (312) 324-1000 | ehasdoo@jonesday.com |
| | JONES DAY |
| Stacey Anne Mahoney | 77 W Wacker, Suite 3500 |
| stacey.mahoney@morganlewis.com | Chicago, IL 60605 |
| MORGAN, LEWIS & BOCKIUS LLP | (312) 782-3939 |
| 101 Park Avenue | |
| New York, NY 10178 | |
| (212) 309-6000 | |

**CERTIFICATE OF SERVICE**

  I, Kenneth M. Kliebard, an attorney, certify that on May 17, 2019, I caused the foregoing document to be served electronically on all parties of record via this Court's CM/ECF system.

Dated: May 17, 2019          */s/ Kenneth M. Kliebard*
                  Kenneth M. Kliebard