**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No: 1:19-cv-01610 |
| v. | ) ) | Judge Andrea Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## <u>NOTICE OF MOTION</u>

To:     Counsel of Record

**PLEASE TAKE NOTICE** that on Wednesday, May 29, 2019, at 9:00 a.m., the undersigned counsel shall appear before the Honorable Judge Andrea R. Wood, or any judge appearing in her stead, at Courtroom 1925 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendants' Motion to Stay Discovery and Defer Compliance with MIDP Requirements Pending Resolution of Motions to Dismiss**, which has been filed in conjunction with this Notice and is hereby served on you.

Dated: May 17, 2019

1

Respectfully submitted,

**KELLER WILLIAMS REALTY, INC.**


By: */s/ Martin G. Durkin*
Martin G. Durkin
Timothy Ray
Martin G. Durkin
William F. Farley
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL  60603
Telephone:  (312)  263-3600
Facsimile:  (312)  578-6666
timothy.ray@hklaw.com
martin.durkin@hklaw.com
william.farley@hklaw.com

David C. Kully
Anna P. Hayes
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC  20006
Phone: (202) 955-3000
Fax: (202) 955-5564
david.kully@hklaw.com
anna.hayes@hklaw.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on **May 17, 2019**, the foregoing **Notice of Motion** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

<u>     /s/ Martin G. Durkin     </u>

#67856011_v1