IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Honorable Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

### MOTION FOR LEAVE TO WITHDRAW
### APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN

Pursuant to Local Rule 83.17, Elizabeth A. Fegan hereby moves this Court for leave to withdraw as counsel for Plaintiff, Christopher Moehrl, on behalf of himself and all others similarly situated ("Plaintiff"), and in support thereof states as follows:

1. Plaintiff retained the law firm Hagens Berman Sobol Shapiro, LLP ("Hagens Berman") as his legal representation in this case.

2. On March 6, 2019, Steve W. Berman, managing Partner of Hagens Berman, filed an Appearance as counsel on behalf of Plaintiffs. (Dkt. 4).

3. On April 3, 2019, Elizabeth A. Fegan filed an Appearance as counsel on behalf of Plaintiff. (Dkt. 30).

4. Additionally, on April 24, 2019, Daniel J. Kurowski filed an Appearance as counsel on behalf of Plaintiff. (Dkt. 55).

5. Elizabeth A. Fegan's last day of employment with Hagens Berman was May 30, 2019.

6. Plaintiff will continue to have legal representation by attorneys Steve W. Berman and Daniel J. Kurowski of Hagens Berman.

Accordingly, Elizabeth A. Fegan respectfully requests that the Court terminate her appearance on behalf of Plaintiff, Christopher Moehrl, on behalf of himself and all others similarly situated, and for such further relief this Court deems just and proper.

DATED: May 31, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

*Attorneys for Plaintiff Christopher Moehrl, on behalf of himself and all others similarly situated*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31st day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

                                         */s/ Elizabeth A. Fegan*
                                             Elizabeth A. Fegan