**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Case No.: 1:19-cv-01610<br><br>Honorable Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

TO:    *All counsel of record*

      **PLEASE TAKE NOTICE** that on **June 18, 2019** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Andrea R. Wood, District Judge, or any other Judge sitting in his stead in Courtroom 1925 of the Everett McKinley Dirksen U.S. Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present, **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN**, a copy of which has been served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

DATED: May 31, 2019          Respectfully submitted,

                              HAGENS BERMAN SOBOL SHAPIRO LLP

                              By */s/ Elizabeth A. Fegan*

                              Elizabeth A. Fegan
                              Daniel J. Kurowski
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              455 N. Cityfront Plaza Dr., Suite 2410
                              Chicago, IL 60611
                              Telephone: (708) 628-4949
                              Facsimile: (708) 628-4950
                              beth@hbsslaw.com
                              dank@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

*Attorneys for Plaintiffs Christopher Moehrl, on behalf of himself and all others similarly situated*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31st day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan