Hon. Andrea R. Wood

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Civil Action No.: 1:19-cv-01610<br><br>**DECLARATION OF MATTHEW R. BERRY IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

## DECLARATION OF MATTHEW R. BERRY

I, Matthew R. Berry, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Washington, and am a partner at the law firm Susman Godfrey L.L.P. where I have practiced since 2006. I am admitted *pro hac vice* to represent Plaintiff Moehrl in the above-captioned matter. I have personal knowledge of the matters set forth below and, if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of Plaintiff's Reply to his Motion for Appointment of Interim Co-Lead Counsel.

3. While Susman Godfrey had worked with all of the other counsel for Plaintiff in the investigation that led to the filing of this action and had planned to join in that initial filing, Susman Godfrey had not completed its internal firm case approval at the time the complaint was filed, which requires a vote of all Susman Godfrey lawyers. That approval was obtained shortly after the case was filed and Susman Godfrey then entered its appearance. Susman Godfrey will also appear as counsel for Plaintiffs in the Consolidated Amended Complaint.

4. Susman Godfrey's representation of Plaintiff and the proposed class has nothing to do with my firm's representation of Zillow. Zillow has retained Susman Godfrey to represent it in several litigation matters. None of those matters relates to the issues in the above-captioned case. In particular, none of those Zillow matters relates to broker commissions, any rules of the National Association of Realtors, the policies and practices of MLSs, antitrust claims, or any of the other issues raised in the *Moehrl* matter.

5. Realogy's opposition to the motion for appointment of interim lead counsel specifically referenced that I represented Zillow in the *Zillow v. Trulia* matter. That matter was a patent infringement action filed in federal court in Seattle, Washington in 2012, and that was resolved over six years ago in 2013. The asserted patent in that litigation relates to Zillow's process for using data input by home owners to refine Zillow's automatic home valuations (i.e., Zestimates). That patent litigation had nothing to do with the issues raised in the *Moehrl* action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 5, 2019, at Seattle, Washington.          Respectfully submitted,

By: /s/ *Matthew Berry*
Matthew R. Berry
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington  98101
(206) 516-3880
mberry@susmangodfrey.com

*Attorneys for Plaintiff Christopher Moehrl*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Marc M. Seltzer*
Attorney Signature