# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Christopher Moehrl

                                                Plaintiff,

v.                                                                                              Case No.: 1:19−cv−01610
                                                                                                 Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2019:

        MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. For the reasons stated on the record, Movant Sawbill Strategic Inc's motion for reassignment of a related case [42] is granted. Case number 1:19−cv−02544 currently assigned to Judge Chang and captioned Sawbill Strategies Inc. v. National Association of Realtors, et al., shall be reassigned to the calendar of this Court. Plaintiff's reply to motion for appointment of interim co−lead class counsel [50] shall be filed by 6/5/2019. Plaintiff granted leave to file amended and/or consolidated complaint by 6/14/2019. Pursuant to the discussion held in open court, Defendants' motion to stay discovery and defer compliance with MIDP [71] is granted. Discovery in this matter and the parties' MIDP obligations are stayed until further order of the Court, with the exception that the parties may take appropriate actions to ensure preservation of evidence. Status hearing set for 6/24/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.