UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Civil Action No.: 1:19-cv-01610<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT RE/MAX HOLDINGS, INC.** |

Plaintiff Christopher Moehrl, Defendant RE/MAX Holdings, Inc., RE/MAX, LLC, and RMCO, LLC, hereby stipulate and agree as follows:

1. RE/MAX, LLC, is the proper RE/MAX corporate entity to defend this action, though RE/MAX, LLC, does not believe or concede that any claims are properly brought against it.

2. Dropping RE/MAX Holdings, Inc., when Plaintiff files his Consolidated Amended Complaint, and not naming another RE/MAX corporate entity, RMCO, LLC, is without prejudice.

3. For purposes of this action, documents in the possession, custody, or control of RE/MAX Holdings, Inc. and RMCO, LLC, if any, will be deemed in the possession, custody, or control of defendant RE/MAX, LLC.

4. RE/MAX, LLC, will not object to a request for a deposition on the grounds that the prospective deponent is an employee of RE/MAX Holdings, Inc., or RMCO, LLC. RE/MAX, LLC does not waive the ability to object on other proper grounds, for

example, that the deponent lacks personal knowledge or involvement in any matters at issue.

5. The statute of limitations will be tolled for claims against RE/MAX Holdings, Inc., and RMCO, LLC, over the course of the case.

6. In reliance upon the representations and warranties made above, Plaintiff agrees to dismiss RE/MAX Holdings, Inc., without prejudice as allowed under Rule 41(a)(1) of the Federal Rules of Civil Procedure, and not to name RMCO, LLC as a party to the action.

7. Plaintiff has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any defendant named in this suit. All rights have been expressly reserved.

Accordingly, Plaintiff, RE/MAX Holdings, Inc., RE/MAX, LLC, and RMCO, LLC request that the Court enter the attached order dismissing RE/MAX Holdings, Inc., without prejudice.

June 14, 2019

/s/ Paula W. Render

Paula W. Render
prender@jonesday.com
Erin L. Shencopp
eshencopp@jonesday.com
Odeshoo Hasdoo
ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

*Counsel for RE/MAX*

/s/ Marc M. Seltzer

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370

Daniel A. Small
dsmall@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
Alison Deich
adeich@cohenmilstein.com

COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
(202) 408-4699 Fax

Matthew R. Berry
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
(206) 516-3880

Beatrice C. Franklin
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 729-2021

Steve W. Berman
steve@hbsslaw.com
Jeff D. Friedman
jeff@ hbsslaw.com
Rio S. Pierce
riop@ hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue ● Suite 2000
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 fax

George Farah
gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
(212) 477-8090


William H. Anderson
wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive Suite G-200
Boulder, CO 80305
(303) 800-9109

Benjamin David Elga

belga@justicecatalyst.org
Brian Shearer
brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway ● Ninth Floor New
York, NY 10004 (518) 732-6703

Monte Neil Stewart
monteneilstewart@gmail.com
Russell E. Marsh
rmarsh@wmllawlv.com
WRIGHT MARSH & LEVY
300 S. 4th Street ● Suite 701 Las
Vegas, NV 89101
(702) 382-4004

Vildan A. Teske
teske@tkkrlaw.com
Marisa C. Katz
katz@tkkrlaw.com
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street ● Suite 4050
Minneapolis, MN 55402
(612) 746-1558

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Marc M. Seltzer
Attorney Signature