Hon. Andrea R. Wood

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.,<br><br>      Defendants. | Civil Action No.: 1:19-cv-01610<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF RE/MAX HOLDINGS, INC.** |

Before the Court is the Stipulation of Dismissal without Prejudice as to Defendant RE/MAX

Holdings, Inc. Pursuant to the stipulation of the parties, it is hereby ordered that RE/MAX Holdings,

Inc., is dismissed from this action without prejudice.

Dated: _____, 2019.            _____

                                               Hon. Andrea Wood, U.S.D.J.