# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Civil Action No.: 1:19-cv-01610 and<br>Civil Action No.: 1:19-cv-2544<br><br>**NOTICE OF PLAINTIFFS' MOTION IN SUPPORT OF (A) DISCOVERY OF CIVIL INVESTIGATIVE DEMAND MATERIALS; AND (B) PRODUCTION OF MANDATORY INITIAL DISCOVERY PROGRAM INITIAL DISCOVERY RESPONSES**<br><br>Hon. Andrea R. Wood |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

TO: Counsel of Record

PLEASE TAKE NOTICE that on Thursday, June 24, 2019, at 9:00 a.m., or at such other time as the Court shall direct, undersigned counsel shall appear before the Honorable Andrea Wood, in the Courtroom usually occupied by her on the 19the Floor of the Dirksen Federal Building (219 South Dearborn Street) in Chicago, and shall then and there present PLAINTIFFS' MOTION IN SUPPORT OF DISCOVERY OF (A) CIVIL INVESTIGATIVE DEMANDS IN DEFENDANTS' POSSESSION, CUSTODY OR CONTROL; AND (B) MANDATORY INITIAL DISCOVERY PROGRAM INITIAL DISCOVERY RESPONSES, a copy of which is herewith served on you.

June 19, 2019                                        Respectfully submitted,

/s/ Carol V. Gilden
Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370

Daniel A. Small
dsmall@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
Alison Deich
adeich@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
(202) 408-4699 Fax

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100

Matthew R. Berry
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
(206) 516-3880

Beatrice C. Franklin

bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 729-2021

Steve W. Berman
steve@hbsslaw.com
Jeff D. Friedman
jeff@hbsslaw.com
Rio S. Pierce riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue • Suite 2000
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 fax

George Farah
gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
(212) 477-8090

William H. Anderson
wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
(303) 800-9109

Benjamin David Elga
belga@justicecatalyst.org
Brian Shearer
brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
(518) 732-6703

Monte Neil Stewart
monteneilstewart@gmail.com
Russell E. Marsh