# EXHIBIT C



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: DAIRY FARMERS OF AMERICA, INC. CHEESE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Adam Properties, Inc. v. Dairy Farmers of America, Inc.*, No. 08-cv-7232 (WJH)<br><br>*Stew Leonard's, Inc. v. Dairy Farmers of America, Inc.*, No. 08-cv-7394 (WJH)<br><br>*Valley Gold LLC v. Dairy Farmers of America, Inc.*, No. 09-cv-387 (WJH)<br><br>*Indriolo Distributors, Inc. v. Dairy Farmers of America, Inc.*, No. 09-cv-1599 (WJH)<br><br>*Knutson's, Inc. v. Dairy Farmers of America, Inc.*, No. 09-cv-2074 (WJH) | No. 09-cv-03690<br><br>MDL No. 2031<br><br>Judge William J. Hibbler |

## [PROPOSED] PRETRIAL ORDER NO. 1 REGARDING CONSOLIDATION AND MANAGEMENT OF LITIGATION

**WHEREAS,** Plaintiffs in the above-captioned actions (collectively, "Direct Purchaser Plaintiffs") have filed complaints (the "Complaints") alleging violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2 by defendants, and asserting common law claims;

**WHEREAS,** the Judicial Panel on Multidistrict Litigation assigned to this Court MDL No. 2031, In re Diary Farmers of America, Inc Cheese Antitrust Litigation, for coordinated or consolidated pretrial proceedings;

appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading or other court paper is intended to be applicable only to some, but not all, of such actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first named plaintiff(s) in said action shall appear immediately after the words "This Document Relates To:" in the caption described above, i.e., "Civil Action No. _____, [Name of plaintiff(s)]."

4.    When a pleading or paper is filed and the caption, pursuant to ¶ 2, shows that it applies to "All Actions," the Clerk shall file such pleading or paper in the Master File and note such filing in the Master Docket.  No further copies need to be filed or other docket entries made.

5.    When a pleading or paper is filed and the caption, pursuant to ¶ 2, shows that it applies to fewer than all of the Actions, the Clerk shall file such pleading or other paper only in the Master File but nonetheless shall note such filing in both the Master Docket and in the docket of each such action.

## III.    SUBSEQUENTLY FILED RELATED ACTIONS

6.    When a case which relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred here from another court, the Clerk of Court shall:

   a.    Make an appropriate entry in the Master Docket;

   b.    Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to the attorneys for any new defendant(s) named in the newly- filed or transferred case; and

   c.    Mail a copy of the Order of assignment to counsel for plaintiffs and

allowed to proceed. Defendants shall produce the documents that the defendants previously produced to the CFTC by March 17, 2010. The Dairy Farmers of America, having received a document request from plaintiffs on February, 19, 2010, shall immediately begin to produce documents in response thereto. Any documents requiring a protective order prior to production shall be produced upon the execution of a mutually agreed protective order approved by this Court.

## IV.   SCOPE OF ORDER

13.    The terms of this Order shall not have the effect of making any person, firm or entity a party to any action in which he, she or it has not been named, served or added as such in accordance with the Federal Rules of Civil Procedure. The terms of this Order and the consolidation ordered herein shall not constitute a waiver of any party of any claims or defenses to any action.

SO ORDERED this 4th day of _MARCH_ 2010:

Honorable William J. Hibbler
United States District Court Judge

-5-