# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Moehrl v. The National Association of Realtors

Case Number: 1:19-cv-01610

An appearance is hereby filed by the undersigned as attorney for:
HomeServices of America, Inc.

Attorney name (type or print): Jay N. Varon

Firm: Foley & Lardner LLP

Street address: 3000 K Street, N.W., Suite 600

City/State/Zip: Washington, D.C. 20007

Bar ID Number: 90785733
(See item 3 in instructions)

Telephone Number: 202-672-5300

Email Address: jvaron@foley.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  June 20, 2019

Attorney signature:  S/ Jay N. Varon
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015