# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Christopher Moehrl, et al.

                              Plaintiff,

v.                                                            Case No.: 1:19−cv−01610

                                                                 Honorable Andrea R. Wood

The National Association of Realtors, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 24, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Plaintiffs have filed a Consolidated Amended Class Action Complaint and Plaintiff's oral motion to administratively close the related case is granted. Case number 1:19−cv−2544 is administratively closed. Pending Motions of the National Association of Realtors to dismiss [66] and Defendants Realogy Holdings Corp., HomeServices of America, Inc., RE/MAX Holdings, Inc., and Keller Williams Realty, Inc. [68] are moot as a result of the filing of the Consolidated Amended Class Action Complaint. All Defendants' responsive pleadings to the Consolidated Amended Class Action Complaint due by 8/09/2019. Discovery remains stayed until further order of court. The parties are to submit a proposed Protective Order and ESI Protocol Order to the Court by 8/16/2019. Plaintiffs' motion in support of (A) discovery of civil investigative demand materials; and (B) production of mandatory initial discovery program initial discovery responses [86] is denied without prejudice. Attorney application to appear *pro hac vice* [91] is granted. Plaintiff Christopher Moehrl's motion for appointment of interim Co−lead counsel [50] is taken under advisement. Status hearing set for 8/20/2019 at 9:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.