

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Martin G. Durkin

Firm   Holland & Knight LLP

Street Address   150 N. Riverside Plaza, Suite 2700

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-578-6574

Email address   martin.durkin@hklaw.com

ARDC (Illinois State Bar members, only)   6199640

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 19-cv-1610 | Moehrl v. The National Associ | Andrea R. Wood |
| 18-cv-886 | Ware et al v. Best Buy Stores | Sharon Johnson Coleman |
| 19-cv-3549 | ACA Motors v. WHI Solution | Robert M. Dow, Jr. |
| 19-cv-2544 | Sawbill v. National Associatio | Andrea R. wood |
|  |  |  |
|  |  |  |

/s/ Martin G. Durkin                                    June 24, 2019
Signature of Attorney                                   Date

Rev. 01272016