

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name   Timothy Ray

Firm   Holland & Knight LLP

Street Address   150 N. Riverside Plaza, Suite 2700

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-928-6042

Email address   timothy.ray@hklaw.com

ARDC (Illinois State Bar members, only)   6230099

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 17-cv-8829 | NEXT Payment Solutions v. C | Ruben Castillo |
| 18-cv-108 | Black Wolf Consulting v. AFL | Charles R. Norgle |
| 19-cv-1610 | Moehrl v. The National Assoc | Andrea R. Wood |
| 19-cv-2544 | Sawbill Strategies v. The Nati | Andrea R. Wood |
| | | |
| | | |

/s/ Timothy Ray                                            June 24, 2017
Signature of Attorney                                    Date

Rev. 01272016