IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA, and JANE RUH, on behalf of himself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>　　Defendants. | Case No.  1:19-cv-01610 and<br>Case No. 1:19-cv-02544<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

**DEFENDANT RE/MAX LLC'S**
**LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant RE/MAX, LLC, through the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, hereby discloses the following:

RE/MAX, LLC is a limited liability company organized under the laws of Delaware, is not a publicly held corporation or other publicly held entity, and has no publicly held corporation or other publicly held entity that holds 5% or more of its stock.

RE/MAX, LLC's parent entity is RMCO, LLC, a Delaware limited liability company. RMCO, LLC's parent entities are RE/MAX Holdings, Inc. and RIHI, Inc.  RE/MAX Holdings, Inc. is publicly traded on the New York Stock Exchange and owns 5% or more of RMCO, LLC's membership units.

Dated: July 11, 2019

Respectfully submitted,

*/s/ Paula W. Render*
Paula W. Render (IL Bar No. 6237954)
Erin L. Shencopp (IL Bar No. 6297614)
Eddie Hasdoo (IL Bar No. 6317518)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:     (312) 782-8585
prender@jonesday.com
eshencopp@jonesday.com
ehasdoo@jonesday.com

*Counsel for Defendant
RE/MAX, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2019, I electronically filed the foregoing DEFENDANT RE/MAX, LLC's LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                */s/ Eddie Hasdoo*
                                                Eddie Hasdoo

                                                Counsel for Defendant
                                                RE/MAX, LLC