# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAM REALTY, INC.,<br><br>    Defendants. | Case No. 1:19-cv-01610<br><br>Hon. Andrea R. Wood |

## REALOGY HOLDINGS CORP.'S
## LOCAL RULE 3.2 NOTICE OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, the undersigned counsel of record for Defendant Realogy Holdings Corp. ("Realogy"), states as follows:

1. Realogy is a Delaware corporation and a publicly traded company. Realogy has no parent companies.

2. No publicly traded entity owns 5% or more of Realogy's stock.


Dated: July 15, 2019

Respectfully submitted,

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
77 West Wacker Drive, Suite 500
Chicago, Illinois 60601
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com

Stacey Anne Mahoney, *pro hac vice*
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

*Attorneys for Defendant Realogy Holdings Corp.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on July 15, 2019, I filed a copy of the foregoing using the Court's electronic filing system, which will send notification of the same to all counsel of record.

*/s/ Kenneth M. Kliebard*