# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Christopher Moehrl, on behalf of himself and all others similarly situated, et al.

**Plaintiff(s)**

vs.   Case No.: 1:19-cv-01610

The National Association of Realtors, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/25/2019 at 2:40 PM, I served The Long & Foster Companies, Inc. c/o CT Corporation System, Registered Agent with the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project at 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060 by serving Katie Bush, Agent, authorized to accept service on behalf of CT Corporation System.

Katie Bush is described herein as:

Gender: Female   Race/Skin: White   Age: 30   Weight: 165   Height: 5'4"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

July 10, 2019
Executed On

Kenneth V. Condrey

Client Ref Number: N/A
Job #: 1563880

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050