# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Christopher Moehrl, on behalf of himself and all others similarly situated, et al.**

**Plaintiff(s)**

vs.   Case No.: 1:19-cv-01610

**The National Association of Realtors, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/25/2019 at 12:40 PM, I served BHH Affiliates, LLC c/o The Corporation Trust Company, Registered Agent with the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by serving Kamesha James, Designated Agent, authorized to accept service.

Kamesha James is described herein as:

Gender: Female   Race/Skin: Black   Age: 40   Weight: 125   Height: 5'7"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

7-2-2019
Executed On

Adam Golden

Client Ref Number: N/A
Job #: 1563881

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Christopher Moehrl, on behalf of himself and all others similarly situated, et al.**

Plaintiff(s)

vs.   Case No.: 1:19-cv-01610

**The National Association of Realtors, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/25/2019 at 12:40 PM, I served RE/MAX LLC c/o The Corporation Trust Company, Registered Agent with the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by serving Kamesha James, Designated Agent, authorized to accept service.

Kamesha James is described herein as:

Gender: Female   Race/Skin: Black   Age: 40   Weight: 125   Height: 5'7"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

7-2-2019
Executed On

Adam Golden

Client Ref Number: N/A
Job #: 1563877

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Christopher Moehrl, on behalf of himself and all others similarly situated, et al.

**Plaintiff(s)**

vs.   Case No.: 1:19-cv-01610

The National Association of Realtors, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/25/2019 at 12:40 PM, I served HSF Affiliates, LLC c/o The Corporation Trust Company, Registered Agent with the Summons, Consolidated Amended Class Action Complaint, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by serving Kamesha James, Designated Agent, authorized to accept service.

Kamesha James is described herein as:

Gender: Female   Race/Skin: Black   Age: 40   Weight: 125   Height: 5'7"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

7-2-2019
Executed On

Adam Golden

Client Ref Number: N/A
Job #: 1563882

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050