UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | Civil Action No.: 1:19-cv-01610 **CLASS ACTION** |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | HON. ANDREA R. WOOD |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | |
| Defendants. | |

### PLAINTIFF SAWBILL STRATEGIC, INC.'S
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Sawbill Strategic, Inc. hereby voluntarily dismisses its claims in this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims, this dismissal is without prejudice, including to Sawbill Strategic, Inc.'s rights as an absent class member. Fed. R. Civ. P. 41(a)(1)(B).

Such dismissal applies only to Sawbill Strategic, Inc., whose case was originally docketed as Case No. 1:19-cv-02544, and does not apply to any other Plaintiff in the above-captioned docket No. 1:19-cv-01610.

August 5, 2019                    Respectfully submitted,

/s/ Carol V. Gilden

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370

Daniel A. Small
dsmall@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
Robert A. Braun
rbraun@cohenmilstein.com
Alison Deich
adeich@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
(202) 408-4699 fax

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100

Matthew R. Berry
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
(206) 516-3880

Beatrice C. Franklin
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 729-2021

Steve W. Berman
steve@hbsslaw.com
Jeff D. Friedman
jeff@hbsslaw.com
Rio S. Pierce
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue ● Suite 2000
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 fax

George Farah
gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
(212) 477-8090

William H. Anderson
wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
(303) 800-9109

Benjamin David Elga
belga@justicecatalyst.org
Brian Shearer
brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
(518) 732-6703

Monte Neil Stewart
monteneilstewart@gmail.com
Russell E. Marsh
rmarsh@wmlawlv.com
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
(702) 382-4004

Vildan A. Teske
teske@tkkrlaw.com
Marisa C. Katz
katz@tkkrlaw.com
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
(612) 746-1558

Kenneth A. Wexler
kaw@wexlerwallace.com
Mark R. Miller
mrm@wexlerwallace.com
Thomas A. Doyle
tad@wexlerwallace.com
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312)346-2222
(312)346-0022 Fax

Daniel E. Gustafson
dgustafson@gustafsongluek.com
Daniel C. Hedlund
dhedlund@gustafsongluek.com
Daniel J. Nordin
dnordin@gustafsongluek.com
Kaitlyn L. Dennis
kdennis@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
(612) 339-6622 Fax

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed Plaintiff Sawbill Strategic, Inc.'s Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using ECF, which in turn sent notice to all registered E-Filers.


Dated: August 5, 2019                    /s/ Carol V. Gilden
                                         Carol V. Gilden