

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Benjamin D. Elga

Firm  Justice Catalyst Law

Street Address  81 Prospect St.

City/State/Zip Code  Brooklyn, NY 11201

Phone Number  518-732-6703

Email address  belga@justicecatalyst.org

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.
Benjamin David Elga

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:19-cv-01610 | Moehrl v. The National Association of Realtors | Honorable Andrea R. Wood |
| | | |
| | | |
| | | |
| | | |

_____
Signature of Attorney

August 6, 2019
Date

Rev. 01272016