**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,

Defendants.

Case No: 1:19-cv-01610

Judge Andrea Wood

**AGREED MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES RELATING TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule 7.1 and this Court's direction, the parties jointly move to file briefs in excess of fifteen pages in connection with defendants' motions to dismiss the Consolidated Amended Complaint ("CAC") in this action. In support of this motion, the parties state as follows:

1. Plaintiffs filed the CAC on June 14, 2019. (Dkt. 84).

2. Defendants' responses to the CAC are due today, August 9, 2019. (Dkt. 92). Defendant National Association of Realtors® ("NAR") will be filing a motion to dismiss, and defendants Realogy Holdings Corp., HomeServices of America, Inc., HSF Affiliates, LLC, BHH

Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX, LLC, and Keller Williams Realty, Inc. (collectively, "Corporate Defendants") will be filing a separate motion to dismiss.

3. Pursuant to Local Rule 7.1, briefs in support of a motion to dismiss are limited to 15 pages absent leave of Court.

4. The CAC raises several legal issues that cannot be adequately addressed in briefs limited to 15 pages. Defendants have endeavored to minimize duplication of briefing and thereby to minimize the burden on the Court. However, the issues raised in this case with respect to NAR are different from the issues raised with respect to the Corporate Defendants. Accordingly, NAR will be filing a brief in support of its motion to dismiss while the Corporate Defendants will be filing a separate brief in support of their motion to dismiss.

5. The parties have met and conferred, and have agreed on a proposed number of pages for each brief related to the two motions to dismiss. Those briefs, and the parties' requested page length for each, are as follows:

a. NAR proposes to file a brief, not to exceed twenty (25) pages, in support of its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6);

b. The Corporate Defendants propose to file a brief, not to exceed twenty-eight (28) pages, in support of their Joint Motion to Dismiss pursuant to Rule 12(b)(6);

c. Plaintiffs propose to file a response brief (or briefs) that address NAR's Motion to Dismiss, and the Corporate Defendants' Motion to Dismiss, with such briefs not to exceed a total of 53 pages; and

d. Defendants propose that NAR file a reply brief not to exceed 15 pages, and the Corporate Defendants file a reply brief not to exceed 15 pages.

6. The parties submit this motion pursuant to the suggestion of the chambers of this Court.

For the foregoing reasons, the parties respectfully request leave of this Court to file the briefs related to the Defendants' Motions to Dismiss the Complaint in excess of 15 pages as set forth above.

Dated: August 9, 2019

Respectfully submitted,

By: */s/ Jack R. Bierig*

Jack R. Bierig
Adam J. Diederich
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)
jbierig@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendant*
*National Association of Realtors®*

/*s/ Carol V. Gilden*

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370

Daniel A. Small
dsmall@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
Robert A. Braun

rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
(202) 408-4699 fax

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100

Matthew R. Berry
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
(206) 516-3880

Beatrice C. Franklin
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 729-2021

Steve W. Berman
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue ● Suite 2000
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 fax

Jeff D. Friedman
jeff@hbsslaw.com
Rio S. Pierce
riop@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue ● Suite 200
Berkeley, CA 94710
(510) 725-3000

Whitney A. Siehl
whitneys@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr. ● Suite 2410
Chicago, IL 60611
(708) 628-4950

George Farah
gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
(212) 477-8090

William H. Anderson
wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
(303) 800-9109

Benjamin David Elga
belga@justicecatalyst.org
Brian Shearer
brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
(518) 732-6703

Monte Neil Stewart
monteneilstewart@gmail.com
Russell E. Marsh
rmarsh@wmlawlv.com
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
(702) 382-4004

Vildan A. Teske
teske@tkkrlaw.com
Marisa C. Katz
katz@tkkrlaw.com
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
(612) 746-1558

Kenneth A. Wexler
kaw@wexlerwallace.com
Mark R. Miller
mrm@wexlerwallace.com
Thomas A. Doyle
tad@wexlerwallace.com
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312)346-2222
(312)346-0022 Fax

Daniel E. Gustafson
dgustafson@gustafsongluek.com
Daniel C. Hedlund
dhedlund@gustafsongluek.com
Daniel J. Nordin
dnordin@gustafsongluek.com
Kaitlyn L. Dennis
kdennis@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
(612) 339-6622 Fax

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **August 9, 2019**, the foregoing **Agreed Motion for Leave to File Brief in Excess of 15 Pages Relating to Defendants' Motions to Dismiss** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

*/s/ Jack R. Bierig*