**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COHL, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No: 1:19-cv-01610 |
| | ) | |
| v. | ) | Judge Andrea Wood |
| | ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC. | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF THE NATIONAL ASSOCIATION OF REALTORS®**
**TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant National Association of Realtors® ("NAR"), by its attorneys, moves to dismiss plaintiffs' Consolidated Amended Complaint for failure to state a cause of action under Section 1 of the Sherman Act, 15 U.S.C. § 1. In support of this motion, NAR relies on its brief that is being filed concurrently, the declaration of Katie Johnson accompanying that brief, and all exhibits attached to the brief and the declaration – as well as the pleadings and records on file with this Court and such argument as may be presented at any hearing on this motion.

2

Dated:  August 9, 2019                       Respectfully submitted,

*/s/ Jack R. Bierig*
Jack R. Bierig
Robert J. Wierenga
Adam J. Diederich
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)
jbierig@schiffhardin.com
rwierenga@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendant*
*National Association of Realtors®*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 9, 2019, the foregoing Motion of the National Association of Realtors® to Dismiss Plaintiff's Consolidated Amended Complaint was electronically filed with the Clerk of the Court by utilizing the CM/ECF System, which will provide electronic notification to all counsel of record:


/s/ *Jack R. Bierig*
Jack R. Bierig