# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case Nos. 1:19-cv-01610 and<br>) 1:19-cv-2544 |
| v. | )<br>) Judge Andrea R. Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. | )<br>) Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX LLC and Keller Williams Realty, Inc. (collectively, the "Corporate Defendants") respectfully move the Court to dismiss the claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of their Motion, the Corporate Defendants state as follows:

1. Plaintiffs' putative class action Consolidated Amended Complaint alleges that the Corporate Defendants and Defendant The National Association of Realtors® ("NAR") violated Section 1 of the Sherman Act in connection with NAR rules related to the Multiple Listing Service.

2. For the reasons set forth in the accompanying Memorandum of Law in Support of Corporate Defendants' Motion to Dismiss, and those in the separately filed Brief in Support of the National Association of Realtors® Motion to Dismiss, in which the Corporate Defendants join, the Complaint fails to state a claim upon which relief can be granted as to the Corporate Defendants.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in support of Corporate Defendants' Motion to Dismiss, and those in the Brief in Support of the National Association of Realtors® Motion to Dismiss the Complaint, the Corporate Defendants respectfully request the Court enter an Order granting this Motion and dismissing all claims pled in the Consolidated Amended Class Action Complaint against the Corporate Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

| Dated: August 9, 2019 | Respectfully submitted by: |
|---|---|
| *Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.* | *Counsel for Keller Williams Realty, Inc.* |
| /s/ Karoline E. Jackson | /s/ Timothy Ray |
| Matthew B. Barr<br>matthew.barr@btlaw.com<br>Matthew T. Ciulla<br>matthew.ciulla@btlaw.com<br>Karoline E. Jackson<br>kjackson@btlaw.com<br>Robert D. Macgill<br>robert.macgill@btlaw.com<br>BARNES & THORNBURG LLP<br>11 South Meridian Street | Timothy Ray<br>Timothy.Ray@hklaw.com<br>Martin G. Durkin<br>martin.durkin@hklaw.com<br>William F. Farley<br>william.farley@hklaw.com<br>HOLLAND & KNIGHT LLP<br>131 South Dearborn Street<br>30th Floor<br>Chicago, IL 60603 |

Indianapolis, IN 46204  
(317) 231-6498  

Denise A. Lazar  
 denise.lazar@btlaw.com  
BARNES & THORNBURG LLP  
One North Wacker Drive, Suite 4400  
Chicago, IL 60606  
(312) 214-4816  

Jay N. Varon  
 jvaron@foley.com  
Jennifer M. Keas  
 jkeas@foley.com  
FOLEY AND LARDNER LLP  
3000 K Street NW, Suite 600  
Washington, DC 20007  
(202) 672-5436  

Erik Kennelly  
 ekennelly@foley.com  
FOLEY & LARDNER LLP  
321 N. Clark St., Suite 2800  
Chicago, IL 60654  
(312) 832-4588  

(312) 263-3600  

David C. Kully  
 david.kully@hklaw.com  
Anna P. Hayes  
 anna.hayes@hklaw.com  
HOLLAND & KNIGHT LLP  
800 17th Street NW, Suite 1100  
Washington, DC 20530  
(202) 469-5415  

*Counsel for Realogy Holdings Corp.*

/s/ Kenneth M. Kliebard  
Kenneth Michael Kliebard  
 kenneth.kliebard@morganlewis.com  
MORGAN LEWIS & BOCKIUS LLP  
77 West Wacker Drive  
Chicago, IL 60601-5094  
(312) 324-1000  

Stacey Anne Mahoney  
 stacey.mahoney@morganlewis.com  
MORGAN, LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, NY 10178  
(212) 309-6000  

*Counsel for RE/MAX Holdings, Inc.*

/s/ Paula W. Render  
Paula W. Render  
 prender@jonesday.com  
Erin L. Shencopp  
 eshencopp@jonesday.com  
Odeshoo Hasdoo  
 ehasdoo@jonesday.com  
JONES DAY  
77 W Wacker, Suite 3500  
Chicago, IL 60605  
(312) 782-3939

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing Corporate Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.


                                                 */s/ Karoline E. Jackson*