# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA, And JANE RUH, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>  Defendants. | Case No: 1:19-cv-01610 and<br>Case No. 1:19-cv-02544<br><br>Judge Andrea Wood |

## DECLARATION OF CHAD ALLEN

I, Chad Allen, do hereby declare as follows:

1. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. I am General Counsel for Keller Williams Realty, Inc ("Keller Williams"). I have served in this role since November 2018. In my capacity as General Counsel, I advise Keller Williams on legal, franchise, regulatory and compliance issues and lead the franchise company's litigation strategy.

3. I am aware of the lawsuit that was filed in the above-captioned matter, and that the complaint in this matter referenced Keller Williams' Policies and Guidelines Manual.

4.	A true and correct copy of excerpts from the most recent Keller Williams Policies and Guidelines Manual, effective as of April 1, 2019, are attached hereto as **Exhibit A.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2019

_____
Chad Allen

**Exhibit A to the Declaration of Chad Allen**



# United States and Canada

# Policies & Guidelines Manual

**Revision 4/1/19**

Copyright ©2019 Keller Williams Realty, Inc. All rights reserved.

In keeping with this priority schedule, the Keller Williams Realty Commission and Profit Sharing Programs were created. These concepts set Keller Williams Realty apart as a unique real estate organization and as an associate-focused real estate organization.

### 4.9.1.27 Property Caravan (Tour) Policy

 This policy will vary from office to office and be established by the Local ALC.

### 4.9.1.28 REALTOR® Associations

#### 4.9.1.28.1 United States

National Association of REALTORS®
430 North Michigan Avenue
Chicago, Illinois 60611

Tel: 800-874-6500
Website: www.realtor.org

#### 4.9.1.28.2 Canada

The Canadian Real Estate Association
344 Slater Street, Suite 1600
Ottawa, Ontario K1R 7Y3

Tel: 613-237-7111
Fax: 613-234-2567
Website: www.crea.ca

#### 4.9.1.28.3 State or Provincial

We encourage you to be actively involved to the greatest possible extent. We realize the time factor causes you to be less active in these than your local Board, but we do want to encourage you to attend these conventions and seminars. These seminars could put money in your pocket, as you might receive referrals from other associates.

#### 4.9.1.28.4 Local

A REALTOR® association is a trade association of the professionals dealing in the real-estate business. Members conform to the high ideals set forth in the Code of Ethics. We encourage you to take an active role in any such local organization.

### 4.9.1.29 Referral Procedures

 **NOTE:** See Section 7.

#### 4.9.1.29.1 Outside Referrals

Use a Keller Williams Realty office, if possible.