UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case Nos. 1:19-cv-01610 and<br>) 1:19-cv-2544 |
| v. | )<br>) Judge Andrea R. Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. | )<br>) Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, August 20, 2019**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Andrea R. Wood**, or any judge sitting in her stead, in **Courtroom 1925** in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present **Corporate Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint,** a copy of which is attached hereto and served upon you.

Dated: August 9, 2019                                                                 Respectfully submitted by:

| | |
|---|---|
| *Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.* | *Counsel for Keller Williams Realty, Inc.* |
| /s/ Karoline E. Jackson | /s/ Timothy Ray |
| Matthew B. Barr<br>matthew.barr@btlaw.com | Timothy Ray<br>Timothy.Ray@hklaw.com |

1

| | |
|---|---|
| Matthew T. Ciulla<br>matthew.ciulla@btlaw.com<br>Karoline E. Jackson<br>kjackson@btlaw.com<br>Robert D. Macgill<br>robert.macgill@btlaw.com<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>(317) 231-6498<br><br>Denise A. Lazar<br>denise.lazar@btlaw.com<br>BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>(312) 214-4816<br><br>Jay N. Varon<br>jvaron@foley.com<br>Jennifer M. Keas<br>jkeas@foley.com<br>FOLEY AND LARDNER LLP<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>(202) 672-5436<br><br><br>Erik Kennelly<br>ekennelly@foley.com<br>FOLEY & LARDNER LLP<br>321 N. Clark St., Suite 2800<br>Chicago, IL 60654<br>(312) 832-4588<br><br>*Counsel for Realogy Holdings Corp.* | Martin G. Durkin<br>martin.durkin@hklaw.com<br>William F. Farley<br>william.farley@hklaw.com<br>HOLLAND & KNIGHT LLP<br>131 South Dearborn Street<br>30th Floor<br>Chicago, IL 60603<br>(312) 263-3600<br><br>David C. Kully<br>david.kully@hklaw.com<br>Anna P. Hayes<br>anna.hayes@hklaw.com<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20530<br>(202) 469-5415<br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Counsel for RE/MAX Holdings, Inc.* |
| /s/ Kenneth M. Kliebard<br>Kenneth Michael Kliebard<br>kenneth.kliebard@morganlewis.com<br>MORGAN LEWIS & BOCKIUS LLP<br>77 West Wacker Drive<br>Chicago, IL 60601-5094<br>(312) 324-1000<br><br>Stacey Anne Mahoney<br>stacey.mahoney@morganlewis.com | /s/ Paula W. Render<br><br>Paula W. Render<br>prender@jonesday.com<br>Erin L. Shencopp<br>eshencopp@jonesday.com<br>Odeshoo Hasdoo<br>ehasdoo@jonesday.com<br>JONES DAY<br>77 W Wacker, Suite 3500 |

MORGAN, LEWIS & BOCKIUS LLP  Chicago, IL 60605
101 Park Avenue  (312) 782-3939
New York, NY 10178
(212) 309-6000

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                  */s/ Karoline E. Jackson*