UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COHL, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| | Case No: 1:19-cv-01610 |
| v. | Judge Andrea Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC. | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, August 20, 2019**, at **9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before **the Honorable Andrea R. Wood**, or any judge sitting in her stead, in **Courtroom 1925** in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the **Motion of the National Association of Realtors® to Dismiss Plaintiffs' Consolidated Amended Complaint**.

Dated: August 12, 2019                Respectfully submitted,

*/s/ Jack R. Bierig*
Jack R. Bierig
Robert J. Wierenga
Adam J. Diederich
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)
jbierig@schiffhardin.com
rwierenga@schiffhardin.com
adiederich@schiffhardin.com

*Attorneys for Defendant*
*National Association of Realtors®*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 12, 2019, I electronically filed the foregoing Notice of Motion with the Clerk of Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.


    /s/ *Jack R. Bierig*
    Jack R. Bierig