# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br>　　　　Defendants. | Case No: 1:19-cv-01610 <br><br> Judge Andrea Wood |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER AND AGREED ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS

Pursuant to the Court's Order (Dkt. 92, dated June 24, 2019), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Valerie Nager, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of Realtors, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX, LLC, and Keller Williams Realty, Inc. ("Defendants") (collectively, the "Parties") respectfully request that

the Court enter the attached Agreed Confidentiality Order and Agreed Order Regarding Production of Electronically Stored Information and Paper Documents.

1. Pursuant to Rule 26 of the Federal Rules of Civil Procedure ("Rules"), the Parties have conferred and agree in good faith that the provisions of the attached Orders are necessary and beneficial to govern the efficient discovery and use of relevant, confidential information in this action.

2. The Parties agree in good faith that the Agreed Confidentiality Order, attached to this motion as Exhibit A, is necessary and appropriate to protect against the disclosure of "trade secret[s] or other confidential research, development, or commercial information," private personally identifiable information or other sensitive personal information of individuals, and other legitimate confidential information. *See* Rule 26(c)(1)(G). Attached to this motion as Exhibit B is a document showing in redline the changes in the Agreed Confidentiality Order from Form LR26.2, Model Confidentiality Order, as required by the Local Rules. The Parties believe that these changes are needed given the complexity of the case, including that it is an antitrust class action involving parties that are competitors.

3. In addition, the Parties agree in good faith that the Agreed Order Regarding Production of Electronically Stored Information and Paper Documents, attached to this motion as Exhibit C, is necessary to identify the proper procedures for the orderly discovery of what may be a voluminous and complex document production in this Action and to help avoid "undue burden or cost" related to "sources that . . . [are] not reasonably accessible." Rule 26(b)(2)(B).

4. Thus, the Parties request the Court find good cause for entering the attached Orders. *See Jepson, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 858 (7th Cir. 1994) (noting a district court's power to enter protective order for good cause); *Calhoun v. City of Chicago*, 273 F.R.D.

421 (N.D. Ill. 2011) (granting motion for protective order where good cause shown for confidentiality of materials); *see also Bond v. Utreras*, 585 F.3d 1061, 1074 (7th Cir. 2009) (approving the ability to treat "unfiled discovery materials" confidentially).

WHEREFORE, for the reasons set forth above, the Parties jointly move that this Court enter the Agreed Confidentiality Order and Order Regarding the Production of Electronically Stored Information and Paper Documents.

Dated: August 16, 2019

Respectfully submitted,

*Counsel for Plaintiffs*

/s/ Rio S. Pierce
Steve W. Berman (Bar No. 3126833)
  steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
  dank@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Jeff D. Friedman
  jefff@hbsslaw.com
Rio S. Pierce
  riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Carol V. Gilden (Bar No. 6185530)
  cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC

*Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

/s/ Jay N. Varon
Matthew B. Barr
  matthew.barr@btlaw.com
Matthew T. Ciulla
  matthew.ciulla@btlaw.com
Karoline E. Jackson
  kjackson@btlaw.com
Robert D. Macgill
  robert.macgill@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-6498

Denise A. Lazar
  denise.lazar@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214-4816

Jay N. Varon
  jvaron@foley.com
Jennifer M. Keas
  jkeas@foley.com
FOLEY AND LARDNER LLP

190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Daniel A. Small
  dsmall@cohenmilstein.com
Kit A. Pierson
  kpierson@cohenmilstein.com
Benjamin D. Brown
  bbrown@cohenmilstein.com
Robert A. Braun
   rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Matthew R. Berry
  mberry@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Marc M. Seltzer
  mseltzer@susmangodfrey.com
Steven G. Sklaver
  ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin
  bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

George Farah
  gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street

3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

Erik Kennelly
  ekennelly@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588


*Counsel for Keller Williams Realty, Inc.*
/s/ Martin G. Durkin
Timothy Ray
  Timothy.Ray@hklaw.com
Martin G. Durkin
  martin.durkin@hklaw.com
William F. Farley
  william.farley@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

David C. Kully
  david.kully@hklaw.com
Anna P. Hayes
  anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415



*Counsel for Realogy Holdings Corp.*

/s/ Kenneth Michael Kliebard
Kenneth Michael Kliebard
  kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP

Brooklyn, NY 11201
Telephone: (212) 477-8090

William H. Anderson
  wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109

Benjamin David Elga
  belga@justicecatalyst.org
Brian Shearer
  brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
Telephone: (518) 732-6703

Monte Neil Stewart
  monteneilstewart@gmail.com
Russell E. Marsh
  rmarsh@wmllawlv.com
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Vildan A. Teske
  teske@tkkrlaw.com
Marisa C. Katz
  katz@tkkrlaw.com
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
Telephone: (612) 746-1558

77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney
  stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000


*Counsel for RE/MAX, LLC*
/s/ Erin L. Shencopp
Paula W. Render
  prender@jonesday.com
Erin L. Shencopp
  eshencopp@jonesday.com
Odeshoo Hasdoo
  ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939


*Counsel for Defendant*
*National Association of Realtors®*
/s/ Jack R. Bierig
Jack R. Bierig
  jbierig@schiffhardin.com
Robert J. Wierenga
  rwierenga@schiffhardin.com
Adam J. Diederich
  adiederich@schiffhardin.com
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)