# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No: 1:19-cv-01610 |
| v. ) ) | Judge Andrea Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on **August 16, 2019**, Dkt. No. 121, Joint Motion for Entry of Agreed Confidentiality Order and Agreed Order Regarding Production of Electronically Stored Information and Paper Documents was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

/s/ Anna P. Hayes

**Counsel for Keller Williams Realty, Inc.**
Timothy Ray
Timothy.Ray@hklaw.com

Martin G. Durkin
 martin.durkin@hklaw.com
William F. Farley
 william.farley@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
 david.kully@hklaw.com
Anna P. Hayes
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415