Christopher Moehrl, et al.

                                  Plaintiff,

v.                                          Case No.: 1:19–cv–01610

                                          Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Agreed motion for leave to file excess pages [112] is granted. The Court sets the following briefing schedule on Defendants' motions to dismiss [113][115]: Plaintiffs shall respond by 9/13/2019 and Defendants shall reply by 10/14/2019. Plaintiffs are granted leave to file a single response brief up to 53 pages in length. Replies are limited to 15 pages. Joint motion for entry of agreed confidentiality order and agreed ESI order [121] is granted. Enter orders. Discovery remains stayed until further order of Court. Any party may move to lift the stay at any time. The parties shall notify the Court of any ruling by the Western District of Missouri on the pending motion to transfer within 3 business days of such ruling. The parties may do so by filing a notice of decision or status report. Status hearing set for 12/12/2019 at 9:00 AM. 'Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.