IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, HOMESERVICES OF AMERICA, INC., KELLER WILLIAMS REALTY, INC., REALOGY HOLDINGS CORP., and RE/MAX HOLDINGS, INC.,<br><br>　　　　Defendants. | No 19-cv-1610<br><br>The Honorable Andrea R. Wood |

## MOTION TO WITHDRAW APPEARANCE
## <u>UNDER LOCAL RULE 83.17</u>

Pursuant to Local Rule 83.17, I, Thomas A. Doyle, move to withdraw my appearance for Sawbill Strategic in this case. I am withdrawing from this case because I am leaving my firm. Other lawyers from Wexler Wallace have appearances on file in this case, and will continue to serve as counsel.

Dated: September 5, 2019      　　　/s/Thomas A. Doyle

　　　　　　　　　　　　　　　　　Thomas A. Doyle
　　　　　　　　　　　　　　　　　**WEXLER WALLACE LLP**
　　　　　　　　　　　　　　　　　55 W. Monroe Street, Suite 3300
　　　　　　　　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　　　　　　　　Telephone: (312) 346-2222

　　　　　　　　　　　　　　　　　**Counsel for Sawbill Strategic**

## CERTIFICATE OF SERVICE

I certify that, on September 5, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/Thomas A. Doyle