CHRISTOPHER MOEHRL,

      Plaintiff,

v.

THE NATIONAL ASSOCIATION OF
REALTORS, HOMESERVICES OF
AMERICA, INC., KELLER WILLIAMS
REALTY, INC., REALOGY HOLDINGS
CORP., and RE/MAX HOLDINGS, INC.,

      Defendants.

No 19-cv-1610

The Honorable Andrea R. Wood


To:    Counsel of Record

      PLEASE TAKE NOTICE that on Tuesday, September 10, 2019, at 9:00 a.m., or at such other time as the Court shall direct, I shall appear before the Honorable Andrea Wood, in the Courtroom usually occupied by her on the 19th Floor of the Dirksen Federal Building (219 South Dearborn Street) in Chicago, and we shall then and there present **MOTION TO WITHDRAW APPEARANCE UNDER LOCAL RULE 83.17**. A copy of the Motion was served on you.


Dated: September 5, 2019                       /s/Thomas A. Doyle

                                    Kenneth A. Wexler
                                    Mark R. Miller
                                    Thomas A. Doyle
                                    **WEXLER WALLACE LLP**
                                    55 W. Monroe Street, Suite 3300
                                    Chicago, IL  60603
                                    Telephone: (312) 346-2222

                                    **Counsel for Sawbill Strategic**

## CERTIFICATE OF SERVICE

I certify that, on September 5, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.


/s/Thomas A. Doyle