# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Moehrl v. The National Association of Realtors

Case Number: 1:19-cv-1610

An appearance is hereby filed by the undersigned as attorney for:
United States of America

Attorney name (type or print): Steven J. Mintz

Firm: United States Department of Justice, Antitrust Division

Street address: 950 Pennsylvania Ave, N.W., Suite 3224

City/State/Zip: Washington, DC 20530

Bar ID Number: DC 426596
(See item 3 in instructions)

Telephone Number: (202)-353-0256

Email Address: steven.mintz@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/7/2019

Attorney signature: S/ Steven J. Mintz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015