UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA, and JANE RUE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Civil Action No. 1:19-cv-01610<br>Judge Andrea R. Wood<br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

To:   Counsel of Record

PLEASE TAKE NOTICE that on October 10, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Andrea Wood in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the UNITED STATES' MOTION

FOR LEAVE TO FILE STATEMENT OF INTEREST, at which time and place you may appear, if you see fit.

Dated: October 7, 2019

        Respectfully submitted,

        <u>/s/ Thomas P. Walsh</u>

        JOHN R. LAUSCH, JR.
        *United States Attorney*

        THOMAS P. WALSH
        *Assistant U.S. Attorney*

        219 South Dearborn Street
        Chicago, Illinois 60604
        Telephone: (312) 353-5312
        thomas.walsh2@usdoj.gov

        STEVEN J. MINTZ
        *Attorney*

        United States Department of Justice
        Antitrust Division
        950 Pennsylvania Avenue, NW
        Room 3224
        Washington, DC 20530
        Telephone: (202) 353-0256
        Facsimile: (202) 514-0536
        Steven.Mintz@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, I electronically filed the foregoing NOTICE OF MOTION using the CM/ECF system, which will electronically send notice to counsel for all parties who have appeared in this case.

/s/ Steven J. Mintz

Attorney for the United States