UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA, and JANE RUE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Civil Action No. 1:19-cv-01610 <br> Judge Andrea R. Wood <br> Magistrate Judge M. David Weisman |

**MOTION OF THE UNITED STATES OF AMERICA FOR LEAVE TO FILE STATEMENT OF INTEREST**

28 U.S.C. § 517 permits the Attorney General to send "any officer of the Department of Justice" to "any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States[.]" The United States has an interest in this pending case because defendant The National Association of Realtors ("NAR"), in support of its Motion to Dismiss the

Consolidated Amended Complaint, suggests an inaccurate interpretation of a 2008 consent decree between the United States and NAR, to which the United States should be permitted to respond.

Notwithstanding the United States' statutory authorization to file a Statement of Interest, in the interest of avoiding any conflict with Local Rule 5.6, the United States respectfully moves the Court for an order permitting it to file its Statement of Interest attached hereto.

Dated: October 7, 2019

/s/ Steven J. Mintz

MAKAN DELRAHIM
*Assistant Attorney General*

MICHAEL F. MURRAY
*Deputy Assistant Attorney General*

ANDREW J. ROBINSON
*Counsel to the Assistant Attorney General*

STEVEN J. MINTZ
*Attorney*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Phone: (202) 353-0256
Fax: (202) 514-0536
Email: Steven.Mintz@usdoj.gov

JOHN R. LAUSCH, JR.
*United States Attorney*

THOMAS P. WALSH
*Assistant U.S. Attorney*

219 South Dearborn Street
Chicago, Illinois 60604
Phone: (312) 353-5312
thomas.walsh2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2019, I electronically filed the foregoing MOTION OF THE UNITED STATES OF AMERICA FOR LEAVE TO FILE STATEMENT OF INTEREST using the CM/ECF system, which will electronically send notice to counsel for all parties who have appeared in this case.

      /s/ Steven J. Mintz

      Attorney for the United States