# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Christopher Moehrl, et al.

                                             Plaintiff,

v.                                                       Case No.: 1:19–cv–01610

                                                                     Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Amicus motion for leave to file [136] was not properly noticed for presentment. This is improper both because Judge Wood does not hear motions at 9:30 AM. Amicus counsel is advised that future failure to notice a motion properly may result in the motion being stricken or summarily denied. Motion Hearing set for 10/10/2019 at 9:30 a.m. [134] is stricken and reset for 10/10/2019 at 09:00 AM. TIME CHANGE ONLY. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.