Christopher Moehrl, et al.

                    Plaintiff,

v.                                       Case No.: 1:19−cv−01610
                                               Honorable Andrea R. Wood

The National Association of Realtors, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' Motion for leave to file Supplemental Memorandum [145] is granted. The motion presentment date of 11/6/2019 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.