# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 12, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' counsel shall appear before the Honorable Andrea R. Wood, or any other judge sitting in her stead in Courtroom 1925 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn Street, Chicago, Illinois 60602, and then and there present ***Plaintiffs' Motion to Lift the Discovery Stay***, a copy of which has been served upon all counsel of record by operation of the Court's CM/ECF system.

Dated: November 19, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Whitney K. Siehl*

Daniel Kurowski (Bar No. 6286656)
dank@hbsslaw.com
Whitney K. Siehl (Bar No. 6313995)

wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Steve W. Berman (Bar No. 3126833)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Jeff D. Friedman (*Pro Hac Vice*)
jefff@hbsslaw.com
Rio S. Pierce (*Pro Hac Vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Kit A. Pierson (*Pro Hac Vice*)
kpierson@cohenmilstein.com
Daniel A. Small (*Pro Hac Vice*)
dsmall@cohenmilstein.com
Benjamin D. Brown (*Pro Hac Vice*)
bbrown@cohenmilstein.com
Robert A. Braun (*Pro Hac Vice*)
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Matthew R. Berry (*Pro Hac Vice*)
mberry@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800

Seattle, Washington 98101
Telephone: (206) 516-3880

Marc M. Seltzer (*Pro Hac Vice*)
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin (*Pro Hac Vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

George Farah (*Pro Hac Vice*)
gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090

William H. Anderson (*Pro Hac Vice*)
wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109

Benjamin David Elga (*Pro Hac Vice*)
belga@justicecatalyst.org
Brian Shearer (*Pro Hac Vice*)
brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
Telephone: (518) 732-6703

Monte Neil Stewart
monteneilstewart@gmail.com
Russell E. Marsh
rmarsh@wmllawlv.com

Wright Marsh & Levy
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Vildan A. Teske (*Pro Hac Vice*)
teske@tkkrlaw.com
Marisa C. Katz (*Pro Hac Vice*)
katz@tkkrlaw.com
Teske Katz Kitzer & Rochel PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
Telephone: (612) 746-1558

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be filed electronically on November 19, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF system.

                                          */s/ Whitney K. Siehl*
                                           Whitney K. Siehl