1    IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3  CHRISTOPHER MOEHRL, on behalf      )
   of himself and all others         )
4  similarly situated,               )
                                     )
5            Plaintiffs,             )
                                     )
6            -vs-                    )  No. 19 C 1610
                                     )
7  THE NATIONAL ASSOCIATION OF       )
   REALTORS,                         )  Chicago, Illinois
8                                    )  October 10, 2019
              Defendants.           )  9:00 a.m.
9

10            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE ANDREA R. WOOD
11

   APPEARANCES:
12
   For the Plaintiffs:      HAGENS, BERMAN, SOBOL, SHAPIRO LLP
13                          455 North Cityfront Plaza Drive
                            Chicago, Illinois  60611
14                          BY:  MS. WHITNEY KENDALL SIEHL

15

   For Defendant National    SCHIFF HARDIN LLP
16 Assn. Of Realtors:        233 South Wacker Drive
                             Chicago, Illinois  60602
17                           BY:  MR. JACK R. BIERIG

18

   For Defendant Realogy:    MORGAN LEWIS & BOCKIUS LLP
19                           77 West Wacker Drive
                             Chicago, Illinois  60601
20                           BY:  MS. HEATHER JEAN NELSON

21

22            COLETTE M. KUEMMETH, CSR, RMR, FCRR
                   OFFICIAL COURT REPORTER
23               219 South Dearborn Street
                        Room 1928
24               Chicago, Illinois  60604
                   (312) 554-8931
25

1    APPEARANCES:   (Continued)

2

3    For Defendant
     HomeServices:              BARNES & THORNBURG LLP
                                One North Wacker Drive
4                               Chicago, Illinois  60606
                                BY:  MS. DENISE A. LAZAR
5

6    For Defendant Re/Max:      JONES DAY
                                77 West Wacker Drive
7                               Chicago, Illinois  60601
                                BY:  MS. ERIN LIND SHENCOPP
8

     For Defendant
9    Keller Williams:          HOLLAND & KNIGHT LLP
                                150 North Riverside Plaza
10                              Chicago, Illinois  60606
                                BY:  MR. TIMOTHY RAY
11

12   For the Government:        MR. THOMAS WALSH
                                Assistant United States Attorney
13                              219 South Dearborn Street
                                Chicago, Illinois  60604
14

15

16

17

18

19

20

21

22

23

24

25

1     (Proceedings heard in open court:)

2          THE CLERK:  19 CV 1610, Moehrl versus National

3     Association of Realtors.

4          MS. SIEHL:  Good morning, your Honor.  Whitney

5     Siehl for the plaintiffs.

6          MR. WALSH:  Good morning, your Honor.  Thomas Walsh

7     for the United States.

8          MR. BIERIG:  Good morning, your Honor.  Jack Bierig

9     for Defendant National Association of Realtors.

10         MR. RAY:  Good morning, your Honor.  Timothy Ray on

11    behalf of Keller Williams.

12         MS. SHENCOPP:  Good morning, your Honor.  Erin

13    Shencopp on behalf of Defendant Remax LLC.

14         MS. NELSON:  Good morning, your Honor.  Heather

15    Nelson on behalf of Realogy.

16         MS. LAZAR:  Good morning, your Honor.  Denise Lazar

17    on behalf of HomeServices, defendants.

18         THE COURT:  Good morning.  So the United States of

19    America would like to get involved and express some opinions

20    in connection with this matter.  Do the other parties have an

21    objection to the request for the United States to file a

22    statement of interest?

23         MR. BIERIG:  Your Honor, since this is directed at

24    the National Association of Realtors, I suppose we would not

25    object to the expression of views by the Government, but we

1    strongly object to what those views are.  They, in our

2    judgment, totally mischaracterize the consent decree that was

3    entered between the United States and NAR, which three times

4    expressly permits NAR to have a rule that says that MLSs may

5    require the participants offer cooperation and compensation

6    as a condition of being in the MLS.

7        I'm happy, your Honor, to explain the reason for

8    that now, or to ask your Honor how you would like us to

9    address it.

10        THE COURT:  Okay.  So no objection to the filing of

11    the document, you just want an opportunity to respond in

12    substance.

13        MR. BIERIG:  Right.  I can do that, your Honor,

14    today, or we can do it in connection with our reply brief in

15    support of our motion to dismiss, or we can file a separate

16    paper.  Whatever your Honor would prefer.

17        THE COURT:  I think a written filing would be

18    preferable since we're in the middle of briefing and since

19    the Government has made their submission in writing.  The

20    best way to preserve a substantive response is to file --

21    make a separate filing.

22        I don't see any reason why you would not be able to

23    incorporate that into the reply brief.  I don't recall off

24    the top of my head how many pages I allow for a reply brief,

25    but I permit some additional pages.

1          I suppose the other parties may have either less of

2    an interest or a different interest than the National

3    Association of Realtors with respect to these issues.  Is

4    there any other party that has an interest in responding

5    substantively to the Government's position?

6          MR. RAY:  Keller Williams does not.

7          MS. SHENCOPP:  No, your Honor.  My client was not

8    involved in the compensatory issue, so we take no position on

9    the Government motion.

10          MS. NELSON:  Realogy doesn't have a position

11    either.

12          MS. LAZAR:  HomeServices does not wish to make a

13    filing at this time.

14          THE COURT:  Okay.  Let's do it as a separate

15    filing, actually.  Well, what would you prefer?

16          MR. BIERIG:  Well, whatever your Honor prefers is

17    what we would do, but all of the reply briefs in support of

18    the motions to dismiss are due on Monday.  If your Honor will

19    give us a couple of extra pages for that, we will include it

20    in our reply.

21          THE COURT:  Do you need more time?  Given that this

22    was just granted leave to file today, and your briefs are due

23    on Monday, I would give everybody a few more days if you need

24    it.

25          MR. BIERIG:  We wouldn't mind a few more days, if

1    your Honor would be willing to grant it.

2            THE COURT:  I'll give you until the end of next

3    week as opposed to Monday.

4            MR. BIERIG:  That would be great.

5            THE COURT:  Is that helpful?  The 18th.  And five

6    additional pages?  What was the page limit that I set before?

7            MR. BIERIG:  I think it was 15 pages, your Honor.

8            THE COURT:  Did I not extend it?  Yes.  Replies are

9    limited to 15 pages.  I'll give you the additional, so 20

10   pages, so that you can incorporate whatever you need to say

11   in response to the Government's position.

12           MR. BIERIG:  Much appreciated, your Honor.

13           MR. RAY:  Just to clarify, all defendants have

14   until the 18th?

15           THE COURT:  Correct.  No reason not to keep you all

16   on the same schedule.

17           MR. RAY:  Thank you.

18           THE COURT:  Okay.  Otherwise the status date that

19   was set, which is December 12, can stay the same.

20           I think that's all.  Anything else from the parties

21   today?

22           MR. BIERIG:  No.  Thank you very much, your Honor.

23           THE COURT:  Thank you.

24       (End of proceedings.)

25

1

2                    C E R T I F I C A T E

3

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled case on

6    October 10, 2019.

7

8

9

10   /s/Colette M. Kuemmeth___
             Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25