IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Civil Action No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ERIN L. SHENCOPP AND REQUEST FOR REMOVAL FROM ECF SERVICE

TO THE CLERK AND ALL PARTIES OF RECORD: Please withdraw the appearance of Erin L. Shencopp as counsel for Defendant RE/MAX, LLC in this matter as of January 31, 2020. After January 31, 2020, Ms. Shencopp will no longer be associated with the law firm of Jones Day.

PLEASE TAKE NOTICE that RE/MAX, LLC continues to be represented in this case by lead counsel.

Accordingly, we ask that this notice be approved.

Dated: January 31, 2020                    JonesDay

BY: <u>Erin L. Shencopp</u>

Paula W. Render
prender@jonesday.com
Erin L. Shencopp
eshencopp@jonesday.com
Odeshoo Hasdoo
ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

*Counsel for RE/MAX, LLC*

**SO ORDERED:**

_____
Dated: _____