**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Christopher Moehrl, et al.
                            Plaintiff,

v.                                                 Case No.: 1:19–cv–01610
                                                Honorable Andrea R. Wood

The National Association of Realtors, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 19, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussions held in open court, the discovery stay is lifted as to Defendant Keller Williams Realty, Inc., *only*. Status hearing continued to 4/16/2020 at 11:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.