**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, et al., on behalf of themselves and all others similarly situated, )))) | |
| Plaintiffs, )) | No. 19-cv-01610 |
| v. )) | Judge Andrea R. Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, et al., )))) | |
| Defendants. ) | |

**ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL**

This matter having come before the Court on Motion of Plaintiff to Appoint Interim Co-Lead Class Counsel Pursuant to Fed. R. Civ. P. 23(g) in the above-captioned actions. *See* ECF No. 50, **IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates as Plaintiff's Interim Co-Lead Class Counsel Cohen Milstein Sellers & Toll PLLC, Susman Godfrey L.L.P., and Hagens Berman Sobol Shapiro LLP.

2. Interim Class Counsel shall be generally responsible for coordinating the activities of Plaintiffs during pretrial proceedings and shall:

    a. determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

    b. coordinate the initiation and conduct of discovery on behalf of the plaintiffs consistent with the requirements of Federal Rule of Civil

        Procedure 26, including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

    c.    conduct settlement negotiations on behalf of the plaintiffs;

    d.    delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the plaintiffs is conducted efficiently and effectively;

    e.    enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

    f.    maintain adequate time and disbursement records covering services as interim co-lead counsel; and

    g.    perform such other duties as may be incidental to proper coordination of the plaintiffs' pretrial activities or authorized by future order of the Court.

3.    This Order appointing Interim Class Counsel shall apply to all related actions that are filed in, transferred to, or removed to this Court, subject to the right of plaintiffs in those actions to object to this Order. Plaintiff shall serve a copy of this Order on all new plaintiffs, and new plaintiffs shall have 10 days from service to object to this Order.

    IT IS SO ORDERED.

DATED: May 30, 2020

                                  ANDREA R. WOOD
                                  UNITED STATES DISTRICT JUDGE