UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 1:19-cv-01610 <br><br> Judge Andrea Wood |

**JOINT STATUS REPORT**

Plaintiffs, Christopher Moehrl, Michael Cole, Steve Darnell, Valerie Nager, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants, The National Association of Realtors, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX, LLC, and Keller Williams Realty, Inc. ("Defendants"), submit this joint report to provide the Court with an update on the status of the case since the last case management conference on February 19, 2020:[1]

1. **The progress of discovery**

Except with respect to Defendant Keller Williams Realty, Inc., this Court has stayed document productions and depositions pending resolution of the Defendants' motions to dismiss.

---

[1] While the parties were not required to submit a status report pursuant to the Northern District of Illinois' Third Amended General Order 20-0012, Docket No. 169, for the Court's convenience the parties have addressed the topics listed in Paragraph 5 of the General Order.

A related case, *Sitzer v. National Association of Realtors*, 19-cv-332-SRB, is moving forward in the Western District of Missouri. The court in that matter has denied Defendants' motion to dismiss and discovery is proceeding.

Per this Court's order at the December 12, 2019, status conference (*see* Docket No. 159), Plaintiffs here served Requests for Production on January 10, 2020, and Plaintiffs' counsel have been jointly participating with the plaintiffs' counsel in the *Sitzer* action in discussions regarding the scope of discovery, including with respect to search terms and custodians. Plaintiffs have also served document preservation subpoenas on several third parties.

Last month, the parties agreed to search terms (or, in the case of the HomeServices Defendants, on a Technology Assisted Review protocol) that will be used in both the *Sitzer* action and this matter to the extent it goes forward. In addition, Plaintiffs here agreed to document custodians with Defendants NAR and Keller Williams. Plaintiffs have agreed to some custodians with the other Corporate Defendants, but have not reached agreement on custodians for this matter who are not also custodians in *Sitzer*.

At the same hearing that the *Sitzer* court resolved some lingering disputes over document custodians and search terms in that case, the court directed Defendants to make a substantial production of documents before the next scheduled status hearing, which was set for June 11, 2020, but then taken off the calendar after the parties reported there were no ripe discovery disputes. *See* 19-cv-332 (W.D. Mo.) Docket Nos. 254, 255, 6/10/2020 Text Entry. Per the stipulated protective order, Plaintiffs will receive these documents with the exception of any documents Defendants designate as relevant only to the *Sitzer* litigation.

2. **The status of briefing on any unresolved motions**

Defendants' motions to dismiss the Consolidated Amended Complaint were fully briefed as of October 18, 2019. *See* Docket Nos. 114, 116, 132, 142, 143.

3. **Settlement efforts**

The Parties do not believe settlement efforts will be fruitful at this early stage of the case.

4. **An agreed proposed schedule (or alternative proposals) for the next 45 days**

The Parties do not believe that a schedule is warranted at this juncture.

5. **An agreed proposed revised discovery and dispositive motion schedule**

There is no discovery and dispositive motion schedule in place, so no revision is currently necessary.

6. **Request any agreed action that the Court can take without a hearing**

The Parties do not believe that there is any agreed action that the Court may take without

a hearing.

7. **State whether the parties believe a telephonic hearing with the judge is necessary and time urgent**

The Parties do not believe an immediate telephonic hearing is necessary. Plaintiffs' position is that a telephonic status conference in the next month would provide a useful opportunity for the parties to discuss the progress of discovery in *Sitzer* as it relates to this case and to update the Court as to any developments. Defendants' position is there is no need for a status hearing in the next month, unless the Court believes a hearing would be beneficial, for two reasons. First, given the disruption caused by the current health crisis and the absence of any pressing matters in this case, it seems imprudent to require a status hearing next month. Second, given that discovery is largely stayed in this case, Defendants do not believe it is necessary to consume this Court's time with a discussion of the status of the ongoing document production in *Sitzer*.

Dated: June 18, 2020

Respectfully submitted,

*Counsel for Plaintiffs*

/s/ Marc M. Setlzer
Marc M. Seltzer
  mseltzer@susmangodfrey.com
Steven G. Sklaver
  ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Matthew R. Berry
  mberry@susmangodfrey.com
Alexander W. Aiken
  aaiken@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Beatrice C. Franklin
  bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

*Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

/s/ Matthew B. Barr
Matthew B. Barr
  matthew.barr@btlaw.com
Matthew T. Ciulla
  matthew.ciulla@btlaw.com
Karoline E. Jackson
  kjackson@btlaw.com
Robert D. Macgill
  robert.macgill@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-6498

Denise A. Lazar
  denise.lazar@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214-4816

Jay N. Varon
  jvaron@foley.com
Jennifer M. Keas

Steve W. Berman (Bar No. 3126833)
  steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
  dank@hbsslaw.com
Whitney Siehl
  wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
  riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Carol V. Gilden (Bar No. 6185530)
  cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Daniel A. Small
  dsmall@cohenmilstein.com
Kit A. Pierson
  kpierson@cohenmilstein.com
Benjamin D. Brown
  bbrown@cohenmilstein.com
Robert A. Braun
  rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

  jkeas@foley.com
FOLEY AND LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

Erik Kennelly
  ekennelly@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for Keller Williams Realty, Inc.*

*/s/ Timothy Ray*

Timothy Ray
  Timothy.Ray@hklaw.com
Martin G. Durkin
  martin.durkin@hklaw.com
William F. Farley
  william.farley@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

David C. Kully
  david.kully@hklaw.com
Anna P. Hayes
  anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

*Counsel for Realogy Holdings Corp.*

*/s/ Kenneth Michael Kliebard*

Kenneth Michael Kliebard
  kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive

George Farah
  gfarah@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090

William H. Anderson
  wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109

Benjamin David Elga
  belga@justicecatalyst.org
Brian Shearer
  brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
Telephone: (518) 732-6703

Monte Neil Stewart
  monteneilstewart@gmail.com
Russell E. Marsh
  rmarsh@wmllawlv.com
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Vildan A. Teske
  teske@tkkrlaw.com
Marisa C. Katz
  katz@tkkrlaw.com
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
Telephone: (612) 746-1558

Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney
  stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Counsel for RE/MAX, LLC*

/s/ Paula W. Render
_____
Paula W. Render
  prender@jonesday.com
Jeremy J. Gray
  jjgray@jonesday.com
Odeshoo Hasdoo
  ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

*Counsel for Defendant*
*National Association of Realtors®*

/s/ Jack R. Bierig
_____
Jack R. Bierig
  jbierig@schiffhardin.com
Robert J. Wierenga
  rwierenga@schiffhardin.com
Adam J. Diederich
  adiederich@schiffhardin.com
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)