UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COHL, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX HOLDINGS INC. and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea Wood<br>Magistrate Judge M. David Weisman |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that Robert D. MacGill and Matthew T. Ciulla, counsel for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC and The Long & Foster Companies, Inc. ("HomeServices Defendants"), formerly of the law firm of Barnes & Thornburg LLP, are now with the law firm of MacGill PC. Mr. MacGill and Mr. Ciulla will continue as counsel for HomeServices Defendants. Counsel's new contact information is as follows:

>Robert D. MacGill
>Matthew T. Ciulla
>MacGill PC
>Circle Tower Building
>55 Monument Circle, Suite 1200C
>Indianapolis, IN 46204

Telephone: (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

Please change your records accordingly.

Dated: July 15, 2020

/s/*Robert D. MacGill*
Robert D. MacGill (*pro hac vice*)
Matthew T. Ciulla (*pro hac vice*)
MACGILL PC
Circle Tower Building
55 Monument Circle, Suite 1200C
Indianapolis, IN 46204
Telephone: (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

Jay N. Varon (*pro hac vice*)
Jennifer M. Keas (*pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone: (202) 672-5300
jvaron@foley.com
jkeas@foley.com

Erik Kennelly
FOLEY & LARDNER LLP
321 N. Clark St. Suite 2800
Chicago, IL 60654
(312) 832-4588
Ekennelly@foley.Com

ATTORNEYS FOR DEFENDANTS
HomeServices of America, Inc., BHH Affiliates,
LLC, HSF Affiliates, LLC and
The Long & Foster Companies, Inc.

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of July, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                                                  s/ *Robert D. MacGill*
                                                  An attorney for Defendants
                                                  HomeServices of America, Inc., BHH
                                                  Affiliates, LLC, and HSF Affiliates, LLC