## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, And JANE RUH, on behalf of themselves and all others similarly situated | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case Nos. 1:19-cv-01610 |
| v. | ) ) ) | Judge Andrea R. Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW APPEARANCES OF DENISE A. LAZAR, KAROLINE ELIZABETH JACKSON AND MATTHEW B. BARR

Pursuant to Local Rule 83.17, Denise A. Lazar, Karoline Elizabeth Jackson and Matthew B. Barr of Barnes & Thornburg LLP request that this court permits us to withdraw our appearances for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC and The Long & Foster Companies, Inc. ("HomeServices Defendants").

James Daniel Dasso, Erik Kennelly, Jay N. Varon, Robert D. MacGill and Matthew T. Ciulla continue as counsel for the HomeServices Defendants.

WHEREFORE, for the foregoing reasons, Denise A. Lazar, Karoline Elizabeth Jackson, and Matthew B. Barr respectfully request that the court permit them to WITHDRAW their

appearances for the HomeServices Defendants, together with other relief as the court deems appropriate and just.

Dated: July 21, 2020

Respectfully submitted,

*/s/ Denise A. Lazar*

Denise A. Lazar
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214-4816
denise.lazar@btlaw.com

Karoline E. Jackson
Matthew B. Barr
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
karoline.jackson@btlaw.com
matthew.barr@btlaw.com

*Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

_/s/ Denise A. Lazar_

DMS 17754330.1