# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Moerhl v. The National Association of Realtors, et al.

Case Number: 1:19-cv-01610

An appearance is hereby filed by the undersigned as attorney for:

BHH Affiliates, LLC; HSF Affiliates, LLC; The Long & Foster Companies, Inc.

Attorney name (type or print): James D. Dasso

Firm: Foley & Lardner LLP

Street address: 321 North Clark Street, Suite 3000

City/State/Zip: Chicago, IL 60654-4762

Bar ID Number: 6193545
(See item 3 in instructions)

Telephone Number: (312) 832-4500

Email Address: jdasso@foley.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/17/2020

Attorney signature: S/ James D. Dasso
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015