

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name   Marisa C. Katz

Firm   Teske Katz, PLLP

Street Address   222 South Ninth Street, Suite 1600

City/State/Zip Code   Minneapolis, MN 55402

Phone Number   (612) 746-1558

Email address   katz@teskekatz.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cv-01610 | Moehrl v. The National Association of Realtors | Judge Andrea Wood |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/Marisa C. Katz                                         August 26, 2020
Signature of Attorney                                    Date

Rev. 01272016