UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Civil Action No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood<br>Magistrate Judge M. David Weisman |

## JOINT MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Valerie Nager, Jamck Ramey, Daniel Ump, and Jane Ruh and Defendants The National Association of Realtors, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, RE/MAX LLC, and Keller Williams Realty, Inc. (collectively, the "Parties") jointly move the Court for entry of a Stipulation and Protective Order Regarding Expert Discovery. In support of this Motion, the Parties state:

1.  The Parties stipulate and agree to modify the requirements of Rules 26(a)(2) and 26(b)(4) of the Federal Rules of Civil Procedure, or any other potentially applicable law, rule, or regulation with respect to the scope of discovery in this Action concerning documents or information created in connection therewith by or on behalf of any witness whom a party expects

1

to use to provide expert testimony at trial or any hearing in this matter.

2.  The Parties agree that entry of a Protective Order Regarding Expert Discovery is necessary given the complex nature of and voluminous record and production in this litigation.

3.  The Parties met and conferred in good faith and agreed upon the terms in the Stipulation and Protective Order Regarding Expert Discovery and state that good cause exists for the issuance of the Protective Order to protect public disclosure of confidential information and to govern expert discovery in this case.

4.  Pursuant to Judge Andrea Wood's Case Procedures regarding proposed orders, the Stipulation and Protective Order Regarding Expert Discovery is not attached to this Motion but are submitted to the Court in Word format via email to Proposed_Order_Wood@ilnd.uscourts.gov.

WHEREFORE, for the reasons set forth above, the Parties request that this Motion be granted and that the Court enter the proposed Stipulation and Protective Order Regarding Expert Discovery.

| *Counsel for Plaintiffs* | *Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.* |
|---|---|
| /s/ Steve W. Berman | |
| Steve W. Berman (Bar No. 3126833) | |
| steve@hbsslaw.com | /s/ Matthew T. Ciulla |
| HAGENS BERMAN SOBOL | Matthew T. Ciulla |
|   SHAPIRO LLP | Matthew.Ciulla@MacGillLaw.com |
| 1301 Second Avenue, Suite 2000 | Robert D. Macgill |
| Seattle, WA 98101 | Robert.MacGill@MacGillLaw.com |
| Telephone: (206) 623-7292 | MACGILL PC |
| | Circle Tower Building |
| Daniel Kurowski | 55 Monument Circle, Suite 1200C |
| Whitney A. Siehl | Indianapolis, IN 46204 |
| dank@hbsslaw.com | Telephone: (317) 721-1253 |
| whitneys@hbsslaw.com | |
| HAGENS BERMAN SOBOL | Jay N. Varon |
|   SHAPIRO LLP | jvaron@foley.com |
| 455 North Cityfront Plaza Drive, Suite 2410 | Jennifer M. Keas |

010788-11 1356872v1

Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
riop@hbsslaw.com
HAGENS BERMAN SOBOL
 SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS &
 TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Daniel A. Small
dsmall@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
Robert A. Braun
rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS &
 TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Matthew R. Berry
mberry@susmangodfrey.com
Alexander Aiken
aaiken@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com

jkeas@foley.com
FOLEY AND LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone: (202) 672-5436

Erik Kennelly
ekennelly@foley.com
James D. Dasso
jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4588


*Counsel for Keller Williams Realty, Inc.*

/s/ Timothy Ray
Timothy Ray
Timothy.Ray@hklaw.com
Martin G. Durkin
martin.durkin@hklaw.com
William F. Farley
william.farley@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600

David C. Kully
david.kully@hklaw.com
Anna P. Hayes
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
Telephone: (202) 469-5415


*Counsel for Realogy Holdings Corp.*

/s/ Kenneth M. Kliebard
Kenneth Michael Kliebard
kenneth.kliebard@morganlewis.com

3

| | |
|---|---|
| SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 789-3100 | MORGAN LEWIS & BOCKIUS LLP<br>77 West Wacker Drive<br>Chicago, IL 60601-5094<br>Telephone: (312) 324-1000 |
| Beatrice C. Franklin<br>bfranklin@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330 | Stacey Anne Mahoney<br>stacey.mahoney@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000 |
| William H. Anderson<br>wanderson@hfajustice.com<br>HANDLEY FARAH & ANDERSON PLLC<br>4730 Table Mesa Drive, Suite G-200<br>Boulder, CO 80305<br>Telephone: (303) 800-9109 | *Counsel for RE/MAX, LLC*<br><br>/s/ Paula W. Render<br>Paula W. Render<br>prender@jonesday.com<br>Odeshoo Hasdoo<br>ehasdoo@jonesday.com |
| Benjamin David Elga<br>belga@justicecatalyst.org<br>Brian Shearer<br>brianshearer@justicecatalyst.org<br>JUSTICE CATALYST LAW<br>25 Broadway, Ninth Floor<br>New York, NY 10004<br>Telephone: (518) 732-6703 | JONES DAY<br>77 W Wacker, Suite 3500<br>Chicago, IL 60605<br>(312) 782-3939<br>*Counsel for Defendant*<br>*National Association of Realtors®*<br><br>/s/ Jack R. Bierig |
| Monte Neil Stewart<br>monteneilstewart@gmail.com<br>Russell E. Marsh<br>rmarsh@wmllawlv.com<br>WRIGHT MARSH & LEVY<br>300 S. 4th Street, Suite 701<br>Las Vegas, NV 89101<br>Telephone: (702) 382-4004 | Jack R. Bierig<br>jbierig@schiffhardin.com<br>Robert J. Wierenga<br>rwierenga@schiffhardin.com<br>Adam J. Diederich<br>adiederich@schiffhardin.com<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500 |
| Vildan A. Teske<br>teske@tkkrlaw.com<br>Marisa C. Katz<br>katz@tkkrlaw.com<br>TESKE KATZ KITZER & ROCHEL PLLP<br>222 South Ninth Street, Suite 4050<br>Minneapolis, MN 55402<br>Telephone: (612) 746-1558 | |

4

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be filed electronically on October 7, 2020. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF system.

                                                              */s/* Steve W. Berman
                                                                 Steve W. Berman