# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) Case No: 1:19-cv-01610<br>) |
| Plaintiffs, | ) Judge Andrea R. Wood<br>) |
| v. | ) Magistrate Judge M. David Weisman<br>) |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Plaintiffs, Christopher Moehrl, Michael Cole, Steve Darnell, Valerie Nager, Jack Ramey, Daniel Ump, and Jane Ruh, and Defendants, The National Association of Realtors, Realogy Holdings Corp., Homeservices of America, Inc., BHH Affiliates, LlC, HSF Affiliates LLC, The Long & Foster Companies, Inc., RE/MAX LLC, and Keller Williams Realty, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the time for Defendants to answer Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 84) is extended up to and including November 16, 2020.

| Dated: October 12, 2020 | Respectfully submitted, |
|---|---|
| *Counsel for Plaintiffs* | *Counsel for HomeServices of America, Inc., BHH Affiliates LLC, HSF Affiliates LLC, and The Long & Foster Companies, Inc.* |

| | |
|---|---|
| /s/ Steve W. Berman | /s/ Robert D. Macgill |
| Steve W. Berman | Matthew T. Ciulla, *pro hac vice* |
| steve@hbsslaw.com | matthew.ciulla@btlaw.com |
| HAGENS BERMAN SOBOL | Robert D. Macgill, *pro hac vice* |
|    SHAPIRO LLP | robert.macgill@btlaw.com |
| 1301 Second Avenue, Suite 2000 | MACGILL PC |
| Seattle, WA 98101 | Circle Tower Building |
| (206) 623-7292 | 55 Monument Circle, Suite 1200C |
| | Indianapolis, IN 46204 |
| Daniel Kurowski | (317) 721-1253 |
| dank@hbsslaw.com | |
| Whitney A. Siehl | Jay N. Varon |
| whitneys@hbsslaw.com | jvaron@foley.com |
| HAGENS BERMAN SOBOL | Jennifer M. Keas, *pro hac vice* |
|    SHAPIRO LLP | jkeas@foley.com |
| 455 North Cityfront Plaza Drive, Suite 2410 | FOLEY AND LARDNER LLP |
| Chicago, IL 60611 | 3000 K Street NW, Suite 600 |
| (708) 628-4949 | Washington, DC 20007 |
| | (202) 672-5436 |
| Rio S. Pierce | |
| riop@hbsslaw.com | Erik Kennelly |
| HAGENS BERMAN SOBOL | ekennelly@foley.com |
|    SHAPIRO LLP | James D. Dasso |
| 715 Hearst Avenue, Suite 202 | jdasso@foley.com |
| Berkeley, CA 94710 | FOLEY & LARDNER LLP |
| (510) 725-3000 | 321 N. Clark St., Suite 2800 |
| | Chicago, IL 60654 |
| Carol V. Gilden | (312) 832-4588 |
| cgilden@cohenmilstein.com | |
| COHEN MILSTEIN SELLERS & | *Counsel for Keller Williams Realty, Inc.* |
|    TOLL PLLC | |
| 190 South LaSalle Street, Suite 1705 | /s/Timothy Ray |
| Chicago, IL 60603 | Timothy Ray |
| (312) 357-0370 | Timothy.Ray@hklaw.com |
| | Martin G. Durkin |
| Daniel A. Small | martin.durkin@hklaw.com |
| dsmall@cohenmilstein.com | William F. Farley |
| Kit A. Pierson | william.farley@hklaw.com |
| kpierson@cohenmilstein.com | HOLLAND & KNIGHT LLP |
| Benjamin D. Brown | 131 South Dearborn Street |
| bbrown@cohenmilstein.com | |
| Robert A. Braun | |
| rbraun@cohenmilstein.com | |

COHEN MILSTEIN SELLERS
   & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600

Matthew R. Berry
 mberry@susmangodfrey.com
Alexander Aiken
 aaiken@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
(206) 516-3880

Marc M. Seltzer
 mseltzer@susmangodfrey.com
Steven G. Sklaver
 ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100

Beatrice C. Franklin
 bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330

William H. Anderson
 wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
(303) 800-9109

Benjamin David Elga
 belga@justicecatalyst.org
Brian Shearer
 brianshearer@justicecatalyst.org
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
(518) 732-6703

30th Floor
Chicago, IL 60603
(312) 263-3600

David C. Kully, *pro hac vice*
 david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

***Counsel for Realogy Holdings Corp.***

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard
 kenneth.kliebard@morganlewis.com
Heather Nelson
 heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney, *pro hac vice*
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

***Counsel for RE/MAX Holdings, Inc.***

/s/ Paula W. Render
Paula W. Render
 prender@jonesday.com
Odeshoo Hasdoo
 ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

***Counsel for National Association of Realtors®***

| | |
|---|---|
| Monte Neil Stewart<br> monteneilstewart@gmail.com<br>Russell E. Marsh<br> rmarsh@wmllawlv.com<br>WRIGHT MARSH & LEVY<br>300 S. 4th Street, Suite 701<br>Las Vegas, NV 89101<br>(702) 382-4004<br><br>Vildan A. Teske<br> teske@tkkrlaw.com<br>Marisa C. Katz<br> katz@tkkrlaw.com<br>TESKE KATZ KITZER & ROCHEL PLLP<br>222 South Ninth Street, Suite 4050<br>Minneapolis, MN 55402<br>(612) 746-1558 | /s/ Jack R. Bierig<br>Jack R. Bierig<br> jbierig@schiffhardin.com<br>Robert J. Wierenga<br> rwierenga@schiffhardin.com<br>Adam J. Diederich<br> adiederich@schiffhardin.com<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>(312) 258-5500 |

# CERTIFICATE OF SERVICE

I, Kenneth M. Kliebard, an attorney, certify that on October 12, 2020, I caused the foregoing document to be filed and served electronically on all parties of record via this Court's CM/ECF system.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard