# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Christopher Moehrl v National Association of Realtors

Case Number: 1:19-cv-01610

An appearance is hereby filed by the undersigned as attorney for:

National Association of Realtors®

Attorney name (type or print): Suzanne L. Wahl

Firm: Schiff Hardin LLP

Street address: 350 S. Main Street, Suite 210

City/State/Zip: Ann Arbor, MI 48104

Bar ID Number: P71364
(See item 3 in instructions)

Telephone Number: 723-222-1517

Email Address: swahl@schiffhardin.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 12, 2020

Attorney signature: S/ Suzanne L. Wahl
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015