## **Attachment**

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Pennsylvania Supreme Court | 10/18/2010 |
| Philadelphia Court of Common Pleas | 10/18/2010 |
| United States Court of Appeals for the Third Circuit | 7/30/2012 |
| United States District Court for the Eastern District of Pennsylvania | 1/12/2012 |
| United States District Court for the Middle District of Pennsylvania | 2/21/2013 |