# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, And JANE RUH, on behalf of themselves and all others similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. <br><br> Defendants. | Case Nos. 1:19-cv-01610 <br><br> Judge Andrea R. Wood <br><br> **EXHIBIT 1** |

## DECLARATION OF DANA STRANDMO

I, Dana Strandmo, declare:

1. I am an adult over the age of 21, competent to make this Declaration.

2. I have personal knowledge of the facts stated in this Declaration.

3. I am Senior Vice President and Chief Administrative Officer at HomeServices of America, Inc. ("HomeServices"). I am familiar with the businesses of HomeServices and its subsidiary companies.

4. HomeServices is a holding company. It is not a real estate broker and does not sell real estate. HomeServices does not charge listing commissions and it does not enter listing agreements with homeowners.

1

### Fox & Roach

5. Fox & Roach LP, d/b/a Berkshire Hathaway HomeServices Fox & Roach, REALTORS, ("Fox & Roach") provides real estate brokerage services. Fox & Roach is a 99.9% owned subsidiary of Fox & Roach/Trident Limited Partnership, which is a 99.9% owned subsidiary of HomeServices Northeast, LLC. HomeServices Northeast, LLC is a wholly owned subsidiary of HomeServices of America, Inc.

### Ebby Halliday Real Estate

6. Ebby Halliday Real Estate, Inc., d/b/a Ebby Halliday, REALTORS, d/b/a Dave Perry-Miller Real Estate, d/b/a Williams Trew Real Estate, d/b/a Ebby Halliday Property Management and Residential Leasing, ("Ebby Halliday") provides real estate brokerage services. Ebby Halliday is a wholly owned subsidiary of HomeServices of Texas, LLC, which is a wholly owned subsidiary of HomeServices of America, Inc.

### Lovejoy Realty

7. Lovejoy Realty, Inc., d/b/a Berkshire Hathaway HomeServices North Properties, ("Lovejoy Realty") provides real estate brokerage services. Lovejoy Realty is a wholly owned subsidiary of HomeServices of Minnesota, LLC, which is a wholly owned subsidiary of HomeServices of America, Inc.

### Midwest Preferred Realty

8. Midwest Preferred Realty, Inc., d/b/a Berkshire Hathaway HomeServices North Properties, ("Midwest Preferred Realty") provides real estate brokerage services. Midwest Preferred Realty is a wholly owned subsidiary of HomeServices of Minnesota, LLC, which is a wholly owned subsidiary of HomeServices of America, Inc.

### Edina Realty

9. Edina Realty, Inc., d/b/a Edina Realty, d/b/a Edina Realty Relocation, ("Edina Realty") provides real estate brokerage services. Edina Realty is a wholly owned subsidiary of Edina Financial Services, Inc., which is a wholly owned subsidiary of HomeServices of Minnesota, LLC. HomeServices of Minnesota, LLC is a wholly owned subsidiary of HomeServices of America, Inc.

### Esslinger-Wooten-Maxwell

10. Esslinger-Wooten-Maxwell, Inc., d/b/a Berkshire Hathaway HomeServices EWM Realty, ("Esslinger-Wooten-Maxwell") provides real estate brokerage services. Esslinger-Wooten-Maxwell is a wholly owned subsidiary of HomeServices of Florida, Inc., which is a wholly owned subsidiary of HomeServices of America, Inc.

### Florida Realty

11. Watermark Realty, Inc., d/b/a Berkshire Hathaway HomeServices Florida Realty, d/b/a Florida Title & Guarantee Agency, ("Florida Realty") provides real estate brokerage services. Florida Realty is a wholly owned subsidiary of HomeServices of Florida, Inc., which is a wholly owned subsidiary of HomeServices of America, Inc.

### Long Realty

12. Roy H. Long Realty Company, Inc, d/b/a Long Realty, d/b/a Long Realty Company, d/b/a Long Companies, ("Long Realty") provides real estate brokerage services. Long Realty is a wholly owned subsidiary of HomeServices of America, Inc.

### Preferred Carolinas Realty

13. Preferred Carolinas Realty, Inc., d/b/a Berkshire Hathaway HomeServices Carolinas Realty, d/b/a Berkshire Hathaway HomeServices York Simpson Underwood Realty,

d/b/a Berkshire Hathaway HomeServices Yost & Little Realty, d/b/a Berkshire Hathaway HomeServices Pinehurst Realty Group, ("Preferred Carolinas Realty") provides real estate brokerage services. Preferred Carolinas Realty is a wholly owned subsidiary of HomeServices of the Carolinas, Inc., which is a wholly owned subsidiary of HomeServices of America, Inc.

### First Weber

14. First Weber, Inc. ("First Weber") provides real estate brokerage services. First Weber is a wholly owned subsidiary of HomeServices of Wisconsin, LLC, which is a wholly owned subsidiary of HomeServices of America, Inc.

### Long & Foster

15. Long & Foster Real Estate, Inc., d/b/a Evers & Company Real Estate, d/b/a Fonville Morisey Realty, d/b/a Northrop Realty, d/b/a Urban Pace, d/b/a Virginia Properties, d/b/a Tailored Move ("Long & Foster") provides real estate brokerage services. Long & Foster is a wholly owned subsidiary of Long & Foster Real Estate Ventures, Inc., which is a wholly owned subsidiary of The Long & Foster Companies, Inc., which is a wholly owned subsidiary of HomeServices MidAtlantic, LLC. HomeServices MidAtlantic, LLC is a wholly owned subsidiary of HomeServices of America, Inc.

[remainder of page intentionally blank]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: NOVEMBER 11, 2020

Signed: *[signature]*

Printed: Dana Strandmo