UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTOPHER MOEHRL, MICHAEL )
COHL, STEVE DARNELL, VALERIE )
NAGER, JACK RAMEY, SAWBILL )
STRATEGIC, INC., DANIEL UMPA and )
JANE RUH, on behalf of )
themselves and all others similarly situated, )
                                            )
        Plaintiffs, )
                                            )     Case No: 1:19-cv-01610
                                            )
v.                                     )     Judge Andrea Wood
                                            )     Magistrate Judge M. David Weisman
THE NATIONAL ASSOCIATION OF )
REALTORS, REALOGY HOLDINGS )
CORP., HOMESERVICES OF AMERICA, )     **EXHIBIT 2**
INC., HSF AFFILIATES, LLC, BHH )
AFFILIATES, LLC, THE LONG & )
FOSTER COMPANIES, INC., RE/MAX )
HOLDINGS, INC. and KELLER )
WILLIAMS REALTY, INC. )
                                            )
        Defendants. )
_____ )

**DECLARATION OF DAWN EVANS**
**("FOX & ROACH DECL.")**

I, Dawn Evans, under the penalties for perjury, declare:

        1.    I am an adult over the age of 21, competent to make this Declaration.

        2.    I have personal knowledge of the facts stated in this Declaration.

        3.    I am the Director of Risk Management at Fox & Roach LP d/b/a Berkshire Hathaway HomeServices Fox & Roach, REALTORS ("Fox & Roach"). I am familiar with Fox & Roach's business generally and its practices with respect to the form listing agreements Fox & Roach has used since at least 2013 in Pennsylvania and since at least September 2018 in Delaware, specifically.

1

4.     Fox & Roach provides real estate brokerage services through independent contractor agents.  Those independent agents, among other things, assist homeowners in selling their homes and list customers' homes for sale on a "Covered MLS" at issue in this case, including, but not necessarily limited to, the Bright MLS. *See* Doc. 84 at 11.

5.     Fox & Roach requires that its independent contractor agents execute listing agreements with homeowners, which articulate the terms of the agreement between Fox & Roach and the homeowner.

### Pennsylvania

6.     Since at least November 2013, Fox & Roach has provided its independent contractor agents with a form listing agreement for use in listing residential real estate in Pennsylvania. The form listing agreement for residential real estate in Pennsylvania for November 2013 until June 2017 included a broad, binding arbitration requirement, prohibiting class-wide arbitration and class actions. From November 2013 until June 2017, Fox & Roach instructed its independent contractor agents to request that homeowners execute Fox & Roach's then relevant form listing agreement for residential property listed in Pennsylvania.

7.     Beginning in June 2017, and in every year since, Fox & Roach has provided its independent contractor agents with a form listing agreement that incorporated an arbitration agreement requiring arbitration and prohibiting class-wide arbitration and class actions (the "Incorporated Arbitration Agreement"), for residential property listed in Pennsylvania. Since June 2017, and in every year since, Fox & Roach has instructed its independent contractor agents to request that homeowners execute Fox & Roach's then relevant form listing agreement, which expressly incorporates the Incorporated Arbitration Agreement, requiring arbitration and prohibiting class-wide arbitration and class actions, for residential property listed in Pennsylvania.

During this time, Fox & Roach instructed its independent contractor agents to provide a copy of the Incorporated Arbitration Agreement to the homeowner.

8. A true and accurate copy of the Incorporated Arbitration Agreement is attached as <u>Fox & Roach Declaration Exhibit G</u>.

9. Accordingly, every Fox & Roach listing agreement executed in or after November 2013 for residential property listed in Pennsylvania should contain a provision requiring arbitration and prohibiting class-wide arbitration and class actions, or should expressly incorporate the Incorporated Arbitration Agreement requiring arbitration and prohibiting class-wide arbitration and class actions.

10. A true and accurate copy of Fox & Roach's form listing agreement for Pennsylvania for November 2013 until June 2017 is attached as <u>Fox & Roach Declaration Exhibit A</u>.

11. A true and accurate copy of Fox & Roach's form listing agreement for Pennsylvania for June 2017 until September 2018 is attached as <u>Fox & Roach Declaration Exhibit B</u>.

12. A true and accurate copy of Fox & Roach's form listing agreement for Pennsylvania for September 2018 until December 2019 is attached as <u>Fox & Roach Declaration Exhibit C</u>.

13. A true and accurate copy of Fox & Roach's form listing agreement for Pennsylvania for December 2019 to the present is attached as <u>Fox & Roach Declaration Exhibit D</u>.

### <u>Delaware</u>

14. Since at least September 2018, and in every year since, Fox & Roach has provided its independent contractor agents with a form listing agreement that incorporated the Incorporated Arbitration Agreement (previously attached as Fox & Roach Declaration Exhibit G), requiring arbitration and prohibiting class-wide arbitration and class actions, for residential real estate listed in Delaware.

15.     Since at least September 2018, and in every year since, Fox & Roach has instructed its independent contractor agents to request that homeowners execute Fox & Roach's then relevant form listing agreement, which expressly incorporates the Incorporated Arbitration Agreement, requiring arbitration and prohibiting class-wide arbitration and class actions, for residential property listed in Delaware. During this time, Fox & Roach instructed its independent contractor agents to provide a copy of the Incorporated Arbitration Agreement to the homeowner.

16.     Accordingly, every Fox & Roach listing agreement executed in or after September 2018 for residential property listed in Delaware should expressly incorporate the Incorporated Arbitration Agreement requiring arbitration and prohibiting class-wide arbitration and class actions.

17.     A true and accurate copy of Fox & Roach's form listing agreement for Delaware for September 2018 through December 2019 is attached as <u>Fox & Roach Declaration Exhibit E</u>.

18.     A true and accurate copy of Fox & Roach's form listing agreement for Delaware for January 2020 to the present is attached as <u>Fox & Roach Declaration Exhibit F</u>.

* * *

19.     Fox and Roach's parent company, Fox & Roach Trident Limited Partnership, was acquired by HomeServices Northeast, LLC in July 2013. HomeServices Northeast, LLC is owned by HomeServices of America, Inc. Before July 2013, Fox & Roach was not affiliated with the HomeServices of America family of companies, and was not affiliated with any other Corporate Defendant in this case.

[the remainder of this page left blank intentionally]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/01/20 | 3:32 PM EST

Signed: Dawn Evans
ED67F7BEBF204AF...

Printed: Dawn Evans



# BERKSHIRE HATHAWAY | Fox & Roach, REALTORS®
## HomeServices

### EXCLUSIVE LISTING CONTRACT

1. **Property**
   Address _____
   Municipality (City, Borough, Township) _____
   County _____ School District _____
   Zoning and Present Use _____
   Identification Number _____
   (tax ID number, parcel number, deed book page, recording date, if known to Seller)

2. **Seller** (List *all* individuals and entities with any ownership interest)
   Name _____
   Name _____
   Mailing Address _____
   Phone Number _____ Alternate Number _____
   Email Address _____

3. **Broker's Licensee:** _____
   Office Address _____
   Office Phone Number _____ Alternate Number _____
   Email Address _____

4. **Purpose of Contract.** Seller is hiring Broker/Licensee (collectively, "Broker") to market the Property and find a Buyer (or if directed, a Lessee). During the term of this Contract, Seller will not hire any other broker to perform these or any other services related to the sale or lease of the Property. Seller agrees that Broker may list other properties for sale or rent and that Broker may show other properties to prospective Buyers or tenants.

5. **Listed Price $** _____

   <u>Seller has final authority over the setting of this price and any subsequent adjustment thereto.</u>

6. **Start and End Dates of Listing Contract ("Term").** This Contract starts on the date it has been signed by all Seller(s) and Broker, and ends at 5:00 p.m. 365 days following the starting date, unless a sale/rental is being negotiated. In that event, Broker will continue to represent the Seller until either negotiations are terminated without an agreement to sell/rent or settlement occurs. Either Seller or Broker can terminate this representation on or after 180 days from the starting date by providing written notice to the other party 30 days in advance of the desired termination.

7. **Broker's Fee.** The Broker's Fee is **(circle one or choose other) six percent (6%), seven percent (7%), eight percent (8%)** of the sale price, and is to be paid by the Seller to Broker at time of final settlement. Seller and Broker agree that Broker will pay from Broker's Fee:
   (a) A fee to another broker (Buyer Agent), who represents the Buyer.   ❑ Yes  ❑ No
   (b) A fee to another broker (Transaction Licensee), who does not
    represent either the Seller or a buyer.   ❑ Yes  ❑ No

   Any Broker's Fee that is agreed to be discounted due to the initial listed price being in excess of $1 million will increase to the pre-discounted amount in the event that the listing price is reduced below $1 million.

8. **Obligation to Pay Broker's Fee.** <u>Seller must pay Broker's Fee to Broker if a ready, willing and able buyer (one who will pay the Listed Price, or a price mutually agreed to by Buyer and Seller, for the Property) is found by Broker or by anyone, including Seller.  In addition, the Broker's Fee is owed by Seller if:</u>

(a)  During the term of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, whether such agreement is brought about Broker, Broker's licensees, Seller or any other person or broker, at the above Listed Price or any other price acceptable to Seller. Provided the transaction closes, then Broker's Fee is to be paid at settlement.  **OR**

(b)  Within one year of the ending date of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property with a Buyer who was shown or negotiated to buy the Property during the term of this Contract.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.

In the event that Seller is, by agreement or adjudication, entitled to retain some or all of a Buyer's deposit in connection with a terminated agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, then Seller will pay to Broker either one half (50%) of the retained deposit money or Broker's Fee, whichever is less.  In the event that Broker is holding said deposit in escrow, then Seller hereby authorizes Broker to retain and apply said deposit on account of this obligation prior to any disbursement to Seller.

In the event that Seller enters into an agreement to lease the Property during the term of this Contract (or within one year of the ending date hereof to a lessee who was introduced to, shown or negotiated to buy or lease the Property during the term of this Contract), then Seller must pay a Leasing Broker's Fee to Broker in the amount of 1/12th of the annualized rent upon commencement of the lease.

In the event that subsequent to the termination of Broker's representation of Seller, Seller enters into an agreement to sell, exchange or otherwise transfer ownership of the Property while Seller is party to a *bona fide* exclusive listing contract with another broker, then Seller will not owe Broker the Broker's Fee.

9.  **Agency Relationships.** An agency relationship between Broker and Seller cannot be presumed.  Seller has the right to be represented by a broker (agency relationship) and may do so by agreeing to the terms of Seller Agency.

> (a) **Dual Agency.** Seller agrees that Broker/Licensee(s) may also represent the Buyer(s) of the Property. Broker/Licensee is a DUAL AGENT when representing both Seller and the buyer in the sale of a property. Seller acknowledges that as a DUAL AGENT, Broker/Licensee will take no action that is adverse or detrimental to either party's interest in a transaction.  Confidential information obtained within the fiduciary relationship of Designated Agency with Seller will not be disclosed without prior written consent.
> (b) **Designated Agency.** Broker will designate licensee(s) to represent the interests of the Seller.  Licensee(s) is/are the Designated Agent, who will act exclusively for the Seller.  If Licensee(s) is/are also representing the Buyer(s), then Licensee(s) is/are a DUAL AGENT.
> (c) **Other Buyers.** More than one buyer may seek to purchase Property through the Broker/Licensee; it is agreed that Broker/Licensee may represent those buyers whether such representation arises prior to, during, or after the end of this Contract. Only with the Seller's written consent during the negotiation of an Agreement of Sale will Broker disclose to Buyer(s) the existence of and/or material terms of any other offer.
>
> In the event a Licensee represents more than one buyer who has a competing interest in the same property, it is agreed that Licensee will disclose to each buyer the existence of the other's offer. However, only at the direction of and with Seller's written instruction during the negotiation of an Agreement of Sale will Broker/Licensee disclose any material terms of any other offer to any buyer.
>
> Seller agrees to Designated Agency with Disclosed Dual Agency _____/_____ (Seller initials)

10. **Possession.** Seller will give possession of the Property to Buyer at the time of settlement. If the Property is currently rented, a copy of the lease is to be attached to this Contract. Seller will not enter into or renew any lease during the term of this Contract or allow anyone else to occupy the Property.

11. **Taxes and Association Fees.** Prior to settlement, Seller will provide the title company with the following required information: Real Estate Property Tax Assessment, yearly taxes, trash and sewer fees, wage/income tax rate, per capita tax, and association fees, as applicable.

12. **Title.** At settlement Seller will give full rights of ownership, free and clear of debt, to Buyer. Seller represents that Seller has or will have sufficient funds to complete settlement and pay all settlement costs. Seller does not need approval from a court, lender or any other person or entity to sell, exchange or otherwise transfer the Property.

13. **Inclusions.**
Items included in the price of the Property _____
Items rented by Seller _____

**14. Exclusions.**
Items not included in the price of the Property _____
Items rented by Seller _____

**15. Inspection.** Seller will make the Property available for inspection by brokers, licensees and any potential buyers they may bring, provided that an appointment has been made reasonably in advance of inspection.

**16. Limitation of Liability.** Seller agrees that Broker's/Licensee's total maximum liability to Seller for any claim arising out of Broker's/Licensee's representation of Seller is limited to a refund of commission which Seller has paid or would otherwise owe under this Contract. Seller shall defend, indemnify and hold harmless Broker/Licensee from any claims, lawsuits or actions arising out of Broker's/Licensee's representation of Seller including, but not limited to, those arising out of the condition of and/or assessments, fines or taxes on the Property and/or failure to provide disclosure thereof.

Seller represents and warrants that reasonable and customary homeowner's property and liability insurance coverage are in full force and effect for the Property and will so remain during the term of this Agreement. In the event that such coverage is cancelled, Seller will immediately notify Broker thereof in writing.

Seller knowingly, voluntarily, and intentionally waives Seller's present or future rights to: (a) a jury trial in any action to resolve any dispute arising under or relating to this Contract; and/or (b) consolidate or transfer any action with or to another action where Seller might otherwise be entitled to a jury trial.

**17. Signs and keys – Seller allows:**

| | | | | | |
|---|---|---|---|---|---|
| Sale sign ☐ Yes ☐ No | | Lock box: | Electronic | ☐ Yes | ☐ No |
| Sold sign ☐ Yes ☐ No | | | Key | ☐ Yes | ☐ No |
| | | | Combination | ☐ Yes | ☐ No |
| | | Key in office: | | ☐ Yes | ☐ No |
| Other _____ | | | | | |

**18. Multiple Listing Service (MLS)/Internet Advertising.** Seller authorizes Broker/Licensee to put a description of the Property in the MLS/Internet. Broker/Licensee is not responsible for mistakes in the MLS/Internet. The final sale price for the Property will be reported to MLS at time of settlement.

**19. Publication of Sale Price.** The final sale price for the Property is a matter of public record beyond the control of Broker/Licensee, and may be published by various media after settlement.

**20. Use of Photographs/Buyer Information.** Seller agrees to allow Broker/Licensee to take interior and exterior photographs of the Property to help market the Property, which photographs remain the property of the Broker/Licensee. Broker/Licensee may make copies of the photographs and include copies of the photographs in the MLS and/or internet. Seller will not hold Broker/Licensee responsible in any way for using the photographs to help market the Property. Broker/Licensee is not liable for any loss of or damage to the photographs, or any unauthorized use of the photographs by any third party. Any information regarding potential Buyers (sign-in sheets, sales lead tracking, etc.) which comes into Broker's possession as a result of this Listing is and will remain the property of Broker.

**21. Disclosure.** Most sellers of residential property are required by state law to complete a Seller's Property Disclosure Form. Unless exempted by law, Seller will complete this form before Broker/Licensee will list the Property for sale. Seller ALONE is responsible for the accuracy of the information contained in any Seller Property Disclosure Statement.

**22. Deposit Money.** Pursuant to state law, Broker will place all deposit monies it receives into an escrow account, although Seller agrees that Broker may wait to deposit any check received as deposit money until the Seller signs the Agreement of Sale. Broker will only release the deposit monies in connection with final settlement, unless prior to final settlement and while the agreement of sale is still in effect Broker receives a written disbursement directive signed by all Buyers and Sellers.

In the event that final settlement does not occur, state law does not allow a Broker holding deposit monies to determine who is entitled to the deposit monies, regardless of the apparent entitlement thereto. If the agreement of sale is terminated for any reason, Broker can only release the monies:

1. If there is no dispute between Buyers and Sellers over entitlement to the monies.

2. According to the terms of a written agreement signed by Buyers and Sellers directing Broker how to distribute some or all of the monies.

3. According to the terms of a final order of Court.

4. According to the terms of a prior written agreement between Buyer and Seller that directs the Broker how to distribute the deposit monies in the event of an unresolved dispute.

5. By paying the monies into Court and requesting that the Court decide entitlement thereto.

Broker shall have no liability if the monies are released on any of the grounds set forth above. In the event that Seller joins the Broker/Licensee in a lawsuit for the return of the monies, Seller will pay all of Broker's reasonable attorney fees and costs incurred in connection with such litigation.

**23. Services to Buyer.** Broker may provide services to Buyer for which Broker may accept a fee. These services may include financing, title insurance and document preparation. The companies providing the service may be under common control with Broker and the services may be paid for by the Buyer. Broker will disclose to Seller if any such fees are to be paid by Buyer.

**24. Conflict of Interest.** A conflict of interest is when the Broker has a financial or personal interest where Broker cannot put Seller's interest before any other. If Broker or any of Broker's licensees has a conflict of interest, Broker will notify Seller in a timely manner.  Disclosed dual agency is not, *per se*, a conflict of interest.

**25. Home Warranties.** A home warranty can help protect you from the cost of a failure in your home's major systems and appliances while your Property is for sale. At settlement, the warranty can be assigned to the Buyer in order to continue the protection subject to the terms of the warranty. Broker's licensee will provide you with more detailed information about home warranties.

**26. Offer.** All offers to purchase the Property will be made through the Broker/Licensee. All offers received by the Broker/Licensee will be presented to the Seller unless the Seller has already entered into an Agreement of Sale.

**27. Broker's Fee and Term of Contract.** The terms and length of the business relationship, the fees and the range of services that Broker will provide are determined as a result of negotiations between Broker and Seller and have not been recommended by any association of REALTORS®.

**28. Transfer of This Contract.** Seller agrees that Broker may transfer this Contract to another real estate   broker if: Broker stops doing business; Broker forms a new real estate business; or Broker joins its business with another for any other reason.  If transfer occurs, Seller will follow all requirements of this Contract with new Broker.  Should Seller give or transfer the Property or an ownership interest in it, to anyone during the term of this Contract, all owners must follow the requirements of this Contract.

**29. Recovery Fund.** Pennsylvania has a Real Estate Recovery Fund to repay any person who has received a final court ruling against a Pennsylvania real estate licensee because of fraud, misrepresentation, or deceit in a real estate transaction. The Fund repays persons who have not been able to collect the judgment after trying all lawful ways to do so. For complete details about the Fund, call (717) 783-3658.

**30. Notice to Persons Offering to Solicit or Rent Housing in Pennsylvania.** Seller acknowledges receiving and reading a copy of the Pennsylvania Human Relations Act, a description of which appears on the reverse side of this Contract.

**31. Entire Contract.** This Listing Contract constitutes the entire agreement between the parties and any prior contracts, whether written or oral, have been merged and integrated into this Contract. All modifications to and/or terminations of this Contract are binding only when in writing and signed by all Sellers and Broker/Licensee.

**32. Confidential Information.** After the termination of this Contract, Broker/Licensee is obligated to keep confidential any confidential information provided by Seller during the term of this Contract, subject to the laws of the Commonwealth of Pennsylvania.

**33.  Dispute Resolution Procedures.**

**a.  Mediation of Disputes.**  Seller and Broker/Licensee will submit to mediation all claims, disputes or controversies between Seller and Broker/Licensee that in any way arise from or relate to this Contract and/or and the services, advertising, disclosures, practices and procedures related to the foregoing ("Claim").  Mediation will be conducted in accordance with the mediation system offered or endorsed by the local Association of REALTORS®. Mediation fees charged by the Association or mediator will be paid by Broker/Licensee.  The mediation process must

be concluded without resolution before either Seller or Broker may initiate legal proceedings.  The statute of limitations related to the Claim will be tolled until fourteen calendar days following the conclusion of the mediation process.

**b. Arbitration of Disputes.** All Claims, other than Excluded Claims, which have not been resolved by mediation as set forth in 33(a) above shall be submitted to arbitration administered by the American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, (www.adr.org.) in lieu of commencing a lawsuit in any state or federal court and/or filing a complaint with any governmental or administrative agency. Any Excluded Claim is for a court and not an arbitrator to decide. "Excluded Claim" means the following matters: (A) any dispute about the validity, enforceability, coverage or scope of these Dispute Resolution Procedures or any part thereof; (B) any individual dispute that Seller brings against Broker/Licensee in small claims court or Seller's state's equivalent court, if any, so long as that claim is not transferred, removed or appealed to a different court (in which event such dispute becomes a "Claim" and Broker/Licensee then has the right to demand arbitration); (C) any dispute arising out of or relating to: (i) the presence of a material defect in the Property, (ii) alleged negligence, gross negligence or breach of contract, (iii) fraud, conspiracy or breach of fiduciary duty arising out of the facts which form the basis for any matter also covered by the foregoing (C) (i-ii).

Location and Costs of Arbitration: Any in-person arbitration hearing must be at a venue reasonably convenient to Seller. Broker/Licensee will pay any and all fees of the Administrator and/or the arbitrator. If Seller brings a Claim against Broker/Licensee in arbitration or Broker/Licensee elects to require arbitration of a Claim Seller brings, Broker/Licensee will pay Seller's reasonable attorneys' and experts' fees if and to the extent Seller prevails. Also, Broker/Licensee will bear any such fees if applicable law so requires. Regardless of the outcome of the arbitration, Broker/Licensee will not seek from Seller reimbursement of any of the fees of the Administrator and arbitrator, or attorneys' fees and expert costs, unless Broker/Licensee is permitted to recover such fees from Seller under the other paragraphs of this Contract and applicable law.

Governing Law: This Contract involves interstate commerce and is governed by the Federal Arbitration Act ("FAA") and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the FAA and applicable statutes of limitations and claims of privilege recognized at law. The arbitrator may award any remedy provided by the substantive law that would apply if the action were pending in court, including, without limitation, punitive damages (which shall be governed by the Constitutional standards employed by the courts) and injunctive, equitable and declaratory relief. At the timely request of either party, the arbitrator must provide a brief written explanation of the award's basis.

Arbitration Result and Right of Appeal: Judgment upon the arbitrator's award may be entered by any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA.

Prohibition Against Certain Proceedings: **FOR CLAIMS SUBJECT TO ARBITRATION: (1) NEITHER SELLER NOR BROKER/LICENSEE MAY PARTICIPATE IN A CLASS OR COLLECTIVE ACTION IN COURT OR IN A CLASS-WIDE ARBITRATION, EITHER AS A PLAINTIFF, CLASS REPRESENTATIVE OR CLASS MEMBER; (2) NEITHER SELLER NOR BROKER/LICENSEE MAY ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; (3) CLAIMS BROUGHT BY OR AGAINST SELLER OR BROKER/LICENSEE MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON; AND (4) THE ARBITRATOR SHALL HAVE NO POWER OR AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY GENERAL ARBITRATION OR MULTIPLE-PARTY ARBITRATION. THIS SUBSECTION DOES NOT APPLY TO ANY LAWSUIT OR ADMINISTRATIVE PROCEEDING FILED AGAINST BROKER/LICENSEE BY A STATE OR FEDERAL GOVERNMENT AGENCY EVEN WHEN SUCH AGENCY IS SEEKING RELIEF ON BEHALF OF A CLASS OF SELLERS INCLUDING SELLER. THIS MEANS THAT BROKER/LICENSEE WILL NOT HAVE THE RIGHT TO COMPEL ARBITRATION OF A CLAIM BROUGHT BY SUCH AN AGENCY.**

Severability: If any portion of this Paragraph 33, other than the Class Action Waiver, is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force. If a determination is made that the Class Action Waiver is unenforceable, only this sentence of the Dispute Resolution Provision will remain in force and the

remaining provisions shall be null and void, provided that the determination concerning the Class Action Waiver shall be subject to appeal.

**34. Consumer Notice.** Seller acknowledges that Seller has received and understands the business relationships described in **the Consumer Notice adopted by the Pennsylvania Real Estate Commission at 49 Pa. Code §35.336. The duties and definitions of business relationships stated therein, are incorporated here as part of this Listing Contract as though written here in their entirety.**

**IF YOU DO NOT UNDERSTAND ALL OF THE TERMS OF THIS DOCUMENT, THEN YOU SHOULD SEEK LEGAL ADVICE BEFORE SIGNING IT**

ACCEPTED ON BEHALF OF BROKER, FOX & ROACH LP d/b/a BERKSHIRE HATHAWAY HOME SERVICES FOX & ROACH, REALTORS® BY:

_____DATE _____
Designated Licensee

_____DATE _____
Additional Designated Licensee

All Sellers must sign this Contract.

SELLER _____DATE _____

SELLER _____DATE _____

SELLER _____DATE _____

©2013 BHH Affiliates, LLC. An independently owned and operated franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity. ⌂

BHHS Nov 2013



# BERKSHIRE HATHAWAY | Fox & Roach, REALTORS®
## HomeServices

### EXCLUSIVE LISTING CONTRACT

1. **Property**
Address _____
Municipality (City, Borough, Township) _____
County _____ School District _____
Zoning and Present Use _____
Identification Number _____
(tax ID number, parcel number, deed book page, recording date, if known to Seller)

2. **Seller** (List *all* individuals and entities with any ownership interest)
Name _____
Name _____
Name _____
Mailing Address _____
Phone Number _____ Alternate Number _____
Email Address_____

3. **Broker's Licensee/License #:** _____
Additional Licensee/License #: _____
Office Address _____
Office Phone Number _____ Alternate Number _____
Email Address _____

4. **Purpose of Contract.** Seller is hiring Broker/Licensee (collectively, "Broker") to market the Property and find a Buyer (or if directed, a Lessee). During the term of this Contract, Seller will not hire any other broker to perform these or any other services related to the sale or lease of the Property. Seller agrees that Broker may list other properties for sale or rent and that Broker may show other properties to prospective Buyers or tenants.

5. **Listed Price $** _____

**Seller has final authority over the setting of this price and any subsequent adjustment thereto.**

6. **Start and End Dates of Listing Contract ("Term").** This Contract starts on the date it has been signed by all Seller(s) and Broker, and ends at 5:00 p.m. 365 days following the starting date, unless a sale/rental is being negotiated. In that event, Broker will continue to represent the Seller until either negotiations are terminated without an agreement to sell/rent or settlement occurs. Either Seller or Broker can terminate this representation on or after 180 days from the starting date by providing written notice to the other party 30 days in advance of the desired termination.

7. **Broker's Fee.** The Broker's Fee is **(circle one) six percent (6%), seven percent (7%), eight percent (8%)** of the sale price, and is to be paid by the Seller to Broker at time of final settlement. Seller and Broker agree that Broker will pay from Broker's Fee:
   (a) A fee to another broker (Buyer Agent), who represents the Buyer. ❏ Yes  ❏ No  _____ % or $
   (b) A fee to another broker (Transaction Licensee), who does not
   represent either the Seller or a buyer.            ❏ Yes ❏ No  _____ % or $
   BHHS Fox & Roach will not pay a fee to another broker acting as a sub-agent.

8. **Obligation to Pay Broker's Fee.** Seller must pay Broker's Fee to Broker if a ready, willing and able buyer (one who will pay the Listed Price, or a price mutually agreed to by Buyer and Seller, for the Property) is found by Broker or by anyone, including Seller.  In addition, the Broker's Fee is owed by Seller if:

(a) During the term of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, whether such agreement is brought by Broker, Broker's licensees, Seller or any other person or broker, at the above Listed Price or any other price acceptable to Seller.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.  **OR**

_____ Seller initials  p. 1 of 5

(b)  Within one year of the ending date of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property with a Buyer who was shown or negotiated to buy the Property during the term of this Contract.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.

In the event that Seller is, by agreement or adjudication, entitled to retain some or all of a Buyer's deposit in connection with a terminated agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, then Seller will pay to Broker either one half (50%) of the retained deposit money or Broker's Fee, whichever is less.  In the event that Broker is holding said deposit in escrow, then Seller hereby authorizes Broker to retain and apply said deposit on account of this obligation prior to any disbursement to Seller.

In the event that Seller enters into an agreement to lease the Property during the term of this Contract (or within one year of the ending date hereof to a lessee who was introduced to, shown or negotiated to buy or lease the Property during the term of this Contract), then Seller must pay a Leasing Broker's Fee to Broker in the amount of 1/12th of the annualized rent upon commencement of the lease.

In the event that subsequent to the termination of Broker's representation of Seller, Seller enters into an agreement to sell, exchange or otherwise transfer ownership of the Property while Seller is party to a *bona fide* exclusive listing contract with another broker, then Seller will not owe Broker the Broker's Fee.

9.  **Agency Relationships.** An agency relationship between Broker and Seller cannot be presumed.  Seller has the right to be represented by a broker (agency relationship) and may do so by agreeing to the terms of Seller Agency.

> **(a) Dual Agency.** Seller agrees that Broker/Licensee(s) may also represent the Buyer(s) of the Property. Broker/Licensee is a DUAL AGENT when representing both seller and the buyer in the sale of a property. Seller acknowledges that as a DUAL AGENT, Broker/Licensee will take no action that is adverse or detrimental to either party's interest in a transaction.  Confidential information obtained within the fiduciary relationship of Designated Agency with Seller will not be disclosed without prior written consent.
>
> **(b) Designated Agency.** Broker will designate licensee(s) to represent the interests of the Seller.  Licensee(s) is/are the Designated Agent, who will act exclusively for the Seller.  If Licensee(s) is/are also representing the Buyer(s), then Licensee(s) is/are a DUAL AGENT.
>
> **(c) Multiple Buyers.**
>
> **1.** More than one buyer may seek to purchase property through the Broker; it is agreed that Broker may represent those buyers whether such representation arises prior to, during, or after the end of this Contract.  In the event that Broker represents multiple buyers seeking to purchase the same property, **it is agreed that Licensee will disclose to each buyer the existence of the other offer(s).**
>
> **2.** In the event a Licensee represents multiple buyers who have competing interests in the same property, **it is agreed that Licensee will disclose to each buyer the existence of the Licensee's other offer.**
>
> *Only at the direction of and with Seller's written instruction during the negotiation of licensees other offer  will Broker/Licensee disclose any material terms of any other offer to any buyer.*

Seller agrees to Designated Agency with Disclosed Dual Agency _____/_____ (Seller initials)

10.  **Possession.** Seller will give possession of the Property to Buyer at the time of settlement. If the Property is currently rented, a copy of the lease is to be attached to this Contract. Seller will not enter into or renew any lease during the term of this Contract or allow anyone else to occupy the Property.

11.  **Taxes and Association Fees.** Prior to settlement, Seller will provide the title company with the following required information: Real Estate Property Tax Assessment, yearly taxes, trash and sewer fees, wage/income tax rate, per capita tax, and association fees, as applicable.

12.  **Title.** At settlement Seller will give full rights of ownership, free and clear of debt, to Buyer. Seller represents that Seller has or will have sufficient funds to complete settlement and pay all settlement costs. Seller does not need approval from a court, lender or any other person or entity to sell, exchange or otherwise transfer the Property.

13. **Inclusions.** Items included in the price of the Property _____

Items rented by Seller _____

14. **Exclusions.**

Items not included in the price of the Property _____

Items rented by Seller _____

**15. Inspection.** Seller will make the Property available for inspection by brokers, licensees, and any potential buyers they may bring, insurance representatives, mortgage lenders, appraisers, municipal officials, surveyors and inspectors provided that an appointment has been made reasonably in advance of inspection.

**16. Limitation of Liability. a.** Seller represents and warrants that reasonable and customary homeowner's property and liability insurance coverage are in full force and effect for the Property and will so remain during the term of this Agreement. In the event that such coverage is cancelled, Seller will immediately notify Broker thereof in writing.

Seller agrees that Broker/Licensee(s) are not responsible for any damage to the Property or any loss or theft of personal goods from the Property unless such damage, loss or theft is solely and directly caused by Broker/Licensee(s).

Seller agrees that Broker's/Licensee's total maximum liability to Seller for any claim arising out of Broker's/Licensee's representation of Seller is limited to a refund of commission which Seller has paid or would otherwise owe under this Contract. Seller shall defend, indemnify and hold harmless Broker/Licensee from any claims, lawsuits or actions arising out of Broker's/Licensee's representation of Seller including, but not limited to, those arising out of the condition and/or assessments, fines or taxes on the Property and/or failure to provide disclosure thereof, but not including any claims, lawsuits or actions arising out of Broker's/Licensee's negligence or misconduct.

Seller, Broker and Licensee knowingly, voluntarily, and intentionally waive their present or future rights to: (a) a jury trial in any action to resolve any dispute to which Seller, on the one hand, and Broker and/or Licensee, on the other hand, are adverse to each other arising under or relating to this Contract; and/or (b) consolidate or transfer any such action with or to another action where any of them might otherwise be entitled to a jury trial.

**b. Dispute Resolution Procedures.** Seller and Broker/Licensee will submit to mediation all claims, disputes or controversies between Seller and Broker/Licensee that in any way arise from or relate to this Contract and/or the services, advertising, disclosures, practices and procedures related to the foregoing ("Claim"). Mediation will be conducted in accordance with the mediation system offered or endorsed by the local Association of REALTORS®. Mediation fees charged by the Association or mediator will be paid by Broker/Licensee. The mediation process must be concluded without resolution before either Seller or Broker may initiate legal proceedings. The statute of limitations related to the Claim will be tolled until fourteen calendar days following the conclusion of the mediation process. In the event that mediation is unsuccessful in resolving the claim, dispute or controversy, then the parties hereto agree to be bound by and follow the policies, procedures and limitations set forth in *Arbitration of Certain Disputes and Waiver of Class Actions*, which is fully incorporated herein by reference and which has been received by Seller.

_____/_____ (Seller initials)

**17. Signs and keys – Seller allows:**

| | | | | |
|---|---|---|---|---|
| Sale sign ☐ Yes ☐ No | Lock box: | Electronic | ☐ Yes | ☐ No |
| Sold sign ☐ Yes ☐ No | | Key | ☐ Yes | ☐ No |
| | | Combination | ☐ Yes | ☐ No |
| | Key in office: | | ☐ Yes | ☐ No |

Other _____

**18. Multiple Listing Service (MLS)/Internet Advertising.** Seller authorizes Broker/Licensee to put a description of the Property in the MLS/Internet. Broker/Licensee is not responsible for mistakes in the MLS/Internet. The final sale price for the Property will be reported to MLS at time of settlement.

**19. Publication of Sale Price.** The final sale price for the Property is a matter of public record beyond the control of Broker/Licensee, and may be published by various media after settlement.

**20. Use of Photographs/Buyer Information.** Seller agrees to allow Broker/Licensee to take interior and exterior photographs of the Property to help market the Property, which photographs remain the property of the Broker/Licensee. Broker/Licensee may make copies of the photographs and include copies of the photographs in the MLS and/or internet. Seller will not hold Broker/Licensee responsible in any way for using the photographs to help market the Property. Broker/Licensee is not liable for any loss of or damage to the photographs, or any unauthorized use of the photographs by any third party. Any information regarding potential Buyers (sign-in sheets, sales lead tracking, etc.) which comes into Broker's possession as a result of this Listing is and will remain the property of Broker.

**21. Disclosure.** Most sellers of residential property are required by state law to complete a Seller's Property Disclosure Form. Unless exempted by law, Seller will complete this form before Broker/Licensee will list the Property for sale. Seller ALONE is responsible for the accuracy of the information contained in any Seller Property Disclosure Statement.

**22. Deposit Money.** Pursuant to state law, Broker will place all deposit monies it receives into an escrow account, although Seller agrees that Broker may wait to deposit any check received as deposit money until the Seller signs the Agreement of Sale. Broker will only release the deposit monies in connection with final settlement, unless prior to final settlement and while the agreement of sale is still in effect Broker receives a written disbursement directive signed by all Buyers and Sellers.

In the event that final settlement does not occur, state law does not allow a Broker holding deposit monies to determine who is entitled to the deposit monies, regardless of the apparent entitlement thereto. If the agreement of sale is terminated for any reason, Broker can only release the monies:

    1. If there is no dispute between Buyers and Sellers over entitlement to the monies.
    2. According to the terms of a written agreement signed by all Buyers and Sellers directing Broker how to distribute some or all of the monies.
    3. According to the terms of a final order of Court.
    4. According to the terms of a prior written agreement between Buyer and Seller that directs the Broker how to distribute the deposit monies in the event of an unresolved dispute.
    5. By paying the monies into Court and requesting that the Court decide entitlement thereto.

Broker shall have no liability if the monies are released on any of the grounds set forth above. In the event that Seller joins the Broker/Licensee in a lawsuit for the return of the monies, Seller will pay all of Broker's reasonable attorney fees and costs incurred in connection with such litigation.

**23. Foreign Investment in Real Property Tax Act of 1980 (FIRPTA)** The disposition of a U.S. real property interest by a foreign person (the seller) is subject to the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons purchasing U.S. real property interests (Buyers) from foreign persons, certain purchasers' agents, and settlement officers are required to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. taxation of gains realized on disposition of such interests. The Buyer is the withholding agent. If you are the Buyer you must find out if the Seller is a foreign person as defined by the Act. If the Seller is a foreign person and you fail to withhold, you may be held liable for the tax.

**24. Services to Buyer.** Broker may provide services to Buyer for which Broker may accept a fee. These services may include financing, title insurance and document preparation. The companies providing the service may be under common control with Broker and the services may be paid for by the Buyer. Broker will disclose to Seller if any such fees are to be paid by Buyer.

**25. Conflict of Interest.** A conflict of interest is when the Broker has a financial or personal interest where Broker cannot put Seller's interest before any other. If Broker or any of Broker's licensees has a conflict of interest, Broker will notify Seller in a timely manner. Disclosed dual agency is not, *per se*, a conflict of interest.

**26. Home Warranties.** A home warranty can help protect you from the cost of a failure in your home's major systems and appliances while your Property is for sale. At settlement, the warranty can be assigned to the Buyer in order to continue the protection subject to the terms of the warranty. Broker's Licensee will provide you with more detailed information about home warranties.

**27. Offer.** All offers to purchase the Property will be made through the Broker/Licensee. All offers received by the Broker/Licensee will be presented to the Seller unless the Seller has already fully executed an Agreement of Sale.

**28. Broker's Fee and Term of Contract**. The terms and length of the business relationship, the fees and the range of services that Broker will provide are determined as a result of negotiations between Broker and Seller and have not been recommended by any association of REALTORS®.

**28. Transfer of This Contract.** Seller agrees that Broker may transfer this Contract to another real estate   broker if: Broker stops doing business; Broker forms a new real estate business; or Broker joins its business with another for any other reason.  If transfer occurs, Seller will follow all requirements of this Contract with new Broker.  Should Seller give or transfer the Property or an ownership interest in it, to anyone during the term of this Contract, all owners must follow the requirements of this Contract.

**30. Recovery Fund.** Pennsylvania has a Real Estate Recovery Fund to repay any person who has received a final court ruling against a Pennsylvania real estate licensee because of fraud, misrepresentation, or deceit in a real estate transaction. The Fund repays persons who have not been able to collect the judgment after trying all lawful ways to do so. For complete details about the Fund, call (717) 783-3658.

**31. Notice to Persons Offering to Solicit or Rent Housing in Pennsylvania.** Federal and State law makes it illegal for a seller, a broker, or anyone to use RACE, COLOR, RELIGION OR RELIGIOUS CREED, SEX, NATIONAL ORIGIN, HANDICAP OR DISABILITY physical or mental), FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), USE,  HANDLING, or TRAINING OF SUPPORT OR GUIDE ANIMALS, or the FACT OF RELATIONSHIP OR ASSOCIATION WITH AN INDIVIDUAL KNOWN TO HAVE A DISABILITY  as reasons for refusing to sell, show, or rent properties, loan money, or set deposit amounts, or as reasons for any decision relating to the sale or rental of property.

**32. Entire Contract.** This Listing Contract constitutes the entire agreement between the parties and any prior contracts, whether written or oral, have been merged and integrated into this Contract. All modifications to and/or terminations of this Contract are binding only when in writing and signed by all Sellers and Broker/Licensee.

**33. Confidential Information.** After the termination of this Contract, Broker/Licensee is obligated to keep confidential any confidential information provided by Seller during the term of this Contract, subject to the laws of the Commonwealth of Pennsylvania.

**34. Consumer Notice.** Seller acknowledges that Seller has received and understands the business relationships described in **the Consumer Notice adopted by the Pennsylvania Real Estate Commission at 49 Pa. Code §35.336. The duties and definitions of business relationships stated therein, are incorporated here as part of this Listing Contract as though written here in their entirety.**

**35. Additional Terms and Conditions.** _____
_____
_____
_____
_____

**IF YOU DO NOT UNDERSTAND ALL OF THE TERMS OF THIS DOCUMENT,
THEN YOU SHOULD SEEK LEGAL ADVICE BEFORE SIGNING IT**

All Sellers must sign this Contract.

SELLER _____DATE _____

SELLER _____DATE _____

SELLER _____DATE _____

ACCEPTED ON BEHALF OF BROKER, FOX & ROACH LP d/b/a BERKSHIRE HATHAWAY HOME SERVICES FOX & ROACH, REALTORS® BY:
_____DATE _____
Designated Licensee & License Number

_____DATE _____
Additional Designated Licensee & License Number

© Fox & Roach LP. An independently operated subsidiary of HomeServices of America, Inc., a Berkshire Hathaway affiliate, and a franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity. *BHHS 03/2017*



# BERKSHIRE HATHAWAY | Fox & Roach, REALTORS®
## HomeServices

### EXCLUSIVE LISTING CONTRACT for PA

1. **Property**
Address _____
Municipality (City, Borough, Township) _____
County _____ School District _____
Zoning and Present Use _____
Identification Number _____
(tax ID number, parcel number, deed book page, recording date, if known to Seller)

2. **Seller** (List *all* individuals and entities with any ownership interest)
Name _____
Name _____
Name _____
Mailing Address _____
Phone Number _____ Alternate Number _____
Email Address_____

3. **Broker's Licensee/License #:** _____
Additional Licensee/License #: _____
Office Address _____
Office Phone Number _____ Alternate Number _____
Email Address _____

4. **Purpose of Contract.** Seller is hiring Broker/Licensee (collectively, "Broker") to market the Property and find a Buyer (or if directed, a Lessee). During the term of this Contract, Seller will not hire any other broker to perform these or any other services related to the sale or lease of the Property. Seller agrees that Broker may list other properties for sale or rent and that Broker may show other properties to prospective Buyers or tenants.

5. **Listed Price $** _____

     Seller has final authority over the setting of this price and any subsequent adjustment thereto.

6. **Start and End Dates of Listing Contract ("Term").** This Contract starts on the date it has been signed by all Seller(s) and Broker, and ends at 5:00 p.m. 365 days following the starting date, unless a sale/rental is being negotiated. In that event, Broker will continue to represent the Seller until either negotiations are terminated without an agreement to sell/rent or settlement occurs. Either Seller or Broker can terminate this representation on or after 180 days from the starting date by providing written notice to the other party 30 days in advance of the desired termination.

7. **Broker's Fee.** The Broker's Fee is **(circle one) six percent (6%), seven percent (7%), eight percent (8%)** of the sale price plus $375, and is to be paid by the Seller to Broker at time of final settlement. Seller and Broker agree that Broker will pay from Broker's Fee:
     (a) A fee to another broker (Buyer Agent), who represents the Buyer.     ❑ Yes  ❑ No     _____ % or $
     (b) A fee to another broker (Transaction Licensee), who does not
     represent either the Seller or a buyer.     ❑ Yes  ❑ No     _____ % or $
     BHHS Fox & Roach will not pay a fee to another broker acting as a sub-agent.

8. **Obligation to Pay Broker's Fee.** Seller must pay Broker's Fee to Broker if a ready, willing and able buyer (one who will pay the Listed Price, or a price mutually agreed to by Buyer and Seller, for the Property) is found by Broker or by anyone, including Seller.  In addition, the Broker's Fee is owed by Seller if:

     (a)  During the term of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, whether such agreement is brought by Broker, Broker's licensees, Seller or any other person or

_____ Seller initials  p. 1 of 5

broker, at the above Listed Price or any other price acceptable to Seller.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.  **OR**

(b)  Within one year of the ending date of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property with a Buyer who was shown or negotiated to buy the Property during the term of this Contract.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.

In the event that Seller is, by agreement or adjudication, entitled to retain some or all of a Buyer's deposit in connection with a terminated agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, then Seller will pay to Broker either one half (50%) of the retained deposit money or Broker's Fee, whichever is less.  In the event that Broker is holding said deposit in escrow, then Seller hereby authorizes Broker to retain and apply said deposit on account of this obligation prior to any disbursement to Seller.

In the event that Seller enters into an agreement to lease the Property during the term of this Contract (or within one year of the ending date hereof to a lessee who was introduced to, shown or negotiated to buy or lease the Property during the term of this Contract), then Seller must pay a Leasing Broker's Fee to Broker in the amount of $1/12^{th}$ of the annualized rent upon commencement of the lease.

In the event that subsequent to the termination of Broker's representation of Seller, Seller enters into an agreement to sell, exchange or otherwise transfer ownership of the Property while Seller is party to a *bona fide* exclusive listing contract with another broker, then Seller will not owe Broker the Broker's Fee.

9.  **Agency Relationships.** An agency relationship between Broker and Seller cannot be presumed.  Seller has the right to be represented by a broker (agency relationship) and may do so by agreeing to the terms of Seller Agency.

**(a) Dual Agency.** Seller agrees that Broker/Licensee(s) may also represent the Buyer(s) of the Property. Broker/Licensee is a DUAL AGENT when representing both seller and the buyer in the sale of a property. Seller acknowledges that as a DUAL AGENT, Broker/Licensee will take no action that is adverse or detrimental to either party's interest in a transaction.  Confidential information obtained within the fiduciary relationship of Designated Agency with Seller will not be disclosed without prior written consent.
**(b) Designated Agency.** Broker will designate licensee(s) to represent the interests of the Seller.  Licensee(s) is/are the Designated Agent, who will act exclusively for the Seller.  If Licensee(s) is/are also representing the Buyer(s), then Licensee(s) is/are a DUAL AGENT.
**(c) Multiple Buyers.**
**1.** More than one buyer may seek to purchase property through the Broker; it is agreed that Broker may represent those buyers whether such representation arises prior to, during, or after the end of this Contract.  In the event that Broker represents multiple buyers seeking to purchase the same property, **it is agreed that Licensee will disclose to each buyer the existence of the other offer(s).**

**2.** In the event a Licensee represents multiple buyers who have competing interests in the same property, **it is agreed that Licensee will disclose to each buyer the existence of the Licensee's other offer.**

***Only at the direction of and with Seller's written instruction during the negotiation of licensees other offer  will Broker/Licensee disclose any material terms of any other offer to any buyer.***

Seller agrees to Designated Agency with Disclosed Dual Agency _____/_____ (Seller initials)

10.  **Possession.** Seller will give possession of the Property to Buyer at the time of settlement. If the Property is currently rented, a copy of the lease is to be attached to this Contract. Seller will not enter into or renew any lease during the term of this Contract or allow anyone else to occupy the Property.

11.  **Taxes and Association Fees.** Prior to settlement, Seller will provide the title company with the following required information: Real Estate Property Tax Assessment, yearly taxes, trash and sewer fees, wage/income tax rate, per capita tax, and association fees, as applicable.

12.  **Title.** At settlement Seller will give full rights of ownership, free and clear of debt, to Buyer. Seller represents that Seller has or will have sufficient funds to complete settlement and pay all settlement costs. Seller does not need approval from a court, lender or any other person or entity to sell, exchange or otherwise transfer the Property.

13. **Inclusions.** Items included in the price of the Property _____

Items rented by Seller _____

**14. Exclusions.**
Items not included in the price of the Property _____
_____
Items rented by Seller _____

**15. Inspection.** Seller will make the Property available for inspection by brokers, licensees, and any potential buyers they may bring, insurance representatives, mortgage lenders, appraisers, municipal officials, surveyors and inspectors provided that an appointment has been made reasonably in advance of inspection.

**16. Limitation of Liability. a.** Seller represents and warrants that reasonable and customary homeowner's property and liability insurance coverage are in full force and effect for the Property and will so remain during the term of this Agreement. In the event that such coverage is cancelled, Seller will immediately notify Broker thereof in writing. Seller is advised to safeguard or remove valuables now located within the Property.

Seller agrees that Broker/Licensee(s) are not responsible for any damage to the Property or any loss or theft of personal goods from the Property unless such damage, loss or theft is solely and directly caused by Broker/Licensee(s).

Seller agrees that Broker's/Licensee's total maximum liability to Seller for any claim arising out of Broker's/Licensee's representation of Seller is limited to a refund of commission which Seller has paid or would otherwise owe under this Contract. Seller shall defend, indemnify and hold harmless Broker/Licensee from any claims, lawsuits or actions arising out of Broker's/Licensee's representation of Seller including, but not limited to, those arising out of the condition of and/or assessments, fines or taxes on the Property and/or failure to provide disclosure thereof, but not including any claims, lawsuits or actions arising out of Broker's/Licensee's negligence or misconduct.

Seller, Broker and Licensee knowingly, voluntarily, and intentionally waive their present or future rights to: (a) a jury trial in any action to resolve any dispute to which Seller, on the one hand, and Broker and/or Licensee, on the other hand, are adverse to each other arising under or relating to this Contract; and/or (b) consolidate or transfer any such action with or to another action where any of them might otherwise be entitled to a jury trial.

**b. Dispute Resolution Procedures.** Seller and Broker/Licensee will submit to mediation all claims, disputes or controversies between Seller and Broker/Licensee that in any way arise from or relate to this Contract and/or the services, advertising, disclosures, practices and procedures related to the foregoing ("Claim"). Mediation will be conducted in accordance with the mediation system offered or endorsed by the local Association of REALTORS®. Mediation fees charged by the Association or mediator will be paid by Broker/Licensee. The mediation process must be concluded without resolution before either Seller or Broker may initiate legal proceedings. The statute of limitations related to the Claim will be tolled until fourteen calendar days following the conclusion of the mediation process. In the event that mediation is unsuccessful in resolving the claim, dispute or controversy, then the parties hereto agree to be bound by and follow the policies, procedures and limitations set forth in *Arbitration of Certain Disputes and Waiver of Class Actions*, which is fully incorporated herein by reference and which has been received by Seller.

_____/_____ (Seller initials)

**17. Signs and keys – Seller allows:**

| | | | | |
|---|---|---|---|---|
| Sale sign ☐ Yes ☐ No | Lock box: | Electronic | ☐ Yes | ☐ No |
| Sold sign ☐ Yes ☐ No | | Key | ☐ Yes | ☐ No |
| | | Combination | ☐ Yes | ☐ No |
| | Key in office: | | ☐ Yes | ☐ No |

Other _____

**18. Multiple Listing Service (MLS)/Internet Advertising.** Seller authorizes Broker/Licensee to put a description of the Property in the MLS/Internet. Broker/Licensee is not responsible for mistakes in the MLS/Internet. The final sale price for the Property will be reported to MLS at time of settlement.

**19. Publication of Sale Price.** The final sale price for the Property is a matter of public record beyond the control of Broker/Licensee, and may be published by various media after settlement.

**20. Use of Photographs/Buyer Information.** Seller agrees to allow Broker/Licensee to take interior and exterior photographs of the Property to help market the Property, which photographs remain the property of the Broker/Licensee. Broker/Licensee may make copies of the photographs and include copies of the photographs in the MLS and/or internet. Seller will not hold Broker/Licensee responsible in any way for using the photographs to help market the Property. Broker/Licensee is not liable for any loss of or damage to the photographs, or any unauthorized use of the photographs by any third party. Any

information regarding potential Buyers (sign-in sheets, sales lead tracking, etc.) which comes into Broker's possession as a result of this Listing is and will remain the property of Broker.

**21. Disclosure.** Most sellers of residential property are required by state law to complete a Seller's Property Disclosure Form. Unless exempted by law, Seller will complete this form before Broker/Licensee will list the Property for sale. Seller ALONE is responsible for the accuracy of the information contained in any Seller Property Disclosure Statement.

**22. Deposit Money.** Pursuant to state law, Broker will place all deposit monies it receives into an escrow account, although Seller agrees that Broker may wait to deposit any check received as deposit money until the Seller signs the Agreement of Sale. Broker will only release the deposit monies in connection with final settlement, unless prior to final settlement and while the agreement of sale is still in effect Broker receives a written disbursement directive signed by all Buyers and Sellers.

In the event that final settlement does not occur, state law does not allow a Broker holding deposit monies to determine who is entitled to the deposit monies, regardless of the apparent entitlement thereto. If the agreement of sale is terminated for any reason, Broker can only release the monies:

1. If there is no dispute between Buyers and Sellers over entitlement to the monies.
2. According to the terms of a written agreement signed by all Buyers and Sellers directing Broker how to distribute some or all of the monies.
3. According to the terms of a final order of Court.
4. According to the terms of a prior written agreement between Buyer and Seller that directs the Broker how to distribute the deposit monies in the event of an unresolved dispute.
5. By paying the monies into Court and requesting that the Court decide entitlement thereto.

Broker shall have no liability if the monies are released on any of the grounds set forth above. In the event that Seller joins the Broker/Licensee in a lawsuit for the return of the monies, Seller will pay all of Broker's reasonable attorney fees and costs incurred in connection with such litigation.

**23. Foreign Investment in Real Property Tax Act of 1980 (FIRPTA)** The disposition of a U.S. real property interest by a foreign person (the seller) is subject to the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons purchasing U.S. real property interests (Buyers) from foreign persons, certain purchasers' agents, and settlement officers are required to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. taxation of gains realized on disposition of such interests. The Buyer is the withholding agent. If you are the Buyer you must find out if the Seller is a foreign person as defined by the Act. If the Seller is a foreign person and you fail to withhold, you may be held liable for the tax.

**24. Services to Buyer.** Broker may provide services to Buyer for which Broker may accept a fee. These services may include financing, title insurance and document preparation. The companies providing the service may be under common control with Broker and the services may be paid for by the Buyer. Broker will disclose to Seller if any such fees are to be paid by Buyer.

**25. Conflict of Interest.** A conflict of interest is when the Broker has a financial or personal interest where Broker cannot put Seller's interest before any other. If Broker or any of Broker's licensees has a conflict of interest, Broker will notify Seller in a timely manner. Disclosed dual agency is not, *per se*, a conflict of interest.

**26. Home Warranties.** A home warranty can help protect you from the cost of a failure in your home's major systems and appliances while your Property is for sale. At settlement, the warranty can be assigned to the Buyer in order to continue the protection subject to the terms of the warranty. Broker's Licensee will provide you with more detailed information about home warranties.

**27. Offer.** All offers to purchase the Property will be made through the Broker/Licensee. All offers received by the Broker/Licensee will be presented to the Seller unless the Seller has already fully executed an Agreement of Sale.

**28. Broker's Fee and Term of Contract**. The terms and length of the business relationship, the fees and the range of services that Broker will provide are determined as a result of negotiations between Broker and Seller and have not been recommended by any association of REALTORS®.

**29. Transfer of This Contract.** Seller agrees that Broker may transfer this Contract to another real estate broker if: Broker stops doing business; Broker forms a new real estate business; or Broker joins its business with another for any other reason. If transfer occurs, Seller will follow all requirements of this Contract with new Broker. Should Seller give or transfer the Property

or an ownership interest in it, to anyone during the term of this Contract, all owners must follow the requirements of this Contract.

**30. Recovery Fund.** Pennsylvania has a Real Estate Recovery Fund to repay any person who has received a final court ruling against a Pennsylvania real estate licensee because of fraud, misrepresentation, or deceit in a real estate transaction. The Fund repays persons who have not been able to collect the judgment after trying all lawful ways to do so. For complete details about the Fund, call (717) 783-3658.

**31. Notice to Persons Offering to Solicit or Rent Housing in Pennsylvania.** Federal and State law makes it illegal for a seller, a broker, or anyone to use RACE, COLOR, RELIGION OR RELIGIOUS CREED, SEX, NATIONAL ORIGIN, HANDICAP OR DISABILITY physical or mental), FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), USE, HANDLING, or TRAINING OF SUPPORT OR GUIDE ANIMALS, or the FACT OF RELATIONSHIP OR ASSOCIATION WITH AN INDIVIDUAL KNOWN TO HAVE A DISABILITY as reasons for refusing to sell, show, or rent properties, loan money, or set deposit amounts, or as reasons for any decision relating to the sale or rental of property.

**32. Entire Contract.** This Listing Contract constitutes the entire agreement between the parties and any prior contracts, whether written or oral, have been merged and integrated into this Contract. All modifications to and/or terminations of this Contract are binding only when in writing and signed by all Sellers and Broker/Licensee.

**33. Confidential Information.** After the termination of this Contract, Broker/Licensee is obligated to keep confidential any confidential information provided by Seller during the term of this Contract, subject to the laws of the Commonwealth of Pennsylvania.

**34. Consumer Notice.** Seller acknowledges that Seller has received and understands the business relationships described in **the Consumer Notice adopted by the Pennsylvania Real Estate Commission at 49 Pa. Code §35.336. The duties and definitions of business relationships stated therein, are incorporated here as part of this Listing Contract as though written here in their entirety.**

**35. Additional Terms and Conditions.** _____

_____

_____

_____

_____

**IF YOU DO NOT UNDERSTAND ALL OF THE TERMS OF THIS DOCUMENT,
THEN YOU SHOULD SEEK LEGAL ADVICE BEFORE SIGNING IT**

All Sellers must sign this Contract.

SELLER _____ DATE _____

SELLER _____ DATE _____

SELLER _____ DATE _____

ACCEPTED ON BEHALF OF BROKER, FOX & ROACH LP d/b/a BERKSHIRE HATHAWAY HOME SERVICES FOX & ROACH, REALTORS® BY:

_____ DATE _____
Designated Licensee & License Number

_____ DATE _____
Additional Designated Licensee & License Number

© Fox & Roach LP. An independently operated subsidiary of HomeServices of America, Inc., a Berkshire Hathaway affiliate, and a franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity.　　　　　　　　BHHS 09/2018



# BERKSHIRE HATHAWAY | Fox & Roach, REALTORS®
## HomeServices

### EXCLUSIVE LISTING CONTRACT for PA

1. **Property**
   Address _____
   Municipality (City, Borough, Township) _____
   County _____ School District _____
   Zoning and Present Use _____
   Identification Number _____
   (tax ID number, parcel number, deed book page, recording date, if known to Seller)

2. **Seller** (List *all* individuals and entities with any ownership interest)
   Name _____
   Name _____
   Name _____
   Mailing Address _____
   Phone Number _____ Alternate Number _____
   Email Address_____

3. **Broker's Licensee/License #:** _____
   Additional Licensee/License #: _____
   Office Address _____
   Office Phone Number _____ Alternate Number _____
   Email Address _____

4. **Purpose of Contract.** Seller is hiring Broker/Licensee (collectively, "Broker") to market the Property and find a Buyer (or if directed, a Lessee). During the term of this Contract, Seller will not hire any other broker to perform these or any other services related to the sale or lease of the Property. Seller agrees that Broker may list other properties for sale or rent and that Broker may show other properties to prospective Buyers or tenants.

5. **Listed Price $** _____
   
   **Seller has final authority over the setting of this price and any subsequent adjustment thereto.**

6. **Start and End Dates of Listing Contract ("Term").** This Contract starts on the date it has been signed by all Seller(s) and Broker, and ends at 5:00 p.m. 365 days following the starting date, unless a sale/rental is being negotiated. In that event, Broker will continue to represent the Seller until either negotiations are terminated without an agreement to sell/rent or settlement occurs. Either Seller or Broker can terminate this representation on or after 180 days from the starting date by providing written notice to the other party 30 days in advance of the desired termination.

7. **Broker's Fee.** The Broker's Fee is **(circle one) six percent (6%), seven percent (7%), eight percent (8%)** of the sale price plus $375, and is to be paid by the Seller to Broker at time of final settlement. Seller and Broker agree that Broker will pay from Broker's Fee:
   (a) A fee to another broker (Buyer Agent), who represents the Buyer.　　❑ Yes　❑ No　_____ % or $
   (b) A fee to another broker (Transaction Licensee), who does not
   　　represent either the Seller or a buyer.　　❑ Yes　❑ No　_____ % or $
   　　BHHS Fox & Roach will not pay a fee to another broker acting as a sub-agent.

8. **Obligation to Pay Broker's Fee.** Seller must pay Broker's Fee to Broker if a ready, willing and able buyer (one who will pay the Listed Price, or a price mutually agreed to by Buyer and Seller, for the Property) is found by Broker or by anyone, including Seller.  In addition, the Broker's Fee is owed by Seller if:

   (a) During the term of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, whether such agreement is brought by Broker, Broker's licensees, Seller or any other person or broker, at the above Listed Price or any other price acceptable to Seller.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.  **OR**

   _____ Seller initials  p. 1 of 5

(b)  Within one year of the ending date of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property with a Buyer who was shown or negotiated to buy the Property during the term of this Contract.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.

In the event that Seller is, by agreement or adjudication, entitled to retain some or all of a Buyer's deposit in connection with a terminated agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, then Seller will pay to Broker either one half (50%) of the retained deposit money or Broker's Fee, whichever is less.  In the event that Broker is holding said deposit in escrow, then Seller hereby authorizes Broker to retain and apply said deposit on account of this obligation prior to any disbursement to Seller.

In the event that Seller enters into an agreement to lease the Property during the term of this Contract (or within one year of the ending date hereof to a lessee who was introduced to, shown or negotiated to buy or lease the Property during the term of this Contract), then Seller must pay a Leasing Broker's Fee to Broker in the amount of 1/12th of the annualized rent upon commencement of the lease.

In the event that subsequent to the termination of Broker's representation of Seller, Seller enters into an agreement to sell, exchange or otherwise transfer ownership of the Property while Seller is party to a *bona fide* exclusive listing contract with another broker, then Seller will not owe Broker the Broker's Fee.

9.  **Agency Relationships.** An agency relationship between Broker and Seller cannot be presumed.  Seller has the right to be represented by a broker (agency relationship) and may do so by agreeing to the terms of Seller Agency.

> **(a) Dual Agency.** Seller agrees that Broker/Licensee(s) may also represent the Buyer(s) of the Property. Broker/Licensee is a DUAL AGENT when representing both seller and the buyer in the sale of a property. Seller acknowledges that as a DUAL AGENT, Broker/Licensee will take no action that is adverse or detrimental to either party's interest in a transaction.  Confidential information obtained within the fiduciary relationship of Designated Agency with Seller will not be disclosed without prior written consent.
> **(b) Designated Agency.** Broker will designate licensee(s) to represent the interests of the Seller.  Licensee(s) is/are the Designated Agent, who will act exclusively for the Seller.  If Licensee(s) is/are also representing the Buyer(s), then Licensee(s) is/are a DUAL AGENT.
> **(c) Multiple Buyers.**
> **1.** More than one buyer may seek to purchase property through the Broker; it is agreed that Broker may represent those buyers whether such representation arises prior to, during, or after the end of this Contract. In the event that Broker represents multiple buyers seeking to purchase the same property, **it is agreed that Licensee will disclose to each buyer the existence of the other offer(s).**
>
> **2.** In the event a Licensee represents multiple buyers who have competing interests in the same property, **it is agreed that Licensee will disclose to each buyer the existence of the Licensee's other offer.**
>
> ***Only at the direction of and with Seller's written instruction during the negotiation of licensees other offer  will Broker/Licensee disclose any material terms of any other offer to any buyer.***

> Seller agrees to Designated Agency with Disclosed Dual Agency _____/_____ (Seller initials)

10.  **Possession.** Seller will give possession of the Property to Buyer at the time of settlement. If the Property is currently rented, a copy of the lease is to be attached to this Contract. Seller will not enter into or renew any lease during the term of this Contract or allow anyone else to occupy the Property.

11.  **Taxes and Association Fees.** Prior to settlement, Seller will provide the title company with the following required information: Real Estate Property Tax Assessment, yearly taxes, trash and sewer fees, wage/income tax rate, per capita tax, and association fees, as applicable.

12.  **Title.** At settlement Seller will give full rights of ownership, free and clear of debt, to Buyer. Seller represents that Seller has or will have sufficient funds to complete settlement and pay all settlement costs. Seller does not need approval from a court, lender or any other person or entity to sell, exchange or otherwise transfer the Property.

13. **Inclusions.** Items included in the price of the Property _____
_____

Items rented by Seller _____

14. **Exclusions.**
Items not included in the price of the Property _____
_____

Items rented by Seller _____

**15. Inspection.** Seller will make the Property available for inspection by brokers, licensees, and any potential buyers they may bring, insurance representatives,  mortgage lenders, appraisers, municipal officials, surveyors and inspectors provided that an appointment has been made reasonably in advance of inspection.

**16. Limitation of Liability. a.** Seller represents and warrants that reasonable and customary homeowner's property and liability insurance coverage are in full force and effect for the Property and will so remain during the term of this Agreement.  In the event that such coverage is cancelled, Seller will immediately notify Broker thereof in writing. Seller is advised to safeguard or remove valuables now located within the Property.

Seller agrees that Broker/Licensee(s) are not responsible for any damage to the Property or any loss or theft of personal goods from the Property unless such damage, loss or theft is solely and directly caused by Broker/Licensee(s).

Seller agrees that Broker's/Licensee's total maximum liability to Seller for any claim arising out of Broker's/Licensee's representation of Seller is limited to a refund of commission which Seller has paid or would otherwise owe under this Contract. Seller shall defend, indemnify and hold harmless Broker/Licensee from any claims, lawsuits or actions arising out of Broker's/Licensee's representation of Seller including, but not limited to, those arising out of the condition of and/or assessments, fines or taxes on the Property and/or failure to provide disclosure thereof, but not including any claims, lawsuits or actions arising out of Broker's/Licensee's negligence or misconduct.

Seller, Broker and Licensee knowingly, voluntarily, and intentionally waive their present or future rights to: (a) a jury trial in any action to resolve any dispute to which Seller, on the one hand, and Broker and/or Licensee, on the other hand, are adverse to each other arising under or relating to this Contract; and/or (b) consolidate or transfer any such action with or to another action where any of them might otherwise be entitled to a jury trial.

**b. Dispute Resolution Procedures.**  Seller and Broker/Licensee will submit to mediation all claims, disputes or controversies between Seller and Broker/Licensee that in any way arise from or relate to this Contract and/or the services, advertising, disclosures, practices and procedures related to the foregoing ("Claim").  Mediation will be conducted in accordance with the mediation system offered or endorsed by the local Association of REALTORS®.  Mediation fees charged by the Association or mediator will be paid by Broker/Licensee.  The mediation process must be concluded without resolution before either Seller or Broker may initiate legal proceedings.  The statute of limitations related to the Claim will be tolled until fourteen calendar days following the conclusion of the mediation process.  In the event that mediation is unsuccessful in resolving the claim, dispute or controversy, then the parties hereto agree to be bound by and follow the policies, procedures and limitations set forth in *Arbitration of Certain Disputes and Waiver of Class Actions*, which is fully incorporated herein by reference and which has been received by Seller.

_____/_____ (Seller initials)

**17. Signs and keys – Seller allows:**

| | | | | |
|---|---|---|---|---|
| Sale sign ☐ Yes ☐ No | Lock box: | Electronic | ☐ Yes | ☐ No |
| Sold sign ☐ Yes ☐ No | | Key | ☐ Yes | ☐ No |
| | | Combination | ☐ Yes | ☐ No |
| | Key in office: | | ☐ Yes | ☐ No |

Other _____

**18. Multiple Listing Service (MLS)/Internet Advertising.**  Seller authorizes Broker/Licensee to put a description of the Property in the MLS/Internet. Broker/Licensee is not responsible for mistakes in the MLS/Internet. The final sale price for the Property will be reported to MLS at time of settlement.

**19. Publication of Sale Price.** The final sale price for the Property is a matter of public record beyond the control of Broker/Licensee, and may be published by various media after settlement.

**20. Use of Photographs/Buyer Information.** Seller agrees to allow Broker/Licensee to take interior and exterior photographs of the Property to help market the Property, which photographs remain the property of the Broker/Licensee. Broker/Licensee may make copies of the photographs and include copies of the photographs in the MLS and/or internet.  Seller will not hold Broker/Licensee responsible in any way for using the photographs to help market the Property. Broker/Licensee is not liable for any loss of or damage to the photographs, or any unauthorized use of the photographs by any third party.  Any information regarding potential Buyers (sign-in sheets, sales lead tracking, etc.) which comes into Broker's possession as a result of this Listing is and will remain the property of Broker.

**21. Recording on the Property. a.** Seller understands that potential buyers viewing the Property may engage in photography, videography or videotelephony on the Property. Seller should remove any items of a personal nature Seller does

_____ (Seller initials)  p. 3 of 5

not wish to have photographed or recorded, such as family photos, important or confidential paperwork (including any information relating to the listing or communications with Broker or Licensee) and all other personally identifiable information such as birthdates, social security numbers, telephone numbers, etc. Seller is responsible for providing this same notification to any occupants of the Property.

**b.** Any person who intentionally intercepts oral communications by electronic or other means with the consent of all parties is guilty of a felony under Pennsylvania law. Seller understands that recording or transmitting audio may result in violation of state or federal wiretapping laws. **Seller hereby releases all BROKERS, their LICENSEES, EMPLOYEES, and any OFFICER or PARTNER of any one of them, and any PERSON, FIRM or CORPORATION who may be liable by or through them, from any claims, lawsuits and actions which may arise from any audio or video recordings occurring in or around the Property.**

**22. Disclosure.** Most sellers of residential property are required by state law to complete a Seller's Property Disclosure Form. Unless exempted by law, Seller will complete this form before Broker/Licensee will list the Property for sale. Seller ALONE is responsible for the accuracy of the information contained in any Seller Property Disclosure Statement.

**23. Deposit Money.** Pursuant to state law, Broker will place all deposit monies it receives into an escrow account, although Seller agrees that Broker may wait to deposit any check received as deposit money until the Seller signs the Agreement of Sale. Broker will only release the deposit monies in connection with final settlement, unless prior to final settlement and while the agreement of sale is still in effect Broker receives a written disbursement directive signed by all Buyers and Sellers.

In the event that final settlement does not occur, state law does not allow a Broker holding deposit monies to determine who is entitled to the deposit monies, regardless of the apparent entitlement thereto. If the agreement of sale is terminated for any reason, Broker can only release the monies:

1. If there is no dispute between Buyers and Sellers over entitlement to the monies.
2. According to the terms of a written agreement signed by all Buyers and Sellers directing Broker how to distribute some or all of the monies.
3. According to the terms of a final order of Court.
4. According to the terms of a prior written agreement between Buyer and Seller that directs the Broker how to distribute the deposit monies in the event of an unresolved dispute.
5. By paying the monies into Court and requesting that the Court decide entitlement thereto.

Broker shall have no liability if the monies are released on any of the grounds set forth above. In the event that Seller joins the Broker/Licensee in a lawsuit for the return of the monies, Seller will pay all of Broker's reasonable attorney fees and costs incurred in connection with such litigation.

**24. Foreign Investment in Real Property Tax Act of 1980 (FIRPTA)** The disposition of a U.S. real property interest by a foreign person (the seller) is subject to the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons purchasing U.S. real property interests (Buyers) from foreign persons, certain purchasers' agents, and settlement officers are required to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. taxation of gains realized on disposition of such interests. The Buyer is the withholding agent. If you are the Buyer you must find out if the Seller is a foreign person as defined by the Act. If the Seller is a foreign person and you fail to withhold, you may be held liable for the tax.

**25. Services to Buyer.** Broker may provide services to Buyer for which Broker may accept a fee. These services may include financing, title insurance and document preparation. The companies providing the service may be under common control with Broker and the services may be paid for by the Buyer. Broker will disclose to Seller if any such fees are to be paid by Buyer.

**26. Conflict of Interest.** A conflict of interest is when the Broker has a financial or personal interest where Broker cannot put Seller's interest before any other. If Broker or any of Broker's licensees has a conflict of interest, Broker will notify Seller in a timely manner. Disclosed dual agency is not, *per se*, a conflict of interest.

**27. Home Warranties.** A home warranty can help protect you from the cost of a failure in your home's major systems and appliances while your Property is for sale. At settlement, the warranty can be assigned to the Buyer in order to continue the protection subject to the terms of the warranty. Broker's Licensee will provide you with more detailed information about home warranties.

**28. Offer.** All offers to purchase the Property will be made through the Broker/Licensee. All offers received by the Broker/Licensee will be presented to the Seller unless the Seller has already fully executed an Agreement of Sale.

_____ (Seller initials)  p. 4 of 5

29. **Broker's Fee and Term of Contract.** The terms and length of the business relationship, the fees and the range of services that Broker will provide are determined as a result of negotiations between Broker and Seller and have not been recommended by any association of REALTORS®.

30. **Transfer of This Contract.** Seller agrees that Broker may transfer this Contract to another real estate   broker if: Broker stops doing business; Broker forms a new real estate business; or Broker joins its business with another for any other reason.  If transfer occurs, Seller will follow all requirements of this Contract with new Broker.  Should Seller give or transfer the Property or an ownership interest in it, to anyone during the term of this Contract, all owners must follow the requirements of this Contract.

31. **Recovery Fund.** Pennsylvania has a Real Estate Recovery Fund to repay any person who has received a final court ruling against a Pennsylvania real estate licensee because of fraud, misrepresentation, or deceit in a real estate transaction. The Fund repays persons who have not been able to collect the judgment after trying all lawful ways to do so. For complete details about the Fund, call (717) 783-3658.

32. **Notice to Persons Offering to Solicit or Rent Housing in Pennsylvania.** Federal and State law makes it illegal for a seller, a broker, or anyone to use RACE, COLOR, RELIGION OR RELIGIOUS CREED, SEX, NATIONAL ORIGIN, HANDICAP OR DISABILITY physical or mental), FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), USE,  HANDLING, or TRAINING OF SUPPORT OR GUIDE ANIMALS, or the FACT OF RELATIONSHIP OR ASSOCIATION WITH AN INDIVIDUAL KNOWN TO HAVE A DISABILITY  as reasons for refusing to sell, show, or rent properties, loan money, or set deposit amounts, or as reasons for any decision relating to the sale or rental of property.

33. **Entire Contract.** This Listing Contract constitutes the entire agreement between the parties and any prior contracts, whether written or oral, have been merged and integrated into this Contract. All modifications to and/or terminations of this Contract are binding only when in writing and signed by all Sellers and Broker/Licensee.

34. **Confidential Information.** After the termination of this Contract, Broker/Licensee is obligated to keep confidential any confidential information provided by Seller during the term of this Contract, subject to the laws of the Commonwealth of Pennsylvania.

35. **Consumer Notice.** Seller acknowledges that Seller has received and understands the business relationships described in **the Consumer Notice adopted by the Pennsylvania Real Estate Commission at 49 Pa. Code §35.336. The duties and definitions of business relationships stated therein, are incorporated here as part of this Listing Contract as though written here in their entirety.**

36. **Additional Terms and Conditions.** _____
_____
_____
_____

**IF YOU DO NOT UNDERSTAND ALL OF THE TERMS OF THIS DOCUMENT,
THEN YOU SHOULD SEEK LEGAL ADVICE BEFORE SIGNING IT**

All Sellers must sign this Contract.

SELLER _____ DATE _____

SELLER _____ DATE _____

SELLER _____ DATE _____

ACCEPTED ON BEHALF OF BROKER, FOX & ROACH LP d/b/a BERKSHIRE HATHAWAY HOME SERVICES FOX & ROACH, REALTORS® BY:
_____ DATE _____
Designated Licensee & License Number

_____ DATE _____
Additional Designated Licensee & License Number

© Fox & Roach LP. An independently operated subsidiary of HomeServices of America, Inc., a Berkshire Hathaway affiliate, and a franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity.                                                    BHHS F&R 12/2019



# BERKSHIRE HATHAWAY | Fox & Roach, REALTORS®
## HomeServices

### EXCLUSIVE LISTING CONTRACT for DE

1. **Seller** (List *all* individuals and entities with any ownership interest)
   Name _____
   Name _____
   Name _____
   Mailing Address _____
   Phone Number _____ Alternate Number _____
   Email Address_____

2. **Broker's Licensee/License #:** _____
   Additional Licensee/License #: _____
   Office Address _____
   Office Phone Number _____ Alternate Number _____
   Email Address _____

3. **Purpose of Contract.** Seller is hiring Broker/Licensee (collectively, "Broker") to market the Property and find a Buyer (or if directed, a Lessee). During the term of this Contract, Seller will not hire any other broker to perform these or any other services related to the sale or lease of the Property. Seller agrees to refer to Broker all inquiries from agents or others. Seller agrees that Broker may list other properties for sale or rent and that Broker may show other properties to prospective Buyers or tenants.

4. **Listed Price $** _____

   **Seller has final authority over the setting of this price and any subsequent adjustment thereto.**

5. **Start and End Dates of Listing Contract ("Term").** This Contract starts on the date it has been signed by all Seller(s) and Broker, and ends at 5:00 p.m. 365 days following the starting date, unless a sale/rental is being negotiated. In that event, Broker will continue to represent the Seller until either negotiations are terminated without an agreement to sell/rent or settlement occurs. Either Seller or Broker can terminate this representation on or after 180 days from the starting date by providing written notice to the other party 30 days in advance of the desired termination.

6. **Property**
   Address _____
   Municipality (City, Borough, Township) _____
   County _____ School District _____
   Zoning and Present Use _____
   Identification Number _____
   (tax ID number, parcel number, deed book page, recording date, if known to Seller)

7. **Inclusions and Exclusions:** Unless specifically excluded by this Contract the listed price shall also include the following, as and if now installed, stored in, or located on the Property: all existing plumbing, heating, electrical and central air conditioning systems; and all other permanent or attached fixtures including but not limited to, all existing shutters, awnings, wall to wall carpeting, radiator covers, cabinets, shelves, mirrors fixed in place, attic/exhaust fans, lighting and plumbing fixtures, and landscaping.

   Certain other now existing items which may be considered personal property, whether installed or stored upon the Property are included as follows: **(if neither box is checked, item shall be considered excluded)** *Should the Sellers Disclosure of Real Property Condition Report differ from the below list of included items, the below list shall supersede: however, the Agreement of Sale will be the final list of what is included or excluded.*

p. 1 of 5 _____/_____
(Seller initials)

| YES NO | | YES NO | | | YES NO | |
|---|---|---|---|---|---|---|
| ☐ | ☐ Range with oven | ☐ | ☐ Draperies | | ☐ | ☐ Wall Mounted Flat Screen TV # ____ |
| ☐ | ☐ Range Hood-exhaust fan | ☐ | ☐ Drapery/Curtain rods | | ☐ | ☐ Wall brackets for TV # ____ |
| ☐ | ☐ Cooktop-stand alone | ☐ | ☐ Shades/Blinds | | ☐ | ☐ Surround sound system & controls |
| ☐ | ☐ Wall Oven(s) # ____ | ☐ | ☐ Cornices/Valances | | ☐ | ☐ Solar Equipment |
| ☐ | ☐ Kitchen Refrigerator | ☐ | ☐ Furnace Humidifier | | ☐ | ☐ Attached Antenna/Rotor |
| ☐ | ☐    with Icemaker | ☐ | ☐ Smoke Detectors | | ☐ | ☐ Garage Opener(s) # ____ |
| ☐ | ☐ Refrigerator(s) additional # ____ | ☐ | ☐ Carbon Monoxide Detectors | | ☐ | ☐    with remote |
| ☐ | ☐ Freezer – free standing | ☐ | ☐ Wood Stove | | ☐ | ☐ Pool Equipment |
| ☐ | ☐ Ice Maker – free standing | ☐ | ☐ Fireplace Equipment | | ☐ | ☐ Pool Cover |
| ☐ | ☐ Dishwasher | ☐ | ☐ Fireplace Screen/Doors | | ☐ | ☐ Hot Tub, Equipment |
| ☐ | ☐ Disposal | ☐ | ☐ Electronic Air Filter | | ☐ | ☐    with cover |
| ☐ | ☐ Microwave | ☐ | ☐ Window A/C Units # ____ | | ☐ | ☐ Sheds/Outbuildings # ____ |
| ☐ | ☐ Washer | ☐ | ☐ Attic Fan | | ☐ | ☐ Playground/Equipment |
| ☐ | ☐ Dryer | ☐ | ☐ Whole house fan | | ☐ | ☐ Irrigation System |
| ☐ | ☐ Trash Compactor | ☐ | ☐ Bathroom Vents/Fans | | | |
| ☐ | ☐ Water Filter | ☐ | ☐ Window Fans # ____ | | ☐ | ☐ Water Conditioner (owned) |
| ☐ | ☐ Water Heater | ☐ | ☐ Ceiling Fans # ____ | | ☐ | ☐ Water Conditioner (leased) |
| ☐ | ☐ Sump Pump | ☐ | ☐ Central Vacuum | | ☐ | ☐ Fuel Storage Tank(s) (owned) |
| ☐ | ☐ Storm Windows/Doors | ☐ | ☐    with attachments | | ☐ | ☐ Fuel Storage Tank(s) (leased) |
| ☐ | ☐ Screens | ☐ | ☐ Intercoms | | ☐ | ☐ Security/Monitoring Systems (owned) |
| | | ☐ | ☐ Satellite Dish | | ☐ | ☐ Security/Monitoring Systems (leased) |
| | | ☐ | ☐    with controls & remote(s) | | | |

**Additional Inclusions, not previously checked above (include those leased from vendors):** _____

_____

**Additional Exclusions, not previously checked above (include those leased from vendors):** _____

_____

8.  **Broker's Fee.** The Broker's Fee is _____ of the sale price plus $375, and is to be paid by the Seller to Broker at time of final settlement. Seller and Broker agree that Broker will pay from Broker's Fee:
    A fee to another broker (Buyer Agent) who represents the Buyer.     ❑ Yes     ❑ No     _____ % or $

*BHHS Fox & Roach will not pay a fee to another broker acting as a sub-agent.*

9.  **Obligation to Pay Broker's Fee.** Seller must pay Broker's Fee to Broker if a ready, willing and able buyer (one who will pay the Listed Price, or a price mutually agreed to by Buyer and Seller, for the Property) is found by Broker or by anyone, including Seller.  In addition, the Broker's Fee is owed by Seller if:

    (a)  During the term of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, whether such agreement is brought by Broker, Broker's licensees, Seller or any other person or broker, at the above Listed Price or any other price acceptable to Seller.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.  **OR**

    (b)  Within one year of the ending date of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property with a Buyer who was shown or negotiated to buy the Property during the term of this Contract.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.

    In the event that Seller is, by agreement or adjudication, entitled to retain some or all of a Buyer's deposit in connection with a terminated agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, then Seller will pay to Broker either one half (50%) of the retained deposit money or Broker's Fee, whichever is less.  In the event that Broker is holding said deposit in escrow, then Seller hereby authorizes Broker to retain and apply said deposit on account of this obligation prior to any disbursement to Seller.

    In the event that Seller enters into an agreement to lease the Property during the term of this Contract (or within one year of the ending date hereof to a lessee who was introduced to, shown or negotiated to buy or lease the Property during the

term of this Contract), then Seller must pay a Leasing Broker's Fee to Broker in the amount of 1/12th of the annualized rent upon commencement of the lease.

In the event that subsequent to the termination of Broker's representation of Seller, Seller enters into an agreement to sell, exchange or otherwise transfer ownership of the Property while Seller is party to a *bona fide* exclusive listing contract with another broker, then Seller will not owe Broker the Broker's Fee.

10. **Agency Relationships.** Agency relationships are explained in the Consumer Information Statement which you acknowledge receiving from your salesperson.

11. **Possession.** Seller will give possession of the Property to Buyer at the time of settlement. If the Property is currently rented, a copy of the lease is to be attached to this Contract. Seller will not enter into or renew any lease during the term of this Contract or allow anyone else to occupy the Property.

12. **Taxes and Association Fees.** Prior to settlement, Seller will provide the title company with the following required information: Real Estate Property Tax Assessment, yearly taxes, trash and sewer fees, wage/income tax rate, per capita tax, and association fees, as applicable.

13. **Title.** At settlement Seller will give full rights of ownership, free and clear of debt, to Buyer. Seller represents that Seller has or will have sufficient funds to complete settlement and pay all settlement costs. Seller does not need approval from a court, lender or any other person or entity to sell, exchange or otherwise transfer the Property.

14. **Inspection.** Seller will make the Property available for inspection by brokers, licensees, and any potential buyers they may bring, insurance representatives, mortgage lenders, appraisers, municipal officials, surveyors and inspectors provided that an appointment has been made reasonably in advance of inspection.

15. **Limitation of Liability.** Seller represents and warrants that reasonable and customary homeowner's property and liability insurance coverage are in full force and effect for the Property and will so remain during the term of this Agreement. In the event that such coverage is cancelled, Seller will immediately notify Broker thereof in writing. Seller is advised to safeguard or remove valuables now located within the Property.

Seller agrees that Broker/Licensee(s) are not responsible for any damage to the Property or any loss or theft of personal goods from the Property unless such damage, loss or theft is solely and directly caused by Broker/Licensee(s).

Seller agrees that Broker's/Licensee's total maximum liability to Seller for any claim arising out of Broker's/Licensee's representation of Seller is limited to a refund of commission which Seller has paid or would otherwise owe under this Contract. Seller shall defend, indemnify and hold harmless Broker/Licensee from any claims, lawsuits or actions arising out of Broker's/Licensee's representation of Seller including, but not limited to, those arising out of the condition of and/or assessments, fines or taxes on the Property and/or failure to provide disclosure thereof, but not including any claims, lawsuits or actions arising out of Broker's/Licensee's negligence or misconduct.

Seller, Broker and Licensee knowingly, voluntarily, and intentionally waive their present or future rights to: (a) a jury trial in any action to resolve any dispute to which Seller, on the one hand, and Broker and/or Licensee, on the other hand, are adverse to each other arising under or relating to this Contract; and/or (b) consolidate or transfer any such action with or to another action where any of them might otherwise be entitled to a jury trial.

**Dispute Resolution Procedures.** Seller and Broker/Licensee will submit to mediation all claims, disputes or controversies between Seller and Broker/Licensee that in any way arise from or relate to this Contract and/or and the services, advertising, disclosures, practices and procedures related to the foregoing ("Claim"). Mediation will be conducted in accordance with the mediation system offered or endorsed by the local Association of REALTORS®. Mediation fees charged by the Association or mediator will be paid by Broker/Licensee. The mediation process must be concluded without resolution before either Seller or Broker may initiate legal proceedings. The statute of limitations related to the Claim will be tolled until fourteen calendar days following the conclusion of the mediation process. In the event that mediation is unsuccessful in resolving the claim, dispute or controversy, then the parties hereto agree to be bound by and follow the policies, procedures and limitations set forth in *Arbitration of Certain Disputes and Waiver of Class Actions*, which is fully incorporated herein by reference and which has been received by Seller.

16. **Signs and keys – Seller allows:**

Sale sign ☐ Yes ☐ No        Lock box:      Electronic      ☐ Yes        ☐ No

Sold sign ☐ Yes ☐ No

| | | |
|---|---|---|
| Key | ☐ Yes | ☐ No |
| Combination | ☐ Yes | ☐ No |
| Key in office: | ☐ Yes | ☐ No |

Other _____

**17. Multiple Listing Service (MLS)/Internet Advertising.** Seller authorizes Broker/Licensee to put a description of the Property in the MLS/Internet. Broker/Licensee is not responsible for mistakes in the MLS/Internet. The final sale price for the Property will be reported to MLS at time of settlement, will be a matter of public record, & may be published by various media.

**Broker Authorization:**  ☐ **Yes** ☐ **No** The Seller authorizes the listed property to be displayed on the Internet.
☐ **Yes** ☐ **No** The Seller authorizes the numerical address of the listed property to be displayed on the Internet.
☐ **Yes** ☐ **No** The Seller authorizes the automated valuation of the listed property.
☐ **Yes** ☐ **No** The Seller authorizes the blogging features associated with the listed property.

**18. Use of Photographs/Buyer Information.** Seller agrees to allow Broker/Licensee to take interior and exterior photographs of the Property to help market the Property, which photographs remain the property of the Broker/Licensee. Broker/Licensee may make copies of the photographs and include copies of the photographs in the MLS and/or internet. Seller will not hold Broker/Licensee responsible in any way for using the photographs to help market the Property. Broker/Licensee is not liable for any loss of or damage to the photographs, or any unauthorized use of the photographs by any third party.  Any information regarding potential Buyers (sign-in sheets, sales lead tracking, etc.) which comes into Broker's possession as a result of this Listing is and will remain the property of Broker.

**19. Fair Housing. Notice to Persons Offering to Solicit or Rent Housing.** All Parties agree to comply with all Fair Housing and Civil Rights laws in the purchase and sale of the Property and further agree specifically not to discriminate against any person because of  RACE, COLOR, NATIONAL ORIGIN, RELIGION, CREED, SEX, MARITAL STATUS, FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), SEXUAL ORIENTATION, GENDER IDENTITY, and/or HANDICAP OR DISABILITY physical or mental).

**20. Disclosure.** If applicable, Seller warrants to Broker and all potential Buyers that all known defects contained in the Property have been fully, accurately and truthfully disclosed in writing to the best knowledge of the Seller on any Seller's Disclosure of Real Property Condition Report, Radon Disclosure Form, Lead Based Paint Disclosure, or any other applicable disclosure forms, and that no defects have been communicated to the Broker by Seller, either verbally or in writing, that are not contained on those forms. Broker is authorized to convey the aforementioned disclosures to prospective buyers.

**21. Deposit Money.** The Seller acknowledges and agrees that deposit monies held on account by Broker shall only be disbursed under one of the following conditions:

    a.   Upon final settlement; OR
    b.   Upon a release being signed by all parties to the transaction authorizing disposition of these funds; OR
    c.   Upon the filing of an interpleader action in the proper court, thereby causing the funds to be deposited with the court; OR
    d.   At such time as one of the parties to the transaction files suit and the court orders the disbursement of these funds.

Broker shall have no liability if the monies are released on any of the grounds set forth above. In the event that Seller joins the Broker/Licensee in a lawsuit for the return of the monies, Seller will pay all of Broker's reasonable attorney fees and costs incurred in connection with such litigation.

**22. Foreign Investment in Real Property Tax  Act of 1980 (FIRPTA)** The disposition of a U.S. real property interest by a foreign person (the seller) is subject to the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons purchasing U.S. real property interests (Buyers) from foreign persons, certain purchasers' agents, and settlement officers are required to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. taxation of gains realized on disposition of such interests. The Buyer is the withholding agent. If you are the Buyer you must find out if the Seller is a foreign person as defined by the Act. If the Seller is a foreign person and you fail to withhold, you may be held liable for the tax.

**23. Services to Buyer.** Broker may provide services to Buyer for which Broker may accept a fee. These services may include financing, title insurance and document preparation. The companies providing the service may be under common control with Broker and the services may be paid for by the Buyer. Broker will disclose to Seller if any such fees are to be paid by Buyer.

**24. Conflict of Interest.** A conflict of interest is when the Broker has a financial or personal interest where Broker cannot put Seller's interest before any other. If Broker or any of Broker's licensees has a conflict of interest, Broker will notify Seller in a timely manner.  Disclosed dual agency is not, *per se*, a conflict of interest.

**25. Home Warranties.** A home warranty can help protect you from the cost of a failure in your home's major systems and appliances while your Property is for sale. At settlement, the warranty can be assigned to the Buyer in order to continue the protection subject to the terms of the warranty. Broker's Licensee will provide you with more detailed information about home warranties.

**26. Offer.** All offers to purchase the Property will be made through the Broker/Licensee and will be presented to the Seller.

**Multiple Buyers.**

**1.** More than one buyer may seek to purchase property through the Broker; it is agreed that Broker may represent those buyers whether such representation arises prior to, during, or after the end of this Contract.  In the event that Broker represents multiple buyers seeking to purchase the same property, **it is agreed that Salesperson will disclose to each buyer the existence of the other offer(s).**

**2.** In the event a Licensee represents multiple buyers who have competing interests in the same property, **it is agreed that Salesperson will disclose to each buyer the existence of the Salesperson's other offer.**

*Only at the direction of and with Seller's written instruction during the negotiation of salesperson's other offer  will Broker/Salesperson disclose any material terms of any other offer to any buyer.*

**27. Broker's Fee and Term of Contract**. The terms and length of the business relationship, the fees and the range of services that Broker will provide are determined as a result of negotiations between Broker and Seller and have not been recommended by any association of REALTORS®.

**28. Transfer of This Contract.** Seller agrees that Broker may transfer this Contract to another real estate   broker if: Broker stops doing business; Broker forms a new real estate business; or Broker joins its business with another for any other reason.  If transfer occurs, Seller will follow all requirements of this Contract with new Broker.  Should Seller give or transfer the Property or an ownership interest in it, to anyone during the term of this Contract, all owners must follow the requirements of this Contract.

**29. Entire Contract.** This Listing Contract constitutes the entire agreement between the parties and any prior contracts, whether written or oral, have been merged and integrated into this Contract. All modifications to and/or terminations of this Contract are binding only when in writing and signed by all Sellers and Broker/Licensee.

**30. Confidential Information.** After the termination of this Contract, Broker/Licensee is obligated to keep confidential any confidential information provided by Seller during the term of this Contract.

**31. Addenda and Additional Terms/Conditions.** _____

_____
_____

Check those that apply:
_____ DUCIOA (Delaware Uniform Common Interest Ownership Act) Resale Certification Form
_____ Septic Certification          _____ List of Lienholder(s)

All Sellers must sign this Contract.

SELLER _____DATE _____

SELLER _____DATE _____

SELLER _____DATE _____

ACCEPTED by  FOX & ROACH LP d/b/a BERKSHIRE HATHAWAY HOME SERVICES FOX & ROACH,
REALTORS®_____DATE _____
Salesperson & License Number

© Fox & Roach LP. An independently operated subsidiary of HomeServices of America, Inc., a Berkshire Hathaway affiliate, and a franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity.                            BHHS 09/2018



# BERKSHIRE HATHAWAY | Fox & Roach, REALTORS®
## HomeServices

### EXCLUSIVE LISTING CONTRACT for DE

1. **Seller** (List *all* individuals and entities with any ownership interest)
   Name _____
   Name _____
   Name _____
   Mailing Address _____
   Phone Number _____ Alternate Number _____
   Email Address_____

2. **Broker's Licensee/License #:** _____
   Additional Licensee/License #: _____
   Office Address _____
   Office Phone Number _____ Alternate Number _____
   Email Address _____

3. **Purpose of Contract.** Seller is hiring Broker/Licensee (collectively, "Broker") to market the Property and find a Buyer (or if directed, a Lessee). During the term of this Contract, Seller will not hire any other broker to perform these or any other services related to the sale or lease of the Property. Seller agrees to refer to Broker all inquiries from agents or others. Seller agrees that Broker may list other properties for sale or rent and that Broker may show other properties to prospective Buyers or tenants.

4. **Listed Price $** _____

   **Seller has final authority over the setting of this price and any subsequent adjustment thereto.**

5. **Start and End Dates of Listing Contract ("Term").** This Contract starts on the date it has been signed by all Seller(s) and Broker, and ends at 5:00 p.m. 365 days following the starting date, unless a sale/rental is being negotiated. In that event, Broker will continue to represent the Seller until either negotiations are terminated without an agreement to sell/rent or settlement occurs. Either Seller or Broker can terminate this representation on or after 180 days from the starting date by providing written notice to the other party 30 days in advance of the desired termination.

6. **Property**
   Address _____
   Municipality (City, Borough, Township) _____
   County _____ School District _____
   Zoning and Present Use _____
   Identification Number _____
   (tax ID number, parcel number, deed book page, recording date, if known to Seller)

7. **Inclusions and Exclusions:** Unless specifically excluded by this Contract the listed price shall also include the following, as and if now installed, stored in, or located on the Property: all existing plumbing, heating, electrical and central air conditioning systems; and all other permanent or attached fixtures including but not limited to, all existing shutters, awnings, wall to wall carpeting, radiator covers, cabinets, shelves, mirrors fixed in place, attic/exhaust fans, lighting and plumbing fixtures, and landscaping.

   Certain other now existing items which may be considered personal property, whether installed or stored upon the Property are included as follows: **(if neither box is checked, item shall be considered excluded)** *Should the Sellers Disclosure of Real Property Condition Report differ from the below list of included items, the below list shall supersede: however, the Agreement of Sale will be the final list of what is included or excluded.*

| YES NO | YES NO | YES NO |
|---|---|---|
| ☐  ☐ Range with oven | ☐  ☐ Draperies | ☐  ☐ Wall Mounted Flat Screen TV # _____ |
| ☐  ☐ Range Hood–exhaust fan | ☐  ☐ Drapery/Curtain rods | ☐  ☐ Wall brackets for TV # _____ |
| ☐  ☐ Cooktop-stand alone | ☐  ☐ Shades/Blinds | ☐  ☐ Surround sound system & controls |
| ☐  ☐ Wall Oven(s) # _____ | ☐  ☐ Cornices/Valances | |
| ☐  ☐ Kitchen Refrigerator | ☐  ☐ Furnace Humidifier | ☐  ☐ Attached Antenna/Rotor |
| ☐  ☐      with Icemaker | ☐  ☐ Smoke Detectors | ☐  ☐ Garage Opener(s) # _____ |
| ☐  ☐ Refrigerator(s) additional # _____ | ☐  ☐ Carbon Monoxide Detectors | ☐  ☐      with remote |
| ☐  ☐ Freezer – free standing | ☐  ☐ Wood Stove | ☐  ☐ Pool Equipment |
| ☐  ☐ Ice Maker – free standing | ☐  ☐ Fireplace Equipment | ☐  ☐ Pool Cover |
| ☐  ☐ Dishwasher | ☐  ☐ Fireplace Screen/Doors | ☐  ☐ Hot Tub, Equipment |
| ☐  ☐ Disposal | ☐  ☐ Electronic Air Filter | ☐  ☐      with cover |
| ☐  ☐ Microwave | ☐  ☐ Window A/C Units # _____ | ☐  ☐ Sheds/Outbuildings # _____ |
| ☐  ☐ Washer | ☐  ☐ Attic Fan | ☐  ☐ Playground/Equipment |
| ☐  ☐ Dryer | ☐  ☐ Whole house fan | ☐  ☐ Irrigation System |
| ☐  ☐ Trash Compactor | ☐  ☐ Bathroom Vents/Fans | ☐  ☐ Solar Equipment (owned) |
| ☐  ☐ Water Filter | ☐  ☐ Window Fans # _____ | ☐  ☐ Solar Equipment (leased) |
| ☐  ☐ Water Heater | ☐  ☐ Ceiling Fans # _____ | ☐  ☐ Water Conditioner (owned) |
| ☐  ☐ Sump Pump | ☐  ☐ Central Vacuum | ☐  ☐ Water Conditioner (leased) |
| ☐  ☐ Storm Windows/Doors | ☐  ☐      with attachments | ☐  ☐ Fuel Storage Tank(s) (owned) |
| ☐  ☐ Screens | ☐  ☐ Intercoms | ☐  ☐ Fuel Storage Tank(s) (leased) |
| | ☐  ☐ Satellite Dish | ☐  ☐ Security/Monitoring Systems (owned) |
| Updated 12/19 | ☐  ☐      with controls & remote(s) | ☐  ☐ Security/Monitoring Systems (leased) |

**Additional Inclusions, not previously checked above (include those leased from vendors):** _____
_____

**Additional Exclusions, not previously checked above (include those leased from vendors):** _____
_____

8.  **Broker's Fee.** The Broker's Fee is _____ of the sale price plus $375, and is to be paid by the Seller to Broker at time of final settlement. Seller and Broker agree that Broker will pay from Broker's Fee:
   A fee to another broker (Buyer Agent) who represents the Buyer.     ❑ Yes     ❑ No     _____ % or $

*BHHS Fox & Roach will not pay a fee to another broker acting as a sub-agent.*

9.  **Obligation to Pay Broker's Fee.** <u>Seller must pay Broker's Fee to Broker if a ready, willing and able buyer (one who will pay the Listed Price, or a price mutually agreed to by Buyer and Seller, for the Property) is found by Broker or by anyone, including Seller.</u>  In addition, the Broker's Fee is owed by Seller if:

(a)  During the term of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, whether such agreement is brought by Broker, Broker's licensees, Seller or any other person or broker, at the above Listed Price or any other price acceptable to Seller.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.  **OR**

(b)  Within one year of the ending date of this Contract, Seller enters into an agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property with a Buyer who was shown or negotiated to buy the Property during the term of this Contract.  Provided the transaction closes, then Broker's Fee is to be paid at settlement.

In the event that Seller is, by agreement or adjudication, entitled to retain some or all of a Buyer's deposit in connection with a terminated agreement to sell, exchange, lease or otherwise transfer any aspect of ownership of the Property, then Seller will pay to Broker either one half (50%) of the retained deposit money or Broker's Fee, whichever is less.  In the event that Broker is holding said deposit in escrow, then Seller hereby authorizes Broker to retain and apply said deposit on account of this obligation prior to any disbursement to Seller.

In the event that Seller enters into an agreement to lease the Property during the term of this Contract (or within one year of the ending date hereof to a lessee who was introduced to, shown or negotiated to buy or lease the Property during the

p. 2 of 5 _____/_____
(Seller initials)

term of this Contract), then Seller must pay a Leasing Broker's Fee to Broker in the amount of 1/12[th] of the annualized rent upon commencement of the lease.

In the event that subsequent to the termination of Broker's representation of Seller, Seller enters into an agreement to sell, exchange or otherwise transfer ownership of the Property while Seller is party to a *bona fide* exclusive listing contract with another broker, then Seller will not owe Broker the Broker's Fee.

10.   **Agency Relationships.** Agency relationships are explained in the Consumer Information Statement which you acknowledge receiving from your salesperson.

11.   **Possession.** Seller will give possession of the Property to Buyer at the time of settlement. If the Property is currently rented, a copy of the lease is to be attached to this Contract. Seller will not enter into or renew any lease during the term of this Contract or allow anyone else to occupy the Property.

12.   **Taxes and Association Fees.** Prior to settlement, Seller will provide the title company with the following required information: Real Estate Property Tax Assessment, yearly taxes, trash and sewer fees, wage/income tax rate, per capita tax, and association fees, as applicable.

13.   **Title.** At settlement Seller will give full rights of ownership, free and clear of debt, to Buyer. Seller represents that Seller has or will have sufficient funds to complete settlement and pay all settlement costs. Seller does not need approval from a court, lender or any other person or entity to sell, exchange or otherwise transfer the Property.

14.   **Inspection.** Seller will make the Property available for inspection by brokers, licensees, and any potential buyers they may bring, insurance representatives, mortgage lenders, appraisers, municipal officials, surveyors and inspectors provided that an appointment has been made reasonably in advance of inspection.

15.   **Limitation of Liability.** Seller represents and warrants that reasonable and customary homeowner's property and liability insurance coverage are in full force and effect for the Property and will so remain during the term of this Agreement.  In the event that such coverage is cancelled, Seller will immediately notify Broker thereof in writing. Seller is advised to safeguard or remove valuables now located within the Property.

Seller agrees that Broker/Licensee(s) are not responsible for any damage to the Property or any loss or theft of personal goods from the Property unless such damage, loss or theft is solely and directly caused by Broker/Licensee(s).

Seller agrees that Broker's/Licensee's total maximum liability to Seller for any claim arising out of Broker's/Licensee's representation of Seller is limited to a refund of commission which Seller has paid or would otherwise owe under this Contract. Seller shall defend, indemnify and hold harmless Broker/Licensee from any claims, lawsuits or actions arising out of Broker's/Licensee's representation of Seller including, but not limited to, those arising out of the condition of and/or assessments, fines or taxes on the Property and/or failure to provide disclosure thereof, but not including any claims, lawsuits or actions arising out of Broker's/Licensee's negligence or misconduct.

Seller, Broker and Licensee knowingly, voluntarily, and intentionally waive their present or future rights to: (a) a jury trial in any action to resolve any dispute to which Seller, on the one hand, and Broker and/or Licensee, on the other hand, are adverse to each other arising under or relating to this Contract; and/or (b) consolidate or transfer any such action with or to another action where any of them might otherwise be entitled to a jury trial.

**Dispute Resolution Procedures.**  Seller and Broker/Licensee will submit to mediation all claims, disputes or controversies between Seller and Broker/Licensee that in any way arise from or relate to this Contract and/or and the services, advertising, disclosures, practices and procedures related to the foregoing ("Claim").  Mediation will be conducted in accordance with the mediation system offered or endorsed by the local Association of REALTORS[®].  Mediation fees charged by the Association or mediator will be paid by Broker/Licensee.  The mediation process must be concluded without resolution before either Seller or Broker may initiate legal proceedings.  The statute of limitations related to the Claim will be tolled until fourteen calendar days following the conclusion of the mediation process.  In the event that mediation is unsuccessful in resolving the claim, dispute or controversy, then the parties hereto agree to be bound by and follow the policies, procedures and limitations set forth in *Arbitration of Certain Disputes and Waiver of Class Actions*, which is fully incorporated herein by reference and which has been received by Seller.

**16. Signs and keys – Seller allows:**

| | | | | | |
|---|---|---|---|---|---|
| Sale sign ☐ Yes ☐ No | | Lock box: | Electronic | ☐ Yes | ☐ No |
| Sold sign ☐ Yes ☐ No | | | Key | ☐ Yes | ☐ No |
| | | | Combination | ☐ Yes | ☐ No |
| | | | Key in office: | ☐ Yes | ☐ No |
| Other _____ | | | | | |

**17. Multiple Listing Service (MLS)/Internet Advertising.** Seller authorizes Broker/Licensee to put a description of the Property in the MLS/Internet. Broker/Licensee is not responsible for mistakes in the MLS/Internet. The final sale price for the Property will be reported to MLS at time of settlement, will be a matter of public record, & may be published by various media.

**Broker Authorization:**
☐ **Yes** ☐ **No** The Seller authorizes the listed property to be displayed on the Internet.
☐ **Yes** ☐ **No** The Seller authorizes the numerical address of the listed property to be displayed on the Internet.
☐ **Yes** ☐ **No** The Seller authorizes the automated valuation of the listed property.
☐ **Yes** ☐ **No** The Seller authorizes the blogging features associated with the listed property.

**18. Use of Photographs/Buyer Information.** Seller agrees to allow Broker/Licensee to take interior and exterior photographs of the Property to help market the Property, which photographs remain the property of the Broker/Licensee. Broker/Licensee may make copies of the photographs and include copies of the photographs in the MLS and/or internet. Seller will not hold Broker/Licensee responsible in any way for using the photographs to help market the Property. Broker/Licensee is not liable for any loss of or damage to the photographs, or any unauthorized use of the photographs by any third party. Any information regarding potential Buyers (sign-in sheets, sales lead tracking, etc.) which comes into Broker's possession as a result of this Listing is and will remain the property of Broker.

**19. Recording on the Property. a.** Seller understands that potential buyers viewing the Property may engage in photography, videography or videotelephony on the Property. Seller should remove any items of a personal nature Seller does not wish to have photographed or recorded, such as family photos, important or confidential paperwork (including any information relating to the listing or communications with Broker or Licensee) and all other personally identifiable information such as birthdates, social security numbers, telephone numbers, etc. Seller is responsible for providing this same notification to any occupants of the Property.

**b.** Any person who intentionally intercepts oral communications by electronic or other means without the consent of at least one party to the communication is guilty of a felony under Delaware law. Seller understands that recording or transmitting audio may result in violation of state or federal wiretapping laws. **Seller hereby releases all BROKERS, their LICENSEES, EMPLOYEES, and any OFFICER or PARTNER of any one of them, and any PERSON, FIRM or CORPORATION who may be liable by or through them, from any claims, lawsuits and actions which may arise from any audio or video recordings occurring in or around the Property.**

(01.2020)

**20. Fair Housing. Notice to Persons Offering to Solicit or Rent Housing.** All Parties agree to comply with all Fair Housing and Civil Rights laws in the purchase and sale of the Property and further agree specifically not to discriminate against any person because of RACE, COLOR, NATIONAL ORIGIN, RELIGION, CREED, SEX, MARITAL STATUS, FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), SEXUAL ORIENTATION, GENDER IDENTITY, and/or HANDICAP OR DISABILITY physical or mental).

**21. Disclosure.** If applicable, Seller warrants to Broker and all potential Buyers that all known defects contained in the Property have been fully, accurately and truthfully disclosed in writing to the best knowledge of the Seller on any Seller's Disclosure of Real Property Condition Report, Radon Disclosure Form, Lead Based Paint Disclosure, or any other applicable disclosure forms, and that no defects have been communicated to the Broker by Seller, either verbally or in writing, that are not contained on those forms. Broker is authorized to convey the aforementioned disclosures to prospective buyers.

**22. Deposit Money.** The Seller acknowledges and agrees that deposit monies held on account by Broker shall only be disbursed under one of the following conditions:

a. Upon final settlement; OR
b. Upon a release being signed by all parties to the transaction authorizing disposition of these funds; OR
c. Upon the filing of an interpleader action in the proper court, thereby causing the funds to be deposited with the court; OR
d. At such time as one of the parties to the transaction files suit and the court orders the disbursement of these funds.

Broker shall have no liability if the monies are released on any of the grounds set forth above. In the event that Seller joins the Broker/Licensee in a lawsuit for the return of the monies, Seller will pay all of Broker's reasonable attorney fees and costs incurred in connection with such litigation.

**23. Foreign Investment in Real Property Tax Act of 1980 (FIRPTA)** The disposition of a U.S. real property interest by a foreign person (the seller) is subject to the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons purchasing U.S. real property interests (Buyers) from foreign persons, certain purchasers' agents, and settlement officers are required to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. taxation of gains realized on disposition of such interests. The Buyer is the withholding agent. If you are the Buyer you must find out if the Seller is a foreign person as defined by the Act. If the Seller is a foreign person and you fail to withhold, you may be held liable for the tax.

**24. Services to Buyer.** Broker may provide services to Buyer for which Broker may accept a fee. These services may include financing, title insurance and document preparation. The companies providing the service may be under common control with Broker and the services may be paid for by the Buyer. Broker will disclose to Seller if any such fees are to be paid by Buyer.

**25. Conflict of Interest.** A conflict of interest is when the Broker has a financial or personal interest where Broker cannot put Seller's interest before any other. If Broker or any of Broker's licensees has a conflict of interest, Broker will notify Seller in a timely manner. Disclosed dual agency is not, *per se*, a conflict of interest.

**26. Home Warranties.** A home warranty can help protect you from the cost of a failure in your home's major systems and appliances while your Property is for sale. At settlement, the warranty can be assigned to the Buyer in order to continue the protection subject to the terms of the warranty. Broker's Licensee will provide you with more detailed information about home warranties.

**27. Offer.** All offers to purchase the Property will be made through the Broker/Licensee and will be presented to the Seller.

**Multiple Buyers.**

**1.** More than one buyer may seek to purchase property through the Broker; it is agreed that Broker may represent those buyers whether such representation arises prior to, during, or after the end of this Contract. In the event that Broker represents multiple buyers seeking to purchase the same property, **it is agreed that Salesperson will disclose to each buyer the existence of the other offer(s).**

**2.** In the event a Licensee represents multiple buyers who have competing interests in the same property, **it is agreed that Salesperson will disclose to each buyer the existence of the Salesperson's other offer.**

*Only at the direction of and with Seller's written instruction during the negotiation of salesperson's other offer will Broker/Salesperson disclose any material terms of any other offer to any buyer.*

**28. Broker's Fee and Term of Contract**. The terms and length of the business relationship, the fees and the range of services that Broker will provide are determined as a result of negotiations between Broker and Seller and have not been recommended by any association of REALTORS®.

**29. Transfer of This Contract.** Seller agrees that Broker may transfer this Contract to another real estate broker if: Broker stops doing business; Broker forms a new real estate business; or Broker joins its business with another for any other reason. If transfer occurs, Seller will follow all requirements of this Contract with new Broker. Should Seller give or transfer the Property or an ownership interest in it, to anyone during the term of this Contract, all owners must follow the requirements of this Contract.

**30. Entire Contract.** This Listing Contract constitutes the entire agreement between the parties and any prior contracts, whether written or oral, have been merged and integrated into this Contract. All modifications to and/or terminations of this Contract are binding only when in writing and signed by all Sellers and Broker/Licensee.

**31. Confidential Information.** After the termination of this Contract, Broker/Licensee is obligated to keep confidential any confidential information provided by Seller during the term of this Contract.

**32. Addenda and Additional Terms/Conditions.** _____
_____
_____

**Check those that apply:**
_____ DUCIOA (Delaware Uniform Common Interest Ownership Act) Resale Certification Form
_____ Septic Certification          _____ List of Lienholder(s)

All Sellers must sign this Contract.


SELLER _____DATE _____


SELLER _____DATE _____


SELLER _____DATE _____


ACCEPTED by FOX & ROACH LP d/b/a BERKSHIRE HATHAWAY HOME SERVICES FOX & ROACH,

REALTORS®_____DATE _____
                  Salesperson & License Number

© Fox & Roach LP. An independently operated subsidiary of HomeServices of America, Inc., a Berkshire Hathaway affiliate, and a franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity.                    BHHS 01/2020



## Arbitration of Certain Disputes and Waiver of Class Actions

The following provisions are hereby incorporated into the Listing Contract or Buyer Agency Contract ("Contract") between Berkshire Hathaway HomeServices Fox & Roach, Realtors® and you, the Consumer.

Claims Included and Excluded from Arbitration:  All Claims, other than Excluded Claims, which have not been resolved by mediation as provided for in the Contract shall be submitted to arbitration administered by an arbitrator agreed to by the parties or, in the absence of agreement, by the American Arbitration Association ("AAA"), in lieu of commencing a lawsuit in any state or federal court and/or filing a complaint with any governmental or administrative agency. Any Excluded Claim is for a court and not an arbitrator to decide. "Excluded Claim" means the following: (A) any dispute about the validity, enforceability, coverage or scope of these policies and procedures or any part thereof; (B) any individual dispute that Consumer brings against Broker/Licensee in small claims court or Consumer's state's equivalent court, so long as that claim is not transferred, removed or appealed to a different court (in which event such dispute becomes a "Claim" and Broker/Licensee then has the right to demand arbitration); (C) any dispute arising out of or relating to: (i) the presence of a material defect in the Property, (ii) alleged negligence, gross negligence, or breach of contract, (iii) alleged misrepresentation, conspiracy, or breach of fiduciary duty, arising out of the facts which form the basis for any Excluded Claim described in the foregoing (C)(i-ii); and (D) any dispute arising out of or relating to breach of duties under principles of agency. Excluded Claims do not include any arising under the Real Estate Settlement Procedures Act or any consumer fraud or consumer financial protection laws.

Location and Costs of Arbitration:
Any in-person arbitration hearing must be at a venue reasonably convenient to Consumer. Broker/Licensee will pay any and all fees of AAA and/or the arbitrator, if and to the extent Consumer prevails in the arbitration or if Consumer makes a written request for Broker/Licensee to pay such fees and Consumer acts reasonably and in good faith. If Consumer brings a Claim against Broker/Licensee in arbitration or Broker/Licensee elects to require arbitration of a Claim Consumer brings, then Broker/Licensee will pay Consumer's reasonable attorneys' and experts' fees if and to the extent Consumer prevails. Also, Broker/Licensee will bear any such fees if applicable law so requires. Regardless of the outcome of the arbitration, Broker/Licensee will not seek from Consumer reimbursement of any of the fees of the Administrator and arbitrator, or attorneys' fees and expert costs, unless Broker/Licensee is permitted to recover such fees from Consumer under the Contract and applicable law.

Governing Law:
The Contract involves interstate commerce and is governed by the Federal Arbitration Act ("FAA") and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the FAA and applicable statutes of limitations and claims of privilege recognized at law. The arbitrator may award any remedy provided by the substantive law that would apply if the action were pending in court, including, without limitation, punitive damages (which shall be governed by the Constitutional standards employed by the courts) and injunctive, equitable and declaratory relief. At the timely request of either party, the arbitrator must provide a brief written explanation of the basis for the reward.

Arbitration Result and Right of Appeal:
Judgment upon the arbitrator's award may be entered by any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA.

Prohibition Against Certain Proceedings:
FOR CLAIMS SUBJECT TO ARBITRATION: (1) NEITHER CONSUMER NOR BROKER/LICENSEE MAY PARTICIPATE IN A CLASS OR COLLECTIVE ACTION IN COURT OR IN A CLASS-WIDE ARBITRATION, EITHER AS A PLAINTIFF , CLASS REPRESENTATIVE OR CLASS MEMBER; (2) NEITHER CONSUMER NOR BROKER/LICENSEE MAY ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; (3) CLAIMS BROUGHT BY OR AGAINST CONSUMER OR BROKER/LICENSEE MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON; AND (4) THE ARBITRATOR SHALL HAVE NO POWER OR AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY GENERAL ARBITRATION OR MULTIPLE-PARTY ARBITRATION. THIS SUBSECTION DOES NOT APPLY TO ANY LAWSUIT OR ADMINISTRATIVE PROCEEDING FILED AGAINST BROKER/LICENSEE BY A STATE OR FEDERAL GOVERNMENT AGENCY EVEN WHEN SUCH AGENCY IS SEEKING RELIEF ON BEHALF OF A CLASS OF CONSUMERS INCLUDING CONSUMER. THIS MEANS THAT BROKER/LICENSEE WILL NOT HAVE THE RIGHT TO COMPEL ARBITRATION OF A CLAIM BROUGHT BY SUCH AN AGENCY.

Severability:
If any portion of the foregoing, other than the Class Action Waiver, is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force. If a determination is made that the Class Action Waiver is unenforceable, only this sentence of the Dispute Resolution Provision will remain in force and the remaining provisions shall be null and void, provided that the determination concerning the Class Action Waiver shall be subject to appeal.



**BERKSHIRE HATHAWAY** | Fox & Roach, REALTORS®
HomeServices

431 W. Lancaster Avenue, Devon, PA 19333
(610) 889-7600          www.foxroach.com

© Fox & Roach LP. An independently operated subsidiary of HomeServices of America, Inc., a Berkshire Hathaway affiliate, and a franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of HomeServices of America, Inc.® Equal Housing Opportunity.

