UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COHL, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood<br>Magistrate Judge M. David Weisman<br><br>**EXHIBIT 4** |

## DECLARATION OF PEGGY LOVEJOY
## ("LOVEJOY REALTY DECL.")

I, Peggy Lovejoy, under the penalties for perjury, declare:

1. I am an adult over the age of 21, competent to make this Declaration.

2. I have personal knowledge of the facts stated in this Declaration.

3. I am the Broker of Record at Lovejoy Realty, Inc. d/b/a BHHS North Properties ("Lovejoy Realty"). I am familiar with Lovejoy Realty's business generally and its practices with respect to the form listing agreement and form addendum Lovejoy Realty has used since April 2019, specifically.

1

4. HomeServices of Minnesota, LLC acquired Lovejoy Realty in October 2018. HomeServices of Minnesota is owned by HomeServices of America, Inc. Before October 2018, Lovejoy Realty was not affiliated with the HomeServices of America family of companies, and was not affiliated with any other Corporate Defendant in this case.

5. Lovejoy Realty provides real estate brokerage services through independent contractor agents. Those independent agents, among other things, assist homeowners in selling their homes and list customers' homes for sale on a "Covered MLS" at issue in this case, including, but not necessarily limited to, the MLS(s) "in the Mid-West [sic] that cover the . . . metropolitan area[ of] . . . Milwaukee, Wisconsin." *See* Doc. 84 at 11.

6. Lovejoy Realty requires that its independent contractor agents execute listing agreements with homeowners, which articulate the terms of the agreement between Lovejoy Realty and the homeowner. These listing agreements also set the commission rate at which the broker is compensated. Since at least April 2019, Lovejoy Realty has provided its independent contractor agents with a form addendum to each listing agreement that has included a broad, binding arbitration provision, which precluded class arbitrations.

7. Since at least April 2019, Lovejoy Realty has instructed its independent contractor agents to request that homeowners execute Lovejoy Realty's then relevant form addendum.

8. Accordingly, every Lovejoy Realty listing agreement executed in or after April 2019 should be accompanied by an executed addendum requiring arbitration of disputes between Lovejoy Realty and the homeowner. These listing agreements were used in the states of Wisconsin and possibly Minnesota.

9. A true and accurate copy of Lovejoy Realty's form addendum to listing agreements for April 2019 to the present is attached as <u>Lovejoy Realty Declaration Exhibit A</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/2/20

Signed: *Peggy Lovejoy*

Printed: Peggy Lovejoy



**BERKSHIRE HATHAWAY**
HomeServices
North Properties

Addendum to Listing Contract

For the property located at:_____

**Home Warranty, Lead Based Paint, Radon**
I hereby acknowledge that the following topics have been discussed with me:

-Home Warranty Options
-Discussed the topics of lead based paint and radon.

**Authorization to Divulge Information**
I have been informed of the Code regarding the disclosure and representation in all residential real estate transactions. I/We authorize our listing agent of Berkshire Hathaway HomeServices North Properties to do the following while marketing our home.

Yes/No    Tell other Realtors and prospective buyers why you are selling a home.

Yes/No    Grant permission to disclose whether or not multiple offers exist.

**Wisconsin Carbon Monoxide Law**
Wisconsin law requires working carbon monoxide (CO) and smoke detectors on all floors (including basements) of all residential properties (CO detectors are not required if no attached garage and no combustion sources of CO are present). Seller shall be responsible for installation (and cost) of all required smoke and CO detectors in proper locations per government guidelines.

**Dispute Resolution**
Any disputes, claims or controversies arising out of or related to this agreement or the relationship created thereby, including but not limited to claims with a statutory basis or those arising from tort, which fall into the jurisdiction of small claims courts shall be resolved in the applicable small claims' courts. Any other such disputes, claims or controversies, including those involving the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Hudson, Wisconsin (or a mutually agreeable location) before a single arbitrator. The time for seeking any remedy under arbitration shall be limited to the period of any applicable statute(s) of limitation under Wisconsin law as would be applied by Wisconsin courts to each specific type of action(s) or claim(s). The arbitration shall be administered pursuant to JAMS' Streamlined Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction. Neither party to this agreement shall be entitled to join or consolidate claims or disputes by or against the other, or to include in any arbitration any claim or dispute as a representative or member of a class, or to act in any arbitration in the interest of the general public or in any private attorney general capacity.

_____      _____
Seller Signature           Date            Seller Signature           Date