UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COHL, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA and JANE RUH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No: 1:19-cv-01610 |
| v. | ) ) ) | Judge Andrea Wood Magistrate Judge M. David Weisman |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX HOLDINGS, INC. and KELLER WILLIAMS REALTY, INC. | ) ) ) ) ) ) ) ) ) | **EXHIBIT 5** |
| Defendants. | ) ) ) | |

**DECLARATION OF PEGGY LOVEJOY
("MIDWEST PREFERRED DECL.")**

I, Peggy Lovejoy, under the penalties for perjury, declare:

1.    I am an adult over the age of 21, competent to make this Declaration.

2.    I have personal knowledge of the facts stated in this Declaration.

3.    I am the Broker of Record at Midwest Preferred Realty, Inc. d/b/a BHHS North Properties ("Midwest Preferred"). I am familiar with Midwest Preferred's business generally and its practices with respect to the form listing agreement and form addendum Midwest Preferred has used since April 2019, specifically.

1

4.     HomeServices of Minnesota, LLC acquired Midwest Preferred in October 2018. HomeServices of Minnesota is owned by HomeServices of America, Inc. Before October 2018, Midwest Preferred was not affiliated with the HomeServices of America family of companies, and was not affiliated with any other Corporate Defendant in this case.

5.     Midwest Preferred provides real estate brokerage services through independent contractor agents. Those independent agents, among other things, assist homeowners in selling their homes and list customers' homes for sale on a "Covered MLS" at issue in this case, including, but not necessarily limited to, the MLS(s) "in the Mid-West [sic] that cover the . . . metropolitan area[ of] . . . Minneapolis, Minnesota." *See* Doc. 84 at 11.

6.     Midwest Preferred requires that its independent contractor agents execute listing agreements with homeowners, which articulate the terms of the agreement between Midwest Preferred and the homeowner. These listing agreements also set the commission rate at which the broker is compensated. Since at least April 2019, Midwest Preferred has provided its independent contractor agents with a form addendum to each listing agreement that has included a broad, binding arbitration provision, which precluded class arbitrations.

7.     Since at least April 2019, Midwest Preferred has instructed its independent contractor agents to request that homeowners execute Midwest Preferred's then relevant form addendum.

8.     Accordingly, every Midwest Preferred listing agreement executed in or after April 2019 should be accompanied by an executed addendum requiring arbitration of disputes between Midwest Preferred and the homeowner. These listing agreements were used in the state of Minnesota.

9.     A true and accurate copy of Midwest Preferred's form addendum to listing agreements for April 2019 to the present is attached as <u>Midwest Preferred Declaration Exhibit A</u>.

[remainder of page intentionally blank]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/2/20

Signed: _____

Printed: Peggy Lovejoy



Addendum to Listing Contract

For the property located at:_____

**Administration Commission**: The seller's of the above mentioned property are aware that an administrative commission in the amount of $_____ is being charged to the seller as a separate commission at closing.  This commission consists of a flat fee paid to the broker in addition to the percentage commission. The Administration Commission is not designated for any specific service, but for all the services provided.

**Home Warranty, Lead Based Paint and Radon:** I hereby acknowledge that the following topics have been discussed with me:

-Home Warranty Options
-Discussed the topics of lead based paint and radon.


**Authorization to Divulge:** I have been informed of the Code regarding the disclosure and representation in all residential real estate transactions. I/We authorize our listing agent of Berkshire Hathaway HomeServices North Properties to do the following while marketing our home.

Yes/No    Tell other Realtors and prospective buyers why you are selling a home.

Yes/No    Grant permission to disclose whether or not multiple offers exist.

**Minnesota Carbon Monoxide Law:** As of January 1st, 2007 a new Minnesota carbon monoxide law requires that all newly-constructed, single and multi-family dwelling have a UL listed carbon monoxide alarm installed. As of August 1st, 2008 all existing single families are required to have appropriate number of CO detectors and August 1st, 2009 all multi-family dwellings will need to come into compliance.  The law states the 1 detector be installed within 10 feet of all bedrooms in the home.  This may mean that some homes will require more that 1 detector if there are multiple sleeping area throughout the building.  I have read and agree to have CO detectors placed in our home prior to closing.

**Dispute Resolution:** Any disputes, claims or controversies arising out of or related to this agreement or the relationship created thereby, including but not limited to claims with a statutory basis or those arising from tort, which fall into the jurisdiction of small claims courts shall be resolved in the applicable small claims' courts. Any other such disputes, claims or controversies, including those involving the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Minneapolis, Minnesota (or a mutually agreeable location) before a single arbitrator. The time for seeking any remedy under arbitration shall be limited to the period of any applicable statute(s) of limitation under Minnesota law as would be applied by Minnesota courts to each specific type of action(s) or claim(s). The arbitration shall be administered pursuant to JAMS' Streamlined Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction. Neither party to this agreement shall be entitled to join or consolidate claims or disputes by or against the other, or to include in any arbitration any claim or dispute as a representative or member of a class, or to act in any arbitration in the interest of the general public or in any private attorney general capacity.


_____          _____

Seller Signature                   Date                    Seller Signature                   Date

InstanetFORMS