UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTOPHER MOEHRL, MICHAEL )
COHL, STEVE DARNELL, VALERIE )
NAGER, JACK RAMEY, SAWBILL )
STRATEGIC, INC., DANIEL UMPA and )
JANE RUH, on behalf of )
themselves and all others similarly situated, )
)
      Plaintiffs, )
) Case No: 1:19-cv-01610
)
v. ) Judge Andrea Wood
) Magistrate Judge M. David Weisman
THE NATIONAL ASSOCIATION OF )
REALTORS, REALOGY HOLDINGS )
CORP., HOMESERVICES OF AMERICA, ) **EXHIBIT 7**
INC., HSF AFFILIATES, LLC, BHH )
AFFILIATES, LLC, THE LONG & )
FOSTER COMPANIES, INC., RE/MAX )
HOLDINGS, INC. and KELLER )
WILLIAMS REALTY, INC. )
)
      Defendants. )
)

**DECLARATION OF SHERRIE L. PORTER
("EWM DECL.")**

I, Sherrie L. Porter, under the penalties for perjury, declare:

1. I am an adult over the age of 21, competent to make this Declaration.

2. I have personal knowledge of the facts stated in this Declaration.

3. I am the Senior Vice President, General Sales Manager of Esslinger-Wooten-Maxwell, Inc. d/b/a EWM Realtors d/b/a EWM Commercial d/b/a EWM Development Services d/b/a EWM Realty International d/b/a EWM Real Estate d/b/a EWM Relocation ("EWM"). I am familiar with EWM's business generally and its practices with respect to the form listing agreements EWM has used since at least August 2018, specifically.

1

4. EWM provides real estate brokerage services through independent contractor agents. Those independent agents, among other things, assist homeowners in selling their homes and list customers' homes for sale on a "Covered MLS" at issue in this case, including, but not necessarily limited to, the MLS(s) "in the Southeast that cover the . . . metropolitan area[ of] . . . Miami, Florida." *See* Doc. 84 at 11.

5. EWM requires that its independent contractor agents execute listing agreements with homeowners, which articulate the terms of the agreement between EWM and the homeowner. Since at least August 2018, EMW has provided its independent contractor agents with a form listing agreement for use in listing residential real estate.

6. Since at least August 2018, EWM's form listing agreement has included a binding arbitration provision.

7. Since at least August 2018, EWM has instructed its independent contractor agents to request that homeowners execute EWM's then relevant form listing agreement.

8. Accordingly, every EWM listing agreement executed after August 2018 should contain a provision requiring arbitration of disputes between EWM and the homeowner. These agreements were used by EWM's independent contractor agents in the State of Florida.

9. A true and accurate copy of EWM's form listing agreement for 2018 to the present is attached as <u>EWM Declaration Exhibit A</u>.

[the remainder of this page left blank intentionally]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12-2-20

Signed: _____
**Sherrie L. Porter**
Senior Vice President
General Sales Manager
Esslinger-Wooten-Maxwell, Inc. d/b/a
Berkshire Hathaway HomeServices
EWM Realty

BERKSHIRE HATHAWAY
HomeServices
EWM Realty

# Exclusive Right of Sale Listing Agreement

This EXCLUSIVE RIGHT OF SALE LISTING AGREEMENT (the "Agreement") is entered into this date _____ by and between Esslinger Wooten Maxwell, Inc., dba Berkshire Hathaway HomeServices EWM Realty ("EWM" or "Broker") and _____ (the "Owner") (Broker and Owner shall be the "Parties") and shall expire at 11:59 PM, Eastern Standard Time on _____, ("Expiration Date"). If a Sale and Purchase Contract entered into on or before the Expiration Date does not close, this Agreement will automatically be extended for the number of days the Property was under contract.

1. **EXCLUSIVE RIGHT OF SALE.** Broker agrees to use Broker's professional efforts as transaction broker for Owner:
   A. To find a buyer for the following property, situated in _____ County, Florida, described as follows:
      Street Address: _____
      Folio Number: _____
      Legal Description: _____

      Personal Property Included: _____

      Personal Property Excluded: _____

      (The real property and personal property described above together constitute the "Property"); and

   B. To disseminate listing information on the Property to other brokers through the services of the Multiple Listing Service(s) (the "MLS") in accordance with its rules. Owner hereby agrees to the terms of this Agreement and gives Broker the sole and exclusive right and authority to find a buyer for the Property at the following price and terms or at any other price and terms the Owner accepts by executing a Sale and Purchase Contract:
      List Price: _____
      Financing Terms:  ☐ Cash   ☐ Conventional Financing   ☐ VA   ☐ FHA   ☐ Seller Financing   ☐ Existing Mortgage Assumption
      Terms: _____

2. **BROKER'S OBLIGATIONS AND AUTHORITY.** In consideration of this Agreement Broker agrees:
   A. To market the Property through the MLS;
   B. Owner authorizes Broker to advertise the Property as Broker deems advisable including, but not limited to, advertising the Property on the Internet and the use of automated valuation models (AVMs).
   C. To place appropriate transaction signs on the Property in accordance with all county, municipal, and homeowner association regulations currently in effect including "For Sale" signs and "Sold" signs (once Owner signs a Sale and Purchase Contract procured through Broker's efforts);
   D. To furnish information requested by other Brokers and to assist a cooperating Broker in finalizing the Sale and Purchase Contract and closing the transaction of the property;
   E. To ☐ Withhold  ☐ Not Withhold verbal and written offers received by Broker when a Sale and Purchase Contract, executed by Owner, is pending closing; and
   F. To ☐ Use  ☐ Not Use the Electronic Access and Reporting System (EARS) to show and access the Property. EARS does not ensure the Property's security; Owner is advised to secure or remove valuables. Owner agrees that EARS is for Owner's benefit and releases Broker, persons working through Broker, and Broker's local Realtor Association from all liability and responsibility in connection with any loss that occurs.

3. **OWNER'S OBLIGATIONS.** In consideration of this Agreement, the Owner agrees:
   A. To cooperate with Broker in carrying out the purpose of this contract, including referring immediately to Broker all inquiries regarding the Property's transfer, whether by purchase or any other means of transfer;
   B. To make the Property available for showing and inspections at reasonable hours;
   C. To immediately advise Broker of:
      (1) Owner's intent to lease, mortgage, otherwise encumber the Property, and
      (2) any facts that might affect the terms and conditions of the sale;
   D. To comply with all applicable federal, state, local, and association laws, regulations, and rules applicable to real estate transactions, including but not limited to FIRPTA (Foreign Investment Real Property Tax Act);
   E. To enter into a written contract with the buyer upon being presented an offer for the Property in accordance with this Agreement, which shall be in the form of a contract for sale and purchase most recently approved by the Florida Association of Realtors, or an equivalent form (the "Sale and Purchase Contract"). Copies of the Sale and Purchase Contract are available to Owner upon request;
   F. To perform all of Owner's obligations under the executed Sale and Purchase Contract, including, but not limited to the obligations: to furnish complete evidence of title; and (if the property is a condominium or belongs to a homeowner's association) to provide prospective buyer with a current copy of the Declaration of Condominium (if applicable), the Articles of Incorporation of the Association, Bylaws and the Rules of the Association, and a copy of the most recent year-end financial information, and the Frequently Asked Questions and Answers Document. All such documents shall be provided at Owner's expense no more than 3 days, excluding Saturdays, Sundays, and Legal Holidays, prior to the execution of this Agreement;
   G. To indemnify Broker and hold Broker harmless from losses, damages, costs and expenses of any nature, including attorney's fees, and from liability to any person, that Broker incurs because of:
      (1) Owner's negligence, representations, misrepresentations, actions or inaction;
      (2) the use of EARS; or
      (3) the existence of undisclosed material facts about the property.
      Paragraph 3(G) shall survive Broker's performance and the transfer of title

1 of 3    (EWM-8/18)

Serial#: 034539-200156-2077428
Prepared by: Debra Spadafora | EWM Realty International | debra@ewm.com | 3059602500
Form Simplicity

EWM Exclusive Right of Sale Listing Agreement

H. To make all legally required disclosures, including all facts that materially affect the Property's value and are not readily observable or known by buyer. Owner certifies and represents that Owner knows of no such facts other than those represented on the attached Owner's Property Disclosure Addendum. Owner will immediately inform Broker of any material facts that arise after signing this Agreement.

4. BROKER'S COMPENSATION.
   A. AMOUNT OF COMPENSATION. Owner jointly and severally agrees to pay Broker a brokerage fee in the following amounts (together, the "Compensation"):
      (1) For a sale of the Property, Compensation shall be six percent (6%) of the sales price, and at the time of closing, Owner shall pay a Flat Fee Commission in the amount of $299 to EWM, which shall be paid to Broker by Owner as provided in Paragraph 4(B) below; or
      (2) If the Property becomes available for lease during the term of this Agreement, Compensation shall be:
         (a) in the amount of ten percent (10%) of the total lease amount for the term of such a lease, which amount shall be paid to Broker at the time of the execution of such lease; and
         (b) a like amount for any continued occupancy including extension, renewal, or subsequent lease between the same or related parties, whether oral or written, which like amount shall be paid to Broker at the time of each extension, renewal, or subsequent lease.
   B. PAYMENT OF COMPENSATION. The Compensation, as defined above, shall be paid to Broker by Owner:
      (1) If Broker, Owner, or any other person finds a buyer ready, willing, and able to purchase the Property at the terms for the price specified herein, or at any other terms or price that Owner may accept by executing a Sale and Purchase Contract, compensation shall be paid to Broker by Owner at the time of Closing under the Sale and Purchase Contract;
      (2) If Broker, Owner or any other person find a tenant ready, willing, and able to lease the Property at the terms specified herein, or on other terms acceptable to Owner, Compensation shall be paid to Broker by Owner at the time the tenant signs the lease, extension, renewal, or subsequent lease between the same or related parties. Any changes in the amount of rent paid, the term of the lease, or non-material changes of the conditions of the lease between the same or related parties shall not affect Broker's right to Compensation as set forth herein. If during the term of such lease, extension, renewal or subsequent lease, or within 180 days after termination thereof, the tenant or his assigns shall buy from Owner, the Compensation agreed in Paragraph 4(A)(1) shall be deemed earned by Broker and payable to Broker as provided in this Agreement. The provisions of this Paragraph 4(B)(2) shall survive the expiration of this Agreement and shall be binding on Owner whether or not incorporated in any lease agreement;
      (3) If any interest of Owner in the Property is voluntarily transferred, exchanged or traded during the term of this Agreement, compensation shall be paid to Broker by Owner at time of transfer;
      (4) If Owner willfully prevents the performance hereunder by Broker, Compensation shall be paid to Broker by Owner upon written demand;
      (5) If Owner fails or refuses to perform under the Sale and Purchase Contract, Compensation shall be paid to Broker upon written demand; or
      (6) If Owner and buyer shall mutually rescind the Sale and Purchase Contract (except as provided for therein) without Broker's consent, Compensation shall be paid to Broker by Owner upon written demand.
   C. IF BUYER DEFAULTS. If a buyer is found in accordance with Paragraph 4(B)(1), but such buyer fails to perform (under a Sale and Purchase Contract or otherwise), Owner shall pay to Broker an amount equal to fifty percent (50%) of the deposit (including deposit(s) made or agreed to be made by the buyer) which is retained or recovered by or for the account of Owner. Such amount shall:
      (1) not exceed the amount of Compensation as provided above;
      (2) be payable at the time of disbursement of any such deposit; and
      (3) be deemed as full consideration for Broker's services with respect to that buyer, including costs.
   D. PROTECTION PERIOD. If Owner agrees to sell, lease or exchange property within 180 days after the expiration of this Agreement, to a prospective buyer or tenant to whom Broker or any cooperating broker submitted the Property, Owner agrees to pay Broker the Compensation set forth in Paragraph 4(B) above. If the Property is re-listed with another broker after the expiration of this Agreement, this Paragraph 4(D) shall not apply. The provisions of this Paragraph 4(D) shall survive the expiration of the Agreement.
5. CONDITIONAL TERMINATION. At Owner's request, Broker may agree to conditionally terminate this Agreement.
   A. If Broker agrees to conditional termination, Owner must sign a Withdrawal Agreement and pay Broker a cancellation fee equal to one-half of one percent of the listed price.
   B. If Owner transfers, or contracts to transfer, the Property prior to the original expiration of this Agreement and the Protection Period thereafter, Broker may void conditional termination and the full compensation as stated in Paragraph 4(B) above will be due to Broker upon Broker's written demand. In the event that the Property is re-listed with another broker, Paragraph 5(B) shall not apply.
6. ESCROW AUTHORITY AND TITLE WARRANTY. Broker and any cooperating broker are hereby authorized to act as escrow agent at such time as a Sale and Purchase Contract or lease is prepared, provided that such duties shall be in accordance with the laws of the State of Florida and the rules and regulations of the Florida Real Estate Commission. Owner hereby warrants that Owner is the legal Owner of the fee simple title to the Property and has the authority and the capacity to convey such title to buyer.
7. COOPERATION WITH OTHER BROKERS. EWM's policy is to cooperate and compensate any real estate broker who has an active license in the State of Florida who sells the Property in the capacity of buyer's agent, a non-representative broker, or as a transaction broker. Compensation to the cooperating broker shall be fifty percent (50%) of the total Compensation paid to Broker by Owner and shall be paid by Broker to cooperating broker at time Compensation is received by Broker from Owner. The total Compensation paid by Owner shall not exceed the amount set forth in Paragraph 4(A) of this Agreement.
8. DISCLOSURE OF LEAD-BASED HAZARDS. The Owner of any interest in residential real property built prior to 1978 is required by Federal Law to:
   A. provide the buyer/tenant with any information on lead-base hazards from risk assessments or inspections in the Owner's possession;
   B. notify the buyer/tenant of any known lead-based-paint hazards;
   C. provide buyer/tenant with an Environmental Protection Agency's approved lead-hazard-information pamphlet such as "Protect Your Family From Lead In Your Home"; and

**EWM Exclusive Right of Sale Listing Agreement**

D. disclose the same information to each person employed to sell or lease such housing (Broker) including such information as the basis for the determination that lead-based hazards exist, the location of the lead-based hazards and the condition of the painted surfaces.

9. **DISPUTE RESOLUTION.** This Agreement will be construed under Florida law. The Parties agree that any dispute, arising prior to or after a closing arising out of or related to this Agreement shall first be submitted to mediation through a neutral agreed upon by the Parties. Each Party agrees to bear their own costs of mediation. If mediation fails, the Parties agree that disputes not resolved by mediation will be settled by neutral binding arbitration in the county in which the Property is located in accordance with the rules of the American Arbitration Association. Each party to an arbitration will pay its own fees, costs and expenses, including attorneys' fees, and will equally split the arbitrator's fees and administrative fees of arbitration.

10. **MISCELLANEOUS.** This Agreement is binding on Broker's and Owner's heirs, personal representatives, administrators, successors, and assigns. Owner (which includes all Owners executing this Agreement) shall be jointly and severally obligated under the provisions of this Agreement. Time is of the essence for all provisions of this Agreement. Signatures, initials, and modifications communicated by email or facsimile will be considered as originals.

11. **LIEN RIGHTS.** Pursuant to section 475.42(1)(j), Florida Statutes, Owner authorizes Broker to record a lien against the Property to secure payment of the compensation in paragraph 4, until the obligation is satisfied. Owner knowingly waives all homestead rights and defenses in any lien foreclosure action.

12. **PLEASE DO NOT ASK OR EXPECT BROKER TO DISCRIMINATE, OR RESTRICT THE SALE OR SHOWING OF YOUR PROPERTY ON THE BASIS OF RACE, COLOR, SOURCE OF INCOME, AGE, RELIGION, SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN. EWM's POLICY AS WELL AS FEDERAL, STATE AND COUNTY LAWs PROHIBIT BROKER FROM ANY SUCH DISCRIMINATION OR RESTRICTIONS. THIS PROPERTY SHALL BE LISTED AND MARKETED IN COMPLIANCE WITH SUCH LAWS OR ORDINANCES AS IN EFFECT DURING THE TERM OF THIS AGREEMENT.**

13. **NOTE.** Owner understands that this Agreement does not guarantee the sale of the Property, but that it does provide that the Broker will make earnest effort to market the Property as provided in this Agreement until the Expiration Date. Broker advises Owner to consult an appropriate professional for related legal, tax, property condition, environmental, foreign reporting requirements, and other specialized advice.

14. **ADDITIONAL CLAUSES:** _____
_____
_____

15. **ADDENDA.** Attached hereto and made part thereof are the following addenda:  ☐ Owner's Property Disclosure  ☐ Other

Owner Signature:_____ Date:_____
Print Name of Owner:_____ Tax ID#:_____ Phone #:_____
Address:_____ Email/Fax:_____

Owner Signature:_____ Date:_____
Print Name of Owner:_____ Tax ID#:_____ Phone #:_____
Address:_____ Email/Fax:_____

Associate Signature:_____ Date:_____
Print Name of Agent for Esslinger Wooten Maxwell, Inc., *dba* BHHS EWM Realty: _____ Phone #:_____
Address:_____ Email/Fax:_____
Copy returned to Owner on _____ by: ☐ Hand Delivery ☐ Mail ☐ Email _____



