# EXHIBIT A

# Holland & Knight

800 17th Street N.W., Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564
Holland & Knight LLP | www.hklaw.com

David C. Kully
+1 202-469-5415
David.Kully@hklaw.com

July 28, 2020

*Via E-mail (brandon@boulware-law.com; jeremy@boulware-law.com; matt@williamsdirks.com; aaiken@susmangodfrey.com)*

Brandon J.B. Boulware
Jeremy M. Suhr
Boulware Law LLC
1600 Genessee, Suite 416
Kansas City, MO 64102

Matt Dameron
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105

Alex Aiken
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101

   Re:  *Sitzer, et al. v. NAR et al.*, Case No. 4:19-cv-00332-SRB (W.D. Mo.)
      Production of KWRI_009

Dear Brandon, Jeremy, Matt, and Alex:

In connection with the above-referenced matter, Keller Williams Realty, Inc. ("Keller Williams") is providing by Secure File Transfer access to documents numbered KWRI_00465837 through KWRI_00466430.

Consistent with our past email correspondence, including our agreement reached on April 2, 2020, and discussions in our meet and confer on July 23, 2020, this constitutes a production of documents arising from KWRI's reasonable inquiry to its Missouri franchisees ("Market Centers") regarding whether Market Centers maintain certain "central-file" documents related to commissions, the alleged "Challenged Restraints," NAR rules, or participation in NAR, local associations, or MLSs (or encouragement of the same). These are documents that KWRI's Market Centers provided voluntarily, based on our agreement that these are the only documents Plaintiffs will seek from them. As discussed, in producing these materials, KWRI does not concede – and continues to

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Brandon J.B. Boulware
Alex Aiken
July 28, 2020
Page 2

contest – that it exercises control over its Market Centers or that it maintains custody, possession, or control over documents maintained by its Market Centers.

This production includes the following:

| MARKET CENTER | BATES RANGE |
|---|---|
| **Keller Williams Realty Chesterfield** | KWRI_00465837 – 00465971 |
| **Keller Williams Realty Southwest** | KWRI_00465971 – 00466030 |
| **Keller Williams Realty Springfield** | KWRI_00466031 – 00466127 |
| **Keller Williams Realty St. Louis** | KWRI_00466128 – 00466238 |
| **Keller Williams Realty Southland Partners** | KWRI_00466239 – 00466251 |
| **Keller Williams Realty West** | KWRI_00466252 – 00466302 |
| **Keller Williams Realty Partners** | KWRI_00466303 – 00466430 |

The password for the production is: ▮▮▮▮▮▮

Sincerely yours,

HOLLAND & KNIGHT LLP

David C. Kully