UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Christopher Moehrl, et al.

          Plaintiff,

v.           Case No.: 1:19−cv−01610
          Honorable Andrea R. Wood

The National Association of Realtors, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 11, 2021:

    MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for leave to file memorandum of law with redactions [223] is granted. The Court grants Plaintiffs leave to file their memorandum of law in opposition to the Corporate Defendants' joint motion for protective order in redacted form, with an unredacted copy filed under seal. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.