## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher Moehrl, et al.

                          Plaintiff,

v.                                                                           Case No.: 1:19–cv–01610

                                                                                         Honorable Andrea R. Wood

The National Association of Realtors, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: The motion and status hearing set for 2/24/2021 will proceed by video conference. To ensure public access to court proceedings, members of the public and media may call in to listen to remote hearings. The call–in number is (650)–479–3207 and the meeting ID is 180 813 1170##. Counsel of record will receive an email prior to the start of the hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.