UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Christopher Moehrl, et al.

Plaintiff,

v.

Case No.: 1:19–cv–01610
Honorable Andrea R. Wood

The National Association of Realtors, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2021:

MINUTE entry before the Honorable Andrea R. Wood: Motion and status hearing held on 2/24/2021 by video conference. The parties' joint motion for entry of stipulated TAR protocol [214] is granted. Enter order. Attorney Paula W. Render's notice of withdrawal of appearance and request for removal from ECF service [207] is granted. The Clerk is directed to withdraw the appearance of Paula W. Render as counsel of record. The Corporate Defendants' joint motion for protective order [216] is taken under advisement for ruling. By 4/26/2021, the parties shall file a joint status report setting forth: (1) the current status of discovery, including whether the parties are aware of any discovery disputes that will require the Court's involvement, any pending discovery motions, and whether the parties are aware of any reason why they will not be able to meet the current case schedule, and (2) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.