IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 1:19-cv-01610 <br><br> Judge Andrea Wood |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF**
**<u>EXPERT MATERIALS FROM *SITZER v. NAR*</u>**

Plaintiffs respectfully move the Court to order the production of Defendants' expert reports, testimony, and reliance materials from *Sitzer v. Nat'l Ass'n of Realtors*, No. 19-cv-00332 (W.D. Mo.). In support of their Motion, Plaintiffs state as follows[1]:

1. Defendants admit that the *Sitzer* case involves the same alleged conspiracy, the same anticompetitive restraints, and the same Defendants as this action.

---

[1] Pursuant to this Court's Tenth Amended General Order 20-0012, Plaintiffs do not notice this motion for presentment, nor do they submit courtesy copies. Plaintiffs stand ready to notice this Motion for presentment and to submit courtesy copies at the Court's request.

2. The *Sitzer* expert materials are plainly relevant to the claims and defenses in this case, and they constitute fact, not expert, discovery for purposes of the *Moehrl* case.

3. Defendants can make no serious argument that simply forwarding their *Sitzer* expert productions to the *Moehrl* plaintiffs would be unduly burdensome.

4. Plaintiffs certify under Local Rule 37.2 that after consultation by telephone (including on May 3, 2021) and by email involving all parties, and good faith attempts to resolve differences, the parties were unable to reach an accord.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in Support, Plaintiffs respectfully request the Court enter an Order granting this Motion.

Dated: May 27, 2021          Respectfully submitted,

    /s/ Marc M. Seltzer

Marc M. Seltzer
  mseltzer@susmangodfrey.com
Steven G. Sklaver
  ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Matthew R. Berry
  mberry@susmangodfrey.com
Alexander W. Aiken
  aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Beatrice C. Franklin
  bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 336-8330

Steve W. Berman (Bar No. 3126833)
  steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
  dank@hbsslaw.com
Whitney Siehl
  wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
  riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Carol V. Gilden (Bar No. 6185530)
  cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Daniel A. Small
  dsmall@cohenmilstein.com
Kit A. Pierson
  kpierson@cohenmilstein.com
Benjamin D. Brown
  bbrown@cohenmilstein.com
Robert A. Braun
  rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC

1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600