## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MOERHL, et al. v. NAR, et al.   Case Number: 1:19-cv-01610

An appearance is hereby filed by the undersigned as attorney for:
Judah Leeder (Plaintiff in Leeder v. NAR, No. 1:21-CV-00430)

Attorney name (type or print): Randall P. Ewing, Jr.

Firm: Korein Tillery, LLC

Street address: 205 North Michigan Avenue, Suite 1950

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6294238
(See item 3 in instructions)

Telephone Number: 312-641-9750

Email Address: rewing@koreintillery.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✓ No |
| Are you a member of the court's trial bar? | ✓ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ✓ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 15, 2021

Attorney signature: S/ Randall P. Ewing
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015