## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher Moehrl, et al.

                                          Plaintiff,

v.                                                       Case No.: 1:19–cv–01610
                                                               Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Notice of withdrawal of appearance of Megan E. Ryan and request for removal from ECF Service[252] is granted. The Clerk shall terminate the appearance of Attorney Megan Elizabeth Ryan. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.