# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher Moehrl, et al.

                          Plaintiff,

v.                                               Case No.: 1:19–cv–01610

                                                                           Honorable Andrea R. Wood

The National Association of Realtors, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 12, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/12/2021. Unopposed motion to relate and reassign case pursuant to Local Rule 40.4 [249] has been taken under advisement. As discussed on the record, the Court clarified its 7/8/2021 ruling on Corporate Defendants' joint motion for protective order. Defendant Keller Williams is directed to seek to obtain the documents responsive to Plaintiff's discovery requests from its franchisee/market centers pursuant to its rights under the franchisee agreements. Defendants shall produce the documents required to be produced pursuant to the Court's 7/8/2021 ruling by 11/1/2021. By 9/15/2021, the parties shall file a joint status report setting forth: (1) the current status of discovery, including whether the parties are aware of any discovery disputes that will require the Court's involvement, the status of the production of the franchisee documents, and whether the parties are aware of any reason why they will not be able to meet the current case schedule; and (2) any other matters that the parties would like to discuss at a telephonic status hearing. Telephonic status hearing set for 9/22/2021. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.