## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| | ) | Case No: 1:19-cv-01610 |
| v. | ) ) ) | Judge Andrea Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Docket No. 263), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of Realtors®, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report setting forth the current status of discovery.

## I. DEPOSITION DISCOVERY

Two disputes briefed by the parties in their August 5, 2021 status report remain pending. They concern: (i) the appropriate limits applicable to Plaintiffs' deposition of Defendants' employees (including whether those limits should be implemented in terms of hours of testimony, numbers of depositions, or both); and (ii) whether Plaintiffs here should be required to coordinate four Defendant depositions with the plaintiffs in the *Sitzer* litigation (as Plaintiffs have suggested), or that there be a presumption that as many depositions as feasible be coordinated absent good

cause (as Defendants suggested at oral argument—See 8/12/21 Status Conference Transcript at 38, and 41).

The Parties have begun taking and scheduling depositions of Defendants' employees. Resolution of these disputes will aid the scheduling process. For example, plaintiffs' counsel in *Sitzer* have noticed depositions of five current and former NAR executives in October and November. NAR has requested of Plaintiffs in this case that these depositions be joint depositions for use in both *Sitzer* and in this case. Plaintiffs' here have not determined their position pending a ruling by this Court on coordination of depositions in the two cases.

## II.     FRANCHISEE DISCOVERY

The Parties are conferring regarding the Corporate Defendants' forthcoming production of franchisee documents, as required under the Court's July 8, 2021 and August 12, 2021 orders.

The HomeServices Defendants and Plaintiffs have agreed on the scope of non-custodial document production, and individual custodians for six out of ten franchisees. The HomeServices Defendants have indicated to Plaintiffs that they expect to provide proposed custodians for the other four franchisees shortly, and do not currently intend to seek an extension of the November 1, 2021 production deadline.

RMLLC and Plaintiffs have agreed on the ten franchisees to seek discovery from and the scope of non-custodial document production subject to forthcoming discussions with the franchisees. The parties are continuing to meet and confer on potential data production from RMLLC franchisees. RMLLC has not indicated to Plaintiffs that they intend, at this point, to seek an extension of the November 1, 2021 production deadline.

Realogy and Plaintiffs have agreed on the ten franchisees to seek discovery from and the scope of non-custodial document production, subject to forthcoming discussions with the franchisees. The parties are continuing to meet and confer on potential data production from Realogy franchisees. Realogy has not indicated to Plaintiffs that they intend, at this point, to seek an extension of the November 1, 2021 production deadline.

Keller Williams and Plaintiffs have agreed on the ten franchisees to seek discovery from and Keller Williams has begun the process of collecting non-custodial documents. The parties are continuing to meet and confer to identify individual agent custodians and do not have any issues to raise at this time. Keller Williams has not indicated to Plaintiffs that they intend, at this point, to seek an extension of the November 1, 2021 production deadline."

The Parties will advise the Court should any further disputes arise that require the Court's attention.

## III.     MULTIPLE LISTING SERVICE (MLS) DISCOVERY

The Plaintiffs have reached agreements with all but one of the MLSs at issue in this case concerning all or nearly all of the discovery sought in Plaintiffs' subpoenas. Should Plaintiffs prove unable to resolve their disputes with the lone outstanding MLS shortly, Plaintiffs anticipate

filing a motion to compel, as well as a motion to transfer that motion to this Court pursuant to Federal Rule of Civil Procedure 45(f).

## III. REMAINING DISCOVERY ISSUES

Various Parties continue to confer on additional discovery issues, including the scope of certain document requests. If, after further conferring, the Parties are unable to resolve these discovery issues, they will raise them with the Court when they become ripe for submission.

Dated: September 15, 2021

*Co-Lead Counsel for Plaintiffs*

/s/     Robert A. Braun

Daniel A. Small
 dsmall@cohenmilstein.com
Kit A. Pierson
 kpierson@cohenmilstein.com
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Marc M. Seltzer
 mseltzer@susmangodfrey.com
Steven G. Sklaver
 ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Matthew R. Berry
 mberry@susmangodfrey.com
Alexander W. Aiken
 aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101

Respectfully submitted,

*Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

/s/     Robert D. Macgill

Robert D. Macgill
 robert.macgill@macgilllaw.com
Matthew T. Ciulla
 matthew.ciulla@macgilllaw.com
MACGILL PC
55 Monument Circle, Suite 1200C
Indianapolis, IN 46204
(317) 721-1253

Jay N. Varon
 jvaron@foley.com
Jennifer M. Keas
 jkeas@foley.com
FOLEY AND LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
 jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for Realogy Holdings Corp.*

/s/     Kenneth Kliebard

Telephone: (206) 516-3880
Beatrice C. Franklin
 bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Carol V. Gilden (Bar No. 6185530)
 cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com
Whitney Siehl
 wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
 riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Kenneth Michael Kliebard
 kenneth.kliebard@morganlewis.com
Heather Nelson
 heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive, Suite 500
Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
 william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

***Counsel for Keller Williams Realty, Inc.***

*/s/ Timothy Ray*
 Timothy Ray
 Timothy.Ray@hklaw.com

HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
 david.kully@hklaw.com
Anna P. Hayes
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

***Counsel for RE/MAX, LLC***

*/s/      Jeremy J. Gray*

4

Jeremy J. Gray
 jjgray@jonesday.com
Odeshoo Hasdoo
 ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

Jeffrey A. LeVee
  jlevee@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

***Counsel for Defendant***
***National Association of Realtors®***

/s/      Jack R. Bierig
Jack R. Bierig
 jbierig@schiffhardin.com
Adam J. Diederich
 adiederich@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)

Robert J. Wierenga
 rwierenga@schiffhardin.com
Suzanne L. Wahl
  swahl@schiffhardin.com
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517