IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, AND JANE RUH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, AND KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**PLAINTIFFS' MOTION TO COMPEL TARGETED DISCOVERY
FROM DEFENDANT NATIONAL ASSOCIATION OF REALTORS**

Plaintiffs respectfully move the Court to order the production of the following targeted categories of documents from Defendant National Association of Realtors ("NAR"):

- Documents from June 1, 2019 to the present related to considering, proposing, or adopting new NAR rules or amendments to existing rules pertaining to the Challenged Restraints in this lawsuit, or otherwise addressing broker compensation or the display or filtering of MLS listings;

- Meeting minutes for and any reports produced by NAR's Strategic Thinking Advisory Committee, the Large Firms Directors Forum, or the Real Estate Services (RES) Advisory Group, and the predecessors of each; and

- All agreements made since January 1, 2014 relating to Realtor.com or Upstream, and all communications, reports, studies, or strategy documents relating to those agreements.

In support of their Motion, Plaintiffs state as follows:

1. There is no question the documents Plaintiffs seek are relevant to the imminent depositions of NAR executives and personnel and the parties' claims and defenses generally.

2. Producing these documents imposes no undue burden on NAR.

3. Plaintiffs certify under Local Rule 37.2 that Plaintiffs and NAR held telephonic meet and confers at 11:30 a.m. EST on September 20, 2021 and 5:30 p.m. EST on October 13, 2021 and exchanged several emails. Despite their good faith efforts, Plaintiffs and NAR were unable to reach an accord.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in Support, Plaintiffs respectfully request the Court enter an Order granting this Motion.[1]

Dated: October 19, 2021

Respectfully submitted,

/s/ Robert A. Braun
Kit A. Pierson
 kpierson@cohenmilstein.com
Daniel A. Small
 dsmall@cohenmilstein.com
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

---

[1] Pursuant to the Court's Tenth Amended General Order 20-0012, Plaintiffs have neither noticed this Motion for presentment nor submitted courtesy copies. Plaintiffs are prepared to notice this Motion for presentment and to submit courtesy copies at the Court's request.

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Steve W. Berman (Bar No. 3126833)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
dank@hbsslaw.com
Jeannie Evans
jeannie@hbsslaw.com
Whitney Siehl
wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Matthew R. Berry
mberry@susmangodfrey.com
Alexander W. Aiken
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Marc M. Seltzer
 mseltzer@susmangodfrey.com
Steven G. Sklaver
 ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin
 bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

4