IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood |

**JOINT MOTION TO EXTEND CASE SCHEDULE**

Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of Realtors®, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully move the Court to extend the case schedule (Docket No. 196). In support, the Parties state:

1. On November 7, 2020, the Court entered the current scheduling order in this case.

2. On August 12, 2021, the Court ordered that the Corporate Defendants produce certain franchisee documents by November 1, 2021.

3. Defendants represent that they have worked diligently to meet the franchisee production deadline in this case and have produced substantial volumes of discovery on a rolling basis but will require additional time beyond the existing November 1, 2021 deadline to complete their productions. In addition, Plaintiffs represent that they will need sufficient time following the completion of the franchisee productions to review the documents for use in their class certification materials. Plaintiffs further represent that they received useable listing data from certain of the covered MLSs in this case long after the agreed date for the production of this data and require additional time with this data in advance of the class certification deadlines.

4. This is the first extension of the case schedule sought by any Party.

5. In light of the foregoing, the Parties jointly request that the Court extend the case schedule by approximately two months (the deadline to complete fact discovery will be extended only by one month) as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Production of Corporate Defendant franchisee documents | November 1, 2021 | December 30, 2021 |
| Plaintiffs' motion for class certification and supporting expert reports | December 15, 2021 | February 23, 2022 |
| Defendants' response to Plaintiffs' class certification motion and *Daubert* motions directed to Plaintiffs' class certification experts | March 1, 2022 | May 10, 2022 |
| Plaintiffs' replies in support of class certification and supporting rebuttal expert reports; responses to Defendants' *Daubert* motions regarding Plaintiffs' class certification experts; and *Daubert* motions regarding Defendants' class certification experts | May 2, 2022 | July 11, 2022 |
| Defendants' replies in support of *Daubert* motions regarding Plaintiffs' class certification experts and responses to Plaintiffs' *Daubert* motions regarding Defendants' class certification experts | June 2, 2022 | August 11, 2022 |
| Plaintiffs' replies in support of their *Daubert* motions regarding | July 1, 2022 | September 9, 2022 |

2

| | | |
|---|---|---|
| Defendants' class certification experts | | |
| Completion of fact discovery | September 1, 2022 | October 6, 2022 |

6. This request is made by the Parties in the interests of justice and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant their agreed motion.

An agreed proposed order is submitted herewith.

Dated: October 28, 2021                                          Respectfully submitted,

*Co-Lead Counsel for Plaintiffs*                              *Counsel for Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

/s/      Marc M. Seltzer
Marc M. Seltzer
 mseltzer@susmangodfrey.com                     /s/      Robert D. Macgill
Steven G. Sklaver                                              Robert D. Macgill
 ssklaver@susmangodfrey.com                       robert.macgill@macgilllaw.com
SUSMAN GODFREY L.L.P.                             Matthew T. Ciulla
1900 Avenue of the Stars, Suite 1400              matthew.ciulla@macgilllaw.com
Los Angeles, California 90067                          MACGILL PC
Telephone: (310) 789-3100                              55 Monument Circle, Suite 1200C
                                                                        Indianapolis, IN 46204
Beatrice C. Franklin                                         (317) 721-1253
 bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.                             Jay N. Varon
1301 Avenue of the Americas                          jvaron@foley.com
32nd Floor                                                       Jennifer M. Keas
New York, New York 10019                           jkeas@foley.com
Telephone: (212) 336-8330                              FOLEY AND LARDNER LLP
                                                                        3000 K Street NW, Suite 600
Matthew R. Berry                                           Washington, DC 20007
 mberry@susmangodfrey.com                       (202) 672-5436
Alexander W. Aiken
 aaiken@susmangodfrey.com                         James D. Dasso
SUSMAN GODFREY L.L.P.                             jdasso@foley.com
1201 Third Avenue, Suite 3800                        FOLEY & LARDNER LLP
Seattle, Washington 98101                               321 N. Clark St., Suite 2800
Telephone: (206) 516-3880                              Chicago, IL 60654
                                                                        (312) 832-4588

Daniel A. Small
 dsmall@cohenmilstein.com
Kit A. Pierson                                                  *Counsel for Realogy Holdings Corp.*

3

kpierson@cohenmilstein.com
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Carol V. Gilden (Bar No. 6185530)
 cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com
Jeannie Y. Evans
 jeannie@hbsslaw.com
Whitney Siehl
 wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
 riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

/s/     Kenneth Kliebard
Kenneth Michael Kliebard
 kenneth.kliebard@morganlewis.com
Heather Nelson
 heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive, Suite 500
Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
 william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Counsel for Keller Williams Realty, Inc.*

/s/ Timothy Ray
Timothy Ray
 Timothy.Ray@hklaw.com

HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
 david.kully@hklaw.com
Anna P. Hayes
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

*Counsel for RE/MAX, LLC*

/s/ Jeremy J. Gray
Jeremy J. Gray
jjgray@jonesday.com
Odeshoo Hasdoo
ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

Jeffrey A. LeVee
jlevee@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

**Counsel for Defendant**
**National Association of Realtors®**

/s/ Jack R. Bierig
Jack R. Bierig
jbierig@schiffhardin.com
Adam J. Diederich
adiederich@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)

Robert J. Wierenga
rwierenga@schiffhardin.com
Suzanne L. Wahl
swahl@schiffhardin.com
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517

5