# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher Moehrl, et al.

                                                Plaintiff,

v.                                                                     Case No.: 1:19−cv−01610
                                                                                Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 2, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Briefing of Plaintiffs' motion to compel targeted discovery from Defendant National Association of Realtors [271] shall proceed as follows: Defendant National Association of Realtors shall respond to Plaintiffs' motion by 11/16/2021 and Plaintiff shall reply by 11/23/2021. The parties' joint motion to extend case schedule [273] is granted in part. The deadline for the production of Corporate Defendant franchisee documents is extended to 12/30/2021. The Court will address the remainder of the proposed modified case schedule at the telephonic status hearing on 12/1/2021. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.