## **INDEX OF EXHIBITS**

Exhibit 1. May 1, 2020 email from plaintiffs' counsel Robert A. Braun, to NAR's counsel Suzanne Wahl, Jack Bierig and Chuck Hatfield, and *Sitzer* plaintiffs' counsel Brandon Boulware, Matt Dameron and Courtney Stout.

Exhibit 2. September 16, 2021 email from plaintiffs' counsel Robert A. Braun to NAR counsel Jack Bierig and Suzanne Wahl.

Exhibit 3. September 28, 2021 email from plaintiffs' counsel Robert A. Braun to NAR counsel Jack Bierig and Suzanne Wahl.

Exhibit 4. October 6, 2021 email from plaintiffs' counsel Robert A. Braun to NAR counsel Jack Bierig and Suzanne Wahl.

Exhibit 5. January 21, 2020 email and attachment titled "Plaintiffs' Proposed NAR Search Terms" from *Sitzer* plaintiffs' counsel Brandon Boulware to NAR counsel Jack Bierig and Suzanne Wahl, copying *Moehrl* plaintiffs' counsel Kit A. Pierson and Robert A. Braun and *Sitzer* plaintiffs' counsel Jeremy Suhr and Courtney Stout.

Exhibit 6. May 1, 2020 email and attachment titled "2020.05.01 – Search Terms – as agreed" from NAR counsel Suzanne Wahl to *Moehrl* plaintiffs' counsel Robert A. Braun, *Sitzer* plaintiffs' counsel Brandon Boulware, Matt Dameron, Jeremy Suhr and Courtney Stout, and NAR counsel Jack Bierig and Chuck Hatfield.