# EXHIBIT 2

| | |
|---|---|
| **From:** | Robert A. Braun |
| **To:** | Bierig, Jack R.; Wahl, Suzanne L. |
| **Subject:** | [EXT] Realtors: NAR Document Request Follow-Up |
| **Date:** | Thursday, September 16, 2021 3:17:12 PM |
| **Attachments:** | mg_info.txt |

Jack and Suzanne,

Please produce all documents (including agreements) responsive to RFP No. 33 or confirm that all such documents have been produced.

Please also produce the "2005 scenario project," also sometime referred to as the "the Little Report."

Thanks you,
Robby

**Robert A. Braun**
Partner

**COHEN**MILSTEIN

**Cohen Milstein Sellers & Toll PLLC**

1100 New York Ave. NW  | Fifth Floor
Washington, DC 20005

phone 202.408.4600
fax 202.408.4699

**website**  | **map**

**Powerful Advocates. Meaningful Results.**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*