# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | No. 19-cv-01610 <br><br> Judge Andrea R. Wood |

## SCHEDULING ORDER

THIS MATTER coming before this Court on the Parties' Agreed Motion to Extend Case Schedule, having considered the motion, the Court finds it well taken and therefore,

IT IS HEREBY ORDERED that the Parties' motion is granted and the proposed new dates set forth below are adopted by the Court.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Production of Corporate Defendant franchisee documents | November 1, 2021 | December 30, 2021 |
| Plaintiffs' motion for class certification and supporting expert reports | December 15, 2021 | February 23, 2022 |
| Defendants' response to Plaintiffs' class certification motion and *Daubert* motions directed to Plaintiffs' class certification experts | March 1, 2022 | May 10, 2022 |

| | | |
|---|---|---|
| Plaintiffs' replies in support of class certification and supporting rebuttal expert reports; responses to Defendants' *Daubert* motions regarding Plaintiffs' class certification experts; and *Daubert* motions regarding Defendants' class certification experts | May 2, 2022 | July 11, 2022 |
| Defendants' replies in support of *Daubert* motions regarding Plaintiffs' class certification experts and responses to Plaintiffs' *Daubert* motions regarding Defendants' class certification experts | June 2, 2022 | August 11, 2022 |
| Plaintiffs' replies in support of their *Daubert* motions regarding Defendants' class certification experts | July 1, 2022 | September 9, 2022 |
| Completion of fact discovery | September 1, 2022 | October 6, 2022 |

SIGNED this 22nd day of November, 2021

_____
Andrea R. Wood
United States District Judge

2