# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | Case No: 1:19-cv-01610 |
| ) ) | |
| v. ) | Judge Andrea Wood |
| ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY LIMITS PURSUANT TO FED. R. CIV. P. 26(f)**

WHEREAS Plaintiffs and Defendants have met and conferred pursuant to Federal Rule of Civil Procedure 26(f); and

WHEREAS the parties have reached agreement on certain discovery limits, as set forth below;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

**A.** **Interrogatories Pursuant to Fed. Civ. P. 33(a) 1.**

1.    Plaintiffs may jointly serve 25 interrogatories per Defendant family.[1]

2.    Defendants may jointly serve 25 interrogatories on each Plaintiff.

**B.** **Individual Depositions Pursuant to Fed. Civ. P. 30(b)(1)**

1.    Plaintiffs may take no more than 90 hours of or 105 fact witness depositions per Defendant family. If Plaintiffs seek additional fact witness depositions, the Parties will meet and confer regarding any limit for additional depositions. For purposes of this stipulation, fact witnesses shall include Defendants' current employees, as well as former employees whom Defendants assist in making available for deposition.

2.    The Parties will meet and confer regarding any limit for third-party fact depositions and either reach agreement or raise any issues with the Court no later than February 18, 2022.

3.    The following stipulation applies to Plaintiffs and all Defendants except for Keller Williams. Plaintiffs agree to coordinate with the plaintiffs in *Sitzer v. National Association of Realtors*, 4:19-cv-00332 (W.D. Mo.), on a minimum of four joint fact depositions of each Defendant family which shall include each Defendant's senior executives. Any joint   deposition

---

[1] For purposes of this agreement, "Defendant family" refers to (i) Defendants named in the complaint that have a parent-subsidiary relationship or share a common corporate parent; and (ii) where the Defendants produce discovery on their behalf, the direct and indirect subsidiaries of each such Defendant.

i

Error! Unknown document property name.

will be limited to 9 hours combined. Plaintiffs agree to use good faith to coordinate, if practicable, on additional depositions of the Defendant families that occur in the *Sitzer* action.

4.      Defendants will coordinate a single, joint deposition of each named Plaintiff to be limited to a maximum of 7 hours per deposition.

5.      These deposition limits are without prejudice to: (i) any party seeking to depose a fact witness only for purposes of laying a foundation for the admissibility of documents (although the Parties will meet and confer in good faith to avoid the need for any such deposition); (ii) any party seeking to depose any fact witness who submits a declaration on a party's behalf at class certification or summary judgment who was not previously deposed; or (iii) any party seeking to depose any fact witness who appears on a trial witness list who was not previously deposed.

**C. <u>Modification of Limits</u>**

Any of the provisions and limits set forth herein may be modified by agreement of the Parties or by the Court for good cause.


IT IS SO ORDERED.


Dated:_____of August, 2021

                                                    _____
                                                    Hon. Andrea R. Wood
                                                    United States District Judge

Error! Unknown document property name.

Dated:                                    Respectfully submitted,

                                          ___/s/_____

                                          Marc M. Seltzer
                                          mseltzer@susmangodfrey.com
                                          Steven G. Sklaver
                                          ssklaver@susmangodfrey.com
                                          SUSMAN GODFREY LLP
                                          1900 Avenue of the Stars, Suite 1400
                                          Los Angeles, California 90067
                                          Telephone: (310) 789-3100

                                          Matthew R. Berry
                                          mberry@susmangodfrey.com
                                          Alexander W. Aiken
                                          aaiken@susmangodfrey.com
                                          SUSMAN GODFREY LLP
                                          1201 Third Avenue, Suite 3800
                                          Seattle, Washington 98101
                                          Telephone: (206) 516-3880

                                          Beatrice C. Franklin
                                          bfranklin@susmangodfrey.com
                                          SUSMAN GODFREY LLP
                                          1301 Avenue of the Americas
                                          32nd Floor
                                          New York, NY 10019
                                          Telephone: (212) 336-8330

                                          Steve W. Berman (Bar No. 3126833)
                                            steve@hbsslaw.com
                                          HAGENS BERMAN SOBOL SHAPIRO
                                          LLP
                                          1301 Second Avenue, Suite 2000
                                          Seattle, WA 98101
                                          Telephone: (206) 623-7292

                                          Daniel Kurowski
                                          dank@hbsslaw.com
                                          Whitney Siehl
                                          wsiehl@hbsslaw.com
                                          HAGENS BERMAN SOBOL SHAPIRO
                                          LLP

455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
  riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Carol V. Gilden (Bar No. 6185530)
  cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Daniel A. Small
dsmall@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
Robert A. Braun
  rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600