# EXHIBIT E

1  [Counsel listed on signature pages]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11

12  | IN RE: CAPACITORS ANTITRUST | Master File No. 14-CV-03264-JD
13  | LITIGATION |
    |  | **STIPULATION AND [PROPOSED]**
14  | THIS DOCUMENT RELATES TO: | **ORDER RE: DISCOVERY LIMITS PURSUANT TO FED. R. CIV. P. 26(f)**
15  | ALL ACTIONS |

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser Plaintiffs ("IPPs"
2    and, together with DPPs, "Plaintiffs"), and Defendants have met and conferred pursuant to
3    Federal Rule of Civil Procedure 26(f); and

4    WHEREAS the parties have reached agreement on the enlargement of certain discovery
5    limits, as set forth below;

6    THE PARTIES HEREBY STIPULATE AS FOLLOWS:

7    **A.    Interrogatories Pursuant to Fed. R. Civ. P. 33(a)**

8    1.    DPPs and IPPs each may serve 35 interrogatories per defendant family[1] named in
9    their respective complaints.  This limit does not apply to interrogatories propounded on the
10   ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree to negotiate
11   reasonable limitations on such interrogatories.  DPPs and IPPs will coordinate efforts to avoid
12   serving duplicative and/or overly burdensome interrogatories.

13   2.    Defendants may jointly serve 25 interrogatories on each of the named DPPs and
14   IPPs.  Each defendant family may serve an additional 10 interrogatories on each of the named
15   DPPs and IPPs pertaining to defendant-specific issues arising from the complaint(s) in which they
16   are named.  Defendants will coordinate efforts to avoid serving duplicative and/or overly
17   burdensome interrogatories.

18   3.    These limits on interrogatories do not apply to discovery relating to personal
19   jurisdiction.

20   **B.    Individual Depositions Pursuant to Fed. R. Civ. P. 30(b)(1)[2]**

21   1.    DPPs and IPPs collectively may depose up to 10 percipient witnesses per
22   defendant family, but no more than a total of 135 percipient witnesses.  For purposes of this
23   stipulation, percipient witnesses shall include defendants' current employees, as well as former
24   employees whom defendants assist in making available for deposition.  Depositions of the
25   ACPERA amnesty applicant's percipient witnesses are not subject to the 10-deposition per

---

[1] A defendant family includes all affiliates of a named defendant.

[2] The limitations on Plaintiffs' depositions in sections B and C below are without prejudice to Defendants' ability to depose each of the named DPPs and IPPs pursuant to Federal Rule of Civil Procedure 30.

- 1 -    STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

1    defendant family limit, but do count toward the total limit of 135 percipient witness depositions.

2    Plaintiffs and the ACPERA amnesty applicant agree to negotiate reasonable limitations on

3    percipient witness depositions.  Depositions of third parties that are not part of any defendant

4    family do not count toward the limit of 135 percipient witness depositions.

5          2.     If any individuals have been employed by more than one defendant, they may be

6    deposed only once.  If defendants are aware of any individual noticed for deposition who has

7    been employed by more than one defendant, and Plaintiffs have not expressed their knowledge of

8    this fact, defendants shall make this fact known upon receipt of a deposition notice for such

9    individual.

10         3.     Depositions conducted in English shall be limited to 7 hours each.  Depositions for

11   which interpreters are used shall be limited to 12 hours each.  These time limits do not apply to

12   depositions of the ACPERA amnesty applicant's percipient witnesses, but Plaintiffs and the

13   ACPERA amnesty applicant agree to negotiate reasonable limitations on such depositions.

14   **C.     Depositions Pursuant to Fed. R. Civ. P. 30(b)(6)**

15         1.     DPPs and IPPs each may notice 30(b)(6) depositions on up to 15 topics, including

16   non-transactional data topics and transactional data topics, per defendant family named in their

17   respective complaints.  DPPs and IPPs will coordinate efforts to avoid duplicative topics.

18         2.     30(b)(6) depositions on non-transactional data topics will be limited to a total of 14

19   hours per defendant family.  30(b)(6) depositions on transactional data topics will be limited to a

20   total of 6 hours per defendant family.  These time limits will be extended for depositions in which

21   interpreters are used, by the same ratio as for percipient witness depositions (*i.e.*, 12 hours for

22   every 7 hours, or by 1.7 times).

23         3.     The limits on 30(b)(6) depositions set forth in sections C.1 and C.2 above do not

24   apply to the ACPERA amnesty applicant, but Plaintiffs and the ACPERA amnesty applicant agree

25   to negotiate reasonable limitations on such depositions.

26         4.     In the event that any percipient witness who has received a deposition notice is

27   likely to be designated as a 30(b)(6) representative, or in the event that any 30(b)(6) designee is

28   likely to be deposed in his or her individual capacity, the parties will use their best efforts to

1  coordinate so as to avoid multiple depositions of the same witness.  To the extent reasonably
2  possible, defendants will (i) notify Plaintiffs at least 30 days in advance of a noticed deposition
3  that the witness should be deposed in both his or her individual and representative capacities, and
4  (ii) produce any responsive, non-privileged documents from the witness's custodial files at least
5  30 days in advance of the deposition.  The parties will meet and confer in good faith regarding
6  reasonable time limits for depositions of any witnesses who will be deposed in both their
7  individual and representative capacities.

**D.    Departing Employee Lists**

Plaintiffs may establish "employee lists" of no more than 15 custodians/witnesses per defendant family.  For each such identified custodian/witness, defendants shall timely inform Plaintiffs in writing if they become aware that such person intends to leave, or does leave, his or her employment, to the extent reasonably possible.  Upon Plaintiffs' request, defendants shall make that person available for deposition either before or after his or her departure, to the extent reasonably possible.  Plaintiffs may make changes to their employee lists on a quarterly basis. The parties' obligations pursuant to this provision will cease on December 31, 2015.

**E.    Service by E-Mail**

The parties agree that all documents may be served by e-mail and have exchanged applicable e-mail addresses.  Fed. R. Civ. P. 6(d) shall continue to apply, such that parties will have 3 additional days to act after being served by e-mail.

**F.    Modification of Limits**

Any of the provisions and limits set forth in sections A through E above may be modified by agreement of the parties affected or by the Court for good cause.

Dated: May 11, 2015           JOSEPH SAVERI LAW FIRM, INC.

                              By:   /s/ Joseph R. Saveri
                                    Joseph R. Saveri

                              Joseph R. Saveri (SBN 130064)
                              Joshua P. Davis (SBN 193254)
                              Andrew M. Purdy (SBN 261912)

- 3 -                         STIPULATION AND [PROPOSED] ORDER
                              REGARDING DISCOVERY LIMITS
                              MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| 1 | Matthew S. Weller (SBN 236052) |
| 2 | James G. Dallal (SBN 277826) |
| | Ryan J. McEwan (SBN 285595) |
| 3 | 505 Montgomery Street, Suite 625 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 500-6800 |
| | Facsimile: (415) 395-9940 |
| 5 | jsaveri@saverilawfirm.com |
| 6 | jdavis@saverilawfirm.com |
| | apurdy@saverilawfirm.com |
| 7 | jdallal@saverilawfirm.com |
| | rmcewan@saverilawfirm.com |
| 8 | |
| | *Interim Lead Class Counsel for Direct Purchaser Plaintiffs* |
| 9 | |
| 10 | COTCHETT PITRE & McCARTHY, LLP |
| 11 | By:   */s/ Adam J. Zapala* |
| | Adam J. Zapala |
| 12 | |
| 13 | Joseph W. Cotchett (SBN 36324) |
| | Steven N. Williams (SBN 175489) |
| 14 | Adam J. Zapala (SBN 245748) |
| | Elizabeth Tran (SBN 280502) |
| 15 | Joyce Chang (SBN 300780) |
| | 840 Malcolm Road, Suite 200 |
| 16 | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| 17 | Facsimile: (650) 697-0577 |
| 18 | jcotchett@cpmlegal.com |
| | swilliams@cpmlegal.com |
| 19 | azapala@cpmlegal.com |
| | etran@cpmlegal.com |
| 20 | jchang@cpmlegal.com |
| 21 | *Interim Lead counsel for Indirect Purchaser Plaintiffs* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 4 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| 1 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 2 | |
| 3 | By:  /s/ Bruce D. Sokler  |
| | Bruce D. Sokler |
| 4 | |
| 5 | Bruce D. Sokler (admitted *pro hac vice*) |
| | 701 Pennsylvania Avenue NW, Suite 900 |
| 6 | Washington, DC 20004 |
| | Telephone: (202) 434-7300 |
| 7 | Facsimile: (202) 434-7400 |
| | bdsokler@mintz.com |
| 8 | |
| 9 | Evan S. Nadel (SBN 213230) |
| | 44 Montgomery Street, 36th Floor |
| 10 | San Francisco, CA 94104 |
| | Telephone: (415) 432-6000 |
| 11 | Facsimile: (415) 432-6001 |
| | enadel@mintz.com |
| 12 | |
| 13 | *Attorneys for Defendant AVX Corporation* |
| 14 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 15 | |
| 16 | By:  /s/ Heather S. Tewksbury  |
| | Heather S. Tewksbury |
| 17 | |
| 18 | Heather S. Tewksbury (SBN 222202) |
| | 950 Page Mill Road |
| 19 | Palo Alto, CA 94304 |
| | Telephone:  (650) 858-6134 |
| 20 | Facsimile: (650) 858-6100 |
| | heather.tewksbury@wilmerhale.com |
| 21 | |
| 22 | Thomas Mueller (admitted *pro hac vice*) |
| | 1875 Pennsylvania Avenue, NW |
| 23 | Washington, DC 20006 |
| | Telephone: (202) 663-6766 |
| 24 | Facsimile: (202) 663-6363 |
| | thomas.mueller@wilmerhale.com |
| 25 | |
| 26 | *Attorneys for Defendants ELNA Co. Ltd. and ELNA America, Inc.* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | By:   /s/ J. Clayton Everett, Jr. |
| 3 |          J. Clayton Everett, Jr. |
| 4 | Michelle Park Chiu (SBN 248421) |
|  | One Market, Spear Street Tower |
| 5 | San Francisco, CA 94105-1126 |
|  | Telephone:  (415) 442-1000 |
| 6 | Facsimile:  (415) 442-1001 |
|  | mchiu@morganlewis.com |
| 7 |  |
| 8 | Scott A. Stempel (admitted *pro hac vice*) |
|  | J. Clayton Everett, Jr. (admitted *pro hac vice*) |
| 9 | 1111 Pennsylvania Ave., NW |
|  | Washington, DC 20004 |
| 10 | Telephone:  (202) 739-3000 |
|  | Facsimile:   (202) 739-3001 |
| 11 | sstempel@morganlewis.com |
| 12 | jeverett@morganlewis.com |
| 13 | *Attorneys for Defendants EPCOS AG and EPCOS Inc.* |
| 14 | MORRISON & FOERSTER LLP |
| 15 |  |
|  | By:   /s/ Paul T. Friedman |
| 16 |          Paul T. Friedman |
| 17 | Paul T. Friedman (SBN 98381) |
|  | Michael P. Kniffen (SBN 263877) |
| 18 | 425 Market Street |
| 19 | San Francisco, California 94105-2482 |
|  | Telephone: (415) 268-7000 |
| 20 | Facsimile: (415) 268-7522 |
|  | PFriedman@mofo.com |
| 21 | MKniffen@mofo.com |
| 22 |  |
|  | Jeffrey A. Jaeckel (admitted *pro hac vice*) |
| 23 | 2000 Pennsylvania Avenue, NW Suite 6000 |
|  | Washington, District of Columbia 20006-1888 |
| 24 | Telephone: (202) 887-1500 |
|  | Facsimile: (202) 887-0763 |
| 25 | JJaeckel@mofo.com |
| 26 |  |
|  | *Attorneys for Defendants Fujitsu Limited, Fujitsu* |
| 27 | *Semiconductor America, Inc., and Fujitsu Components* |
|  | *America, Inc.* |
| 28 |  |

- 6 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

WILSON SONSINI GOODRICH & ROSATI PC

By  /s/ Jonathan M. Jacobson
    Jonathan M. Jacobson

Jonathan M. Jacobson
Chul Pak (admitted *pro hac vice*)
Jeffrey C. Bank (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
jjacobson@wsgr.com
cpak@wsgr.com
jbank@wsgr.com

Jeff VanHooreweghe (admitted *pro hac vice*)
1700 K Street, N.W., Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8825
Facsimile: (202) 973-8899
jvanhooreweghe@wsgr.com

*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

JONES DAY

By:  /s/ Eric P. Enson
     Eric P. Enson

Jeffrey A. LeVee (SBN 125863)
Eric P. Enson (SBN 204447)
Rachel H. Zernik (SBN 281222)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@JonesDay.com
epenson@JonesDay.com
rzernik@jonesday.com

*Counsel for Defendants Holy Stone Enterprise Co., Ltd., Holy Stone International, Vishay Intertechnology Inc., and Vishay Polytech Co., Ltd.*

- 7 -  STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

|  |  |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | By:   */s/ Jacob R. Sorensen* |
| 3 |       Jacob R. Sorensen |
| 4 | Roxane A. Polidora (CA Bar No. 135972) |
|   | Jacob R. Sorensen (CA Bar No. 209134) |
| 5 | Lindsay A. Lutz (CA Bar No. 254442) |
|   | Four Embarcadero Center, 22nd Floor |
| 6 | San Francisco, CA 94111 |
| 7 | Telephone: (415) 983-1000 |
|   | roxane.polidora@pillsburylaw.com |
| 8 | jake.sorensen@pillsburylaw.com |
|   | lindsay.lutz@pillsburylaw.com |
| 9 | |
| 10 | *Attorneys for Defendants KEMET Corporation and KEMET Electronics Corporation* |
| 11 | |
| 12 | DENTONS US LLP |
| 13 | By:   */s/ Bonnie Lau* |
|    |       Bonnie Lau |
| 14 | |
| 15 | Bonnie Lau (SBN 246188) |
|    | 525 Market Street, 26th Floor |
| 16 | San Francisco, CA 94105 |
|    | Telephone: (415) 882-5000 |
| 17 | Facsimile: (415) 882-0300 |
|    | bonnie.lau@dentons.com |
| 18 | |
| 19 | Felix T. Woo (SBN 208107) |
|    | 601 S. Figueroa Street, Suite 2500 |
| 20 | Los Angeles, CA 90017 |
|    | Telephone: (213) 623-9300 |
| 21 | Facsimile: (213) 623-9924 |
|    | felix.woo@dentons.com |
| 22 | |
| 23 | *Attorneys for Defendant Matsuo Electric Co., Ltd.* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 8 -     STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | By:    */s/ George A. Nicoud III* |
| 3 |        George A. Nicoud III |
| 4 | George A. Nicoud III (SBN 160111) |
|   | Eli M. Lazarus (SBN 284082) |
| 5 | Austin V. Schwing (SBN 211696) |
|   | 555 Mission Street |
| 6 | San Francisco, CA 94105-0921 |
| 7 | Telephone: 415-393-8308 |
|   | Facsimile: 415-374-8473 |
| 8 | tnicoud@gibsondunn.com |
|   | elazarus@gibsondunn.com |
| 9 | aschwing@gibsondunn.com |
| 10 | |
|    | Matthew Parrott (SBN 302731) |
| 11 | 3161 Michelson Drive |
|    | Irvine, CA 92612-4412 |
| 12 | Telephone: (949) 451-3800 |
|    | Facsimile: (949) 451-4220 |
| 13 | mparrott@gibsondunn.com |
| 14 | |
|    | *Attorneys for Defendants NEC TOKIN* |
| 15 | *Corporation and NEC TOKIN America, Inc.* |
| 16 | K&L GATES LLP |
| 17 | By:    */s/ Michael E. Martinez* |
|    |        Michael E. Martinez |
| 18 | |
| 19 | Scott M. Mendel (admitted *pro hac vice*) |
|    | Steven M. Kowal (admitted *pro hac vice*) |
| 20 | Michael E. Martinez (admitted *pro hac vice*) |
|    | Lauren N. Norris (admitted *pro hac vice*) |
| 21 | Lauren B. Salins (admitted *pro hac vice*) |
| 22 | 70 West Madison Street, Suite 3100 |
|    | Chicago, IL 60602 |
| 23 | Telephone: (312) 372-1121 |
|    | michael.martinez@klgates.com |
| 24 | |
| 25 | *Attorneys for Defendants Nichicon Corporation and* |
|    | *Nichicon (America) Corporation* |
| 26 | |
| 27 | |
| 28 | |

- 9 -     STIPULATION AND [PROPOSED] ORDER
                                  REGARDING DISCOVERY LIMITS
                                  MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | By:   /s/ Ashley M. Bauer    |
| 3 | Ashley M. Bauer |
| 4 | Belinda S. Lee (SBN 199635) |
| 5 | Ashley M. Bauer (SBN 231626) |
|   | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, CA 94111-6538 |
|   | Telephone:  (415) 391-0600 |
| 7 | Facsimile:  (415) 395-8095 |
|   | belinda.lee@lw.com |
| 8 | Ashley.bauer@lw.com |
| 9 | *Attorneys for Defendant Nitsuko Electronics Corporation* |
| 10 | BAKER & MCKENZIE LLP |
| 11 | |
| 12 | By:   /s/ Douglas Tween    |
|   | Douglas Tween |
| 13 | Douglas Tween (admitted *pro hac vice*) |
| 14 | Darrell Prescott (admitted *pro hac vice*) |
|   | 452 Fifth Avenue |
| 15 | New York, NY 10018 |
|   | Telephone:  (212) 626-4355 |
| 16 | Facsimile: (212) 310-1655 |
|   | Douglas.Tween@bakermckenzie.com |
| 17 | Darrell.Prescott@bakermckenzie.com |
| 18 | Meghan E. Hausler (admitted *pro hac vice*) |
| 19 | 2300 Trammell Crow Center |
|   | 2001 Ross Avenue |
| 20 | Dallas, TX 75206 |
|   | Telephone: (214) 965-7219 |
| 21 | Facsimile: (214) 965-5937 |
| 22 | Meghan.Hausler@bakermckenzie.com |
| 23 | Colin H. Murray (SBN 159142) |
|   | Two Embarcadero Center, 11th Floor |
| 24 | San Francisco, CA 94111 |
|   | Telephone:  (415) 591-3244 |
| 25 | Facsimile: (415) 576-3099 |
|   | Colin.Murray@bakermckenzie.com |
| 26 | |
| 27 | *Attorneys for Defendants Okaya Electric Industries Co.,* |
|   | *Ltd. and Okaya Electric America, Inc.* |
| 28 | |

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: ___/s/ Jeffrey L. Kessler___ |
| 3 | Jeffrey L. Kessler |
| 4 | Jeffrey L. Kessler (admitted *pro hac vice*) |
| 5 | A. Paul Victor (admitted *pro hac vice*) |
| | Molly M. Donovan (admitted *pro hac vice*) |
| 6 | Mollie C. Richardson (admitted *pro hac vice*) |
| | 200 Park Avenue |
| 7 | New York, New York 10166 |
| | Telephone: (212) 294-4698 |
| 8 | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| 9 | pvictor@winston.com |
| | mmdonovan@winston.com |
| 10 | mrichardson@winston.com |
| 11 | |
| | Ian L. Papendick (SBN 275648) |
| 12 | 101 California Street |
| | San Francisco, CA 94111 |
| 13 | Telephone: (415) 591-6905 |
| | Facsimile: (415) 591-1400 |
| 14 | ipapendick@winston.com |
| 15 | |
| | *Counsel for Defendants Panasonic Corporation, Panasonic* |
| 16 | *Corporation of North America, SANYO Electric Co., Ltd.,* |
| | *SANYO North America Corporation* |
| 17 | |

- 11 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| 1 | O'MELVENY & MYERS LLP |
| 2 | By:   /s/ Michael F. Tubach |
| 3 | Michael F. Tubach |
| 4 | Michael F. Tubach (SBN 145955) |
| | Christina J. Brown (SBN 242130) |
| 5 | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111 |
| 6 | Telephone: (415) 984-8700 |
| 7 | Facsimile: (415) 984-8701 |
| | mtubach@omm.com |
| 8 | cjbrown@omm.com |
| 9 | Kenneth R. O'Rourke (SBN 120144 ) |
| 10 | 400 South Hope Street, 18th Floor |
| | Los Angeles, CA 90071 |
| 11 | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |
| 12 | korourke@omm.com |
| 13 | *Attorneys for Defendants ROHM Co., Ltd. and* |
| 14 | *ROHM Semiconductor U.S.A., LLC* |

| | |
|---|---|
| 1 | HUNTON AND WILLIAMS LLP |
| 2 | By:   /s/ Djordje Petkoski |
| 3 |       Djordje Petkoski |
| 4 | Djordje Petkoski (admitted pro hac vice) |
| 5 | David A. Higbee (admitted pro hac vice)<br>Leslie W. Kostyshak (admitted pro hac vice) |
| 6 | 2200 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20037 |
| 7 | Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201 |
| 8 | dpetkoski@hunton.com<br>dhigbee@hunton.com |
| 9 | lkostyshak@hunton.com |
| 10 | M. Brett Burns (SBN 256965) |
| 11 | 575 Market Street, Suite 3700<br>San Francisco, California 94105 |
| 12 | Telephone: (415) 975-3700<br>Facsimile: (415) 975-3701 |
| 13 | mbrettburns@hunton.com |
| 14 | *Attorneys for Defendants Rubycon Corporation and* |
| 15 | *Rubycon America Inc.* |

| | |
|---|---|
| 1 | McKENNA LONG & ALDRIDGE LLP |
| 2 | By: ___/s/ *Andrew S. Azarmi*___ |
| 3 | Andrew S. Azarmi |
| 4 | Andrew S. Azarmi (SBN 241407) |
| | Spear Tower, One Market Plaza, 24th Floor |
| 5 | San Francisco, CA 94150 |
| | Telephone: (415) 267-4000 |
| 6 | Facsimile: (415) 267-4198 |
| 7 | aazarmi@mckennalong.com |
| 8 | Gaspare J. Bono (admitted *pro hac vice*) |
| | Stephen M. Chippendale (admitted *pro hac vice*) |
| 9 | Claire M. Maddox (admitted *pro hac vice*) |
| 10 | 1900 K Street, NW |
| | Washington, DC 20006 |
| 11 | Telephone: (202) 496-7500 |
| | Facsimile: (202) 496-7756 |
| 12 | gbono@mckennalong.com |
| | schippendale@mckennalong.com |
| 13 | cmaddox@mckennalong.com |
| 14 | *Attorneys for Defendants Shinyei Kaisha, Shinyei* |
| 15 | *Technology Co., Ltd., Shinyei Capacitor Co., Ltd., and Shinyei Corporation of America, Inc.* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | HUGHES HUBBARD & REED LLP |
| 2 | By: ___/s/ Ethan E. Litwin___ |
| 3 | Ethan E. Litwin |
| 4 | Ethan E. Litwin (admitted *pro hac vice*) |
| 5 | Morgan J. Feder (admitted *pro hac vice*) One Battery Park Plaza |
| 6 | New York, NY 10004-1482 Telephone: (212) 837-6000 |
| 7 | Facsimile: (212) 422-4726 Ethan.Litwin@hugheshubbard.com |
| 8 | Morgan.Feder@hugheshubbard.com |
| 9 | David H. Stern (CA Bar No. 196408) |
| 10 | Carolin Sahimi (CA Bar No. 260312) 350 South Grand Avenue |
| 11 | Los Angeles, CA 90071-3442 Telephone: (213) 613-2800 |
| 12 | Facsimile: (213) 613-2950 David.Stern@hugheshubbard.com |
| 13 | Carolin.Sahimi@hugheshubbard.com |
| 14 | *Attorneys for Defendants Soshin Electric Co., Ltd.* |
| 15 | *and Soshin Electronics of America, Inc.* |

- 15 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD

| | |
|---|---|
| 1 | ROPES & GRAY LLP |
| 2 | By:  /s/ Mark S. Popofsky |
| 3 | Mark S. Popofsky |
| 4 | Mark S. Popofsky (SBN 175476) |
| | One Metro Center |
| 5 | 700 12th Street NW, Suite 900 |
| | Washington, DC 20005-3948 |
| 6 | Telephone: (202) 508-4624 |
| 7 | Facsimile: (202) 508-4650 |
| | mark.popofsky@ropesgray.com |
| 8 | |
| 9 | Jane E. Willis (admission *pro hac vice* pending) |
| | 800 Boylston Street |
| 10 | Boston, MA 02199-3600 |
| | Telephone: (617) 951-7603 |
| 11 | Facsimile: (617) 235-0435 |
| | jane.willis@ropesgray.com |
| 12 | |
| 13 | *Attorneys for Taitsu Corporation and Taitsu America, Inc.* |
| 14 | |
| | CADWALADER, WICKERSHAM & TAFT LLP |
| 15 | |
| | By:  /s/ Daniel J. Howley |
| 16 | Daniel J. Howley |
| 17 | |
| | Charles F. Rule (admitted *pro hac vice*) |
| 18 | Joseph J. Bial (admitted *pro hac vice*) |
| | Daniel J. Howley (admitted *pro hac vice*) |
| 19 | 700 Sixth Street, Northwest |
| | Washington, DC 20001 |
| 20 | Telephone: (202) 862-2200 |
| | Facsimile: (202) 862-2400 |
| 21 | rick.rule@cwt.com |
| 22 | joseph.bial@cwt.com |
| | daniel.howley@cwt.com |
| 23 | |
| | *Counsel for Defendant United Chemi-Con, Inc.* |
| 24 | |
| 25 | Pursuant to Civil L. R. 5-1(e)(3), I attest that concurrence in the filing of this document |
| 26 | has been obtained from each of the other signatories above. |
| 27 | Dated:  May 11, 2015    By:  /s/ Michael F. Tubach |
| | Michael F. Tubach |
| 28 | |

1  **IT IS SO ORDERED.**

3  Dated: May 28, 2015



_____
Honorable
United States District Judge

- 17 -

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY LIMITS
MASTER FILE NO. 3:14-CV-03264-JD