**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Christopher Moehrl, et al.

                                        Plaintiff,

v.                                                                               Case No.: 1:19−cv−01610
                                                                               Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 1, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 12/1/2021. Plaintiffs' counsel and counsel for Defendant NAR are directed to meet and confer regarding Plaintiffs' motion to compel [271] and, by 12/15/2021, file a joint status report setting forth (1) any remaining issues from the motion to compel that have not been resolved and require ruling, and (2) whether the parties believe that further opportunities to meet and confer could narrow the issues further. The Court confirms that a Rule 30(b)(6) deposition of a party entity counts as a single deposition towards the 10−deposition per Defendant family limit imposed by the Court's 9/22/2021 order [269]. By 2/1/2022, the parties shall file an updated joint status report setting forth: (1) the current status of discovery, including what progress has been made and whether the parties are aware of any discovery disputes that will require the Court's involvement; and (2) any other matters the parties feel it would be helpful to discuss with the Court at the telephonic status hearing. Telephonic status hearing set for 2/10/2022 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.