**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | Case No.: 1:19-cv-01610 |
| Plaintiffs, | Judge Andrea R. Wood |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY,INC., | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa,

and Jane Ruh (collectively "Plaintiffs") hereby move this Court, pursuant to Federal Rule of Civil

Procedure 23, for an order certifying the following Classes:

**(1) Monetary Damages Class Pursuant to Rule 23(b)(3):**

Home sellers who paid a commission between March 6, 2015, and December 31, 2020, to a brokerage affiliated with a Corporate Defendant in connection with the sale of residential real estate listed on a Covered MLS and in a covered jurisdiction.[1] Excluded from the class are (i) sales of residential real estate for a

---

[1] A "Covered MLS" includes any MLSs that were NAR-affiliated and whose listings were maintained as of June 30, 2021 by the Covered MLS. The Covered MLSs and jurisdictions are: Bright MLS (Jurisdiction: Delaware, Maryland, District of Columbia, New Jersey, Pennsylvania, Virginia, West Virginia); Carolina/Canopy MLS (North Carolina, South Carolina); Triangle MLS (North Carolina); Stellar MLS

price below $56,500, (ii) sales of residential real estate at auction, and (iii) employees, officers, and directors of defendants, the presiding Judge in this case, and the Judge's staff.

**(2) Injunctive Relief Class Pursuant to Rule 23(b)(2):**

Current and future owners of residential real estate in the covered jurisdictions who are presently listing or will in the future list their home for sale on a Covered MLS. Excluded from the class are (i) sales of residential real estate for a price below $56,500, (ii) sales of residential real estate at auction, and (iii) employees, officers, and directors of defendants, the presiding Judge in this case, and the Judge's staff.

This Motion is based on the accompanying Memorandum in Support, all accompanying declarations, exhibits, expert reports, oral argument, and such other information as the Court may consider in hearing the motion. Class treatment is warranted here because the salient legal and factual questions can be resolved by proof common to all Class Members. Plaintiffs satisfy all the requirements of Rule 23(a), 23(b)(3), and 23(b)(2); and class counsel are adequate under Rule 23(g).

WHEREFORE, Plaintiffs respectfully request that the Court: (1) grant Plaintiffs' motion for class certification of their antitrust claims; (2) certify the proposed Damages Class pursuant to Federal Rule of Civil Procedure 23(b)(3); (3) certify the proposed Injunctive Relief Class pursuant to Federal Rule of Civil Procedure 23(b)(2); (4) appoint Plaintiffs as class representatives for the Proposed Classes; and (5) appoint Cohen Milstein Sellers & Toll PLLC, Hagens Berman Sobol Shapiro LLP, and Susman Godfrey LLP as co-lead class counsel pursuant to Federal Rule of Civil Procedure 23(g).

---

(Florida); Miami MLS (Florida); Florida Gulf Coast (Florida); Metro MLS (Wisconsin); Yes MLS/MLS Now (Ohio, West Virginia); Columbus Realtors MLS (Ohio); Northstar MLS (Minnesota, Wisconsin); Wasatch Front/Utah Real Estate (Utah); REcolorado/Metrolist (Colorado); Pikes Peak MLS (Colorado); GLVAR MLS (Nevada); SABOR (Texas); ACTRIS/ABOR (Texas); HAR MLS (Texas); NTREIS (Texas); ARMLS (Arizona); and Realcomp II (Michigan). For purposes of the (b)(2) class, "Covered MLS" includes any successor of a Covered MLS.

DATED: February 23, 2022

Respectfully submitted,

By _Marc M. Seltzer_

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Matthew R. Berry
Alexander W. Aiken
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Steve W. Berman (Bar No. 3126833)
Shelby R. Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Daniel Kurowski (Bar No. 6286656)
Jeannie Evans (Bar No. 6296339)
Whitney K. Siehl (Bar No. 6313995)

HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
jeannie@hbsslaw.com
wsiehl@hbsslaw.com

Carol V. Gilden (Bar No. 6185530)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

George Farah (*pro hac vice*)
Rebecca P. Chang (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
wanderson@hfajustice.com

Benjamin David Elga
JUSTICE CATALYST LAW
123 William Street
16th Floor
New York, NY 10038
Telephone: (518) 732-6703
belga@justicecatalyst.org

Monte Neil Stewart

Russell E. Marsh
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
monteneilstewart@gmail.com
rmarsh@wmllawlv.com

Vildan A. Teske
Marisa C. Katz
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
Telephone: (612) 746-1558
teske@tkkrlaw.com
katz@tkkrlaw.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on February 23, 2002, a true and correct copy of the foregoing was electronically filed by the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

/s/    *Marc M. Seltzer*
Marc M. Seltzer