**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | Case No.: 1:19-cv-01610 |
| | Judge Andrea R. Wood |
| Plaintiffs, | |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY,INC., | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER
SEAL AND TO FILE DOCUMENTS IN NATIVE FORMAT**

Pursuant to Northern District of Illinois Local Rules 5.8 and 26.2, Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh (collectively "Plaintiffs") respectfully move this Court for entry of an order granting Plaintiffs leave to file under seal the Memorandum in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (the "Memorandum"), and the accompanying exhibits and other materials filed in support. Plaintiffs further seek leave to file certain Excel spreadsheets under seal and in native format. In support, Plaintiffs state as follows:

1. The Memorandum and attachments, including expert reports, incorporate and rely upon documents, deposition transcripts, transactional data, and other information designated

"Confidential" or "Highly Confidential – Outside Counsel Eyes Only Information" by Defendants or non-parties.

2. The Agreed Confidentiality Order instructs that "[a]ny party wishing to file Discoverable Information designated as Confidential or Highly Confidential – Outside Counsel Eyes Only Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2." ECF No. 125, at 10. Local Rule 26.2(c) provides that a party wishing to file a document under seal provisionally file the document under seal and move the court for leave to file the document under seal.

3. Accordingly, Plaintiffs are filing the Memorandum and supporting materials provisionally under seal and are seeking leave to file under seal.

4. Counsel for the parties met and conferred, and Defendants do not oppose Plaintiffs' request for leave to file under seal.

5. Plaintiffs intend to file a public, redacted version of the Memorandum and accompanying materials on or before March 9, 2022, after the parties have an opportunity to meet and confer regarding relevant confidentiality designations and information appropriate for redaction. Defendants do not oppose time for the parties to confer regarding redactions, but they would propose a longer period.

6. Plaintiffs take no position as to whether the confidentiality designations are appropriate and expressly reserve the right to challenge the confidentiality designations of Defendants and non-parties.

7. Plaintiffs further seek leave to file certain Excel spreadsheets containing confidential information under seal and in native format, by delivering two flash drives to the Clerk's Office Intake Desk, with a copy for the Clerk and a copy for the Judge. In support,

Plaintiffs state that the spreadsheets at issue are easier to read and understand in native format, and would convert to quite large pdf files, which would not be efficient to read or understand.

WHEREFORE, Plaintiffs respectfully request that this Court issue an Order (a) granting leave for Plaintiffs to file under seal the Memorandum in Support of Plaintiffs' Motion for Class certification and accompanying materials; and (b) granting leave for Plaintiffs to file certain spreadsheets under seal and in native format.

DATED: February 23, 2022

Respectfully submitted,

By _Marc M. Seltzer_____

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Matthew R. Berry
Alexander W. Aiken
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Steve W. Berman (Bar No. 3126833)
Shelby R. Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Daniel Kurowski (Bar No. 6286656)
Jeannie Evans Bar No. 6296339
Whitney K. Siehl (Bar No. 6313995)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
jeannie@hbsslaw.com
wsiehl@hbsslaw.com

Carol V. Gilden (Bar No. 6185530)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

George Farah (*pro hac vice*)
Rebecca P. Chang (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
wanderson@hfajustice.com

Benjamin David Elga
JUSTICE CATALYST LAW
123 William Street
16th Floor
New York, NY 10038
Telephone: (518) 732-6703
belga@justicecatalyst.org

Monte Neil Stewart
Russell E. Marsh
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
monteneilstewart@gmail.com
rmarsh@wmllawlv.com

Vildan A. Teske
Marisa C. Katz
TESKE KATZ KITZER & ROCHEL PLLP
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
Telephone: (612) 746-1558
teske@tkkrlaw.com
katz@tkkrlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 23, 2022, a true and correct copy of the foregoing was electronically filed by the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ Marc M. Seltzer
Marc M. Seltzer