# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Christopher Moehrl, et al.

                                  Plaintiff,

v.                                                                           Case No.: 1:19–cv–01610

                                                                                Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 28, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's unopposed motion to relate and reassign case Pursuant to Local Rule 40.4 [249] is granted. Case number 1:21–cv–00430, *Leeder v. National Association of Realtors, et al*, will be forwarded to the Executive Committee for reassignment to Judge Wood. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.