**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Christopher Moehrl, et al.

                                      Plaintiff,

v.                                                     Case No.: 1:19–cv–01610
                                                               Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 13, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/13/2022. The Court extends the dates in the scheduling order dated 11/22/2022 [278] as follows: Defendants' response to Plaintiffs' class certification motion and Daubert motions directed to Plaintiffs' class certification experts shall be filed by 5/31/2022. Plaintiffs' replies in support of class certification and supporting rebuttal expert reports, responses to Defendants' Daubert motions regarding Plaintiffs' class certification experts, and Daubert motions regarding Defendants' class certification experts shall be filed by 8/22/2022. Defendants' replies in support of Daubert motions regarding Plaintiffs' class certification experts and responses to Plaintiffs' Daubert motions regarding Defendants' class certification experts shall be filed by 9/22/2022. Plaintiffs' replies in support of their Daubert motions regarding Defendants' class certification experts shall be filed by 10/24/2022. All other dates remain unchanged. By 4/20/2022, the parties shall file a short status report to advise the Court of any anticipated conflicts with the updated schedule; as stated at the hearing, the Court will not make any further adjustments to the schedule based on foreseeable conflicts. The Court extends the time permitted for expert depositions from seven to nine hours. The Court takes Plaintiffs' request for production of the class certification and Daubert filings in the Burnett litigation and the issue regarding third party deposition limits under advisement for ruling by written order. The parties shall file an updated joint status report by 6/16/2022. Telephonic status hearing set for 6/23/2022 at 10:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.