UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, SAWBILL STRATEGIC, INC., DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | Civil Action No.: 1:19-cv-01610 Judge Andrea R. Wood |
| Plaintiffs, | ) ) | Magistrate Judge M. David Weisman |
| v. | ) ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) ) ) ) | **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO CLASS CERTIFICATION UNDER SEAL** |
| Defendants. | ) ) ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO CLASS CERTIFICATION UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Defendants, The National Association of REALTORS®, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, Re/Max LLC, and Keller Williams Realty (together, "Defendants"), respectfully move this Court for an order granting Defendants leave to file under seal Defendants' Memorandum in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and the accompanying exhibits and other materials filed in support (the "Opposition"). In support, Defendants state as follows:

1. On August 20, 2019, the Court entered the parties' Agreed Confidentiality Order (Dkt. 125), which allows the parties to designate certain materials "Confidential" or "Highly Confidential – Outside Counsel Eyes Only Information."
2. Defendants' Opposition to the Motion for Class Certification incorporates and relies upon expert reports, documents, deposition transcripts, transactional data, and other information that has been designated "Confidential" or "Highly Confidential – Outside Counsel Eyes Only Information" under the parties' Agreed Confidentiality Order.
3. Accordingly, Defendants are filing the Opposition and supporting materials provisionally under seal and seeking leave to file under seal.
4. Pursuant to Local Rule 26.2(c) and the parties' agreement, Defendants will file a redacted version of the Opposition and supporting materials on the public record on or before June 14, 2022.
5. Counsel for Defendants represents that Plaintiffs do not oppose this motion for leave to file under seal.

WHEREFORE, Defendants respectfully request that this Court enter an Order (a) granting Defendants' Motion for Leave to File Under Seal, (b) granting leave for Defendants to file under seal their Memorandum in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and the accompanying exhibits filed concurrently with this motion, and (c) granting leave for Defendants to file a redacted version of their Memorandum in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and the accompanying exhibits on the public record on or before June 14, 2022.

Respectfully submitted,

**_Counsel for National Association of REALTORS®_**

*/s/ Jack R. Bierig*
Jack R. Bierig
Robert J. Wierenga
Suzanne Wahl
ArentFox Schiff LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5500
jack.bierig@afslaw.com
robert.wierenga@afslaw.com
suzanne.wahl@afslaw.com

Ethan Glass
Cooley LLP
1299 Pennsylvania Avenue, Suite 700
Washington, DC 20004
eglass@cooley.com
202-776-2244

**_Counsel for Keller Williams Realty, Inc._**

*/s/ Timothy Ray*
Timothy Ray
Holland & Knight
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
timothy.ray@hklaw.com

David C. Kully
Anna P. Hayes
Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
david.kully@hklaw.com
anna.hayes@hklaw.com

Jennifer Lada
Holland & Knight LLP
31 West 52nd Street
New York, NY
jennifer.lada@hklaw.com

**_Counsel for Realogy Holdings Corp._**

*/s/ Kenneth M. Kliebard*

Kenneth M. Kliebard
Morgan, Lewis & Bockius, LLP
110 North Wacker Drive
Chicago, IL 60606
kenneth.kliebard@morganlewis.com
312-324-1000

Stacey Anne Mahoney
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
stacey.mahoney@morganlewis.com
212-309-6000

William T. McEnroe
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
william.mcenroe@morganlewis.com
215-963-5000

***Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.***

*/s/ Robert D. MacGill*
Robert D. MacGill
robert.macgill@macgilllaw.com
Scott E. Murray
scott.murray@macgilllaw.com
Matthew T. Ciulla
matthew.ciulla@macgilllaw.com
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jay N. Varon
jvaron@foley.com
Jennifer M. Keas
jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso

jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for RE/MAX, LLC*

*/s/ Jeffrey A. LeVee*
Jeffrey A. LeVee
Eric Ensen
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
jlevee@jonesday.com

Eddie Hasdoo
Jones Day
77 W. Wacker, Suite 3500
Chicago, IL 60601
ehasdoo@jonesday.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I filed the foregoing *Defendants' Unopposed Motion for Leave to File Opposition to Class Certification Under Seal* via the Court's CM/ECF system, which will cause a copy of the same to be served on all counsel of record.

Dated: May 31, 2022

*/s/ Jack R. Bierig*
Jack R. Bierig
ArentFox Schiff LLP
jack.bierig@afslaw.com

*Attorneys for Defendant*
*National Association of Realtors®*