

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Matthew R. Berry

Firm   Susman Godfrey L.L.P.

Street Address   401 Union Street, Suite 3000

City/State/Zip Code   Seattle, WA 98101

Phone Number   206-516-3880

Email address   mberry@susmangodfrey.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cv-01610 | Moehrl, et al v. National Assoc | Hon. Andrea R. Wood |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Matthew R. Berry                                         7/722
_____          _____
Signature of Attorney                                        Date

Rev. 01272016