

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Floyd G. Short

Firm    Susman Godfrey L.L.P.

Street Address  401 Union Street, Suite 3000

City/State/Zip Code  Seattle, WA 98101

Phone Number  206-516-3880

Email address  mberry@susmangodfrey.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cv-01610 | Moehrl, et al v. National Assoc | Hon. Andrea R. Wood |
| | | |
| | | |
| | | |
| | | |
| | | |


/s/ Floyd G. Short                                   7/7/22
_____          _____

Signature of Attorney                                Date

Rev. 01272016