**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | Case No.: 1:19-cv-01610 |
| Plaintiffs, | Judge Andrea R. Wood |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 329), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of Realtors® ("NAR"), Realogy Holdings Corp. ("Realogy"), HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, the "HomeServices Defendants" or "HSDs"), RE/MAX LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Keller Williams") ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report setting forth the current status of discovery.

## I.      STATUS OF NAR DISCOVERY DISPUTES

Based on the guidance provided by the Court during the June 23, 2022 status conference, Plaintiffs and NAR are continuing to confer regarding the scope of NAR's calendar productions and are currently optimistic that they will be able to reach an agreement or, at minimum, substantially narrow the scope of their dispute.  The parties are also continuing to confer regarding certain other discovery issues.  Accordingly, Plaintiffs and NAR jointly request that they be given until July 14 to file a Joint Status Report.  Should the parties prove unable to resolve these issues, they expect to brief them in a supplemental status report to be filed on July 14 and to address them at the July 28 status conference.

## II.      STATUS OF SUPPLEMENTAL REFRESH PRODUCTION

The parties have reached agreement on the search terms and custodians to be used for the supplemental refresh discovery by each of the Corporate Defendants. The Corporate Defendants continue to assess their respective production volumes, but presently anticipate that approximately 50,000 to 75,000 documents for each Defendant will be processed for review and potential production as a result of the agreed-upon search terms and custodians. The parties will be prepared to provide a further update on the volume of documents that will be ultimately produced at the July 28 status conference.

Corporate Defendants are committed to proceeding as expeditiously as possible in an effort to meet the August 15th deadline for substantial completion of their productions. Plaintiffs' position is that August 15th is a reasonable deadline, but in the event that a Corporate Defendant is unable to meet the August 15 deadline, the Parties propose that Plaintiffs' deadlines for (1) raising potential disputes over deficiencies in that Corporate Defendant's production and (2) completion of fact depositions of that Corporate Defendant's representatives be extended by the amount of time that the Corporate Defendant takes beyond August 15th to substantially complete its production.

## III.      OTHER ISSUES

At this point, Plaintiffs have no other issues that they desire to discuss with the Court at the July 28th status hearing. Defendants are working with Plaintiffs to address additional productions of documents from the files of the named Plaintiffs.  At this point, no dispute is ripe for resolution by the Court, but Defendants will notify the Court if the parties cannot resolve their issues before the July 28th status hearing.

DATED: July 7, 2022

*Co-Lead Counsel for Plaintiffs*

/s/ Rio S. Pierce

Steve W. Berman (Bar No. 3126833)
Shelby R. Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Daniel Kurowski (Bar No. 6286656)
Jeannie Y. Evans (Bar No. 6296339)
Whitney K. Siehl (Bar No. 6313995)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
jeannie@hbsslaw.com
wsiehl@hbsslaw.com

Carol V. Gilden (Bar No. 6185530)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Leonardo Chingcuanco (*pro hac vice*)

Respectfully submitted,

*Counsel for HomeServices of America, Inc.,*
*BHH Affiliates, LLC, HSF Affiliates,LLC, The*
*Long & Foster Companies, Inc.*

/s/ Robert D. Macgill

Robert D. Macgill
robert.macgill@macgilllaw.com
Matthew T. Ciulla
matthew.ciulla@macgilllaw.com
MACGILL PC
55 Monument Circle, Suite 1200C
Indianapolis, IN 46204
(317) 721-1253

Jay N. Varon
jvaron@foley.com
Jennifer M. Keas jkeas@foley.com
FOLEY AND LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for Realogy Holdings Corp.*

/s/    Kenneth Michael Kliebard

Kenneth Michael Kliebard
kenneth.kliebard@morganlewis.com
Heather Nelson
heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000

Stacey Anne Mahoney
stacey.mahoney@morganlewis.com

Alison Deich (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
dsilverman@cohenmilstein.com
lchingcuanco@cohenmilstein.com
adeich@cohenmilstein.com

Matthew R. Berry
Floyd G. Short
Alexander W. Aiken
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

George Farah (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
william.mcenroe@morganlewis.com MORGAN,
LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

***Counsel for Keller Williams Realty, Inc.***

*/s/      Timothy Ray*
Timothy Ray
Timothy.Ray@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
david.kully@hklaw.com
Anna P. Hayes
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

***Counsel for RE/MAX, LLC***

*/s/      Jeffrey A. LeVee*
Jeffrey A. LeVee
jlevee@jonesday.com
Eric P. Enson
epenson@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

Eddie Hasdoo

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
wanderson@hfajustice.com

Benjamin David Elga
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org

Monte Neil Stewart
Russell E. Marsh
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
monteneilstewart@gmail.com
rmarsh@wmllawlv.com

Vildan A. Teske
Marisa C. Katz
TESKE KATZ, PLLP
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Telephone: (612) 746-1558
teske@teskekatz.com
katz@teskekatz.com

ehasdoo@jonesday.com
JONES DAY
110 North Wacker Drive
Chicago, IL 60606
(312) 782-3939

***Counsel for Defendant***
***The National Association of Realtors®***

*/s/      Jack R. Bierig*
Jack R. Bierig
jbierig@schiffhardin.com
Adam J. Diederich
adiederich@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)

Robert J. Wierenga
rwierenga@schiffhardin.com
Suzanne L. Wahl
swahl@schiffhardin.com
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that on July 7, 2022, a true and correct copy of the foregoing was electronically filed by the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/     Eddie Hasdoo*