IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, et al., on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE NATIONAL ASSOCIATION OF REALTORS, et al., )<br>)<br>)<br>Defendants. ) | No. 19-cv-01610<br><br>Judge Andrea R. Wood |

**ORDER**

    As requested in the parties' 9/8/2022 joint status report [350] and discussed at the most recent status hearing on 9/15/2022, Defendants seek leave to conduct supplemental depositions of Plaintiffs' class certification experts regarding their rebuttal reports. That request is denied. As an initial matter, the Court notes that the current class certification schedule, which includes time for expert depositions after initial reports, does not contemplate an additional round of depositions after rebuttal reports. The Court finds that neither of Plaintiffs' experts' rebuttal reports contain arguments, analyses, or materials that are outside the realm of proper rebuttal such that they warrant a deviation from the existing class certification discovery plan. To the extent Defendants contend that either expert's rebuttal report is inconsistent with their initial report, Defendants may raise such inconsistencies in their *Daubert* reply brief. Moreover, the Court cannot discern how further deposition testimony from Plaintiffs' experts is necessary at this stage of the proceedings—either to allow Defendants to explore further Plaintiff's arguments for class certification or to support their own *Daubert* motions. Additional deposition testimony is particularly inappropriate given that Defendants have already had nine hours to depose each of Plaintiffs' experts, after requesting and receiving a two-hour extension of Federal Rule of Civil Procedure 30(d)(1)'s seven-hour limit. Defendants will have another opportunity to depose Plaintiffs' experts during merits expert discovery. If class certification is granted yet information subsequently comes to light during merits expert discovery that undermines the grounds for certification, Defendants have the option to move to decertify, or otherwise alter or amend, the class pursuant to Fed. R. Civ. 23(c)(1)(C). But at this stage, no further expert depositions will be permitted. Defendants' reply in support of Daubert motion shall be filed by 10/4/2022.

Dated: September 27, 2022

                                                                                                         Andrea R. Wood
                                                                                                        United States District Judge