**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, VALERIE NAGER, JACK RAMEY, DANIEL UMPA, And JANE RUH, on behalf of themselves and all others similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. <br><br> Defendants. | Case No. 1:19-cv-01610 <br><br> Judge Andrea R. Wood |

**DEFENDANTS' JOINT MOTION FOR
EVIDENTIARY HEARING ON DEFENDANTS' MOTION
TO EXCLUDE EXPERT TESTIMONY OF ELHAUGE AND ECONOMIDES**

Defendants, the National Association of Realtors, Realogy Holdings Corporation (n/k/a Anywhere Real Estate Inc.), HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX LLC, and Keller Williams Realty, Inc., by their attorneys, respectfully move this Court to conduct an evidentiary hearing on Defendants' Motion to Exclude Testimony of Elhauge and Economides. In support of their Motion, the Defendants state as follows:

1. Plaintiffs' Motion to Class Certification depends entirely on two interdependent opinions offered by Plaintiffs' experts, Mr. Einer Elhauge and Dr. Nicholas Economides.

2. As such, and pursuant to the precedent set forth in *American Honda Motor Co. v. Allen*, 600 F.3d 813, 815–16 (7th Cir. 2010), this Court is required to conduct a full *Daubert* analysis and rule on Defendants' challenge to Plaintiffs' proffered expert testimony before it rules on Plaintiffs' Motion for Class Certification.

3. To conduct a full analysis, this Court should exercise its discretion in holding an evidentiary hearing to determine the reliability of Mr. Elhauge's and Mr. Econimides' opinions.

4. In further support of their Motion, Defendants incorporate their Memorandum of Law filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons, Defendants request an opportunity to present live testimony from the experts in connection with their motion to exclude the impact and damages testimony of Mr. Elhauge and Dr. Economides.

Dated: October 21, 2022

Respectfully submitted,

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
kenneth.kliebard@morganlewis.com
Heather J. Nelson
heather.nelson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Tel: 312.324.1000
Fax: 312.324.1001

Stacey Anne Mahoney, *pro hac vice*
stacey.mahoney@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000
Fax: 212.309.6001

William T. McEnroe, *pro hac vice*
william.mcenroe@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: 215.963.5000
Fax: 215.963.5001

William S. D. Cravens, *pro hac vice*
 william.cravens@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004
Tel: 202.373.6083
Fax 202.739.3001

*Attorneys for Defendant Realogy Holdings Corp. n/k/a Anywhere Real Estate Inc.*


*/s/ Robert D. MacGill*
Robert D. MacGill
 robert.macgill@macgilllaw.com
Scott E. Murray
 scott.murray@macgilllaw.com
Matthew T. Ciulla
 matthew.ciulla@macgilllaw.com
**MACGILL PC**
156 E. Market St., Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jay N. Varon
 jvaron@foley.com
Jennifer M. Keas
 jkeas@foley.com
**FOLEY AND LARDNER LLP**
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436
James D. Dasso
 jdasso@foley.com
**FOLEY & LARDNER LLP**
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF*

*Affiliates, LLC, The Long & Foster Companies, Inc.*

*/s/ Timothy Ray*
Timothy Ray
Timothy.Ray@hklaw.com
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
david.kully@hklaw.com
Anna P. Hayes
anna.hayes@hklaw.com
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

*Counsel for Defendant Keller Williams Realty, Inc.*

*/s/ Eddie Hasdoo*
Eddie Hasdoo
hasdoo@jonesday.com
**JONES DAY**
110 N. Wacker, Suite 4800
Chicago, IL 60606
(312) 782-3939

Jeffrey A. LeVee
jlevee@jonesday.com
Eric P. Enson
epenson@jonesday.com
**JONES DAY**
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

*Counsel for Defendant RE/MAX, LLC*

*/s/ Jack R. Bierig*

4

Jack R. Bierig
 jbierig@schiffhardin.com
Adam J. Diederich
 adiederich@schiffhardin.com
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)
312-258-5600 (Fax)

Robert J. Wierenga
 rwierenga@schiffhardin.com
Suzanne L. Wahl
 swahl@schiffhardin.com
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517

*Counsel for Defendant*
*National Association of Realtors®*

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney, hereby certify that on October 21, 2022, I filed a copy of the foregoing using the Court's electronic filing system, which will send notification of the same to all counsel of record.

                                                  */s/ Kenneth M. Kliebard*
                                                  Kenneth M. Kliebard