# Exhibit A

Page 1

Volume:  I
Pages:  1 To 312
Exhibits:  See Index

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Case No: 1:19-cv-01610

```
                                          )
CHRISTOPHER MOEHRL, MICHAEL COLE,         )
STEVE DARNELL, JACK RAMEY, DANIEL         )
UMPA, and JANE RUH, on ehalf of           )
themselves and all others similarly       )
situated,                                 )
                Plaintiffs,               )
                                          )
        vs.                               )
                                          )
THE NATIONAL ASSOCIATION OF               )
REALTORS, REALOGY HOLDINGS, CORP.,        )
HOMESERVICES OF AMERICA, INC., BHH        )
AFFILIATES, LLC, HSF AFFILIATES,          )
LLC, THE LONG & FOSTER COMPANIES,         )
INC., RE/MAX LLC, and KELLER              )
WILLIAMS REALTY, INC.,                    )
                Defendants.               )
```

VIDEOTAPED DEPOSITION OF PROFESSOR
EINER ELHAUGE, a witness called on behalf of
the Defendants, taken pursuant to the Illinois
Federal Rules of Civil Procedure 30, before
Susan E. DiFraia, Certified Shorthand Reporter
and Notary Public in and for the Commonwealth
of Massachusetts, at the offices of Foley &
Lardner LLP, 111 Huntington Avenue, Boston,
Massachusetts, on Wednesday, May 18, 2022,
commencing at 9:20 a.m.



Page 2

```
 1
        APPEARANCES:
 2
        COHEN MILSTEIN SELLERS & TOLL PLLC
 3      1100 New York Avenue, NW, Fifth Floor
        Washington, DC 20005
 4      BY:  Daniel H. Silverman, Esquire
        Tel: 202.408.4628
 5      E-Mail:  Dsilverman@cohenmilstein.com
        Attorney for the Plaintiffs.
 6
        COOLEY LLP
 7      1299 Pennsylvania Avenue, NW, Suite 700
        Washington, DC 20004-2400
 8      BY:  Ethan Glass, Esquire
        Tel: 202.776.2244
 9      E-Mail:  Eglass@cooley.com
        Attorney for the Defendant National Association
10      of Realtors.
11      MACGILL PC
        Inland Building
12      156 E. Market Street
        Indianapolis, IN 46204
13      BY:  Robert MacGill, Esquire and Matthew T.
        Ciulla, Esquire
14      Tel:  317.961.5086
        E-Mail:  Robert.macgill@macgilllaw.com
15      matthew.ciulla@macgilllaw.com
        Attorney for the Defendant Homeservices of
16      America, Inc., BHH Affiliates, LLC, HSF
        Affiliates, LLC, The Long & Foster Companies,
17      Inc.
18      JONES DAY
        555 South Flower Street
19      Los Angeles, CA 90071-2300
        BY:  Jeffrey A. Levee, Esquire
20      Tel: 213.243.2572
        E-Mail: Jal@jonesday.com
21      Attorney for the Defendant RE/MAX LLC.
22
23
24
```



Page 3

1
     APPEARANCES: (Continued)

2

3

     HOLLAND & KNIGHT

4     50 North Riverside Plaza, Suite 2700
     Chicago, IL 60606

5     BY:  Timothy Ray, Esquire
     Tel:  312.928.6042

6     E-mail:  Timothy.ray@hklaw.com
     Attorney for Keller Williams Realty, Inc.,

7

8

9                 * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Page 4

1
                    E X A M I N A T I O N S

2

3

4   Witness                                              Page

5     PROFESSOR EINER ELHAUGE

6   Direct Examination        BY MR. LEVEE                  7
    Cross Examination         BY MR. MACGILL              103

7

8

9                     E X H I B I T S

10

11  Exhibit                   Description            Page
      1                       Report                18

12    2                       Real Estate Website   172
      3                       Board of Registration 174

13    4                       Real Estate and       177
                              Salespersons Fact Sheet

14    5                       FAQ Sheet             188
      6                       Chart                 208

15    7                       Document              252
      8                       Document              256

16    9                       April 7 Report        282

17

18

19

20

21

22

23

24

25



Page 5

```
 1                P R O C E E D I N G S

 2

 3           THE VIDEOGRAPHER:  We are now on the

 4      record.  This begins video one, the deposition

 5      of Einer Elhauge, in the matter of Christopher

 6      Moehrl versus National Association of Realtors

 7      et al., United States District Court in the

 8      Northern District of Illinois, Eastern

 9      Division.  Today is May 18, 2022.  And the time

10      is 9:20 a.m.

11                This deposition is being taken at

12      Foley & Lardner, 111 Huntington Avenue, Boston

13      Massachusetts.  The videographer is Chris

14      Coughlin from Magna Legal Services and the

15      court reporter is Susan DiFraia of Magna Legal

16      Services.

17                Will counsel and all parties

18      present state their appearances and who they

19      represented.

20           MR. SILVERMAN:  Daniel Sullivan Cohen

21      Milstein Sellers & Toll on behalf of the

22      plaintiff.

23           MR. GLASS:  Ethan Glass on behalf of the

24      National Association of Realtors and with me by
```



Page 6

```
 1      Zoom is Samantha Strauss.

 2          MR. RAY:  Timothy Ray from the law firm

 3      Holland & Knight on behalf of Defendant Keller

 4      Williams Realty Inc., along with my partner

 5      David Kully, who is also appearing via Zoom.

 6          MR. MACGILL:  Rob MacGill and Matthew

 7      Ciulla in person on behalf of the Homeservices

 8      Defendant.

 9          MR. LEVEE:  And I'm Jeff Levee from

10      Jones Day, Los Angeles, and I represent RE/MAX.

11          THE VIDEOGRAPHER:  Would those appearing

12      by Zoom please state your appearances.

13          MR. MURRAY:  This is Scott Murray from

14      MacGill, PC on behalf of Homeservices.

15          MR. BRAUN:  Robbie Braun from Cohen

16      Milstein on behalf of the Plaintiffs in the

17      class.

18          MR. AIKEN:  This is Alexander Aiken from

19      Susman Godfrey on behalf of the Plaintiffs in

20      the class.

21          MS. MAHONEY:  Stacey Ann Mahoney from

22      Morgan Lewis on behalf Realogy Holdings

23      Corporation.

24          MR. KULLY:  David Kully from Holland &
```



Page 7

```
 1      Knight for Keller Williams Realty, Inc.

 2              MR. SANDERS:  Ryan Sanders, I'm Ron

 3      MacGill's associate from MacGill PC.  I'm just

 4      observing today.

 5              MR. LEVEE:  Anyone else?

 6              THE VIDEOGRAPHER:  Would the court

 7      reporter please swear in the witness.

 8          (PROFESSOR EINER ELHAUGE)

 9              DIRECT EXAMINATION

10      BY MR. LEVEE:

11   Q. Good morning, Professor Elhauge, how are you?

12   A. Good morning.

13   Q. Let me ask first, have you ever testified in a

14      case involving the real estate industry?

15   A. Not that I can recall.

16   Q. So, likewise, you have not testified in any

17      cases involving real estate agents or brokers?

18   A. I don't think so.

19   Q. Okay.  Have you testified in any cases

20      involving commissions in any industry?

21   A. Oh, in was one case involving real estate

22      brokerage I testified in, the Mountain Area

23      Realty case.  That's the one disclosed on Page

24      262 of my report.
```



Page 19

1    estate markets outside the United States,

2    correct?

3  A.  Yes.

4  Q.  Have you undertaken any analysis of those

5    markets outside of the United States or are you

6    relying entirely on Professor Economides?

7  A.  I'm relying on Professor Economides report and

8    my read of it that the methodology seem

9    reliable like I would with any academic paper.

10          (Report marked as Elhauge

11          Exhibit 1 for identification)

12  Q.  I have marked as Exhibit 1, your report.  Is

13    the report that you brought today annotated?

14  A.  No.

15  Q.  So I'm going to take you through a couple of

16    examples.  Let's look at Paragraph 25.  It's on

17    Page 122.  You'll see in paragraph 175 it says

18    "In residential real estate markets found

19    otherwise comparable by Professor Economides

20    those in Australia, and the Netherlands and the

21    United Kingdom," and then it goes on.

22          You say in the last sentence, "This

23    results in significantly lower total

24    commissions paid by home sellers because they



Page 312

```
 1                        CERTIFICATE
 2
        COMMONWEALTH OF MASSACHUSETTS)
 3      SUFFOLK, SS.                 )
 4
                I, Susan E. DiFraia, Certified
 5      Shorthand Reporter and Notary Public in and for
        the Commonwealth of Massachusetts, hereby
 6      certify that:
 7                PROFESSOR EINER ELHAUGE, the person
        whose deposition is hereinbefore set forth, was
 8      by me satisfactorily identified by means of a
        Massachusetts driver's license, and was duly
 9      sworn to testify to the truth and nothing but
        the truth by me and that the foregoing
10      transcript is a true and accurate transcription
        of my stenotype notes to the best of my
11      knowledge, skill, and ability.
12                I further certify that I am not
        related to any of the parties in this matter by
13      blood or marriage and that I am in no way
        interested in the outcome of this matter.
14
                IN WITNESS WHEREOF, I have hereunto
15      set my hand and affixed my notarial seal this
        25th day of May 2022.
16
17      _____
                Susan DiFraia
18
                        Notary Public
19                      My commission expires
                        11/17/2025
20
21              * * * * * * * * * * * * * * * * * * * * * *
22
23      THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
        NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY
24      MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
```



*Moehrl et al. v. NAR et. al,*

Errata Sheet to the Deposition of Einer Elhauge

Deposition Dates: May 18-19, 2022

I hereby certify that I have read the transcript of my deposition taken under oath and make the following corrections. The reason for all corrections is to reflect the video and audiotape of the deposition, other than some exceptions that are marked "[MISSPOKE]" because I misspoke.

_____

Einer Elhauge

Dated: July 26, 2022

| MAY 18, 2019 -- DEPOSITION DAY 1 | | | |
|---|---|---|---|
| Page | Line | Now Reads | Should Read |
| ANY | ANY | buyer/broker(s) | buyer-broker(s) |
| ANY | ANY | seller/broker(s) | seller-broker(s) |
| ANY | ANY | buyer/agent | buyer-agent |
| 7 | 21 | Oh, in was | I'd have to look at my CV for that one. Let's see. Oh, I -- there was |
| 7 | 22 | brokerage | brokerage |
| 8 | 4-5 | I testified | I had testified |
| 8 | 6 | but I never got testimony | but I thought it never got to testimony |
| 8 | 14 | I testified as an expert in | I was a testifying expert in |
| 8 | 15 | Apple case, involved | Apple case. It involved |

| 9 | 12 | anti-competitive effects and inflating | anticompetitive effects inflating |
|---|---|---|---|
| 9 | 24 | I think I had a couple. | I think a couple. |
| 10 | 4 | all their cases | all these cases |
| 11 | 6-7 | reports on my | reports in my |
| 11 | 7-8 | involved so I don't | involved but I just don't |
| 11 | 15 | the Falkum (phonetic) case | the Qualcomm case |
| 11 | 16 | bottom of 259. | bottom of page 259. |
| 11-12 | 24-1 | the applied medical cases, | the Applied Medical cases, |
| 12 | 5 | Massimo Corporation versus Tiko | Masimo Corporation versus Tyco |
| 12 | 17 | recall that were disclosed | recall where I was disclosed |
| 13 | 5 | is one, and BP | is one.  In BP |
| 13 | 6 | Repsol represent defendant. | Repsol I represented a defendant. |
| 13 | 13-14 | the case and I actually can't disclose I'm sorry.  It's a field arbitration | the case -- and actually I can't disclose, I'm sorry, it's a sealed arbitration, |
| 13 | 17 | Hoffman Laroche. | Hoffman La Roche. |
| 13 | 23 | about patent economics as I | about -- of patent economics that I |
| 14 | 1 | I filed as a defendant | they filed as a defendant |
| 14 | 10 | I represent a defendant | And I represented a defendant |
| 14 | 14-15 | involved electric checks | involved the electronic checks |
| 14 | 22 | It would be a couple of decades as well, | That would be a couple decades ago as well, |

| 15 | 4-5 | those were two of the agencies.  I don't think they were publically | those were to the agencies, so I don't think they were -- have been publicly |
|----|-----|---|---|
| 15 | 6 | disclosed.  I don't | disclosed.  So I don't |
| 15 | 14 | publically disclose. | publicly disclosed. |
| 16 | 7 | as a sub agent | as a subagent |
| 16 | 11 | commission to pay to | commission paid to |
| 16 | 13 | used a subagent in the | used a subagent.  This was in the |
| 16 | 14 | received a commissions. | received a commission. |
| 16 | 17 | any brokers was just | any brokers, it was just |
| 16 | 18 | rented a house from before | rented the house from before, |
| 17 | 8-9 | to somebody out of the blue who wanted to buy my house and didn't use | to somebody who out of the blue wanted to buy my house and asked me and we didn't use |
| 19 | 7 | Professor Economides report | Professor Economides' Report |
| 19 | 8-9 | methodology seem reliable like I would | methodology seemed reliable, like I would |
| 19 | 16 | Paragraph 25. | Paragraph 175. |
| 20 | 7 | in this seemed | in it seemed |
| 20 | 10-11 | just make I thought | just make sure I thought |
| 22 | 20 | statement in Paragraph 239 | statement -- in Paragraph 239 |
| 26 | 15-16 | The 20 MLSs are similar to each other in that they don't have the same restraints, | The 20 Covered MLSs are very similar to each other in that they all have the same restraints, |
| 26 | 17 | the 3 comparative countries | the 3 comparator countries |

3

| 27 | 7 | paid by some other way. | paid by showings. |
|---|---|---|---|
| 27 | 24 | all -- they seemed similar | all -- seem similar |
| 28 | 17 | gets to pay in | gets paid in |
| 29 | 8 | sometimes now so in the | sometimes now, so in the |
| 29 | 22 | in Australian sold | in the U.K. are sold |
| 29 | 24 | they are sold via auction | they are sometimes sold via auction, just like in the U.S., |
| 30 | 7 | knowledge if a buyer in | knowledge of whether buyers in |
| 30 | 13 | Economides reports if | Economides' report if |
| 31 | 8 | the products as | their products as |
| 31 | 22 | and wouldn't have | and we wouldn't have |
| 32 | 13 | buyer would have | buyer, would have |
| 32 | 24 | the seller maybe | the seller, maybe |
| 33 | 13 | the seller, that becomes | the seller, it becomes |
| 34 | 22 | familiar with any -- any area and | familiar with an area, and |
| 35 | 1-2 | very helpful particularly in that kind of case to | very helpful, particularly in that kind of case, to |
| 37 | 3 | the economic costs? | the economic cost? |
| 37 | 18 | to my lawyer | to my own lawyer |
| 37 | 20 | But in terms | I think in terms |
| 37 | 21 | I think it would be | I think we would be |
| 39 | 3-4 | the buyer/broker then you say, well, | the buyer-broker, then they would say, well, |

4

| 39 | 9 | it would seem to me. | it seems to me. |
|----|----|----|----|
| 39 | 11-12 | has limited all | has eliminated all |
| 39 | 21 | incentive they might try to cover in hopes of | incentive -- they might try to cover it in the hopes of |
| 40 | 11 | is the former, | is the latter, [MISSPOKE] |
| 40 | 14 | after injunction. | after an injunction. |
| 40 | 23-24 | the fact they might | the fact that -- they might |
| 41 | 24 | and we'd take it up | and they would be taken up |
| 43 | 15 | offer is will | offer is, will |
| 43 | 20 | for the homeowner it costs 200.  And the other | if a home warranty costs 200 bucks, then with his other |
| 43 | 21 | I can sell it | I could sell it |
| 43 | 24 | incur the cost | incur a cost |
| 44 | 15 | whether, at what | whether and what |
| 44 | 19 | for selling a listing agent | for a selling -- a listing agent |
| 45 | 10 | affects of | effects of |
| 45 | 12 | negotiations were strained, it's | negotiation is restrained, it's |
| 45 | 19-20 | can't protect it as well because they'll know | can't detect it as well because they don't know |
| 45 | 20 | commissions of the | commissions at the |
| 46 | 11 | be interested. | be interested in. |
| 46 | 24 | and there's more subtle ways than just | in more subtle ways, rather than just |

| 47 | 2 | more likely if | more highly if |
|---|---|---|---|
| 47 | 4 | of reasons or | of reasons, or |
| 47 | 5 | just say, | just, say, |
| 47 | 15 | many cases once where | many cases are ones where |
| 47 | 16 | the homes they're | the home that they're |
| 47 | 17 | the buyer/broker once told | the buyer-broker, once told |
| 47 | 19 | commission said, | commission, said, |
| 48 | 2 | well, it's negotiable and a lot of phone | well, it's negotiable, and a lot of the phone |
| 48 | 19 | knows what's going | knows what they're going |
| 48 | 20 | before the exerted effort. | before they exert effort. |
| 48 | 21 | point out the effort | point out, the effort |
| 48 | 24 | guaranteed the rate, | guaranteed a rate, |
| 49 | 1 | the purpose, the | the purpose.  The |
| 49 | 5 | allows buyer/broker to | allows buyer-brokers to |
| 50 | 2 | commissions and although | commissions, and although |
| 50 | 12 | percentage listing agents | percentage of listing agents |
| 50 | 13 | offers to | offers of compensation to |
| 50 | 21 | these offers but | these sorts of offers, but |
| 50 | 22 | current agreement in | current arrangement in |
| 51 | 2-3 | there would be much changed since | there to be much change since |
| 51 | 3 | still on a | still providing a |

| 51 | 4 | these unilateral fixed | these kinds of unilateral blanket fixed |
| 51 | 11-12 | commissions have but there's more agents in part | commissions have, but there's more agents, in part |
| 51 | 12 | super competitive | supracompetitive |
| 51 | 18 | agents insufficiently occupied, | agents, insufficiently occupied, |
| 52 | 3 | I think we're pretty generous. | I think they're pretty sui generis. |
| 52 | 4 | that was similar to | that I would say is similar to |
| 52 | 10 | international competitors, | international comparators, |
| 52 | 16 | on commission levels, whether | on the commission levels. Whether |
| 52 | 17 | income have been up or | income has gone up or |
| 52 | 18 | States or in the international benchmarks I | States, or in the international benchmarks, I |
| 54 | 7 | may not be aware of so | may not be aware of, so |
| 54 | 22 | non price competition | non-price competition |
| 54 | 23 | that has -- has an | that has had an |
| 54 | 24 | effect but | effect, but |
| 55 | 1 | of a buyer/broker yes, it's | of a buyer-broker, yes, it's |
| 55 | 11-12 | cost savings and the | cost savings in the |
| 55 | 23 | computer online you can | computer online, now you can |
| 56 | 5 | of search costs which that also | of search cost which -- that also |
| 56 | 5-6 | the cost to buyer/brokers, and | the costs to buyer/brokers.  And |
| 58 | 6 | And yes, and might | Yes, and they might |

| 58 | 7 | the NAR Little report | the NAR-Little report |
|---|---|---|---|
| 58 | 13-15 | under the typical agent there's nothing that prevents the buyer/broker whose concerned about that says, I'd like | under the typical arrangement there's nothing to stop a buyer-broker who's concerned about that from saying I'd like |
| 59 | 1 | numbers on that | numbers about that |
| 59 | 2 | recalling on what | recalling what |
| 60 | 14 | the direct phone | the Rex phone |
| 60 | 15 | did find homes | did find the homes |
| 60 | 16 | and want to look at it and | and wanted to look at it, and |
| 60 | 17 | said, I'm not going to | said, well I'm just not going to |
| 60 | 17-18 | to them or it's unavailable when | to them, or I'm going to tell them it's unavailable, when |
| 61 | 4 | occurs, so -- without a phone call, that we | occurs, you know, its, without a phone call, we |
| 62 | 1-2 | It may discourage them -- either discourage them | Either discourage them |
| 62 | 2-3 | could allowed them | could allow them |
| 62 | 10 | that incentive even | that incentive, even |
| 62 | 12 | act that way that's | act that way, that's |
| 62 | 21 | I relied on and I don't know if they focused just on | I rely on -- I don't know whether -- they didn't focus just on |
| 63 | 4 | calls, there | calls.  There |
| 63 | 7 | might buyer on | might bear on |
| 63 | 11 | I think R Tech. | I think Barteck and somebody. |
| 63 | 12 | Patha | Pathak [MISSPOKE] |

| 64 | 14 | So it's my opinion I found no every of them | So it's my opinion -- I found no evidence of them |
|----|-----|-----|-----|
| 64 | 15-16 | seem unavailable, whether | seem unavailing.  Whether |
| 65 | 11 | as well in the contract | as well -- they have a contract |
| 65 | 21 | We | We'd |
| 65 | 23-24 | buyer/brokers to the extent that they want certainty could | buyer-brokers, to the extent that they want certainty, could |
| 66 | 24-1 | their contract with the buyers. | their contracts with buyers. |
| 67 | 7 | financing costs for | financing cost for |
| 67 | 24 | A lot of people cash constrained or not will | A lot of people, cash constrained or not, will |
| 68 | 32 | I didn't realize the last part | I didn't realize -- The last part |
| 69 | 2 | But there might be other | But I think a lot of them would think there might be some other |
| 69 | 3 | things that you get | things you could get |
| 69 | 5-6 | that the benefits of the buyer/broker offset the cost of hiring them. | those benefits of a buyer-broker are offset by the cost of hiring them. |
| 70 | 10 | like the Zillow and | like the -- Zillow and |
| 70 | 23-24 | think if brokers who have an incentive in the competitive | think if -- the brokers would have an incentive in a competitive |
| 71 | 1 | they could to | they could, to |
| 71 | 10 | MLS restraints has not been | MLS restraints -- it's not been |
| 72 | 5-6 | homes in the Netherlands may | homes or that -- In the Netherlands there may |

| 72 | 15 | I think main ones | I think, main ones |
|----|----|----|----|
| 72 | 18 | total they are. | total there are. |
| 73 | 21 | listed, the | listed.  The |
| 73 | 23-24 | whether they there | whether there |
| 74 | 12 | that home? | that building? |
| 74 | 23-24 | look at you more than | look at more than |
| 75 | 4 | As I said I don't know comprehensiveness | As I said, I don't know the comprehensiveness |
| 75 | 5-7 | know about your hypothetical condo when we don't even know the address, so | know as an evidentiary matter about your hypothetical condo that we don't even know the address of, so |
| 75 | 10 | having comprehensive | having a comprehensive |
| 75 | 14 | a port, the | a portal, the |
| 75 | 20 | multiple portals you could | multiple portals, you could |
| 75 | 21 | don't necessarily have to already | don't have to necessarily already |
| 77 | 6-7 | That seem ed to be | That seemed to be |
| 77 | 7-8 | 1999 NAR Arthur D. Little | 1999 NAR-Arthur D. Little |
| 77 | 10 | a cycle clearinghouse | a single clearinghouse |
| 77 | 16 | its fee to all | its feed to all |
| 77 | 18-19 | there's no deal claimed I guess | there's no duty to deal claim I guess |

| 77 | 20 | would eliminate the particular constraints that | would just eliminate the particular restraints that |
|----|----|----|----|
| 77 | 24 | those access | those -- access |
| 78 | 1 | think it would be | think there would be |
| 78 | 5 | they get through contract | they could get by contract |
| 78 | 6 | maybe get it direct from | maybe they get it directly from |
| 78 | 11 | enter it on MLS. | enter it into an MLS. |
| 78 | 13 | buyers especially | buyers, especially |
| 79 | 10-11 | and that I don't know if someone would | and that -- I don't know if somebody would |
| 79 | 12 | them to do so | them to want to do so |
| 80 | 4-5 | not be charging at all | not be charged at all |
| 80 | 5 | world in which | world, in which |
| 80 | 6-7 | entire buyer/broker commissions, the tax and the transaction and for the | entire buyer-broker commission is a tax on the transaction. And for the |
| 80 | 8 | use a buyer/broker commission in the | use a buyer-broker in the [MISSPOKE] |
| 80 | 9 | world they're paying | world, they're paying |
| 80 | 15-16 | that is -- it would | that is -- that would |
| 80 | 16-17 | effect saying everybody's got to | effect as saying well everybody's got to |
| 80 | 17-18 | a 3 percent broker even though you don't want one. | a 3 percent buyer-broker even if you don't want one. |
| 80 | 24 | effect on taxes. | effect of taxes. |

| 81 | 1 | any of this site in your | any of it cited in your |
|---|---|---|---|
| 81 | 4 | I do site something | I do cite something |
| 81 | 5 | economics tax incidence. | economics of the tax instance -- incidence. |
| 81 | 6 | Fisnee's article | Vistnes' article |
| 81 | 6-7 | whether or not he in turn sites that | whether he in turn cites that |
| 81 | 7-8 | But he's analyzing real estate | But -- he's analyzing the real estate |
| 81 | 16-17 | product here at home. | product, here a home. |
| 81 | 20-21 | exact level to the extent | exact level of it but -- the extent |
| 82 | 5-6 | would increase the | would actually increase the |
| 82 | 6-7 | the pricing charge would | the price being charged would |
| 82 | 8 | having pay this | having to pay this |
| 83 | 4-5 | world so study it in | world so -- I mean I've studied it in |
| 84 | 3 | it's a prediction of | it's just a prediction of |
| 84 | 4 | like I say it's | like I said it's |
| 84 | 5-6 | prediction I mentioned before and it's somewhere where I site Fiznee's discussion | prediction that I mentioned before, and I think somewhere I cite Vistnes' discussion |
| 84 | 7 | it in the application to real estate but | it and the application to real estate, but |
| 84 | 15 | report based upon | report, based upon |

| 84 | 21-22 | hypothetical analysis in coming up with markets, correct? | hypothetical monopolist analysis in coming up with relevant markets, right? |
|---|---|---|---|
| 85 | 19 | it's rationale for | it's rational for |
| 86 | 3 | they, I think, aggregate | they can aggregate |
| 86 | 5 | I can see | I could see |
| 86 | 7 | of MLS | of an MLS |
| 86 | 11 | monopolist and if | monopolist, and if |
| 86 | 13 | some arguments about | some argument about |
| 87 | 16-17 | world -- might be -- could be instead of | world, that they might be, I haven't -- could be that instead of |
| 87 | 19 | listing agents so | listing agents, so |
| 87 | 20 | be more attractive a proposition | be a more attractive proposition |
| 87 | 21 | world or that | world, or that |
| 87-88 | 24-1 | be disadvantage by | be disadvantaged by |
| 88 | 2 | disclose that buyer/broker compensation | disclose that -- the buyer-broker compensation |
| 88 | 4 | with MLS for | with MLSs for |
| 88 | 10 | not aware of, one | not aware, one |
| 89 | 2 | the other ibuyer is not | the other ibuyers not |
| 89 | 6 | uses salary agents | uses salaried agents |
| 89 | 19 | in paragraph 391 | in paragraphs 391 |
| 89 | 21-22 | have to -- ReMax requires it's franchise | have to -- like ReMax requires its franchise |

| 89 | 22-23 | a member as well | a member, as well |
|----|-------|------------------|-------------------|
| 90 | 1 | participant in the board of MLS and | participant in a Board-owned MLS, and |
| 90 | 5 | to that affect in | to that effect, in |
| 90 | 13-14 | I mean I, think | I mean I think |
| 90 | 16 | members, so everybody | members.  So everybody |
| 90 | 17 | in -- in the covered | in -- the covered |
| 90 | 18 | NAR is a party to | NAR is party to |
| 91 | 8 | haven't had had a | haven't had a |
| 91 | 19 | well and to | well, and to |
| 92 | 16 | to 3 percent as | to 3 percent, as |
| 93 | 1 | It's not they're expectation, | It's not -- it's not their expectation, |
| 93 | 4 | and brokers are | and their brokers are |
| 93 | 5 | for the buyer/brokers so as | for those buyer-brokers, so as |
| 94 | 5-6 | the rumor would | the rule would |
| 94 | 17 | I think.  You | I think.  I think you |
| 94 | 20 | but still facilitating an MLS | but it's still a facilitating MLS |
| 95 | 13 | facilitate the type of mechanism | facilitate -- to have a mechanism |
| 95 | 22 | equilibrium so -- | equilibrium. |
| 96 | 9 | agents throughout MLS, | agents through the MLS, |
| 96 | 15 | whether on MLS | whether on their MLS |

| 96 | 21 | the Northwest | the Northwest MLS. |
|----|----|---------------|--------------------|
| 97 | 2 | decide, many I | decide, am I |
| 97 | 8 | create anti-competitive | create an anticompetitive |
| 97 | 9 | given anti-competitive | given the anticompetitive |
| 97 | 11 | mandatory broker commission rule where in a | mandatory buyer-broker commission rule, we're in a |
| 97 | 13 | buyers and | buyers, and |
| 97 | 14 | of buyers are | of the buyers are |
| 97 | 14-15 | buyer/brokers and there's enormous steering incentives, in | buyer-brokers, so there's enormous steering incentives.  In |
| 97 | 22 | having anti-competitive | having the anticompetitive |
| 98 | 1 | remove, just removing | remove -- just removing |
| 99 | 1 | includes the facilitation | includes this facilitation |
| 99 | 9 | of those offers | of those sorts of offers |
| 99 | 11 | anti-competitive affects. | anticompetitive effects. |
| 99 | 15-16 | with a non mandatory rule. | with a non-mandatory rule. |
| 100 | 8-9 | of NAR rule. | of the NAR rule. |
| 100 | 10 | anti-competitive affects; | anticompetitive effects; |
| 100 | 10-11 | have had pro-competitive | have pro-competitive |
| 100 | 12 | NAR itself said | NAR themselves said |
| 100 | 13-14 | were repealed was pro-competitive. | were repealed, that their repeal was pro-competitive. |

15

| 101 | 6 | wanted to try and negotiate | wanted to, try to negotiate |
|---|---|---|---|
| 101 | 10 | you eliminate restrictions | you eliminated the restrictions |
| 101 | 12 | the fact that the repeals | the fact that -- the repeals |
| 101 | 17 | offer a competition, | offer a commission, |
| 101 | 22-23 | Well, so the actual -- covered MLSs is mandatory, just | Well, so, I mean the actual world is that in covered MLSs it's mandatory. I was just |
| 102 | 1-2 | the anti-competitive affects and anti-competitive equilibrium. | the anticompetitive effects -- the anticompetitive equilibrium. |
| 102 | 2-3 | it's just not whether | it's not just whether |
| 102 | 3 | they're freed of commission | they're free to offer commission |
| 102 | 9-10 | be facilitate via | be facilitated via |
| 102 | 11 | seller is not | seller, if they're not |
| 102 | 14 | then and no | then, and no |
| 102 | 16 | monopolist so I | monopolist, so I |
| 102 | 20-21 | of all the anti-competitive affects, | of all of the anticompetitive effects, |
| 104 | 13 | the MLS but simply | the MLS, but simply |
| 105 | 12-13 | of anti-competitive | of an anticompetitive |
| 105 | 18-19 | I don't think alone that would be anti-competitive. | I don't think that would be alone enough to be anticompetitive. |
| 106 | 17 | the sub parallel rules | the parallel rules |
| 107 | 5-6 | rule only it was limited to subagents whereas | rule, only it was limited to subagents, whereas |

16

| 108 | 21 | in my repot. | in my report. |
|-----|-----|-----|-----|
| 109 | 22 | anti-competitive | the anticompetitive |
| 110 | 9 | I do know of any every that | I do not know of any evidence that |
| 110 | 10 | or it would | or would |
| 111 | 10 | also a case of a buyer/broker compensation | also the case in the buyer-broker compensation |
| 111 | 11 | in a buyer/broker | in the buyer-broker |
| 111 | 15 | back then, if | back then.  If |
| 112 | 5 | I think may not | I think it may not |
| 112 | 6 | It may have been | It might have been |
| 113 | 13 | compensation only now | compensation, only now |
| 113 | 18-19 | a subagency which is an agent of the broker you | subagent, since they're an agent of the broker, you |
| 113 | 19 | your agent but | your agent, but |
| 113 | 20 | to buyer/brokers I | to buyer-brokers, I |
| 113 | 21 | changed cooperative | changed to cooperative |
| 113 | 23 | agent to the | agent of the |
| 114 | 13 | The subagent of the seller although | They were a subagent of the seller, although |
| 114 | 16-17 | of criticism because | of criticism, because |
| 116 | 10 | mandatory of it. | mandatory nature of it. |
| 117 | 14-15 | market rates for | market rate for |
| 117 | 15 | certain level you're | certain level, you're |

| 117 | 22 | unless you've matched those. | unless you match those. |
|---|---|---|---|
| 118 | 10 | what you're asking? | "what" that you're asking is anticompetitive? |
| 119 | 1 | home on MLS | home on the MLS |
| 120 | 11 | contrary that I was | contrary, that it was |
| 120 | 12 | that they were going to be | that they would be |
| 120 | 13 | paid and that there was | paid, and there was |
| 120 | 14-15 | been sometimes compensated but not | been, sometimes, compensated, but not |
| 121 | 6 | do site documents | do cite documents |
| 121 | 10-11 | that they were very certain they'd | that it was very uncertain they'd |
| 122 | 7 | that given the rules it | that, given the rules, it |
| 122 | 17 | 1993 through the | 1993 throughout the |
| 122 | 23 | before 1993 and | before 1993, and |
| 125 | 22 | entitled to but | entitled to, but |
| 125 | 23-24 | told and were encouraged to be told was | told, and encouraged to be told, was |
| 125-126 | 24-1 | free and not that | free, not that |
| 126 | 1 | the costs.  And | the cost.  And |
| 126 | 2 | other websites that you're | other websites you're |
| 127 | 13-14 | became license here | became licensed here |
| 129 | 6-7 | a license broker automatically | a licensed broker, automatically |

| 129 | 18-19 | to be license here | to be licensed here |
|-----|-------|--------------------|---------------------|
| 129 | 21-22 | good real standing and | good standing, and |
| 131 | 6 | established then but | established then, but |
| 131 | 24 | opinion of whether | opinion about whether |
| 132 | 13 | as well, or | as well.  Or |
| 134 | 13-14 | made not to horizontal | made not through horizontal |
| 135 | 19-20 | of brokers would used buyer/brokers in | of buyers would use buyer-brokers in |
| 135 | 21-22 | Professor Economides evidence | Professor Economides' evidence |
| 135 | 23 | competitive benchmarks which | competitive benchmarks, which |
| 135 | 24 | be five 5 to 20. | be 5 to 20 percent. |
| 136 | 8 | confirm the economics.  I | confirm my own opinion, as a matter of economics, that it would be rare.  I |
| 136 | 9 | in my opinion turns | in my opinions turns |
| 138 | 1-2 | conclusion to be rare | conclusion it'd be rare |
| 138 | 2-3 | I many relying | I am relying |
| 138 | 3 | for it to be no more | for it being no more |
| 139 | 7 | conservatively high as | conservatively high, as |
| 140 | 2 | to -- correct | to -- a correct |

| 140 | 3 | the high conservative estimate percentage | the high, conservative estimate of the percentage |
|---|---|---|---|
| 140 | 14-15 | no more of than | no more than |
| 141 | 15-16 | I say that because unilaterally they would | I didn't say they could just unilaterally do it, they would |
| 141 | 19 | and would allowed financing | and it would allow financing |
| 142 | 4 | can covered closing | can cover closing |
| 142 | 19 | on it especially | on it, especially |
| 142 | 22 | world and often | world, and often |
| 143 | 21-22 | opine by the | opine about the |
| 143 | 22-23 | would more rationally be | would rationally be |
| 143 | 24 | amount commission in the | amount of commission -- total commission in the |
| 144 | 10 | economically rationale. | economically rational. |
| 145 | 13 | that which is profit | that, which is profit |
| 146 | 8 | know if a literature | know of a literature |
| 146 | 9-10 | and possibilities, it's not | and possibility.  It's not |
| 146 | 12 | And I can speak | I can speak |
| 146 | 13-14 | about financing and profit maximization affirmed. | about financing, and profit maximization affirms. |
| 148 | 17-18 | macroeconomics, apply statistics. | macroeconomics, applied statistics. |
| 148 | 19 | as anti-trust courses that | as an antitrust course that |

| 148 | 20 | into economics with anti-trust issues; | into the economics of antitrust issues; |
|---|---|---|---|
| 148 | 22 | law economics | law and economics |
| 149 | 1 | including economics of | including the economics of |
| 149 | 4 | and law and global | and law, and global |
| 149 | 17 | the apply statistics | the applied statistics |
| 149 | 22-23 | No more than that. | No, more than that. |
| 150 | 12-13 | to kind of regression | to, kind of, regression |
| 150 | 19 | just definition. | just definitional. |
| 152 | 11-12 | by that where I | by that, where I |
| 152 | 23-24 | briefs.  The Trinko brief was in 2011 and | briefs.  I think the Trinko brief was in the 2000s, and |
| 152-153 | 24-1 | in the Minkus brief and I am to this day sometimes | in an amicus brief.  And I am to this day -- sometimes |
| 153 | 2 | sometimes as briefs | sometimes there's briefs |
| 153 | 2-3 | of Amica that is a | of amici, that is, a |
| 153 | 6 | It's more on the -- the – part | It's more I'm the -- part |
| 153 | 14 | the sold owner? | the sole owner? |
| 154 | 7 | guy work on | guy worked on |
| 157 | 7-8 | the paper.  I don't know much about this. | the paper.  But I haven't immersed myself with them.  I don't know that much about them. |
| 157 | 22 | for mortgagors and inspectors | for mortgages or inspectors |

| 157 | 24 | also get advice | also give advice |
| 158 | 4 | appraisals, usually you leave | appraisals, they usually leave |
| 158 | 5 | an appraiser but I | an appraiser.  But I |
| 159 | 1-2 | unfortunately economics are in conflict. | unfortunately the economics are somewhat in conflict with that. |
| 159 | 6 | several reported instances | several recorded instances |
| 159 | 7-8 | phone calls and there's empirical | phone calls, and it's evident in the empirical |
| 159 | 11-12 | as high commission levels. | as high a commission level. |
| 160 | 6 | to steer and unfortunately | to steer, and unfortunately |
| 161 | 15 | upon it, as I | upon it being the case that they never do, as I |
| 162 | 8 | not to do, so the | not to do so.  The |
| 163 | 11 | another reason but | another reason, but |
| 163 | 12-13 | agent itself says, | agent themselves say, |
| 163 | 16 | commission, we can't | commission, or we can't |
| 163 | 17 | guarantee we'll pay for one, it's negotiable. | guarantee what we'd pay for one, or it's negotiable. |
| 163 | 20 | the house and | the house, and |
| 163 | 20-21 | a couple of instances where they're actually going to tell | a couple instances where they say they're going to actually tell |
| 164 | 4 | on a statistical level | indicating that on a statistical level |
| 164 | 7 | conclusions from the | conclusions of the |
| 164 | 10 | expecting buyers agents | expecting buyers' agents |

22

| 164 | 13-14 | incentives which exist which deposition not -- steering incentives, the fact | incentives exist, which are not -- and steering incentives, to the extent they're -- the fact |
|---|---|---|---|
| 164 | 23 | your house in so | your house -- in so |
| 165-166 | 24-1 | statistically it wasn't plausible that | statistically it is implausible that |
| 166 | 3 | houses and aren't | houses that aren't |
| 166 | 3-4 | guaranteed broker commissions. | guaranteed buyer-broker commissions. |
| 170 | 4 | files.  I -- | files.  I haven't seen the other -- |
| 170 | 21 | clearest every that | clearest evidence that |
| 172 | 7 | can fixed them, | can fix them, |
| 172 | 16-17 | have the physical evidence | have statistical evidence |
| 174 | 22 | a license broker | a licensed broker |
| 176 | 18-19 | says that's what necessary | says this is necessary |
| 177 | 1 | in the practice as a fact of | in a practice with the fact of |
| 177 | 7 | I never represented | I have never represented |
| 177 | 9 | real estate and sales. | real estate brokering and sales. |
| 180 | 15 | not in the best interest | not in their best interests |
| 183 | 6 | those negotiations but | those negotiations.  But |
| 183 | 8-9 | be negotiate between | be negotiated between |
| 184 | 9 | A. And, sir, I'll introduce this to you quickly; | Q. And, sir, I'll introduce this to you quickly; |
| 185 | 7 | The practice was still subject | The practice, but it's still subject |

| 185 | 10 | the costs of | the cost of |
|---|---|---|---|
| 186 | 18 | So you dropped the word then in the quote | So you dropped the word "then" in the quote |
| 187 | 19 | is -- might be misinformation. | is in my view misinformation. |
| 187 | 21-22 | And it's the | And I guess the |
| 187 | 24 | want and were they offered | want and whether they're offered |
| 188 | 23 | at least not an MLS broker. | at least not a non-MLS broker. [MISSPOKE] |
| 189 | 1 | join the MLS, | join an MLS, |
| 189 | 3-4 | payment, there was | payment, it was |
| 189 | 17-18 | services.  I could | services that I could |
| 190 | 4 | whatever 2.53 percent, | whatever, 2.5, 3 percent, |
| 192 | 4 | it becomes | its become |
| 192 | 23 | not want help them | not help them |
| 193 | 1-2 | if they're steered | if they steered |
| 193 | 7 | quote, rationale, unquote | quote, rational, unquote |
| 193 | 13 | provisions to give | provisions that give |
| 193 | 14 | anyway unless they | anyway, and thus they |
| 193 | 15-16 | a buyer/agent, then in the but for world for most of them it | a buyer-agent.  But in the but-for world, for most of them, it |
| 194 | 8-9 | It could, but I mean certainly in a but for world you're paying | It could.  I mean certainly in the but-for world you would be paying |
| 195 | 7 | and from statistics | and from the statistics |

| 195 | 9 | not -- first they look | not -- the first step is to look |
|-----|-----|---------------------------|-------------------------------------|
| 197 | 6 | whatever people put | whatever valuation people put |
| 197 | 8 | they put on a free | they will put on it in a free |
| 197 | 9 | competitive market they're | competitive market, they're |
| 198 | 9-10 | which in an anti-competitive market | which would -- in a competitive market |
| 199 | 9 | ability; it's the | ability that's the |
| 199 | 13-14 | in the competitive market which | in a competitive market, which |
| 200 | 22 | different evaluations on | different valuations on |
| 201 | 4 | or evaluations? | or valuations? |
| 201 | 5-6 | international benchmarks for | international benchmarks, for |
| 201 | 8-9 | less that the cost. | less than the cost. |
| 201 | 11 | the valuation even | the valuation, even |
| 201 | 12-13 | the buyer/broker services -- buyer-broker together | the broker services -- buyer-broker services together |
| 201 | 14-15 | Professor Economides but for commission | Professor Economides' but-for commission |
| 201 | 18 | might vary particular sub services that | might value particular sub-services that |
| 201 | 19-20 | aware of it. | aware of. |
| 202 | 11-12 | It's turns on what they | It turns on whether they |
| 203 | 9-10 | goes to the methodology | goes through a methodology |

| 203 | 11 | what a competitive similar | what a but-for, competitive, similar |
|-----|-----|-----|-----|
| 204 | 20 | of every on that. | of evidence on that. |
| 204 | 23 | from Economides's report | from Economides' report |
| 207 | 8 | market for MLS. | market by MLS. |
| 207 | 12 | a fair state? | a fair statement? |
| 208 | 4 | was every it | was evidence it |
| 208 | 6 | I'm not the sure | I'm not sure |
| 208 | 7 | range of every | range of evidence |
| 208 | 11 | markets referring in | markets referenced in |
| 208 | 14 | of any every on | of any evidence on |
| 208 | 18 | Harlem and the Netherlands; | Harlem in the Netherlands; |
| 209 | 10-11 | Harlem and the Netherlands; | Harlem in the Netherlands; |
| 211 | 15-16 | the best statement, conservative | the best estimate was -- conservative |
| 213 | 1-2 | right before your focus is, focused on, says | right before the sentence your focus is on -- you focus on, says |
| 214 | 11 | One in 3 | One of 3 |
| 214 | 13 | commission but I think | commission, and I think |
| 214 | 18 | the date in the | the data from the |
| 216 | 17 | it and this common | it, and it's a common |
| 216 | 23 | the buyer/broker, seller's authorize | the buyer-broker, sellers authorize |
| 214 | 24 | that sellers offer | that seller-brokers offer |

26

| 217 | 17-18 | brokers may offers | brokers make offers |
|---|---|---|---|
| 224 | 1 | you about Singapore | you had about Singapore |
| 224 | 12 | on Economides assessment | on Economides' assessment |
| 224 | 23 | of any every on | of any evidence on |
| 225 | 19 | was -- wasn't enough | was -- trouble was it wasn't enough |
| 226 | 12-13 | Professor Economides analysis | Professor Economides' analysis |
| 227 | 20 | equivalent as covering | equivalent is covering |
| 228 | 11 | they send contracts | they sign contracts |
| 228 | 12 | to -- offer, counteroffers, | to, and offers, counteroffers, |
| 231 | 18 | in that, it | in that, or it |
| 231 | 19 | Not completely necessary | Not clear they're necessary |
| 233 | 20 | finance, and as I say | finance them, as I say |
| 234 | 15 | for the individual | for an individual |
| 234 | 16 | collective affect of | collective effect of |
| 236 | 13-14 | systemic affect again, the anti-competitive affects, is | systemic effect again, and the anticompetitive effects, is |
| 236 | 14-15 | to finance -- to purchase | to finance and purchase |
| 236 | 20 | It's exactly what I said in | That's exactly what I say in |
| 239 | 2-3 | in a but for world. | in the but-for world. |
| 240 | 16 | that they'll have to | that they have to |

| 240 | 16-17 | somehow finance which | somehow finance, which |
|---|---|---|---|
| 240 | 18 | would do it without buyer/brokers are | would do without buyer-brokers are |
| 240 | 19 | cash constrained ones so | cash constrained ones, so |
| 240 | 23 | much more higher | much higher |
| 241 | 4-5 | I would say if anything by the buyer/broker compensation. | I would say, if anything, by the buyer-broker compensation rule. |
| 241 | 15 | it's relative to the | it's relevant to the |
| 242 | 6 | better off with -- | better off with that -- |
| 242 | 10 | unwanted task that | unwanted tax that |
| 242 | 12 | want in the other cases that they | want, and the other cases they |
| 242 | 18 | don't know | I don't know |
| 243 | 8-9 | So first time buyers would | So first-time homebuyers would |
| 243 | 22 | the 3 companies and | the 3 countries and |
| 244 | 3 | The other to are up to five percent so the | The other two are up to five percent -- could be lower, so the |
| 244 | 8 | have weigh that | have to weight that |
| 244 | 11-12 | than 10percent but I | than 10 percent, but I |
| 245 | 2 | They're all paid already. That's why they | They're all paying already.  That's whether they |
| 245 | 12-13 | a tax of lets say 3 percent | a tax of, let's say, 3 percent |

| 245 | 15-16 | up to 3 percent whereas in the buyer/broker -- sorry | up to 3 percent, whereas -- and the buyer-broker would just -- I'm sorry |
|---|---|---|---|
| 245 | 17-18 | 1.5 percent, where the broker in cases | 1.5 percent for the broker, in cases |
| 245 | 22 | hundreds of thousands of millions. | hundreds of thousands or millions. [MISSPOKE] |
| 246 | 14 | think the race | think their race |
| 246 | 19 | be benefit. | be benefitted. |
| 246 | 19-20 | are no specific in that | are no different in that |
| 247 | 4 | I'd say that | I say that |
| 247 | 9 | the buyer class. | the seller class. [MISSPOKE] |
| 248 | 13-14 | just there are characteristics | just their characteristics |
| 248 | 22 | Economides's analysis. | Economides's analysis of that. |
| 250 | 5 | No, those are unrelated statements; one, | No, those are unrelated statements.  One, |
| 250 | 6-7 | aware of anti-competitive constraints, and then you asked me | aware of evidence of anticompetitive restraints, you asked me |
| 250 | 8 | knowledge, and the answer | knowledge.  The answer |
| 250 | 9 | of such every; what | of any such evidence.  What |
| 250 | 10-11 | Professor Economides's analysis | Professor Economides' analysis |
| 251 | 5 | it, my assessment; his methodology | it, and my assessment that his methodology |

| 252 | 11 | of them the difference is it would | of them, the differences would |
|---|---|---|---|
| 252 | 19 | Professor Economides analysis | Professor Economides' analysis |
| 255 | 21 | is higher averaging 20 percent, that Australia there's | is higher, averaging 20 percent; that Australia, there's |
| 255 | 23 | assumes five and | assumes five; and |
| 255-256 | 24-2 | various discussions; one buyer/broker statement as only one percent but to conservative | various discussions, one buyer-broker estimate is only one percent, but to be conservative |
| 257 | 5-6 | But that was inconsistent | But that would seem inconsistent |
| 257 | 7 | Economides proposed in | Economides quotes in |
| 261 | 9 | have every of that | have evidence of that |
| 261 | 16 | it happens to be a particular | it just happens to be in a particular |
| 262 | 13 | any every to support | any evidence to support |
| 263 | 21 | I had to find it. | Took a while to find it. |
| 265 | 12 | any every of a | any evidence of a |
| 266 | 6-7 | of Realtors deemed to report themselves. | of Realtors' D.A.N.G.E.R. report themselves looked at. |
| 267 | 7 | was 2.407 percent. | was 2.47 percent. |
| 268 | 20-21 | it's -- economic principle establishes | its' an economic principle that establishes |
| 268-269 | 25-1 | we would expect | we could expect |
| 269 | 14-15 | ceiling, it's just the empirical every offers a | ceiling, it just -- the empirical evidence offers a |

| 270 | 19-20 | in the higher dollar, or Euro, evaluation for | in a higher dollar, or Euro, valuation for |
|---|---|---|---|
| 272 | 14 | how often I use | how often they use |
| 272 | 17 | firm-specific -- | firm-specific form contract. |
| 274 | 14-15 | Zillow license the MLS | Zillow licensed -- the MLS |
| 274 | 17 | they switch to becoming | they switched to becoming |
| 274 | 17-18 | an MLS themselves. | an MLS broker themselves. [MISSPOKE] |
| 275 | 1 | usually, via MLS because now Zillow | usually via an MLS or because now Zillow |
| 275 | 2 | become and MLS broker | become an MLS broker |
| 275 | 15-16 | to them and particular information | to them. And particular information |
| 276 | 4 | I think Viznez (phonetic) talks | I think Vistnes talks |
| 276 | 8 | Visnez. | Vistnes. |
| 276 | 12 | DOJ FTC report cites that consumers have been deprived | DOJ FTC reports indicate that consumers are being deprived |
| 276 | 14-15 | clear on its face that that's going to be affect these kinds | clear on their face that's going to be the effect of these kinds |
| 277 | 13 | as free and, in fact, the National Association | as free. And, in fact, National Association |
| 278 | 2 | lay bear the | lay bare the |
| 278 | 4 | the anti-competitive affects is | the anticompetitive effects is |
| 278 | 5 | compensation rule which | compensation rule, which |

| 278 | 7, 9, 12, 15 | principle | principal |
|---|---|---|---|
| 279 | 3 | in the 260 pages | in these 260 pages |
| 281 | 1 | me think something | me think they mean something |
| 282 | 7 | report your talking | report you're talking |
| 284 | 21-23 | common knowledge and it seems to me the discretion here -- the every here suggested | common knowledge, and it seemed to me the discussion here -- the evidence here suggested |
| 285 | 6 | your every for | your evidence for |
| 285 | 21-22 | with buyer/brokers systemically. | with buyer-brokers as a systematic matter. |
| 286 | 2 | survey date on | survey data on |
| 286 | 18 | would make | wouldn't make |
| 286 | 19-20 | going on, so | going on.  So |
| 288 | 1-2 | issue but obvious economists | issue, but economists |
| 288 | 3 | rules we see make it | rules, and the nature of the contracts we see now, make it |
| 288 | 6 | going on and the | going on.  And the |
| 289 | 4-5 | Well, unsupported that's based upon, the whole paragraphs begins | Well, although you called it unsupported, it's based upon -- the whole paragraph begins |
| 289 | 10 | levels of what those | levels of those |
| 290 | 22-23 | I would explain all these NAR rules that would affect | I would explain to them that and that all these NAR rules that affect |

| 290-291 | 24-1 | they create and they're fully informed and | they create, so they're fully informed, and |
|---|---|---|---|
| 291 | 20 | economic affect of | economic effect of |
| 292 | 3 | way -- whether they | way -- what they |
| 292 | 22-23 | is limited the anti-competitive effects | is limited to inferring anticompetitive effects |
| 294 | 9-10 | we've talk about; | we've talked about; |
| 294 | 19 | commissions, then you're | commissions, and you're |
| 294 | 23 | So at a particular level this has to be | So there doesn't have– there's no particular level.  It just has to be |
| 294-295 | 24-1 | anticipate that they're | anticipate that if they're |
| 295 | 2-3 | an expectation or some risk of steering an estimate decreased expected | in expectation there's some risk of steering, and that's going to decrease the expected |
| 295 | 20 | were listed now | were lifted now |
| 296 | 3-4 | own to cite on line aggregators | own through site -- online aggregators |
| 296 | 12 | generally, as the little report | generally, and as the Little report |
| 296 | 13 | maybe pay them | maybe even pay them |
| 296 | 16 | particular things like | particular things, like |
| 296 | 17-18 | appraisal of public property or | appraisal of the property, or |
| 296 | 23 | in a but for world | in the but-for world |
| 297 | 8-9 | on line sites that might | online sites it might |
| 297 | 9-10 | separate advertisement, and | separate advertising, and |

| 297 | 11 | on the common cite, so | on a common site, so |
|---|---|---|---|
| 298 | 4-5 | then would they research buyers and neighborhoods | then, with respect to buyers, would they research neighborhoods |
| 298 | 8-9 | themselves; in fact, I think even with buyer/brokers they | themselves, as I -- in fact even those with buyer-brokers I think would since they |
| 298 | 19 | if they those chose | if they chose |
| 299 | 4 | contract it out just by anybody. | contract it out to just about anybody. |
| 299 | 20 | you can get on the web to fill in the numbers | on the web that you can get, just fill in the numbers |
| 300 | 19-20 | terms or they could if they could, if they want, | terms, or they could, if they want, |
| 300 | 23 | matter.  It fact, | matter.  In fact, |
| 301 | 3 | a buyer/broker it would be free | a buyer-broker they would be free [MISSPOKE] |
| 302 | 11 | and what's incredulous about | and you're acting like it's incredulous about |
| 304 | 11-13 | not used buyer/brokers in the but for world; I'm just saying given | not use buyer-brokers in the but-for world.  I'm just saying, given |
| 304 | 13-14 | benchmarks predict that | benchmarks, one can predict |
| 304 | 15-16 | in the but for world; it would be buyer/brokers, if any buyers | in the but-for world.  There would be buyer-brokers.  If any buyers |
| 304 | 23 | possibilities for using | possibilities, or using |
| 305 | 7 | they could use this, | they could do this, |

| 307 | 5-6 | the rules in the anti-competitive restraints | the rules and anticompetitive restraints |
|-----|-----|-----|-----|
| 307 | 10 | the MLS check? | the MLS? |
| 307 | 15 | equilibrium, had it always been optional as I | equilibrium.  Had it never -- had it always been optional, as I |
| 307 | 19-20 | the MLS; that | the MLS.  That |
| 308 | 8-9 | I don't think we'd have to do | I don't think they get it -- they'd have to do |
| 308 | 10-11 | now charged different | now charge different |
| 308 | 12-13 | think that just not for now by | think that it's just not borne out by |
| 308 | 14-15 | fact we now from international benchmarks seller | fact we know that in an international benchmarks, seller |
| | | | |

| **MAY 19, 2019 -- DEPOSITION DAY 2** | | | |
|-----|-----|-----|-----|
| **Page** | **Line** | **Now Reads** | **Should Read** |
| ANY | ANY | buyer/broker(s) | buyer-broker(s) |
| ANY | ANY | seller/broker(s) | seller-broker(s) |
| ANY | ANY | buyer/agent | buyer-agent |
| 6 | 5-6 | from that.  The MLSs are not the covered MLS | from that MLS since they're not a covered MLS |
| 7 | 11-12 | they're publically available, but | they're publicly available; but |

| 8 | 11 | deposition. | deposition, which is doesn't sound like for this question that you would have. |
|---|---|---|---|
| 14 | 8 | within that outer bounds | within that -- the outer bounds |
| 19 | 22 | But let's see for ES MLS. Maybe it does. | But let's see. For Yes MLS, maybe it does. |
| 21 | 4 | case because NAR | case because the NAR |
| 21 | 5 | mandatory rules apply to | mandatory rules applied to |
| 21 | 6 | the country and | the country; and |
| 21 | 8 | all of -- 18 had | all of the 18 out of 18 had |
| 22 | 21 | Actually, sir there's a | Well actually I show that there's a |
| 23 | 19 | The difference in | They differ in |
| 23 | 21 | doesn't show the difference | doesn't show a difference |
| 25 | 1 | could be narrow in | could be narrower in |
| 26 | 20 | throughout the subareas. | throughout any subareas. |
| 28 | 20 | think we -- you're saying such a broad | think we reached any such broad |
| 28 | 21 | conclusion, that all | conclusion that -- All |
| 30 | 5 | world you deposition not | world you are not |
| 30 | 23 | the MLSs there | the MLSs -- there |
| 33 | 4 | would evolve -- you're | would evolve like -- you're |
| 33 | 5 | and that's premise | and that's a premise |
| 40 | 9 | percentage the city | percentage in each city |
| 42 | 17 | I think certainly he would | I think it'd certainly -- it would |

| 42 | 18 | he had assess to. | had had access to. |
|----|----|----|----|
| 42 | 21 | about whether he might have said it. | about what it might have said. |
| 43 | 5 | observe | observed |
| 43 | 11 | of commissions. | of commission rates. |
| 44 | 24 | finds so he doesn't | finds so it doesn't |
| 45 | 8-9 | to use as a yardstick for this sort. | to use a yardstick of this sort. |
| 45 | 11-12 | three yardsticks so I think it's better | three yardsticks.  Actually I think it's in some ways better |
| 45 | 13 | you often have | you often just have |
| 51 | 19 | that was made a subject | that was -- made it subject |
| 51 | 20 | of critique and that's why even | of critique, and that's why, I think, even |
| 53 | 14 | representation it was somebody that had | representation they wanted it to be somebody who had |
| 54 | 21 | has of 1993 | as of 1993 |
| 57 | 5 | commonly work with | commonly worked with |
| 57 | 11 | commonly work as subagents but | commonly worked with subagents, but |
| 61 | 19-20 | in fact, occur here in this market where | in fact, occurred here, in this market, where |
| 61 | 24 | to buyer/broker.  So | to buyer-brokers.  So |
| 63 | 12 | it's not an optional | it's not -- an optional |
| 63 | 20-21 | certain technologies to constrain | certain technologies can constrain |

| 64 | 2-3 | steering incentives, could they just put down negotiable and is | steering incentives; could they just put down negotiable; and is |
| 64 | 22-23 | conduct they had as anti-competitive. | conduct they have is anticompetitive. |
| 70 | 13-14 | who determines they compensation | who determines their compensation |
| 73 | 4 | commissions out of the filter. | commissions that they'll look at -- that they filter. |
| 76 | 15 | a correct estimate? | a correct statement? |
| 78 | 11-12 | there's particularly a market rate but the buyer broker commission is | there's, particularly, a market rate for their buyer-broker commission that is |
| 80 | 13 | the buyer/brokers compensation | the buyer-broker compensation |
| 80 | 20-21 | the rule NAR encouraged, sell -- buyers brokers to | the rule by NAR encouraged seller -- buyer's brokers |
| 81 | 1 | right, then your | right in your |
| 81 | 2-3 | provisions were actually in the contract they'll | provisions are actually in the contract, they'll |
| 82 | 24 | any buyer/brokers to agree | any buyer-broker to agree |
| 83 | 2-3 | during the -- pretty much during the class period, | during the -- during most of the -- during the class period, |
| 85 | 3 | the non-priced competition | the non-price competition |
| 86 | 15-16 | gone up, the wasteful non-priced competition | gone up -- the wasteful non-price competition |
| 90 | 13 | There were costs of researching | Their cost of researching |

| 91 | 11 | ability to do technology. | ability to do it with technology. |
|---|---|---|---|
| 99 | 7-8 | a buyer/broker, depending if the services we talked | a buyer-broker, although many of the services that we talked |
| 99-100 | 24-1 | the list I think they are available on all 20 MLSs, | the list, I think they are available in all 20 covered MLSs, |
| 100 | 2-3 | to go back on each of the 18 to be able to answer | to go through each of the 18 in order to answer |
| 100-101 | 24-1 | the buyer/brokers would | the buyer-broker would |
| 101 | 2-3 | it would almost amount to that or less because | it would always amount to that or less, because |
| 101 | 6-7 | understanding is what buyer/brokers often do is arrange it but they | understanding is that what buyer-brokers often do is arrange it, but they |
| 101 | 8 | for it.  You know, they don't | for it.  They don't -- they don't |
| 101 | 16-17 | pay with the buyer/broker. | pay with a buyer-broker. |
| 102 | 2 | options using a buyer/broker would | options, using a buyer-broker, would |
| 102 | 7-8 | besides the buyer/brokers; for those who want a buyer/broker they could always | besides a buyer-broker.  But those who want a buyer-broker could always |
| 102 | 12-13 | price itself was at a cap because | price itself would set a cap because |
| 102 | 13-14 | a rationale person would not engage or incur costs | a rational, economically rational person, would not engage -- incur costs |

| 103 | 2-4 | hiring a buyer/broker because it's much cheaper with buyer/broker. | hiring a buyer-broker; it's just going to be a much cheaper buyer-broker. |
|---|---|---|---|
| 103 | 11 | was, fair estimate? | was, fair statement? |
| 104 | 2 | the incident; do | the internet; do |
| 109 | 7 | and things, that they | and think that they |
| 109 | 8 | And with the disintermediation | And the disintermediation |
| 109 | 10 | I don't know, hardly | I don't know -- hardly |
| 109 | 15-16 | so getting paid by somebody else got replaced | so they were being paid by somebody else, and got replaced |
| 111 | 7 | establishing a proposition | establishing the proposition |
| 111 | 8-9 | aggregators reduce the value of agents and reduce their costs, that tends | aggregators that reduce the value of agents, and reduce their costs, that that tends |
| 111 | 11 | I think it's a valuable comparator | I think it is a valid comparator |
| 112 | 4-5 | use brokers and pay them commissions and they're very large, | use brokers, and pay them commissions, and they were very large, |
| 112 | 6-7 | value of the services, broker services, and their cost and | value of those services, the broker services, and their cost, and |
| 113 | 2 | methodology leer? | methodology here? |
| 119 | 17 | without it, one particular | without it.  One particular |
| 119 | 18 | performed for the market definition both | performed for market definition, both |
| 119 | 19-20 | geographic markets was | geographic markets, was |

40

| 120 | 6 | conclusion of what a | conclusion about what a |
|---|---|---|---|
| 120 | 13 | independent ground but | independent grounds but |
| 120 | 16-17 | the sub premise that | the sub-premise that |
| 120 | 22-23 | not use buyer/brokers and there's | not use buyer-brokers, and there's |
| 120 | 24 | they would but as | they would, but as |
| 122 | 6 | the Economides' conclusion. | the Economides conclusion. |
| 128 | 18 | a report, and that I | a report in, that I |