UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Christopher Moehrl, et al.

Plaintiff,

v.

Case No.: 1:19−cv−01610
Honorable Andrea R. Wood

The National Association of Realtors, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/24/2022. For the reasons stated on the record, Defendants' motion for limited extension of fact discovery deadline to accommodate already−served subpoenas [364] is granted. Plaintiffs' motion for a protective order forbidding Defendants' untimely Third−Party document requests and opposition to Defendants' motion to excuse their violations of this Court's discovery orders [367] is granted in part and denied in part. The Court extends the fact discovery deadline until 12/9/2022 to complete the outstanding depositions subject to the parties' agreement as well as to obtain discovery from the six third parties subject to Defendants' Rule 45 subpoenas. By 11/7/2022, Plaintiffs shall file a response to Defendants' joint motion for evidentiary hearing on Defendants' motion to exclude expert testimony of Elhauge and Economides [374]. No reply will be considered unless specifically requested by the Court. By 12/14/2022, the parties shall file a joint status report confirming all fact discovery has been completed. The Court sets the following expert discovery schedule: Plaintiffs shall serve their expert reports by 3/23/2023. Defendants shall serve their expert reports and rebuttal expert reports by 5/25/2023. Plaintiffs shall serve their rebuttal expert reports by 7/27/2023. All expert discovery shall be completed by 8/24/2023. Dispositive motions and any Daubert motions shall be due by 10/19/2023. The Court will issue a separate order detailing the dispositive motion and Daubert motion briefing schedule. Telephonic status hearing set for 12/21/2022 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.