UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Christopher Moehrl, et al.
                                                                Plaintiff,

v.                                                                       Case No.: 1:19−cv−01610
                                                                       Honorable Andrea R. Wood

The National Association of Realtors, et al.
                                                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants' motion for evidentiary hearing on Defendants' motion to exclude expert testimony of Elhauge and Economides [374] is denied. The Court concludes that it can resolve Defendants 9; Daubert motion based on the current record and the parties' briefs, and that an evidentiary hearing is unnecessary. Defendants' suggestion that this Court is required to conduct an evidentiary hearing as part of its Daubert analysis relies on a mischaracterization of the Seventh Circuit's holding in American Honda Motor Co. v. Allen, 600 F.3d 813 (7th Cir. 2010). American Honda simply holds that "when an expert's report or testimony is critical to class certification.... the district court must perform a full Daubert analysis before certifying the class." Id. at 815−16. However, it does not hold that an evidentiary hearing is required as part of the full Daubert analysis. Indeed, the Seventh Circuit has previously explained that it does "not require[] that the Daubert inquiry take any specific form" and recognized that Daubert motions can be decided without an evidentiary hearing. Kirstein v. Parks Corp., 159 F.3d 1065, 1067 (7th Cir. 1998). That is the case here. Accordingly, the Court has taken Defendants' Motion to Exclude Testimony of Elhauge and Economides [318] under advisement for ruling based on the briefing. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.