UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Christopher Moehrl, et al.

                Plaintiff,

v.                                 Case No.: 1:19−cv−01610
                                     Honorable Andrea R. Wood

The National Association of Realtors, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 21, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 12/21/2022. As discussed on the record, motions [320], [321], [381], [387] and [388] are granted. Plaintiff's motion to compel [382] and the issues involving Plaintiffs' interrogatories to Defendants addressed in the parties' joint status report [390] are taken under advisement for separate ruling. The Court grants the HomeServices Defendants' motion for leave to serve one deposition cross−subpoena on Mr. Swanepoel [378] is granted. By 2/17/2023, the parties shall file a joint status report confirming all fact discovery has been completed and setting forth any other issues to be discussed at the status hearing. Telephonic status hearing is set for 2/28/2023 at 11:00 AM. Additionally, consistent with the discussions held on the record, the Court received a call from Mr. Swanepoel's counsel, Betty Levine, requesting a hearing on the deposition matter. Accordingly, a telephonic status hearing is set for 12/22/2022 at 2:00 PM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.