# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.: 1:19-cv-01610 |
| v. | )<br>) Judge Andrea Wood |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE OF DANIEL A. SMALL

TO THE CLERK AND ALL PARIES OF RECORD: Please withdraw the appearance of Daniel A. Small as counsel for Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh in this matter. Mr. Small largely retired from law practice in 2022 and will no longer be working on this case.

PLEASE TAKE NOTICE that Plaintiffs continue to be represented by other attorneys of record from the law firms of Cohen Milstein Sellers & Toll PLLC, Susman Godfrey L.L.P., and Hagens Berman Sobol Shapiro LLP. Mr. Small's withdrawal will not affect any deadlines or cause any delay in this matter.

Accordingly, Plaintiffs ask that this motion be approved.

January 13, 2023                                  Respectfully submitted,

                                                  /s/ Daniel A. Small

                                                  Daniel A. Small (*pro hac vice*)
                                                  COHEN MILSTEIN SELLERS & TOLL PLLC
                                                  1100 New York Ave. NW, Fifth Floor
                                                  Washington, DC 20005
                                                  Telephone: (202) 408-4600
                                                  dsmall@cohenmilstein.com


                                                  *Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, the foregoing was served by operation of the Court's CM/ECF system upon counsel of record.

Dated:   January 13, 2023                                     /s/ Daniel A. Small
                                                              Daniel A. Small