IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 1:19-cv-01610 <br><br> Judge Andrea R. Wood |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Docket No. 400), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of REALTORS®, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report setting forth the current status of the case.

### 1. MERITS EXPERT DISCOVERY

The Parties have agreed on deposition dates for all of Plaintiffs' merits experts. The Parties have also agreed that, for each of Profs. Elhauge and Economides, Defendants will have up to 7 hours total for questioning which they may allocate among up to two merits depositions. The Parties have further agreed that Defendants may conduct a single merits deposition of up to 7 hours for each of the remaining experts.

The Parties dispute the appropriate COVID-related precautions for the depositions of Prof. Elhauge and Prof. Economides.

### A. Plaintiffs

<u>Prof. Elhauge Deposition</u>

Prof. Elhauge's deposition is scheduled to occur in person on April 27, 2023. Plaintiffs advised Defendants on April 14 that Prof. Elhauge regularly visits his 94-year father and requested certain basic, non-burdensome precautions to protect his father's health. Plaintiffs understood based on a subsequent phone call with Defendants' representative that Defendants agreed to each of the three precautions reflected below. In preparing this status report, however, Defendants advised that they do not agree to precautions (2) and (3) below. Accordingly, Plaintiffs request that the Court enter an order requiring that all individuals attending the deposition in person (others may attend remotely) agree to the following precautions:

1. Defendants have agreed to provide a sufficiently large conference room to permit reasonable social distancing;

2. Plaintiffs request that each individual attending in person must certify in writing that such individual is vaccinated; and

3. Plaintiffs request that each individual attending in person must certify: (i) to having taken and received a negative COVID test within 48 hours prior to the deposition and (ii) that such individual has not been exposed to COVID during the week prior to the deposition.

In support of this request, Plaintiffs note that this Court and Defendants' own firms have at various points required similar, non-burdensome precautions.

<u>Prof. Economides Deposition</u>

Prof. Economides' deposition is scheduled to occur on May 4, 2023. On April 6, Plaintiffs advised Defendants that Prof. Economides is immunocompromised. Based on the advice of Prof. Economides' doctor, Plaintiffs requested that his deposition proceed remotely. The prior deposition of Prof. Economides proceeded entirely remotely, as have many of the other depositions conducted in this case. Because Defendants oppose this request, Plaintiffs seek an order requiring that Prof. Economides' deposition occur remotely.

In the alternative, Plaintiffs seek an order requiring precautions (1)-(3) above, as well as the following additional precautions:

4. A limit to two individuals per side attending in person (other individuals may attend remotely); and

5. Any attendees not actively questioning or defending the deponent must be masked.

2

### B. Defendants

Defendants do not agree with these late-added, burdensome requirements, which do not reflect present-day circumstances, and impose improper limitations and certifications (e.g., certifying that a person has not been around COVID for the past week, which is impossible to know). Additionally, Defendants cannot agree to limit attendance at any deposition to two people, especially where there are five (5) Defendants.

## 2. ARBITRATION BRIEFING SCHEDULE

### A. Plaintiffs

Plaintiffs have a pending motion addressing the schedule for briefing Defendants' motions to compel arbitration. ECF No. 410. By way of background, the HomeServices Defendants filed three motions to compel arbitration on April 7, and the other Defendants filed a motion to compel arbitration on April 14. *See* ECF Nos. 405, 406, 407, 409. The Court directed Plaintiffs to file their opposition to the HomeServices motions on May 1, but no briefing schedule has yet been set for the April 14 motion. On April 24, Plaintiffs moved for an extension of time to respond to the HomeServices motions by May 8, and proposed filing their opposition to the other Defendants' motion on that same date. *See* ECF No. 410. Plaintiffs also proposed that Defendants file their replies on May 22. The HomeServices Defendants opposed Plaintiffs' request for an extension, and the other Defendants indicated they did not oppose Plaintiffs' proposed briefing schedule for their motion.

Plaintiffs respectfully request that the Court grant the motion for a one-week extension of time. Plaintiffs also respectfully request that the Court set page limits for the upcoming briefing. Plaintiffs propose that they comply with the 15-page limit per opposition set by L.R. 7.1 (for a total of up to 60 pages), and that Defendants receive 5 pages per motion for their replies.

### B. HomeServices

HomeServices respects the schedule entered by the Court in Doc. 408, which confirms that the three HomeServices arbitration motions contain important issues that require prompt resolution. HomeServices opposes modification to the Court's schedule, and HomeServices opposes any attempt to consolidate the various arbitration motions. Each arbitration motion is separate and raises separate issues.

## 3. PENDING DISCOVERY MOTIONS

The Parties note the following issues remain pending before the Court: (1) Plaintiffs' Motion to Compel and Defendant HomeServices' Opposition to Plaintiffs' Motion to Compel (Docket Nos. 382, 386, respectively); and (2) Disputes Over Certain Interrogatory Responses by Defendants Keller Williams, RE/MAX, and Realogy as identified in the Parties' Joint Status Report (Docket No. 390), which the Court indicated at the December 21, 2022 status conference would be decided on the papers as if fully briefed.

4. **RULE 23(F) PETITION**

      Defendants filed a 23(f) petition in the Seventh Circuit Court of Appeals on April 12, 2023. Plaintiffs filed their response on April 24, 2023.

Dated: April 25, 2023                                            Respectfully submitted,

| *Co-Lead Counsel for Plaintiffs* | *Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.* |
|---|---|
| /s/     Robert A. Braun | |
| Kit A. Pierson | /s/     Robert D. MacGill |
|  kpierson@cohenmilstein.com | Robert D. MacGill |
| Benjamin D. Brown |  robert.macgill@macgilllaw.com |
|  bbrown@cohenmilstein.com | Scott E. Murray |
| Robert A. Braun |  scott.murray@macgilllaw.com |
|  rbraun@cohenmilstein.com | Matthew T. Ciulla |
| COHEN MILSTEIN SELLERS & TOLL PLLC |  matthew.ciulla@macgilllaw.com |
| 1100 New York Ave. NW, Fifth Floor | MACGILL PC |
| Washington, DC 20005 | 156 E. Market St., Suite 1200 |
| Telephone: (202) 408-4600 | Indianapolis, IN 46204 |
| | (317) 961-5085 |
| Carol V. Gilden (Bar No. 6185530) | |
|  cgilden@cohenmilstein.com | Jay N. Varon |
| COHEN MILSTEIN SELLERS & TOLL PLLC |  jvaron@foley.com |
| 190 South LaSalle Street, Suite 1705 | Jennifer M. Keas |
| Chicago, IL 60603 |  jkeas@foley.com |
| Telephone: (312) 357-0370 | FOLEY & LARDNER LLP |
| | 3000 K Street NW, Suite 600 |
| Marc M. Seltzer | Washington, DC 20007 |
|  mseltzer@susmangodfrey.com | (202) 672-5436 |
| Steven G. Sklaver | |
|  ssklaver@susmangodfrey.com | James D. Dasso |
| SUSMAN GODFREY L.L.P. |  jdasso@foley.com |
| 1900 Avenue of the Stars, Suite 1400 | FOLEY & LARDNER LLP |
| Los Angeles, California 90067 | 321 N. Clark St., Suite 2800 |
| Telephone: (310) 789-3100 | Chicago, IL 60654 |
| | (312) 832-4588 |
| Beatrice C. Franklin | |
|  bfranklin@susmangodfrey.com | *Counsel for Realogy Holdings Corp.* |
| SUSMAN GODFREY L.L.P. | |
| 1301 Avenue of the Americas | /s/     Kenneth Kliebard |
| 32nd Floor | Kenneth Michael Kliebard |
| New York, New York 10019 |  kenneth.kliebard@morganlewis.com |
| | Heather Nelson |

4

Telephone: (212) 336-8330

Matthew R. Berry
 mberry@susmangodfrey.com
Alexander W. Aiken
 aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880


Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com
Jeannie Evans
 jeannie@hbsslaw.com
Whitney Siehl
 wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
 riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000

Stacey Anne Mahoney
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
 william.mcenroe@morganlewis.com
 MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Counsel for Keller Williams Realty, Inc.*

*/s/ Timothy Ray*
Timothy Ray
 Timothy.Ray@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
 david.kully@hklaw.com
Anna P. Hayes
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

*Counsel for RE/MAX, LLC*

*/s/      Eddie Hasdoo*
Eddie Hasdoo
 ehasdoo@jonesday.com
JONES DAY
110 N. Wacker, Suite 4800

5

Chicago, IL 60606
(312) 782-3939

Jeffrey A. LeVee
 jlevee@jonesday.com
Eric P. Enson
 epenson@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

*Counsel for National Association of REALTORS®*

*/s/     Ethan Glass*
Ethan Glass (N.D. Ill. Bar #1034207)
 eglass@cooley.com
Deepti Bansal (*pro hac vice*)
 dbansal@cooley.com
Samantha Strauss (*pro hac vice*)
 sastrauss@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004-2400
Telephone: (202) 776-2244

Beatriz Mejia (*pro hac vice*)
 mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000

Elizabeth Wright (*pro hac vice*)
 ewright@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2300

Jack R. Bierig
 jack.bierig@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100

6

Chicago, IL 60606
312-258-5500 (Phone)

Suzanne L. Wahl
 suzanne.wahl@afslaw.com
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517