# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 24, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| No. 23-8010 | IN RE: <br> NATIONAL ASSOCIATION OF REALTORS, et al., <br> Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-01610 <br> Northern District of Illinois, Eastern Division <br> District Judge Andrea R. Wood | |

The following are before the court:

1. **CORRECTED PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(F)**, April 14, 2023, by counsel for the petitioners.

2. **PLAINTIFFS-RESPONDENTS' ANSWER TO DEFENDANTS-PETITIONERS' CORRECTED PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(F)**, filed on April 24, 2023, by counsel for the respondents.

3. **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 28, 2023, by counsel for the petitioners.

**IT IS ORDERED** that the petition for permission to appeal is **DENIED**.

form name: c7_Order_3J    (form ID: 177)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit