## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Moehrl, et al.

                           Plaintiff,

v.
                                          Case No.: 1:19–cv–01610
                                          Honorable Andrea R. Wood

The National Association of Realtors, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

        MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 5/30/2023. As discussed on the record, the motions to compel arbitration [405], [406], [407], and [409] have been taken under advisement for written ruling. Plaintiffs' motion for leave to file a sur–reply in further opposition to the HomeServices Defendants' motions to compel arbitration [423] is taken under advisement. By 6/9/2023, the parties shall meet, confer, and file a status report regarding the disputed interrogatory responses from the 12/14/2022 status report [390] discussed on the record. The parties' oral request to modify the current expert discovery schedule is granted. The Court modifies the following expert discovery schedule as follows: Defendants shall serve their expert reports and rebuttal expert reports by 6/1/2023. Plaintiffs shall serve their rebuttal expert reports by 8/10/2023. All expert discovery shall be completed by 9/1/2023. Dispositive motions and any Daubert motions are still due by 10/19/2023. Telephonic status hearing set for 8/2/2023 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Case: 1:19-cv-01610 Document #: 424 Filed: 05/30/23 Page 2 of 2 PageID #:25894

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.