IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Case No: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

## JOINT STATUS REPORT

Pursuant to the Court's request (May 30, 2023 Hearing Tr. at 28:23-25), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of REALTORS®, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report setting forth the current status of the case and identifying issues to be addressed at the August 2, 2023 status conference.

**1.    TRIAL DATE**

The Parties request that the Court set a trial date in this case. As the Court has noted, given the number of attorneys, parties, and witnesses, "there will be a lot of moving pieces to coordinate." Sept. 15, 2009 Hearing Tr. at 29:15-16. Consistent with the Parties' request, during the previous hearing, the Court advised that it anticipated setting a trial date in conjunction with adopting a dispositive motion briefing schedule. May 30, 2023 Hearing Tr. at 19:25-20:3.

In this regard, Defendants advise the Court that, in the related matter (*Burnett*) pending in the United States District Court for the Western District of Missouri, Judge Bough has now set a "backup" date for trial of February 26, 2024, because the Eighth Circuit has not yet ruled on an appeal relating to arbitration agreements entered into by sellers represented by brokers associated with Defendant Home Services and its affiliates. Judge Bough indicated that he will likely decide whether to move the trial to February 2024 at a pretrial conference scheduled for September 8, 2023. Defendants request that this Court set this matter for a trial that occurs after the jury renders a verdict in the *Burnett* matter, and in such a manner that allows Defendants to prepare properly for trial in this matter. For this Court's information, the trial in *Burnett* is scheduled for three weeks and, depending on the outcome, there could be a period of extensive post-trial motions after any verdict is rendered by the jury.

Plaintiffs request that the Court set the earliest trial date following the completion of summary judgment briefing convenient under the Court's calendar.

**2.     DISPOSITIVE MOTION AND DAUBERT BRIEFING SCHEDULE**

The Parties renew their request that the Court adopt a schedule for briefing any dispositive and *Daubert* motions. At the Court's instruction, the Parties submitted competing proposed schedules for briefing dispositive and *Daubert* motions in their October 19, 2022 status report. ECF No. 373. Among the Parties' disputes was whether the Court should adopt a "staggered" schedule for any summary judgment cross-motions. The Court subsequently adopted an October 19, 2023 dispositive motion deadline but did not set any subsequent deadlines governing dispositive motion or *Daubert* brief and did not rule on the Parties' related disputes. ECF No. 376. During the May 30, 2023 status conference, the Court indicated that it intended to "issue a proposed schedule [for briefing any dispositive and Daubert motions] and allow a short period of time for the parties to make a filing with any concerns regarding that schedule which can then be ruled upon or addressed in advance of or at the August hearing date." May 30, 2023 Hearing Tr. at 30:16-20.

**3.     PENDING ARBITRATION MOTIONS**

The following arbitration motions are pending (1) The HomeServices Defendants' Motion to Compel Arbitration (Agreements Delegating Gateway Issues) (Docket No. 405); (2) The Long & Foster Companies Inc's Motion to Compel Arbitration (Docket No. 406); and (3) The HomeServices Defendants' Motion to Compel Arbitration (Agreements Without Gateway Issues) (Docket No. 407).

**4.     PENDING DISCOVERY MOTION**

The Parties note that Plaintiffs' Motion to Compel and Defendant HomeServices' Opposition to Plaintiffs' Motion to Compel (Docket Nos. 382, 386, respectively) remain pending.

Dated: July 26, 2023

Respectfully submitted,

*Co-Lead Counsel for Plaintiffs*

/s/      Robert A. Braun
Kit A. Pierson
 kpierson@cohenmilstein.com
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Carol V. Gilden (Bar No. 6185530)
 cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Marc M. Seltzer
 mseltzer@susmangodfrey.com
Steven G. Sklaver
 ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin
 bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry
 mberry@susmangodfrey.com
Alexander W. Aiken
 aaiken@susmangodfrey.com

*Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

/s/      Robert D. MacGill
Robert D. MacGill
 robert.macgill@macgilllaw.com
Scott E. Murray
 scott.murray@macgilllaw.com
Matthew T. Ciulla
 matthew.ciulla@macgilllaw.com
MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jay N. Varon
 jvaron@foley.com
Jennifer M. Keas
 jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
 jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

*Counsel for Realogy Holdings Corp.*

/s/      Kenneth Kliebard
Kenneth Michael Kliebard
 kenneth.kliebard@morganlewis.com
Heather Nelson
 heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000

3

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880


Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com
Jeannie Evans
 jeannie@hbsslaw.com
Whitney Siehl
 wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
 riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Stacey Anne Mahoney
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
 william.mcenroe@morganlewis.com
 MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Counsel for Keller Williams Realty, Inc.*

 */s/ Timothy Ray*
 Timothy Ray
 Timothy.Ray@hklaw.com
 HOLLAND & KNIGHT LLP
 150 N. Riverside Plaza, Suite 2700
 Chicago, IL 60603
 (312) 263-3600

 David C. Kully
  david.kully@hklaw.com
 Anna P. Hayes
  anna.hayes@hklaw.com
 HOLLAND & KNIGHT LLP
 800 17th Street NW, Suite 1100
 Washington, DC 20530
 (202) 469-5415

 *Counsel for RE/MAX, LLC*

 */s/      Eddie Hasdoo*
 Eddie Hasdoo
  ehasdoo@jonesday.com
 JONES DAY
 110 N. Wacker, Suite 4800
 Chicago, IL 60606
 (312) 782-3939

 Jeffrey A. LeVee
  jlevee@jonesday.com
 Eric P. Enson

4

epenson@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

*Counsel for National Association of REALTORS®*

/s/    Ethan Glass
Ethan Glass (N.D. Ill. Bar #1034207)
 eglass@cooley.com
Deepti Bansal (*pro hac vice*)
 dbansal@cooley.com
Samantha Strauss (*pro hac vice*)
 sastrauss@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004-2400
Telephone: (202) 776-2244

Beatriz Mejia (*pro hac vice*)
 mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000

Elizabeth Wright (*pro hac vice*)
 ewright@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2300

Jack R. Bierig
 jack.bierig@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)

Suzanne L. Wahl
 suzanne.wahl@afslaw.com
ARENTFOX SCHIFF LLP

350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517