**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| | )    Case No: 1:19-cv-01610 ) ) |
| v. | )    Judge Andrea R. Wood ) |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Docket No. 429), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of REALTORS®, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report responsive to the Court's requests.

**1. UPDATE REGARDING SITZER ET AL. V. NATIONAL ASSOCIATION OF REALTORS ET AL., 4:19-CV-00332-SRB (W.D. MO)**

During the August 4, 2023 hearing, Judge Bough requested that the parties provide a joint proposed scheduling order to the Court on or before August 9, 2023. Following submissions by the parties, the Court indicated via email dated August 10, 2023, that "[a]ssuming the 8th Circuit and Supreme Court pass, [the Court is] planning on an October trial. Order to follow after the mandate is issued." On August 15, 2023, the HomeServices Defendants filed their petition for a rehearing or en banc review, which petition remains pending.

## 2.     SCHEDULING ISSUES

Defendants request that the current summary judgment briefing schedule be extended by two months to accommodate the anticipated October trial date in Kansas City.

Plaintiffs understand that the *Burnett* court has not yet entered an order setting the trial for October and is instead waiting to see how the HomeServices Defendants' appeals proceed. The HomeServices Defendants' petition for a panel rehearing or en banc review is currently pending. In addition, the HomeServices Defendants may seek certiorari from the Supreme Court in the event that this petition is denied. Judge Bough's plans for an October trial appear to be contingent on the 8th Circuit denying the rehearing petition and neither the 8th Circuit nor the Supreme Court staying the mandate pending resolution of any petition for certiorari. The upshot is that, at this point, however, the status of those appeals is uncertain, and the October trial date is not firmly set. Plaintiffs believe that this Court should maintain the current deadlines until the *Burnett* trial date is set. If the Burnett court orders an October trial, Plaintiffs are open to reasonable extensions of the summary judgment briefing schedule.

## 3.     SUPPLEMENTAL BRIEFING

The Parties respectfully suggest that they be given until September 1, 2023, to file simultaneous briefs of no more than five double spaced pages per side (i.e., Plaintiffs and Defendants) discussing whether the Eighth Circuit's ruling in the HomeServices appeal of the *Burnett* case has any effect on the pending arbitration motions in this case.

Dated: August 18, 2023                          Respectfully submitted,

*Co-Lead Counsel for Plaintiffs*                *Counsel for HomeServices of America,*
                                                *Inc., BHH Affiliates, LLC, HSF Affiliates,*
                                                *LLC, The Long & Foster Companies, Inc.*
/s/     Robert A. Braun
Marc M. Seltzer
 mseltzer@susmangodfrey.com                     /s/     Robert D. MacGill
Steven G. Sklaver                               Robert D. MacGill
 ssklaver@susmangodfrey.com                      robert.macgill@macgilllaw.com
SUSMAN GODFREY L.L.P.                            Scott E. Murray
1900 Avenue of the Stars, Suite 1400             scott.murray@macgilllaw.com
Los Angeles, California 90067                    Matthew T. Ciulla
Telephone: (310) 789-3100                        matthew.ciulla@macgilllaw.com
                                                MACGILL PC
Beatrice C. Franklin                            156 E. Market St., Suite 1200
 bfranklin@susmangodfrey.com                    Indianapolis, IN 46204
SUSMAN GODFREY L.L.P.                            (317) 961-5085
1301 Avenue of the Americas
32nd Floor                                      Jay N. Varon
New York, New York 10019                         jvaron@foley.com

Telephone: (212) 336-8330

Matthew R. Berry
 mberry@susmangodfrey.com
Alexander W. Aiken
 aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

Kit A. Pierson
 kpierson@cohenmilstein.com
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Carol V. Gilden (Bar No. 6185530)
 cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com
Jeannie Evans
 jeannie@hbsslaw.com
Whitney Siehl
 wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410

Jennifer M. Keas
 jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
 jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

***Counsel for Realogy Holdings Corp.***

/s/      *Stacey Anne Mahoney*
Kenneth Michael Kliebard
 kenneth.kliebard@morganlewis.com
Heather Nelson
 heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000

Stacey Anne Mahoney
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
 william.mcenroe@morganlewis.com
 MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

***Counsel for Keller Williams Realty, Inc.***

/s/Timothy Ray
Timothy Ray
 Timothy.Ray@hklaw.com
HOLLAND & KNIGHT LLP

Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
 riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
 david.kully@hklaw.com
Anna P. Hayes
 anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

**Counsel for RE/MAX, LLC**

/s/      Jeffrey A. LeVee
Eddie Hasdoo
 ehasdoo@jonesday.com
JONES DAY
110 N. Wacker, Suite 4800
Chicago, IL 60606
(312) 782-3939

Jeffrey A. LeVee
 jlevee@jonesday.com
Eric P. Enson
 epenson@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

**Counsel for National Association of REALTORS®**

/s/      Ethan Glass
Ethan Glass (N.D. Ill. Bar #1034207)
 eglass@cooley.com
Deepti Bansal (*pro hac vice*)
 dbansal@cooley.com
Samantha Strauss (*pro hac vice*)
 sastrauss@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004-2400

Telephone: (202) 776-2244

Beatriz Mejia (*pro hac vice*)
 mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000

Elizabeth Wright (*pro hac vice*)
 ewright@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2300

Jack R. Bierig
 jack.bierig@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)

Suzanne L. Wahl
 suzanne.wahl@afslaw.com
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517