UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

**NOTICE OF PENDING SETTLEMENT AND
JOINT MOTION TO STAY CASE AS TO REALOGY HOLDINGS CORP.**

Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Ump, and Jane Ruh (collectively "Plaintiffs" and Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.) ("Anywhere" and, together with Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Plaintiffs have reached an agreement with Anywhere to settle all claims asserted against Anywhere in this action as part of a proposed nationwide class settlement.

This agreement is subject to court approval under Federal Rule of Civil Procedure 23. This settlement was jointly negotiated with the Plaintiffs in *Burnett v. The National Association of Realtors, et al.*, Case No. 19-CV-000332-SRB. The settlement encompasses both classes. Trial is set to commence in the *Burnett* action in less than two months. Therefore, the parties have agreed that Plaintiffs will promptly move for preliminary approval of the proposed settlement in the United States District Court for the Western District of Missouri, where the parallel action of

- 1 -

*Burnett v. The National Association of Realtors, et al.*, Case No. 19-CV-000332-SRB is pending. Plaintiffs and Anywhere will be prepared to further discuss the settlement approval process at the status conference that is currently set for September 12, 2023.

As provided by the agreement, Plaintiffs and Anywhere hereby jointly stipulate and request that this Court stay all deadlines and proceedings solely as to Anywhere in this case to preserve the resources of Plaintiffs, Anywhere, and the Court and to allow the Parties to formalize the settlement agreement and to seek preliminary and final approval of the settlement.

Dated: September 5, 2023

Respectfully submitted,

***Co-Lead Counsel for Plaintiffs***

***Counsel for Realogy Holdings Corp.***

/s/ Steve W. Berman
Steve W. Berman (Bar No. 3126833)
Shelby R. Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Daniel Kurowski (Bar No. 6286656)
Jeannie Y. Evans (Bar No. 6296339)
Whitney K. Siehl (Bar No. 6313995)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
jeannie@hbsslaw.com
whitneys@hbsslaw.com

/s/ Stacey A. Mahoney
Stacey Anne Mahoney
stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

Kenneth Michael Kliebard
kenneth.kliebard@morganlewis.com
Heather Nelson
heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000

William T. McEnroe
william.mcenroe@morganlewis.com MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Daniel A. Small (*pro hac vice*)
Kit A. Pierson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Leonardo Chingcuanco (*pro hac vice*)
Alison Deich (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
dsilverman@cohenmilstein.com
lchingcuanco@cohenmilstein.com
adeich@cohenmilstein.com

Carol V. Gilden (Bar No. 6185530)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Matthew R. Berry
Floyd G. Short
Alexander W. Aiken
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

George Farah (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
wanderson@hfajustice.com

Benjamin David Elga
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org

Monte Neil Stewart
Russell E. Marsh
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
monteneilstewart@gmail.com
rmarsh@wmllawlv.com

- 5 -

Vildan A. Teske
Marisa C. Katz
T<small>ESKE</small> K<small>ATZ</small>, PLLP
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Telephone: (612) 746-1558
teske@teskekatz.com
katz@teskekatz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2023, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will cause notice and a copy of this filing to be served upon all counsel of record.

                                                        */s/ Steve W. Berman*
                                                         Steve W. Berman