## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Moehrl, et al.

                                                    Plaintiff,

v.                                                                                        Case No.: 1:19–cv–01610
                                                                                          Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/12/2023. For the reasons stated on the record, the Court modifies the dispositive motion and Daubert motion briefing schedule as follows. Defendants shall file their dispositive motions and any Daubert motions regarding Plaintiffs' experts by 12/19/2023. Plaintiffs shall file their dispositive motions, opposition to Defendants' dispositive motions, Daubert motions regarding Defendants experts; and oppositions to Defendants' Daubert motions on Plaintiffs' experts by 2/14/2023. Defendants shall file their replies in support of their dispositive motions, oppositions to Plaintiffs' dispositive motions, oppositions to Plaintiffs' Daubert motions regarding Defendants' experts, and replies in support their Daubert motions regarding Plaintiff's experts by 4/1/2024. Plaintiffs shall file their replies in support of their dispositive motions and replies in support of their Daubert motions regarding Defendants' experts by 4/29/2024. Additionally, the parties' joint motion for extension of time to complete expert discovery [433] is granted; the expert discovery deadline is extended until 9/29/2023. In light of the notice of settlement [436], the joint motion to stay case as to Realogy Holdings Corp. is granted. By 11/20/2023, the parties shall file a joint status report that includes a status update on the proposed class settlement involving Realogy Holdings Corp. Telephonic status hearing set for 11/29/2023 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.