**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | Case No.: 1:19-cv-01610 |
| Plaintiffs, | Judge Andrea R. Wood |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | |
| Defendants. | |

**NOTICE OF PENDING SETTLEMENT AND**
**JOINT MOTION TO STAY CASE AS TO RE/MAX LLC**

Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Ump, and Jane

Ruh ("Plaintiffs") and RE/MAX LLC ("RE/MAX") (collectively, the "Parties") respectfully

write to the Court to provide notice that Plaintiffs have reached an agreement with RE/MAX to

settle all claims asserted against RE/MAX LLC in this action as part of a nationwide class

settlement.

This agreement is subject to court approval under Federal Rule of Civil Procedure 23.

Consistent with the Parties' agreement, Plaintiffs will move for preliminary approval of the

proposed settlement in the United States District Court for the Western District of Missouri,

where the parallel action of *Burnett v. The National Association of Realtors*, No. 4:19-cv-00332-

SRB is pending.

- 1 -

As provided by the agreement, Plaintiffs and RE/MAX jointly stipulate and request that this Court stay all deadlines and proceedings as to RE/MAX LLC in this case to preserve the resources of Plaintiffs, RE/MAX, and the Court, and to allow the Parties to formalize the settlement agreement and to seek preliminary and final approval of the settlement in the Western District of Missouri.

Dated: September 18, 2023

Respectfully submitted,

**Co-Lead Counsel for Plaintiffs**

/s/ Steve W. Berman
    Steve W. Berman (Bar No. 3126833)
Shelby R. Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Daniel Kurowski (Bar No. 6286656)
Jeannie Y. Evans (Bar No. 6296339)
Whitney K. Siehl (Bar No. 6313995)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
jeannie@hbsslaw.com
whitneys@hbsslaw.com

Daniel A. Small (*pro hac vice*)
Kit A. Pierson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)

**Counsel for RE/MAX, LLC**

/s/ Jeffrey A. LeVee
    Jeffrey A. LeVee
jlevee@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Tel: (213) 243-2572

Jeremy J. Gray
jjgray@jonesday.com
Odeshoo Hasdoo
ehasdoo@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
Tel: (312) 782-3939

Robert A. Braun (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Leonardo Chingcuanco (*pro hac vice*)
Alison Deich (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
dsilverman@cohenmilstein.com
lchingcuanco@cohenmilstein.com
adeich@cohenmilstein.com

Carol V. Gilden (Bar No. 6185530)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Matthew R. Berry
Floyd G. Short
Alexander W. Aiken
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor

New York, NY 10019
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

George Farah (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
wanderson@hfajustice.com

Benjamin David Elga
JUSTICE CATALYST LAW
25 Broadway, Ninth Floor
New York, NY 10004
Telephone: (518) 732-6703
belga@justicecatalyst.org

Monte Neil Stewart
Russell E. Marsh
WRIGHT MARSH & LEVY
300 S. 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
monteneilstewart@gmail.com
rmarsh@wmllawlv.com

Vildan A. Teske
Marisa C. Katz
TESKE KATZ, PLLP
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Telephone: (612) 746-1558
teske@teskekatz.com
katz@teskekatz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2023, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will cause notice and a copy of this filing to be served upon all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman