Christopher Moehrl, et al.

                                Plaintiff,

v.                                    Case No.: 1:19–cv–01610
                                      Honorable Andrea R. Wood

The National Association of Realtors, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/29/2023. As discussed on the record, the Court confirms that the current dispositive motion and Daubert motion briefing schedule will not apply to those defendants who have pending settlements. Otherwise, the previously set schedule stands. By 1/22/2024, the parties shall file a joint status report setting forth: (1) confirmation that the parties are on track with the current dispositive motion and Daubert motion briefing schedule; (2) the parties' best estimate for the length of the jury trial in this matter, including the number of trial days needed for testimony (assuming 5 hours per regular weekday); and (3) any other matters the parties would like to discuss with the Court at a status hearing. Telephonic status hearing set for 1/31/2024 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.