# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA and JANE RUH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No: 1:19-cv-01610 |
| | ) ) | |
| v. | ) | Judge Andrea Wood |
| | ) ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., HSF AFFILIATES, LLC, BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC, RE/MAX HOLDINGS INC. and KELLER WILLIAMS REALTY, INC. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES RELATING TO DISPOSITIVE AND *DAUBERT* MOTIONS

Pursuant to Local Rule 7.1, the Parties jointly move to file briefs in excess of fifteen pages in connection with Defendants'[1] Motions for Summary Judgment and *Daubert* Motions. In support of this motion, the Parties state as follows:

1.    On September 13, 2023, the Court entered the Parties' dispositive and *Daubert* briefing schedule. Dkt. 438.

---

[1] For purposes of this motion, "Parties" and "Defendants" are defined so as to exclude the RE/MAX and Realogy Defendants.

2.  Based on this briefing schedule Defendants are to file their dispositive and *Daubert* motions by December 19, 2023.

3.  Local Rule 7.1 specifies that briefs are limited to fifteen (15) pages unless prior approval is sought from the Court.

4.  The parties have met and conferred and have agreed on a proposed number of pages for each brief related to Defendants' dispositive and *Daubert* briefing. Those briefs, and the Parties' requested page length for each, are as follows:

      a.  The National Association of Realtors, the HomeServices Defendants, and Keller Williams may each file its own brief in support of its respective Motion for Summary Judgment. The National Association of Realtors and the HomeServices Defendants may each file a brief of up to twenty-five (25) pages. Keller Williams has not sought an enlargement of the fifteen (15) page limit set by the local rules.

      b.  Plaintiffs may file one or more briefs up to eighty-five (85) pages total in Opposition to Defendants' motions for summary judgment.

      c.  Each Defendant family may file its own reply brief not to exceed fifteen (15) pages in support of their Motions for Summary Judgment.

      d.  Defendants may collectively file a *Daubert* motion and supporting brief that challenges the qualification of two Plaintiff experts that does not exceed thirty-five (35) pages.

      e.  Plaintiffs may file an opposition to Defendants' *Daubert* motion not to exceed forty (40) pages. Defendants may file a reply brief in support of their *Daubert* motion not to exceed twenty (20) pages.

2

Dated: December 18, 2023

Respectfully submitted,

***Co-Lead Counsel for Plaintiffs***

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

*/s/ Robert A. Braun*

*/s/ Ethan Glass*

Robert A. Braun
rbraun@cohenmilstein.com
Kit A. Pierson
kpierson@cohenmilstein.com
Benjamin D. Brown
bbrown@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Ethan Glass (*pro hac vice*)
Dee Bansal (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
dbansal@cooley.com
sastrauss@cooley.com

Carol V. Gilden (Bar No. 6185530)
cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL
PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Steve W. Berman (Bar No. 3126833)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
(617) 937-2300
ewright@cooley.com

Daniel Kurowski
dank@hbsslaw.com
Jeannie Evans
jeannie@hbsslaw.com
Whitney Siehl
wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Rio S. Pierce
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP

Jack R. Bierig
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
jack.bierig@afslaw.com

Suzanne L. Wahl
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517
suzanne.wahl@afslaw.com

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry
mberry@susmangodfrey.com
Alexander W. Aiken
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880

***Counsel for HomeServices of America,
Inc., BHH Affiliates, LLC, HSF Affiliates,
LLC, The Long & Foster Companies, Inc.***

*/s/   Robert D. MacGill*
Robert D. MacGill
robert.macgill@macgilllaw.com
Scott E. Murray
scott.murray@macgilllaw.com
Matthew T. Ciulla
matthew.ciulla@macgilllaw.com
MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jay N. Varon
jvaron@foley.com
Jennifer M. Keas
jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

***Counsel for Keller Williams Realty, Inc.***

*/s/   Timonthy Ray*
Timothy Ray
Timothy.Ray@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
david.kully@hklaw.com
Anna P. Hayes
anna.hayes@hklaw.com

HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415