**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTOR®S, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Case No: 1:19-cv-01610<br><br>Judge Andrea Wood |

**KELLER WILLIAMS REALTY, INC.'S MOTION FOR LEAVE
TO FILE CERTAIN EXHIBITS IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Pursuant to Northern District of Illinois Local Rules 5.8 and 26.2, Defendant Keller Williams Realty, Inc. ("Keller Williams") files this motion requesting leave to file under seal certain exhibits in support of its motion for summary judgment. In support of its motion, Keller Williams states as follows:

1. Keller Williams' statement of material facts in support of its motion for summary judgment incorporates certain exhibits that have been previously designated as "Highly Confidential-Outside Counsel Eyes Only" pursuant to the Agreed Confidentiality Order, entered on August 20, 2019. (Dkt. No. 125).

1

2.      Pursuant to Paragraphs 4 and 10 of the Agreed Confidentiality Order (Dkt. No. 125) and Local Rule 26.2, Keller Williams seeks leave to file these exhibits (Exhibits X and Y) that have been previously designated as "Highly Confidential-Outside Counsel Eyes Only" under seal, as they contain proprietary and commercially sensitive information.

WHEREFORE, Keller Williams respectfully requests leave to file under seal certain exhibits incorporated in its statement of material facts in support of its motion for summary judgment that have been previously designated as "Highly Confidential-Outside Counsel Eyes Only" and for further relief as the Court so orders.

| | |
|---|---|
| Dated: December 19, 2023 | *Counsel for Keller Williams Realty, Inc.* |

/s/ Timothy Ray
Timothy Ray
timothy.ray@hklaw.com
William Ringhofer
william.ringhofer@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
12th Floor
New York, NY 10019
202-513-3513

                                              Dina W. McKenney, *pro hac vice*
                                              dina.mckenney@hklaw.com
                                              HOLLAND & KNIGHT LLP
                                              1772 Routh Street, Suite 1500
                                              Dallas, Texas 75201
                                              214-969-1757

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2023, a true and correct copy of the foregoing was filed electronically through the Court's ECF system which will send notification of the same to all counsel of record in this matter.

    /s/ David C. Kully
David C. Kully
Counsel for Keller Williams Realty, Inc.