IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 1:19-cv-01610 <br><br> Judge Andrea Wood |

## DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF ELHAUGE AND ECONOMIDES

HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., Keller Williams Realty, Inc., and The National Association of Realtors® (collectively "Defendants") respectfully move the Court to exclude the expert testimony of Professor Elhauge and Professor Economides pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702.

In support of their Motion, Defendants state as follows:

1.  Professor Elhauge did not employ a reliable methodology to render his opinions. Instead, his proposed testimony consists of speculative predictions that constitute inadmissible *ipse dixit*.

2.  Professor Economides' yardstick analysis is unreliable because he fails to consider regulatory factors that impact buyer broker use and commission rates; he ignores the historical

1

prevalence of buyer-broker use in the U.S.; his selection of yardstick countries was arbitrary and self-serving; he disregards variation within and among his proposed yardstick countries; he fails to justify his use of nationwide averages to predict transactional-level buyer-broker demand and commission rates; he fails to justify comparing commission rates across countries rather than commission amounts; and he creates a damages model that does not fit the facts and legal theories of the case.

3. Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony of Elhauge and Economides and supporting evidence are filed contemporaneously and incorporated into this Motion. For the reasons set forth therein, the impact and damages opinions of Professors Elhauge and Economides should be excluded.

Dated: December 19, 2023

Respectfully submitted,

**_Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc._**

/s/ *Robert D. MacGill*
Robert D. MacGill
robert.macgill@macgilllaw.com
Scott E. Murray
scott.murray@macgilllaw.com
Matthew T. Ciulla
matthew.ciulla@macgilllaw.com
Patrick J. Sanders
Patrick.sanders@macgilllaw.com
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jay N. Varon
jvaron@foley.com
Jennifer M. Keas
jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW
Washington, DC 20007
(202) 672-5436

James D. Dasso
jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

**_Counsel for Defendant NATIONAL ASSOCIATION OF REALTORS®_**

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com

**_Counsel for Keller Williams Realty, Inc._**

/s/ *Timothy Ray*
Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

3

ginglis@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

## CERTIFICATE OF SERVICE

      I, Robert D. MacGill, an attorney, hereby certify that on December 19, 2023, I caused the foregoing document to be served electronically on all parties of record via this Court's CM/ECF system.

                                      */s/ Robert D. MacGill*
                                      Robert D. MacGill