# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVEN DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, | Case No.: 1:19-cv-01610 <br><br> Judge Andrea R. Wood |
| Plaintiffs, | |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA INC., BHH AFFILIATED, LLC, HSF AFFILIATED, LLC, THE ONG & FOSTER COMPANIES INC., RE/MAX LLC, AND KELLER WILLIAMS REALTY, INC., | |
| Defendants. | |

**DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'®
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**ORAL ARGUMENT REQUESTED**

Pursuant to Federal Rule of Civil Procedure 56, and in accordance with Docket Entry 438, Defendant the National Association of REALTORS® ("NAR"), by its attorneys, moves for summary judgment with respect to all claims in Plaintiffs' Consolidated Amended Class Action Complaint. ECF No. 84. There is no genuine dispute of any material fact as to any of Plaintiffs' claims, and therefore NAR is entitled to summary judgment as a matter of law.

In support of this motion, NAR relies on (a) the Memorandum of Law and (b) the Statement of Material Facts filed concurrently with this motion pursuant to Local Rule 56.1(a). NAR also relies on the pleadings and records on file with this Court and such argument as may be presented at any hearing on this motion.

NAR moves for summary judgment on the following bases:

1. There is no evidence of a conspiracy that could give rise to liability under Section 1 of the Sherman Act, 15 U.S.C § 1.

2. Plaintiffs lack standing because they are not direct purchasers of cooperating brokers' services.

3. The NAR model rules are not unreasonable restraints of trade, including because they do not require Plaintiffs to do or pay anything, and have no anti-competitive impact.

4. The NAR model rules did not harm Plaintiffs or sellers, including because they do not cause listing brokers to offer compensation to buyer brokers or increase commission rates, and because they benefit home sellers and buyers.

For these reasons, and as more fully explained in the Memorandum of Law being filed concurrently with this motion, NAR is entitled to summary judgment on all of Plaintiffs' claims.

Dated:  December 19, 2023	Respectfully submitted,

/s/ Ethan Glass
Ethan Glass (*pro hac vice*)
Dee Bansal (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400
(202) 776-2244
eglass@cooley.com
dbansal@cooley.com
sastrauss@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
(617) 937-2300
ewright@cooley.com

Jack R. Bierig
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
jack.bierig@afslaw.com

Suzanne L. Wahl
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517
suzanne.wahl@afslaw.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***