IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>**CLASS ACTION** |

**HOMESERVICES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long & Foster Companies, Inc. (collectively, the "HomeServices Defendants") join in and incorporate the arguments made in the motions and briefs of the National Association of Realtors and Keller Williams Realty, Inc. in their motions for summary judgment and separately move for summary judgment with respect to the element of conspiracy critical to Plaintiffs' claim under Section 1 of the Sherman Act.

The grounds that support the HomeServices Defendants' motion are set forth in the accompanying HomeServices Defendants' Memorandum of Law in Support of Motion for Summary Judgment.

1

Dated: December 19, 2023    Respectfully submitted,

*/s/ Robert D. MacGill*
Jay N. Varon
jvaron@foley.com
Jennifer M. Keas
jkeas@foley.com
**FOLEY & LARDNER LLP**
3000 K Street NW
Washington, DC 20007
(202) 672-5436

James D. Dasso
jdasso@foley.com
**FOLEY & LARDNER LLP**
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

Robert D. MacGill
Scott E. Murray
Matthew T. Ciulla
**MACGILL, PC**
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
matthew.ciulla@macgilllaw.com

*Attorneys for Defendants,*
*HomeServices of America, Inc.;*
*BHH Affiliates, LLC;*
*HSF Affiliates, LLC; and The*
*Long & Foster Companies, Inc.*

4865-2360-5144.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing **HomeServices Defendants' Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

                                        */s/ Robert D. MacGill*
                                        Robert D. MacGill

4865-2360-5144.1