IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>**CLASS ACTION** |

**HOMESERVICES DEFENDANTS' MOTION FOR LEAVE TO
FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Northern District of Illinois Local Rules 5.8 and 26.2, Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long & Foster Companies, Inc. (collectively, the "HomeServices Defendants") file this motion requesting leave to file under seal all or parts of certain exhibits to the Declaration of Jennifer Keas in Support of the HomeServices Defendants' Brief in Support of Their Motion for Summary Judgment ("Keas Declaration") and certain portions of the HomeServices Defendants' Statement of Undisputed Material Facts In Support of Motion for Summary Judgment ("SUMF") discussing such exhibits. In support of their motion, the HomeServices Defendants state as follows:

1

1. The Keas Declaration attaches certain exhibits that have been previously designated by the HomeServices Defendants or another Defendant as "Confidential" or "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Agreed Confidentiality Order, entered August 20, 2019 (Dkt. 125), or that contain information meeting those designations.

2. Pursuant to Paragraphs 3, 4, and 10 of the Agreed Confidentiality Order (Dkt. 125) and Local Rule 26.2, the HomeServices Defendants seek leave to file under seal all or parts of these exhibits (Keas Declaration Exhibits G, J, N, Q, R, T, U, V, BB, CC, DD, EE, and FF) that have been previously designated as "Confidential" or "Highly Confidential – Outside Counsel Eyes Only" and/or contain proprietary and commercially sensitive information.

3. These exhibits include documents designated by the National Association of Realtors as "Confidential" or "Highly Confidential – Outside Counsel Eyes Only" (*see* Exs. T–V); commission schedules and policies from the certain of the HomeServices Defendants' subsidiaries or franchisees carrying largely the same designations (*see* Exs. BB–FF); and excerpts of deposition testimony that quotes or describes such documents (*see* Exs. G, J, N, Q, R.)

4. In addition, to the extent they would reveal the content of the above exhibits, the HomeServices Defendants seek to file under seal any parts of the SUMF that quote or describe the exhibits.

5. Pursuant to Local Rule 26.2(c), the HomeServices Defendants are provisionally filing the above exhibits and the SUMF electronically under seal and, at the same time, filing electronically public-record versions of the exhibits and SUMF in redacted form.

WHEREFORE, the HomeServices Defendants respectfully request leave to file all or parts of the exhibits to the Keas Declaration identified above and any parts of the SUMF that reference them under seal.

Dated: December 19, 2023                    Respectfully submitted,

*/s/  Robert D. MacGill*
Jennifer M. Keas
Jay N. Varon
**FOLEY & LARDNER LLP**
3000 K Street N.W. Suite 600
Washington, D.C. 20007
(202) 672-5436
jkeas@foley.com
jvaron@foley.com

Robert D. MacGill
Scott E. Murray
Matthew T. Ciulla
**MACGILL, PC**
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
matthew.ciulla@macgilllaw.com

*Attorneys for Defendants,*
*HomeServices of America, Inc.;*
*BHH Affiliates, LLC;*
*HSF Affiliates, LLC; and The*
*Long & Foster Companies, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing **HomeServices Defendants' Motion for Leave to File Under Seal Certain Exhibits in Support of Their Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

*/s/ Robert D. MacGill*

An attorney for Defendants HomeServices of America, Inc.; BHH Affiliates, LLC; HSF Affiliates, LLC; and The Long & Foster Companies, Inc.

4858-8305-7560.2