# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Moehrl, et al.

                        Plaintiff,

v.                                                     Case No.: 1:19–cv–01610

                                                                Honorable Andrea R. Wood

The National Association of Realtors, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

    MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for extension of summary judgment and Daubert deadlines [480] is granted. The Court modifies the dispositive motion and Daubert motion briefing schedule as follows. Plaintiffs shall file their dispositive motions, opposition to Defendants' dispositive motions, Daubert motions regarding Defendants experts; and oppositions to Defendants' Daubert motions on Plaintiffs' experts by 2/26/2024. Defendants shall file their replies in support of their dispositive motions, oppositions to Plaintiffs' dispositive motions, oppositions to Plaintiffs' Daubert motions regarding Defendants' experts, and replies in support their Daubert motions regarding Plaintiff's experts by 4/15/2024. Plaintiffs shall file their replies in support of their dispositive motions and replies in support of their Daubert motions regarding Defendants' experts by 5/13/2024. In addition, given the notice of settlement [475], the joint motion to stay the case as to Keller Williams Realty, Inc. is granted. All deadlines and proceedings as to Keller Williams in this case are stayed, and Keller Williams's motion for summary judgment [447] is voluntarily withdrawn. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.