**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY,INC.,<br><br>Defendants. | Case No.: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY
JUDGMENT ON THE AGREEMENT ELEMENT AND DIRECT
PURCHASER RULE, AND PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT ON MARKET DEFINITION AND MARKET POWER**

On December 19, 2023, Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long & Foster Companies, Inc. (collectively, the "HomeServices Defendants") and the National Association of Realtors ("NAR") moved for summary judgment. *See* Dkt. No. 456 (NAR Motion); Dkt. No. 458 (HomeServices Defendants' Motion).[1] Among the grounds asserted, and as is relevant here, Defendants argued that there is no "contract,

---

[1] Defendant Keller Williams Realty, Inc. also moved for summary judgment for an alleged lack of a "contract, combination, or conspiracy." *See* Dkt. No. 447. That motion was withdrawn in light of the settlement reached with Keller Williams. *See* Dkt. No. 481 (minute order withdrawing motion).

-1-

combination, or conspiracy" (*see* Dkt. No. 458, at 1 (HomeServices Defendants' Motion) and Dkt. No. 456, at 2 (NAR Motion)), and Plaintiffs lack standing because they are allegedly indirect purchasers (*see* Dkt. No. 456, at 2 (NAR Motion)).

Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh (collectively "Plaintiffs") hereby cross move this Court, pursuant to Federal Rule of Civil Procedure 56, on these issues and for an order granting summary judgment and holding that: the Challenged Rules (discussed and defined in Plaintiffs' accompany memorandum in support) constitute a "contract, combination, or conspiracy" under Section 1 of the Sherman Act, each of the named Defendants participated in the foregoing "contract, combination, or conspiracy," and Plaintiffs and class members are direct purchasers and have standing to seek relief under Section 1 of the Sherman Act ("Plaintiffs' Cross-Motion for Summary Judgment on the Agreement Element and Direct Purchaser Rule"). Plaintiffs further oppose Defendants' other grounds for summary judgment.

In addition to the issues on which Plaintiffs are cross-moving for summary judgment, Plaintiffs separately move this Court, pursuant to Federal Rule of Civil Procedure 56, for an order granting summary judgment and holding that: the relevant product market is the market for MLS broker services, the relevant geographic markets are the 20 Covered MLS regions, and MLS brokers governed by NAR rules in each of the 20 Covered MLSs had market power at all relevant times ("Plaintiffs' Motion for Partial Summary Judgment on Market Definition and Market Power").

Accordingly, between Plaintiffs' Cross-Motion for Summary Judgment on the Agreement Element and Direct Purchaser Rule and Plaintiffs' Motion for Partial Summary Judgment on

Market Definition and Market Power, Plaintiffs move for an order granting summary judgment and holding that:

1. The Challenged Rules constitute a "contract, combination, or conspiracy" under Section 1 of the Sherman Act.

2. Each of the named Defendants participated in the foregoing "contract, combination, or conspiracy."

3. Plaintiffs and class members are direct purchasers and have standing to seek relief under Section 1 of the Sherman Act.

4. The relevant product market is the market for MLS broker services.

5. The relevant geographic markets are the 20 Covered MLS regions.

6. MLS brokers governed by NAR rules in each of the 20 Covered MLSs had market power at all relevant times.

Plaintiffs' Cross-Motion for Summary Judgment on the Agreement Element and Direct Purchaser Rule and Plaintiffs' Motion for Partial Summary Judgment on Market Definition and Market Power are based on the accompanying Memoranda in Support, all accompanying declarations, exhibits, expert reports, oral argument, and such other information as the Court may consider in hearing the motions. Summary judgment is warranted on the above issues because there are no genuine disputes of material fact, and judgment as a matter of law is thus appropriate.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs summary judgment on each of the foregoing issues.

DATED: February 26, 2024         Respectfully submitted,

By */s/ Marc M. Seltzer*

Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)

SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
bfranklin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Matthew R. Berry (*pro hac vice*)
Floyd Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

Steve W. Berman (Bar No. 3126833)
Shelby R. Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Daniel Kurowski (Bar No. 6286656)
Jeannie Evans (Bar No. 6296339)
Whitney K. Siehl (Bar No. 6313995)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dank@hbsslaw.com
jeannie@hbsslaw.com
wsiehl@hbsslaw.com

Carol V. Gilden (Bar No. 6185530)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
cgilden@cohenmilstein.com

Kit A. Pierson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
rbraun@cohenmilstein.com

*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on February 26, 2024, a true and correct copy of the foregoing was electronically filed by the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

                                               */s/ Marc M. Seltzer*
                                                Marc M. Seltzer