**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Christopher Moehrl, et al.

                      Plaintiff,

v.                                     Case No.: 1:19−cv−01610

                                                                 Honorable Andrea R. Wood

The National Association of Realtors, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 21, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In light of recent publicly acknowledged developments regarding potential settlements, by no later than 5:00 p.m. CDT on 3/25/2024, counsel shall file a brief joint status report confirming whether each of the following motions remains a live dispute that requires ruling by the Court: (1) Dkt. No. 405, Homeservices Defendants' Motion to Compel Arbitration (Agreements Delegating Gateway Issues); (2) Dkt. No. 406, The Long and Foster Companies, Inc.'s Motion to Compel Arbitration; (3) Dkt. No. 407, Homeservies Defendants' Motion to Compel Arbitration (Agreements without Delegation Clauses); and (4) Dkt. No. 409, Defendants Re/Max, LLC, The National Association of Realtors, Realogy Holdings Corp., and Keller Williams Realty, Inc.'s Motion to Compel Arbitration or, in the Alternative, to Stay Proceedings Pending Arbitration. In addition, the parties shall state whether and the aforementioned developments impacts the remaining briefing schedule for dispositive motions and Daubert motions. Additionally, Plaintiffs' motion for leave to file a sur−reply in further opposition to the Homeservices Defendants' motions to compel arbitration [423] is granted. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.