**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., )<br><br>Defendants. ) | Case No: 1:19-cv-01610<br><br>Judge Andrea R. Wood |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Docket No. 491), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of REALTORS®, Realogy Holdings Corp. ("Realogy"), HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RE/MAX"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report.

**I. Arbitration Motions**

The motion filed by Defendants RE/MAX, NAR, Realogy, and Keller Williams at Dkt. No. 409 is no longer a live dispute and is hereby withdrawn (without prejudice and subject to Plaintiffs' agreement that, if ultimately renewed because the proposed settlements are not approved or otherwise, they would not claim the renewed motion would be untimely). The motions filed by the HomeServices Defendants at Dkt. Nos. 405, 406, and 407 remain live disputes.

## II. Dispositive and *Daubert* Motions

The HomeServices Defendants contend that the recently-announced settlement with NAR affects the remaining briefing schedule for dispositive motions and *Daubert* motions. The HomeServices Defendants joined and incorporated the dispositive motion arguments made by NAR (Dkt. No. 458) and plan to file a reply to Plaintiffs' opposition (Dkt. No. 486). NAR and the HomeServices Defendants had planned to divide up the work associated with the *Daubert* reply briefs and oppositions to Plaintiffs' cross motions for summary judgment and partial summary judgment, including Plaintiffs' voluminous filing of combined facts (Dkt. No. 488). These filings will now be made entirely by the HomeServices Defendants. At the same time, the HomeServices Defendants will be preparing a reply to Plaintiffs' opposition to the HomeServices Defendants' motion for summary judgment on conspiracy. Accordingly, the HomeServices Defendants request their responses to the summary judgment and *Daubert* briefing be extended two weeks to April 29, 2024. Plaintiffs do not oppose this request provided that Plaintiffs have until June 10, 2024, to file their replies in support of their dispositive motions and their reply (if any) in support of their *Daubert* motion.

Relatedly, one of the HomeServices Defendants' experts, Dave Stevens, unexpectedly passed away in January. The HomeServices Defendants notified Plaintiffs of this recent development after Plaintiffs filed their *Daubert* motion (Dkt. No. 482). The Parties will meet and confer on next steps in light of this development and will report to the Court.

## III. Trial Date

In response to the Court's March 15, 2024 email regarding potential trial dates, the Parties confirm they are available for a 3-4 week trial starting on January 21, 2025.

Dated: March 25, 2024

*Co-Lead Counsel for Plaintiffs*

*/s/      Marc M. Seltzer*
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Respectfully submitted,

*Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

*/s/      Robert D. MacGill*
Robert D. MacGill
 robert.macgill@macgilllaw.com
Scott E. Murray
 scott.murray@macgilllaw.com
Matthew T. Ciulla
 matthew.ciulla@macgilllaw.com
Patrick J. Sanders
 patrick.sanders@macgilllaw.com

2

Carol V. Gilden (Bar No. 6185530)
 cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com
Jeannie Evans
 jeannie@hbsslaw.com
Whitney Siehl
 wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
 riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Marc M. Seltzer
 mseltzer@susmangodfrey.com
Steven G. Sklaver
 ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin
 bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas

MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jay N. Varon
 jvaron@foley.com
Jennifer M. Keas
 jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
 jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588


*Counsel for Realogy Holdings Corp.*

*/s/     Kenneth Michael Kliebard*
Kenneth Michael Kliebard
 kenneth.kliebard@morganlewis.com
Heather Nelson
 heather.nelson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000

Stacey Anne Mahoney
 stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
 william.mcenroe@morganlewis.com
 MORGAN, LEWIS & BOCKIUS LLP

3

| | |
|---|---|
| 32nd Floor<br>New York, New York 10019<br>Telephone: (212) 336-8330<br><br>Matthew R. Berry<br> mberry@susmangodfrey.com<br>Alexander W. Aiken<br> aaiken@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880 | 1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br><br>***Counsel for Keller Williams Realty, Inc.***<br><br>*/s/ David C. Kully*<br>Timothy Ray<br> Timothy.Ray@hklaw.com<br>HOLLAND & KNIGHT LLP<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60603<br>(312) 263-3600<br><br>David C. Kully<br> david.kully@hklaw.com<br>Anna P. Hayes<br> anna.hayes@hklaw.com<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20530<br>(202) 469-5415<br><br>***Counsel for RE/MAX, LLC***<br>*/s/ Jeffrey A. LeVee*<br>Eddie Hasdoo<br> ehasdoo@jonesday.com<br>JONES DAY<br>110 N. Wacker, Suite 4800<br>Chicago, IL 60606<br>(312) 782-3939<br><br>Jeffrey A. LeVee<br> jlevee@jonesday.com<br>Eric P. Enson<br> epenson@jonesday.com<br>JONES DAY<br>555 S. Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>(213) 243-2572<br><br>***Counsel for National Association of REALTORS®***<br><br>*/s/     Ethan Glass*<br>Ethan Glass (N.D. Ill. Bar #1034207) |

4

    eglass@cooley.com
Deepti Bansal (*pro hac vice*)
  dbansal@cooley.com
Samantha Strauss (*pro hac vice*)
  sastrauss@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2244

Beatriz Mejia (*pro hac vice*)
  mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000

Elizabeth Wright (*pro hac vice*)
  ewright@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2300

Jack R. Bierig
 jack.bierig@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)

Suzanne L. Wahl
 suzanne.wahl@afslaw.com
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517