IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>    Defendants. | No. 19-cv-01610<br><br>Judge Andrea R. Wood |

**NOTICE TO THE PARTIES**

    It has come to my attention that the spouse of a person related to me within the third degree of relationship is a partner in a law firm representing a defendant in this case. My relationship with this relative has not affected or impacted any decision in this case. Nonetheless, the relationship requires recusal under the Code of Conduct for United States Judges.

    Canon 3C(1)(d) of the Code of Conduct for United States Judges provides that a "judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which: . . . the judge or the judge's spouse, or a person related to either within the third degree of relationship, or the spouse of such person is: . . . known by the judge to have an interest that could be substantially affected by the outcome of the proceeding." The Committee on Codes of Conduct advises that "an equity partner in a law firm generally has 'an interest that could be substantially affected by the outcome of the proceeding' in all cases where the law firm represents a party before the court." 2B Guide to Judiciary Policy, Ch. 2, Advisory Opinion No. 58, available at https://www.uscourts.gov/sites/default/files/guide-vol02b-ch02.pdf.

    Accordingly, I recuse from this action. The Clerk of the Court is DIRECTED to randomly reassign this case, along with the related cases No. 21-cv-00430, *Batton v. National Association of Realtors*, and No. 23-cv-15618, *Batton v. Compass, Inc.*

ENTERED this 4th day of September, 2024.

                                                                  Andrea R. Wood
                                                                  United States District Judge