# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOEHRL, MICHAEL COLE, STEVE DARNELL, JACK RAMEY, DANIEL UMPA, and JANE RUH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 1:19-cv-01610 <br><br> Judge LaShonda A. Hunt |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 516), Plaintiffs Christopher Moehrl, Michael Cole, Steve Darnell, Jack Ramey, Daniel Umpa, and Jane Ruh, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of REALTORS®, Anywhere Real Estate Inc. f/k/a Realogy Holdings Corp. ("Anywhere"), HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc. (collectively, "HomeServices"), RE/MAX LLC ("RE/MAX"), and Keller Williams Realty, Inc. ("Defendants"), (collectively, the "Parties"), respectfully submit this Joint Status Report.

As the parties previously advised the Court, the *Moehrl* and *Burnett* Plaintiffs have reached joint settlements with Defendants Anywhere, RE/MAX, and Keller Williams. Dkt. Nos. 436, 440. Plaintiffs moved in the *Burnett* case for preliminary approval of those settlements and approval of class notice, which the *Burnett* court granted. *Burnett v. NAR*, 4:19-cv-00332 (W.D. Mo.) (ECF Nos. 1321, 1366, 1372). A final approval hearing on the Anywhere, RE/MAX, and Keller Williams settlements was held on May 9, 2024. The *Burnett* court granted final approval of those settlements. (ECF No. 1487). Certain objectors have appealed the district court's final approval of these settlements. *Burnett v. NAR*, 24-2143 (8th Cir.). The objectors filed their appeal briefs on September 25, 2024, and are pending approval.

The *Moehrl* and *Burnett* Plaintiffs have also reached a joint settlement with NAR. Dkt. No. 475. The *Moehrl* and *Burnett* Plaintiffs have also reached a joint settlement with Home Services. The *Burnett* court has preliminarily approved those agreements as well. *Burnett v. NAR*, 4:19-cv-00332 (W.D. Mo.) (ECF No. 1460, 1520). The *Burnett* court has set final approval hearings for the NAR and Home Services settlements for November 26, 2024.

In light of the foregoing, the parties do not anticipate at this time any further litigation being needed for the claims at issue in the case. The parties also do not have any other matters at this time that they desire to bring to the Court's attention or that warrant discussion at a status hearing.

Dated: September 30, 2024

Respectfully submitted,

*Co-Lead Counsel for Plaintiffs*

/s/ Steve W. Berman
Benjamin D. Brown
 bbrown@cohenmilstein.com
Robert A. Braun
 rbraun@cohenmilstein.com
Daniel H. Silverman
 dsilverman@cohenmilstein.com
Sabrina Merold
 smerold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

Carol V. Gilden (Bar No. 6185530)
 cgilden@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370

Steve W. Berman (Bar No. 3126833)
 steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Daniel Kurowski
 dank@hbsslaw.com

*Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc.*

/s/ Robert D. MacGill
Robert D. MacGill
 robert.macgill@macgilllaw.com
Matthew T. Ciulla
 matthew.ciulla@macgilllaw.com
Patrick J. Sanders
 patrick.sander@macgilllaw.com
MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
(317) 961-5085

Jennifer M. Keas
 jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

James D. Dasso
 jdasso@foley.com
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
(312) 832-4588

2

Jeannie Evans
jeannie@hbsslaw.com
Whitney Siehl
wsiehl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

Rio S. Pierce
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Marc M. Seltzer
mseltzer@susmangodfrey.com
Steven G. Sklaver
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Beatrice C. Franklin
bfranklin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Matthew R. Berry
mberry@susmangodfrey.com
Floyd G. Short
fshort@susmangodfrey.com
Alexander W. Aiken
aaiken@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880

*Counsel for Realogy Holdings Corp.*

*/s/ Stacey Anne Mahoney*
Kenneth Michael Kliebard
kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000

Stacey Anne Mahoney
stacey.mahoney@morganlewis.com
Heather Nelson
heather.nelson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Counsel for Keller Williams Realty, Inc.*

*/s/ David C. Kully*
Timothy Ray
Timothy.Ray@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
(312) 263-3600

David C. Kully
david.kully@hklaw.com
Anna P. Hayes
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

3

*Counsel for RE/MAX, LLC*

/s/ Jeffrey A. LeVee
Eddie Hasdoo
 ehasdoo@jonesday.com
JONES DAY
110 N. Wacker, Suite 4800
Chicago, IL 60606
(312) 782-3939

Jeffrey A. LeVee
 jlevee@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

*Counsel for National Association of REALTORS®*

/s/ Ethan Glass
Ethan Glass (N.D. Ill. Bar #1034207)
 eglass@cooley.com
Deepti Bansal (*pro hac vice*)
 dbansal@cooley.com
Samantha Strauss (*pro hac vice*)
 sastrauss@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2244

Beatriz Mejia (*pro hac vice*)
 mejiab@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000

Elizabeth Wright (*pro hac vice*)
 ewright@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116

Telephone: (617) 937-2300

Jack R. Bierig
 jack.bierig@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5500 (Phone)

Suzanne L. Wahl
 suzanne.wahl@afslaw.com
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1517