## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Moehrl, et al.

                                              Plaintiff,

v.                                                                               Case No.: 1:19–cv–01610
                                                                               Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 1, 2024:

       MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the joint status report [519] setting forth the status of the pending settlements. By 12/16/24, parties are to file an updated joint status report on approval and consummation of the settlements and any other issues the Court should consider, if no stipulation of dismissal has been filed before that date. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.